```
&%RPCourt Name: District Court
Division: 1
Receipt Number: FLN100004531
Cashier ID: kmalu
Transaction Date: 03/02/2023
Payer Name: James Slater
--------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: Terry Dukes Sr
 Case/Party: D-FLN-1-23-CV-000045-001
 Amount:        $402.00
--------------------------------
CREDIT CARD
 Amt Tendered:  $402.00
--------------------------------
Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00


Note: Returned check fee is $53
```