IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**TERRY DUKES, SR.,**

    **Plaintiff,**

v.     Case No. 1:23-cv-45-AW-HTC

**ROBERT McCALLUM, JR., in his official capacity as Sheriff of Levy County, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING MOTION FOR PROTECTIVE ORDER

The parties' joint motion for a protective order (ECF No. 9) is GRANTED. The parties' stipulated agreement (contained within ECF No. 9) is adopted and incorporated into this order. The referenced exhibits, which were not attached to the filing, are not incorporated.

SO ORDERED on June 12, 2023.

                                                  s/ *Allen Winsor*
                                                United States District Judge