UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| TERRY DUKES, SR.,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT B. MCCALLUM, JR., *et ano.*,<br><br>    Defendants. | Case No. 1:23-cv-45-AW-HTC |

**NOTICE OF MEDIATION**

Pursuant to the Court's Scheduling and Mediation Order (Doc. 8), Plaintiff Terry Dukes, Sr. provides notice that in-person mediation has been scheduled in this case for **Wednesday, October 4, 2023, beginning at 10:30 a.m. eastern time**. The mediator on this case is Jason C. O'Steen, O'Steen & O'Steen, 2900 East Park Avenue, Tallahassee, FL 32301, telephone (850) 877-1028.

Respectfully submitted this 5th day of September 2023.

/s/ *James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32302
james@slater.legal
Tel (305) 523-9023

*Attorneys for Plaintiff*