IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**TERRY DUKES, SR.,**

    **Plaintiff,**

v.                                          Case No. 1:23-cv-45-AW-HTC

**ROBERT McCALLUM, JR., in his
official capacity as Sheriff of Levy
County, et al.,**

    **Defendants.**

_____/

## ORDER FOR EXPEDITED RESPONSE

Defendants seek an order allowing them to depose experts after the current discovery deadline. ECF No. 14. The motion indicates it is opposed. So that the issue can be promptly resolved, the court directs Plaintiff to file a response setting out his objection no later than September 22.

SO ORDERED on September 19, 2023.

                                                                     s/ *Allen Winsor*
                                                                     United States District Judge