```
               UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF FLORIDA
                   GAINESVILLE DIVISION

                Case No. 1:23-cv-45-AW-HTC


TERRY DUKES, SR.,

              Plaintiff,

vs.

ROBERT B. MCCALLUM JR., et al.,

              Defendants.
_____/

                        DEPOSITION

                           of

                     TERRY DUKES, SR.

              Taken on behalf of Defendants


       DATE TAKEN:   June 26, 2023
       TIME:         9:52 a.m. - 3:46 p.m.
       PLACE:        310 South School Street
                     Bronson, Florida


       Examination of the witness taken before:


             Cynthia F. Leverett, FPR
                Stenographic Reporter
            Notary Public, State of Florida
              www.NatureCoastReporters.com
                 Post Office Box 2392
               Chiefland, Florida 32644
                     386-256-1457
```

```
 1                         APPEARANCES

 2

 3   ON BEHALF OF PLAINTIFF

 4        GRENDOLYN P. ADKINS, Esquire
          gadkins@coppinsmonroe.com
 5        Coppins Monroe
          1319 Thomaswood Drive
 6        Tallahassee, Florida 32308
          850-422-2420
 7

 8   ON BEHALF OF DEFENDANT

 9        JAMES SLATER, Esquire
          james@slater.legal.com
10        Slater Legal PLLC
          113 South Monroe Street
11        Tallahassee, Florida 32301

12                           - - -

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    church.  I felt that was the best place for me to tell
2    them what happened, and that would kind of vent it,
3    vent some of it off, and I wouldn't be carrying it all
4    inside.
5         Q.   Mr. Dukes, your attorney and I have to change
6    documents -- exchange documents that tells about
7    different people that might have information about the
8    case.  You've probably never seen this document
9    before, but I want to ask you about certain names on
10   it.  Okay?
11            Frank Edmondson, who is that?
12        A.   He's a deacon.  Me and him real close.
13        Q.   And what would he know about this
14   particular --
15        A.   Huh?
16        Q.   What would he know about this situation?
17        A.   Just what I was telling the church.  I told
18   them everything how it happened; but he takes a
19   special interest in me, you know, trying to talk to me
20   sometime and, you know, encourage me.  He's a deacon.
21        Q.   You have listed a Dr. John Harwick.  Does
22   that doctor's name mean anything to you?
23        A.   I can't hear you.
24        Q.   Dr. John Harwick?
25        A.   I can't remember who.  He probably one of

```
 1   them at the rehab or whatever.  I can't remember.
 2   Doctor, you say, right?
 3        Q.   Yes, sir.  I probably won't pronounce this
 4   correctly, but Vonceil Levine (phonetic)?
 5        A.   Vonceil?
 6        Q.   Uh-huh.
 7        A.   What's the last name?
 8        Q.   Levine or Levine?
 9        A.   I probably know them; but like I said, I
10   can't remember.
11        Q.   Okay.
12        A.   They may not be there no more now.
13        Q.   Dr. Korah?
14        A.   Who?
15        Q.   Dr. Tessy Korah?
16        A.   I don't remember.
17        Q.   And Jerry Mongo is your friend?
18        A.   Right.  Church friend.  We play together.  He
19   play keyboard.  We're real close.  Me and him real
20   close.
21        Q.   Dr. Thomas Raulerson?
22        A.   Robinson?
23        Q.   It says Raulerson, R-A-U-L-E-R-S-O-N.
24        A.   That's a doctor?
25        Q.   Yes, sir.
```

1   A.   I can't remember the doctors.
2   Q.   Alvin Robinson?
3   A.   That's my pastor.
4   Q.   Dr. Megan Single?
5   A.   I can't remember.  That's a doctor.
6   Q.   And Pamela --
7   A.   I had so many, I can't remember them.
8   Q.   Pamela Smith?
9   A.   Who?
10  Q.   Pamela Smith.  Most likely a counselor.
11  A.   Is that a doctor?
12  Q.   I believe it's a counselor.
13  A.   I can't remember.
14       MS. ADKINS:  Give me just a few minutes to go
15  back through my records, and I think I'm about to
16  finish up for you.  Okay?
17       (Recess had from 2:32 p.m. to 2:35 p.m.)
18       MS. ADKINS:  Okay.  Mr. Dukes, I don't think
19  that I have any more questions for you today.
20  Mr. Slater and I are going to work to get some
21  additional records.  There may be some chance at
22  some point that we sit down and talk together
23  again; but he and I will discuss that, if there's
24  a need.  Okay.
25       THE WITNESS:  Thank you for your help.

Case 1:23-cv-00045-AW-HTC   Document 16-1   Filed 09/19/23   Page 6 of 7

202

```
 1                   CERTIFICATE OF OATH

 2

 3   STATE OF FLORIDA
     COUNTY OF LEVY
 4

 5           I, the undersigned Notary Public, do
     hereby certify that TERRY DUKES, SR., who produced
 6   a Florida Driver's License as identification,
     personally before me on June 26, 2023, and was duly
 7   sworn to tell the truth.

 8           WITNESS my hand and official seal this
     July 17, 2023.
 9

10

11                   _____
                     Cynthia F. Leverett
12                   Notary Public
                     State of Florida at Large
13                   My commission expires 9-27-24

14

15                   CYNTHIA LEVERETT
                     Commission # HH 036951
16                   Expires September 27, 2024
                     Bonded Thru Budget Notary Services
```

www.NatureCoastReporters.com
386-256-1457

|   |   |
|---|---|
| 1 | DEPOSITION CERTIFICATE |

STATE OF FLORIDA
COUNTY OF LEVY

     I, Cynthia F. Leverett, Stenographic Reporter and Notary Public in and for the State of Florida at Large, do hereby certify there came before me the deponent herein, named TERRY DUKES, SR.; that a review of the transcript was requested, and arrangements have been made for that review.

     I further certify that the foregoing transcript is a true and complete record of my stenographic notes taken at the time and place indicated herein.

     I further certify that I am neither attorney or counsel for, nor related to or employed by any of the parties to the action in which this deposition is taken; and, furthermore, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially interested in the action.

     The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or direction of me as the certifying reporter.

DATED this July 17, 2023.

_____
Cynthia F. Leverett, FPR
Certified Stenographic Reporter