UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

    Plaintiff,

v.                                    CASE NO. 1:23-cv-45-AW-HTC

ROBERT B. MCCALLUM JR., ET AL.,

    Defendants.
_____/

## NOTICE OF SERVICE OF PROPOSAL FOR SETTLEMENT BY DEFENDANT CHASE GREGORY

Pursuant to Florida Statute, §768.79, and Rule 1.442, Fla.R.Civ.P., Defendant CHASE GREGORY hereby gives notice that the Plaintiff TERRY DUKES, SR. has been served this date with a copy of Defendant's Proposal for Settlement dated September 22, 2023.

*/s/ Gwendolyn P. Adkins*



Gwendolyn P. Adkins,
(FBN: 0949566)
gadkins@coppinsmonroe.com
jclark@coppinsmonroe.com
kwillis@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Blvd., Ste. 202
Tallahassee, FL 32309
Office: 850-422-2420 ׀ Fax: 850-422-2730
ATTORNEYS FOR DEFENDANT
CHASE GREGORY

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic mail this 22nd day of September 2023 to:

James M. Slater, Esq.
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301
james@slater.legal

*ATTORNEY FOR PLAINTIFF*

/s/ *Gwendolyn P. Adkins*
Attorney

2