UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

     Plaintiff,

v.                                      CASE NO. 1:23-cv-45-AW-HTC

ROBERT B. MCCALLUM JR., ET AL.,

     Defendants.
_____/

## JOINT MOTION FOR RELIEF FROM MEDIATION REQUIREMENT

This Court's Scheduling and Mediation Order [ECF.8] requires the parties to mediate unless excused by the Court. Although counsel for the parties worked together to coordinate and schedule a date and mediator, the parties have conferred through their counsel and hereby move this Court to relieve them from the obligation to mediate this case at this time, and in support state the following:

1.     Both sides anticipate filing one or more dispositive motions within the next few weeks.

2.     Counsel for the parties have conferred regarding mediation and all counsel agree that mediation at this time is highly unlikely to be meaningful or fruitful and would only serve to increase the costs of litigation for both sides and potentially engender further resentment amongst the parties.

3.      Counsel believe mediation might be beneficial and considered by the parties after resolution of dispositive motions.

WHEREFORE, Plaintiff and Defendants move this Court for an order relieving them from the requirement to mediate this action at this time.

Respectfully submitted this 2nd day of October 2023.

| /s/ James M. Slater | /s/ Gwendolyn P. Adkins |
|---|---|
| James M. Slater, | Gwendolyn P. Adkins, |
| FBN: 111779 | FBN: 0949566 |
| Slater Legal PLLC | COPPINS MONROE, P.A |
| 113 S. Monroe Street | 2316 Killearn Center Blvd., Ste. 202 |
| Tallahassee, FL 32301 | Tallahassee, Florida 32309 |
| (305) 523-9023 | Telephone:  (850) 422-2420 |
| james@slater.legal | Facsimile:   (850) 422-2730 |
|  | gadkins@coppinsmonroe.com |
|  |  |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(3) and N.D. Florida Local Rule 5.1, this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

*/s/ Gwendolyn P. Adkins*
Attorney