IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**TERRY DUKES, SR.,**

    **Plaintiff,**

v.                                               Case No. 1:23-cv-45-AW-HTC

**ROBERT McCALLUM, JR., in his
official capacity as Sheriff of Levy
County, et al.,**

    **Defendants.**

_____/

**ORDER GRANTING MOTION FOR RELIEF
FROM MEDIATION REQUIREMENT**

The parties' joint motion for relief from the mediation requirement (ECF No. 20) is GRANTED. The parties need not mediate.

SO ORDERED on October 4, 2023.

                                                         s/ *Allen Winsor*
                                                         United States District Judge