UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

     Plaintiff,

v.                                CASE NO. 1:23-cv-45-AW-HTC

ROBERT B. MCCALLUM JR., ET AL.,

     Defendants.

_____/

## JOINT MOTION FOR LEAVE TO EXCEED WORD LIMIT AND FOR BRIEF EXTENSION OF TIME TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT

Counsel for the Parties have conferred pursuant to Local Rule 7.1(B) and agree to the following relief which they request the Court to approve:

1.    Defendants intend to file a Motion for Summary Judgment. Pursuant to Local Rule 56.1(B), Defendants' supporting memorandum is not to exceed 8,000 words, unless leave of court is granted to file a longer memorandum.

2.    Due to the fact-intensive nature of the inquiry, the required pinpoint record citations, and the number of issues of law to be addressed, Defendants request an enlargement of the word limit to 12,000 words.

3.     The deadline for dispositive motions is October 16, 2023, and any opposing memoranda would be due twenty-one days after filing. Local Rule 56.1(C).

4.     Counsel for Plaintiff is scheduled to be in trial October 30 through November 3 and requests a modest seven-day extension of time, to respond to any dispositive motion. Plaintiff also anticipates filing a partial dispositive motion and consents to the same extended period for Defendants to respond, if needed.

**WHEREFORE,** Plaintiff and Defendants respectfully request this Court grant the relief requested herein:

a) An enlargement of the word limit to 12,000 words for Defendants' dispositive motion and memorandum of law; and

b) For a one-week extension of time for all parties to respond to dispositive motions.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

As noted in the introduction, counsel for the parties have conferred pursuant to Local Rule 7.1(B) and agree to the relief requested herein. The attorney-conference requirements were met through electronic correspondence.

Pursuant to Local Rule 7.1(G)(1) and (5), no memorandum of law is required to support this motion.

Respectfully submitted this 11th day of October 2023.

| | |
|---|---|
| /s/ James M. Slater | /s/ Gwendolyn P. Adkins |
| James M. Slater, | Gwendolyn P. Adkins, |
| FBN: 111779 | FBN: 0949566 |
| Slater Legal PLLC | COPPINS MONROE, P.A |
| 113 S. Monroe Street | 2316 Killearn Center Blvd., Ste. 202 |
| Tallahassee, FL 32301 | Tallahassee, Florida 32309 |
| (305) 523-9023 | Telephone:  (850) 422-2420 |
| james@slater.legal | Facsimile:   (850) 422-2730 |
| | gadkins@coppinsmonroe.com |
| | |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |