UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

      Plaintiff,

v.                                        CASE NO. 1:23-cv-45-AW-HTC

ROBERT B. MCCALLUM JR. and CHASE
GREGORY,

      Defendants.

_____/

### DEFENDANTS' NOTICE OF FILING DOCUMENTS
### IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and N.D. Fla. Loc. R. 56.1, Defendants Robert B. McCallum, Jr., in his official capacity as Sheriff of Levy County, (the "Sheriff"), and Deputy Chase Gregory, individually, ("Deputy Gregory"), file the following documents in support of their Motion for Summary Judgment:

| EXHIBIT | DOCUMENT |
|---|---|
| 1 | Wilkinson, Mike Deposition Excerpts |
| 2 | Beauchamp, III, W. O. "Brett" 30(b)(6) Deposition Excerpts |
| 3 | Gregory, Chase Deposition Excerpts |
| 4 | Almeida, Franco Deposition Excerpts |
| 5 | Murphy, Blake Deposition Excerpts |
| 6 | Gaffey, Tucker Deposition Excerpts |
| 7 | Plaintiff's Deposition Excerpts |
| 8 | Tummond, Lt. Scott Deposition Excerpts |
| 9 | Dukes' Sworn Statement to IA Transcript |

| EXHIBIT | DOCUMENT |
|---------|----------|
| 10 | Dukes' Sworn Statement to IA<br>Audio |
| 11 | Declaration of Chase Gregory |
| 12 | Affidavit of W. O. "Brett" Beauchamp, III |
| 13 | Sheriff McCallum's Answers to Plaintiff's First Interrogatories |
| 14 | Chase Gregory's Answers to Plaintiff's First Interrogatories |
| 15 | EMS Records |

Respectfully submitted this 13th day of October 2023.



/s/ Gwendolyn P. Adkins



Gwendolyn P. Adkins, (FBN: 0949566)
gadkins@coppinsmonroe.com
jclark@coppinsmonroe.com
kwillis@coppinsmonroe.com

Coppins Monroe, P.A.
2316 Killearn Center Blvd., Suite 202
Tallahassee, FL 32309
Office: 850-422-2420 ǀ Fax: 850-422-2730

ATTORNEYS FOR DEFENDANTS
ROBERT B. MCCALLUM JR. and
CHASE GREGORY

<u>CERTIFICATE OF SERVICE</u>

Pursuant to Federal Rule of Civil Procedure 5(b)(3) and N.D. Florida Local Rule 5.1, this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

*/s/ Gwendolyn Adkins*
Attorney