

407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

MILESTONE I REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

1   UNITED STATES DISTRICT COURT

2   NORTHERN DISTRICT OF FLORIDA

3   GAINESVILLE DIVISION

4   CASE NO. 1:23-CV-45-AW-HTC

5

6   TERRY DUKES, SR.,

7   PLAINTIFF,

8

9   V.

10

11   ROBERT MCCALLUM, JR., ET. AL.,

12   DEFENDANTS.

13   _____/

14   VIDEOCONFERENCE DEPOSITION OF DETECTIVE MICHAEL BRADLEY

15   WILKINSON

16   DATE:       AUGUST 17, 2023

17   REPORTER:  KIMBERLY ROBERTS

18   PLACE:     ALL PARTIES APPEARED REMOTELY

19

20

21

22

23

24

25

401 EAST JACKSON STREET,
SUITE 2370
TAMPA, FL 33602

315 EAST ROBINSON STREET,
SUITE 510
ORLANDO, FLORIDA 32801
CORPORATE

```
 1        A.   Yes, sir.

 2        Q.   Okay.  And have you reviewed any materials

 3   regarding that incident or the incident that later

 4   occurred at ██████████████████ that morning in advance

 5   of today's deposition?

 6        A.   Yes, sir.  I did review my supplements.

 7        Q.   Anything else?

 8        A.   That's all I can recall.  I -- I went through

 9   all the supplements of mi- -- that I wrote.

10        Q.   Okay.  So do you -- could you tell me -- sort

11   of walk me through what happened that morning?

12        A.   Okay.  I -- I was the on-call detective at

13   that time.  So I would've go- -- I would've got the

14   phone call early in the morning.  They advised me of

15   what was happening and I ended up going over to the

16   hospital to meet mi- -- with Ms. Sheffield at the Shands

17   Emergency Room.

18        Q.   Around what time do you think you arrived

19   there?

20        A.   I don't remember exactly what time I arrived

21   there.

22        Q.   Well, let's -- let's do this.  I'm going to

23   show you what we'll mark as Plaintiff's Exhibit 1.

24             (PLAINTIFF'S EXHIBIT 1 MARKED FOR

25             IDENTIFICATION)
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1      A.   Yes, sir.

 2      Q.   I'm showing you now document -- let me make it

 3 a little easier for you to see.  Can you see my screen,

 4 sir?

 5      A.   Yes, sir.  I can see it.  Yes, sir.

 6      Q.   Okay.  So I've -- I've -- I'm -- I've pulled

 7 up what we're marking as Plaintiff's 1.  This is a

 8 compilation of documents provided to our office from --

 9      A.   Yes, sir.

10      Q.   -- counsel and it's bate stamped Dukes, T. 132

11 through Dukes, T. 253.

12      A.   Yes, sir.

13      Q.   It's my understanding from Lieutenant

14 Tummond's deposition, that this file that was provided

15 to the sheriff in connection with my client's complaint

16 regarding Deputy Gregory.

17      A.   Yes, sir.

18      Q.   And so this includes a series of documents,

19 including the complaint, but also, as you'll see here on

20 Dukes, T. 145, the incident report and you see here

21 officers involved, you are identified here on --

22      A.   Yes, sir.

23      Q.   Bates 145.  The suspect here, Dukes, Terry,

24 Sr.  You see that?

25      A.   Yes, sir.
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  and we'll turn back to this, but this doesn't -- I'm

2  just looking through. It doesn't have any times. Do

3  you see that?

4      A.   Yes, sir.

5      Q.   Okay. But there's -- I'm going to turn now to

6  -- and we'll turn back to that. I'm going to turn now

7  to -- okay. Here we go. Dukes, T. 181.

8      A.   Yes, sir.

9      Q.   You see this says, "CAD Detail" at the top?

10     A.   Yes, sir.

11     Q.   Okay. And what is a CAD Detail?

12     A.   The CAD Detail is just the -- the information

13  on -- related to the call.

14     Q.   And we see here there's unit activities and

15  the first one lists badge number 426. Is that your

16  badge number, sir?

17     A.   Yes, sir.

18     Q.   Okay. Michael Wilkinson, is that you?

19     A.   Yes, sir.

20     Q.   Okay. And it says here, "Date and time, May

21  25, 2019, 3:58 a.m." And it says, "Status, en route?"

22     A.   En route. Yes, sir.

23     Q.   Would that be around the time you believe you

24  were on route to the hospital?

25     A.   Yes, sir. That would be -- that time would be

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

1    on the route I'd be in, on the way to the hospital.

2        Q.   Okay.  And I'm seeing here --

3        A.   I apologize, it just been five years ago.  So

4    I can't remember exact times.

5        Q.   Oh, no, no.  And I'm not asking you to --

6        A.   Yes, sir.

7        Q.   I'm not here -- I'm not expecting you to know

8    exactly the time.  I'm just trying to -- I'm trying to

9    -- I wasn't there, right?  So I'm trying to understand

10   it.

11       A.   Yes, sir.

12       Q.   So I'm trying to just piece it together and so

13   I just need your help for that.  And doc- --

14       A.   Yes, sir.  And I'm -- yes, sir.

15       Q.   So I'm looking at the second entry on this

16   same page.  Again, your badge number.  And then it says

17   here, "Status, case number," and "Time," same morning,

18   5:15 a.m.  You know what that would have -- that hist- -

19            -

20       A.   I don't know -- I don't know if that was the

21   time I requested the case number.  I -- I don't know at

22   that point.  I couldn't tell you about that, why that's

23   in there.

24       Q.   Okay.

25       A.   That is my case number, but the time and why

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  caller -- caller advised.  I -- when you're on call you

 2  get hundreds of calls in the early morning hours.

 3      Q.   Okay.  Do you remember going to Shands in this

 4  instance?

 5      A.   Yes, sir.  I remember going to Shands.

 6      Q.   Okay.  All right.  So you arrive at Shands.  Do

 7  you remember interacting with Ms. Sheffield?

 8      A.   Yes, sir.  I remember her, Ms. Sheffield.  She

 9  was in her little room.

10      Q.   Okay.  Could you walk me through what happened

11  when you arrived there?

12      A.   I went in there, met with Ms. Sheffield, I

13  introduced myself and told her why I was there, and I

14  started asking her questions, and then she start to give

15  me her statement and what occurred between her and --

16  and Terry Dukes, Jr.

17      Q.   And what did she tell you?

18      A.   She said that it was on the 24th of -- is what

19  she said it happened.  When he battered her.  That she

20  was asleep at the ████████████, which is Dukes,

21  Jr. and Dukes, Sr.'s residence.  She was staying there.

22  She was, you know, woken up by Dukes, Jr.  She said he

23  was upset with her because he believed that, you know,

24  she was having an affair with another person and

25  cheating on him.  She said he got very angry.  That's

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  when he stuck his fingers in her mouth and put them

2  towards the back of her throat and sh- -- and that's

3  when she said while he had his fingers in her mouth, he

4  reached over and bit her on the side of the face -- the

5  left side of her face.  And she said he started punching

6  her left eye and the side the head.  Then, he ended up

7  picking her up and sl- -- body slamming her.  And then

8  he -- she said she landed on her stomach.  She said when

9  she was on her stomach that Dukes started kicking her in

10  the stomach and kicking her in the back.  And she said

11  that she was asking him what was wrong, why was he doing

12  this?  She advised that he was smoking Molly, is what he

13  told her.  She said she eventually got away from him,

14  went into the bathroom, and she said she observed blood

15  coming from her vaginal area.  She said she took some

16  napkins and tried to clean it up and she left --

17  eventually left the residence and said she started

18  walking back to Chiefland, where her mother lives, from

19  -- from the Bronson area, which is about 15 miles.  She

20  said somebody ended up giving her a ride to her mother's

21  residence and she said she ended up spending the day

22  with her mother and she advised after eating, she used

23  the restroom and -- and observed more blood coming from

24  the vaginal area, and that's when she called 911 and

25  went to Shands and that's what she told me had happened.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1     Q.   Okay.  One second.

2     A.   Yes, sir.  Would you like me to hold it up,

3  sir, so you can see?

4     Q.   Let me -- let me just see.  I'm just trying to

5  pull up my file.  It wasn't opening.  Okay.

6     A.   Let me see.  Let me make sure I've got the --

7  it should be -- it should be under case number 2270 and

8  it should be Supplement 0, the original narrative, which

9  would be mine.

10        MR. SLATER:  Okay.  Let me look.  Let's --

11     let's -- let's take a two-minute break and go off

12     the record.  I just want to see if I can pull this

13     up on my end.

14     A.   Yes, sir.

15        (OFF THE RECORD)

16        THE REPORTER:  Okay.  We are back on record.

17        BY MR. SLATER:

18     Q.   Okay.  Great.  I -- so I had pulled up -- let

19  me actually -- we'll mark this as Plaintiff's Exhibit 2.

20  Let me know when you can see my screen, sir.

21        (PLAINTIFF'S EXHIBIT 2 MARKED FOR

22        IDENTIFICATION)

23     A.   Yes, sir.  I can see it.

24     Q.   Okay.  So this was -- well, this was produced

25  as Dukes 2691 through 2692.  Is this the narrative that

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

1   you were just reading from, sir?

2        A.   Yes, sir.  That's the narrative I was

3   referring to.

4        Q.   Okay.  Okay.  And obviously, the version I

5   have is redacted, but I'm looking at it.  It appears

6   that -- let's see here.

7        A.   Just the address I see are redacted.

8        Q.   Okay.  Well, what about here?  Sheffield

9   stated on May 24, 2019 at approximately 2:30 she was

10  asleep in her bedroom.

11       A.   Located at that residence -- the ████████

12  residence is what's redacted.

13       Q.   The █████████████████████?

14       A.   Yes, sir.  That's what -- that's what's

15  redacted.  ████████████████  is what's redacted.

16       Q.   And I understand that some of these other

17  notations are related to other residences --

18       A.   Yes, sir.

19       Q.   -- other people's homes?

20       A.   Yes, sir.  I mean, it's basically -- there's

21  nothing really in there -- like -- like, this one

22  accident went back to -- all that said is Chiefland from

23  Bronson.  So when you look at this -- one, two, three --

24  the fourth paragraph down where it starts, "Sheffield

25  stated she eventually got away," that back to is

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  that right?

2     A.  Yes, sir.  It's both of their residence.

3     Q.  And how did you know that?

4     A.  Ms. Sheffield told me that they lived there

5  with his father, Mr. -- Senior.

6     Q.  Okay.  Had you ever been to that house prior

7  to May 25, 2019?

8     A.  Not that I recall in my law enforcement

9  career.  I -- I don't recall being out there.

10     Q.  And then, we see it says that the narrative

11  begins on page 2 here at the bottom of page 190 and then

12  it says that this -- the person that's swearing out the

13  complaint is -- it looks like Michael B. Wilkinson.  Is

14  that your signature, sir?

15     A.  Yes, sir.  That's my printed name and

16  signature and badge number.

17     Q.  Great.  And then on page 191, which is page 2

18  of the document, it has your sworn summary of the

19  events; is that right?

20     A.  Yes, sir.

21     Q.  Okay.  And so here it says, she was asleep in

22  her bedroom, ████████████████, when she was awoken

23  by the defendant.  She was upset because he believed she

24  was cheating on him with another man.  You see that,

25  sir?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

Q.   Okay.

A.   I was -- I was trying to understand how she obtained those injuries.

Q.   Okay.  And I'm looking just at the timeline here.  It says that from the very -- what is this, the third paragraph down on your sworn -- on your sworn statement here it says that the incident occurred at approximately 230 hours, so 2:30 in the morning on May 24; is that right?

A.   That's what she advised me.  Yes, sir.

Q.   Okay.  So you're at the hospital now with her, approximately -- a little bit more than 24 hours after the time she reported the incident happened with Dukes, Jr.; is that fair?

A.   That's fair after I realized when she gave me the time and the date that it actually occurred.

Q.   Okay.  Okay.  So 24 -- a little bit more than 24 hours later.  Do you remember anything else that you discussed with her?

A.   No, sir.  I don't -- I don't remember much else.  I remember her wanting an injunction because she was afraid of him.  So I got her in contact with the victim advocate because I don't handle that.  Our victim advocate will help her with a protection order.  And after getting her statement and observing her injuries,

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   that's when I obtained my probable cause.

2          Q.   Okay.  What'd you do next, sir?

3          A.   After leaving the hospital, I contacted

4   Sergeant Kinik from the patrol division.  That he was

5   leaving shift.  He was been the supervisor that night,

6   but he was going off duty.  That's when he advised me to

7   contact Corporal Franco Almeida because he was the

8   acting supervisor at that time and I contacted him and I

9   contacted Deputy Murphy to advise them that I had

10  probable cause for Terry Dukes, Jr. and I requested that

11  they go by -- around the house and see if they could

12  pick him up for me.

13         Q.   Okay.  Did you know Lieutenant Almeida before?

14  Had you worked with him before?

15         A.   Yes, sir.  I've known him since he's been with

16  the agency.

17         Q.   Okay.  And what about Deputy Murphy?

18         A.   Yes, sir.  I knew Deputy Murphy also.  I knew

19  him when he worked at Chiefland Police Department and

20  since he's worked for Levy County.

21         Q.   Okay.  And he had -- he'd only recently

22  started at Levy County, right?

23         A.   Yes, sir.  I don't know when he started his --

24  it just seems like everybody's been here forever, even

25  the new people.



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   And so you said that you reached out to them.

2 Is there -- and it's -- and my understanding is Sergeant

3 Kinik told you to reach out to Lieutenant Almeida.  Did

4 he -- who told you to reach out to Deputy Murphy?

5    A.   I called Deputy Murphy because he was the zone

6 deputy at that time and I wanted to let him know, you

7 know, that Mr. Dukes, Jr. was violent, he was using

8 Molly, and Ms. Sheffield also advised that there were

9 firearms in the house, so I wanted to give him a officer

10 safety briefing before he just went up to the house.

11    Q.   Okay.  What is an officer safety briefing?

12    A.   I just advised them of the concerns I have

13 with the drug use.  Weapons are involved.  So we're not

14 going to go up there, you know, by ourselves.  Kind of

15 like in a domestic violence call they're always going to

16 send two deputies.  You never know what's going to

17 happen.

18    Q.   Okay.  Do you -- so you called Almeida and

19 Murphy, were they -- was that one call or was that --

20 you called them while they were together or were they

21 separate calls?

22    A.   No, sir.  I talked to them separately.

23    Q.   Okay.  Do you know who you called first?

24    A.   No, sir.  I don't remember who I talked to

25 first.



**MILESTONE** | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1      Q.   Okay.  And so you told them --  you told them
 2  what?  You established probable cause and you gave them
 3  the officer safety concerns?  What else did you talk to
 4  them about?
 5      A.   That's it.  I just advised them of my probable
 6  cause, what -- what my charges would be, and that's all
 7  I recall telling them.
 8      Q.   Okay.  And did you tell them to go over, then
 9  and there, to ██████████████████?
10      A.   Yes, sir.  I asked them if they could run by
11  there and see if they could locate Terry Dukes, Jr.
12      Q.   Did you ask them to go inside the house?
13      A.   No, sir.
14      Q.   I'm just trying to understand, you know -
15  (coughs) pardon me -- in -- when you are -- I'm trying
16  to understand, sir, the -- sir, the progression of
17  things here.  So Ms. Sheffield complains about an event
18  the mor- -- that had -- that occurred about -- just over
19  24 hours before.  You called these folks, tell them that
20  you established probable cause.  In your mind, was there
21  any urgency to pick up Terry Dukes, Jr. right then and
22  there?
23      A.   Absolutely.  With the demeanor of the victim,
24  even though she reported 24 hours later, you would have
25  -- later -- do you -- you would have to advise her --
```



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1 and ask her why she did that.  But with the injured call

2 and the violent nature of being bitten on the face --

3 and I also looked in our reporting system, our RMS, and

4 Terry Dukes, Jr. has one, two, three, four, five, six,

5 seven, eight, nine, violent encounters before I reported

6 to this incident starting all the way back in 2017.  So

7 I get a little view of how this individual is.  You have

8 batteries, you have battery by strangulation, you have

9 weapons charges, and --

10     Q.  And -- sir, you looked at RMS before --

11     A.  I looked at that as I'm going to the hospital

12 because I want to see what I'm dealing with, with the --

13 with the suspect --

14     Q.  Okay.

15     A.  -- because I want to see what kind of person

16 I'm dealing with and back from June 15, 2017 all the way

17 to -- up to December the 30th, 2018, he's had one, two,

18 three, four, five, six, seven, eight, nine, issues with

19 either battery by strangulation, battery on a pregnant

20 woman, weapons possession, or regular batteries, child

21 abuse charges.  So, yes, I thought he's a dangerous

22 individual and he needed to get picked up as soon as

23 possible.

24     Q.  Okay.  And you said that when you fir- -- the

25 first person you called was Sergeant Kinik, but he was



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  leave the house, goes back -- he stays in the house and

2  walks away from you.  Would you have the -- would you

3  have a lawful basis to go in the house and arrest Terry

4  Dukes, Jr.?

5        MS. ADKINS:  Form.

6     Q    You can answer, sir.

7        MS. ADKINS:  You may answer.

8     A    Okay.  So you're saying if I don't know it's

9  specifically Terry Dukes, Jr., but I just see a

10 individual.  Is that your question?

11    Q.   Well, let's -- let's -- let's -- let's do

12 both.  If you're not sure who it is, can you go in the

13 house?

14        MR. ADKINS:  Form.

15    A.   I'm not -- I'm -- I'm not just going to run

16 into the house.  If the per- -- everything's going to

17 depend on the totality of the circumstances when I get

18 there.  I'm not just going to run up in somebody's

19 house.  That's just me.  I'm a let -- look at the

20 circumstances, because I don't know really what's going

21 on.  You're going to have to depend what everything's

22 going on at that point and time because I'm not going to

23 just --

24    Q.   And what about --

25    A.   I'm just not going to go after somebody that's

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1    A.   I'm not 100 pershe- -- cent -- sure what the

2  policy states, but for officer safety, I'm not going

3  into the house.  I'm going to lock it down and get a

4  search warrant and get more help and call him out --

5    Q    Okay.

6    A    -- and try to call him out.  There's guns in

7  the house.  We know that.  We know Dukes, Sr. has guns.

8  He's on drugs.  I'm going to -- regardless of what the

9  policy says, I'm going to lock it down and I'm going to

10  get a search warrant.  That's just me as the detective.

11  And -- and -- be in- --

12    Q.   And you -- Dukes, Jr.?

13    A.   What's that, sir?

14    Q.   You said Dukes, Sr.  I assume you meant Dukes,

15  Jr. has the guns and --

16    A.   I know there's guns in the house because Ms.

17  Sheffield told me there's guns in the house.  So anybody

18  in the house has access to the guns.

19    Q.   And she also told you that Dukes, Sr. resides

20  there; is that right?

21    A.   Yes, sir.

22    Q.   Did you relate that information to then

23  Corporal Almeida or Deputy Murphy?

24    A.   I don't recall if I re- -- relayed that

25  message.  I -- I could have, but we're pretty familiar

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

1  with -- the deputies pretty familiar with that residence

2  because of Dukes, Jr.

3       Q    I just want to -- just bear with me for a

4  second.  Why don't we take a -- I have to run to the

5  restroom anyway.  Let's take a five-minute break and

6  come back on.  We're not going to be too much longer,

7  Gwen.

8            MS. ADKINS:      Okay.  No problem.

9            (OFF THE RECORD)

10           THE REPORTER:  Okay.  We are back on the

11     record.

12           BY MR. SLATER:

13      Q.   Sir, before we took a break, we were talking

14  about, you know, sort of you were -- what you would have

15  done -- you know, what you would do in a situation --

16  the situations I described and I think you had stated

17  that you -- you know, if you were 100 percent sure that

18  it was Terry Dukes, Jr. in the house, that you would

19  have, you know, sort of locked down the house and called

20  for -- for -- for backup; is that right?

21      A.   Yes, sir.

22      Q.   Okay.  And is that -- do you -- are you aware

23  of any sort of policies of your agency regarding what

24  you should do in that -- in that si- -- in that

25  situation?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1     Q.    What is it?

2     A.    mwilkinson@levyso.com.

3     Q.    Is that the same e-mail address you had in

4  2019 while you were at the Sheriff's Office?

5     A.    Yes, sir.  Same e-mail I've had since I've

6  been with the Sheriff's Office.

7     Q.    Okay.  Have you looked through any of your e-

8  mails for anything about this incident involving either

9  Ms. Sheffield or Terry Dukes, Jr., Terry Dukes, Sr.?

10    A.    No, sir.

11    Q.    I want to -- I want to ask you, then, you

12 arrive at ████████████████.  Can you describe to me

13 what you saw when you arrived there?

14    A.    When I got there, I observed some -- the

15 deputies -- I don't remember what deputies, they were

16 escorting somebody from the back of the residence to the

17 front of the residence.

18    Q.    Where did you park?

19    A.    In -- right out in front of the house.

20    Q.    Okay.  Right in front of the house?

21    A.    Yes, sir.  Somewhere out in front of the

22 house.  I was on the road.

23    Q.    Okay.  Were -- how many -- do you remember how

24 many cars there were outside -- how many Levy County

25 Sheriff's Office cars there were outside at the time?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        A.   No, sir.  I don't recall how many cars were
 2   out there.
 3        Q.   Were you -- were the other -- do you remember
 4   where the other cars were located?
 5        A.   No, sir.  I don't recall how many cars were
 6   there or where they were located.
 7        Q.   Okay.  Do you recall whether any of the cars
 8   had their sirens on or lights activated?
 9        A.   I don't recall any of that, sir.
10        Q.   And so you saw -- you saw some individuals,
11   you're not sure which members of your office, escorting
12   someone from behind the house; is that right?  That's
13   the first thing you saw when you arrived on scene?
14        A.   Yes, sir.  They were coming up towards me.
15        Q.   Okay.  Did they come from the left or the
16   right; do you remember?
17        A.   I don't recall -- I don't recall which side
18   they came from.
19        Q.   Okay.  What did you do next, sir?
20        A.   After I did saw that, the deputies, you know,
21   advised me that they're waiting on EMS because they -- a
22   taser was used.  And then, after that I started -- I had
23   a pickup truck, though, open the tailgate and had Mr.
24   Dukes sit on my tailgate and I start asking Mr. Dukes
25   about, you know, if Jr. was around or if I could find --
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  where I could find Jr., that I was looking for him.  And

2  he said he didn't know where he was and he wished he

3  would just leave and get out of his house.

4      Q.    Did Mr. Dukes say anything else to you?

5      A.    He said that he needed -- he -- he ask to

6  speak on his phone and that's about all he said, but

7  while he was speaking on his phone I overheard him

8  talking to somebody on the phone that he always carries

9  a gun with him when he opens up his back door because of

10  Terry Dukes, Jr., his son, and all his friends are kind

11  of sketchy.  So he has a gun with him when he goes to

12  the back door.  He was talking -- whoever he was talking

13  to on the phone.

14      Q.    Anything else?

15      A.    That's all I recall talking to Mr. Dukes

16  about.

17      Q.    Okay.  Were you on scene when the EMS arrived?

18      A.    Yes, sir.  They showed up when I was -- I was

19  there.

20      Q.    Okay.  Can you describe what happened when

21  they arrived?

22      A.    They just went over and started talking to Mr.

23  Dukes, but I got -- I wasn't around to listen to the

24  conversation.  They were just there to and provide

25  medical attention if he needed it.  I don't even knew if



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

         1        Q.    Okay.  Do you remember who you would have

         2   spoken to on that -- on that -- on the morning shift?

         3        A.    I don't know who I would have ran across.

         4   That's five years ago.  I couldn't tell you.

         5        Q.    Okay.  Was Terry Dukes, Jr. eventually

         6   arrested for --

         7        A.    Yes, sir.  Yes, sir.  I eventually caught up

         8   with him in July of 2019 and he actually pled guilty on

         9   this case in September of 2019.

        10        Q.    So what is that, about 45 days or so later?

        11        A.    Yes, sir.

        12        Q.    Give or take?

        13        A.    He was such a danger, I -- I submitted him to

        14   the United States Marshalls to hunt him down so we could

        15   get him off the street as quickly as possible.

        16        Q.    Okay.  Do you have any -- how did you reach

        17   out to the Marshalls about Dukes, Jr.?

        18        A.    Back then, I was a Special Deputized U.S.

        19   Marshall, so I could just submit him to my boss -- my

        20   Marshall boss in Gainesville, via a little form, copy

        21   the warrant, a copy of the probable cause.  They pick up

        22   the case and then they assign a U.S. Marshall task force

        23   to start looking for him.

        24        Q.    Was -- is that form something you sent

        25   electronically?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        A.   Yes, sir.

 2        Q.   Okay.  By e-mail?

 3        A.   Yes, sir.

 4        Q.   Okay.  I want to show you a copy of what we'll

 5   mark as Plaintiff's Exhibit 5.

 6             (PLAINTIFF'S EXHIBIT 5 MARKED FOR

 7             IDENTIFICATION)

 8        A.   Yes, sir.  I recognize that as my -- looks

 9   like my e-mail.

10             (OFF THE RECORD)

11             MR. SLATER:  Hey, folks.  Can you hear me?

12             THE WITNESS:  Yes, sir.

13             MS. ADKINS:  Yeah.

14             MR. SLATER:  My Zoom just turned off and turned

15        back on.  So I'm not sure what happened.  Are we

16        still on the record?  Okay.  Let me -- oh --

17             THE REPORTER:  We are -- yeah.  We're good.

18             BY MR. SLATER:

19        Q.   Okay.  So I want to show you -- hopefully

20   it'll load now.

21        A.   I have it, sir.

22        Q.   Oh, you have this?  Plaintiff's Exhibit --

23        A.   Yes, sir.

24        Q.   -- this what we'll mark this as.  And this is

25   an --
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1          THE REPORTER:  I'm sorry.  You said 5, right?
 2      This is the same e-mail we were just looking at?
 3          MR. SLATER:  Yes, yes.
 4          THE REPORTER:  Okay.
 5          MR. SLATER:  I -- it didn't load -- it didn't
 6      load for me, so I -- I didn't -- I didn't know you
 7      folks had seen it.
 8          THE REPORTER:  Okay.
 9          BY MR. SLATER:
10      Q.   All right.  So this is an e-mail dated
11  Saturday, May 25, 2019 at 9:22 a.m.  Would that be after
12  you left the Dukes' residence at ████?
13      A.   Yes.
14      Q.   --████████████
15      A.   Yes, sir.
16      Q.   Okay.  And it says -- and it's from you,
17  Michael Wilkinson, to Patrol.
18      A.   Yes, sir.
19      Q.   Is Patrol one of those sort of e-mail
20  addresses that goes to all the patrol deputies?
21      A.   Yes, sir.  It'll go to all the patrol
22  deputies.  Yes, sir.
23      Q.   And it says, "I've left the probable cause
24  paperwork in Sergeant Houchin's box in dispatch for
25  Terry Dukes, Jr.  The charge is Aggravated Battery on
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

 1   Pregnant woman.  The victim advised that Dukes is using

 2   Molly which makes him have violent tendencies.  Please

 3   use caution with dealing with Dukes.  Dukes works at

 4   Julie's Diner in Bronson.  He usually comes to work in

 5   the afternoons and stays until closings.  I appreciate

 6   your help." Is that -- do you remember sending this e-

 7   mail?

 8        A.   I don't remember it, sir, but it's from my e-

 9   mail, so I would have sent it.  This is the first time I

10   remember seeing this in five years.

11        Q.   And Dukes works at Julie's Diner in Bronson.

12   How did you know that?

13        A.   Ms. Sheffield told me he worked there.

14        Q.   Okay.  Do you know if anyone went to Julie's

15   Diner to look for him?

16        A.   I don't know if they did or not.

17        Q.   Okay.

18        A.   You'd have to ask the patrol deputies about

19   that.

20        Q.   And when you say, "I left the probable cause

21   paperwork in Sergeant Houchin's box in dispatch for

22   Terry Dukes, Jr.," what does that mean?

23        A.   That means I'll leave my probable cause

24   affidavit.  If they pick up Terry Dukes, Jr. during the

25   -- their shift, all they have to do is grab my probable

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   cause, take him to the detention center, and book him in

2   on my probable cause.

3       Q.   Understood.  Did you apply for a warrant for

4   Dukes, Jr.'s arrest?

5       A.   Yes, sir.  I did.  I applied for a warrant.

6       Q.   Do you remember when you did that?

7       A.   I don't remember exactly what date I did it.

8       Q.   Okay.  Going to bring back up what was

9   previously marked as Plaintiff's Exhibit 1.  And this is

10  part of that Composite Exhibit.  This is Dukes, T. 189.

11  Can you see the document,  sir?

12      A.   Yes, sir.  I can see it.

13      Q.   All right.  And just take a minute and if you

14  can, after reviewing it for a second, tell me what this

15  is?

16      A.   That's the -- that's the arrest warrant. Could

17  you scroll down some, please?

18      Q.   Sure.  Of course.

19      A.   Yes, sir.  That's the arrest warrant that

20  after I submitted it to the State Attorney, and it went

21  to Judge Davis who authorized the warrant by signing it

22  and putting a bond.

23      Q.   Okay.  And it says it's the 29th of May?

24      A.   Yes, sir.

25      Q.   Okay.  Is there anything I haven't gone over



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**       www.**MILESTONEREPORTING**.com       **Toll Free 855-MYDEPOS**

1   through and it appeared that you were counting from

2   something and you were referencing, I believe, nine

3   incidents -- prior incidents with Mr. Dukes, Jr.  Do you

4   have a paper or other document there in front of you

5   that shows those different incidents?

6       A.   I just have the -- the number listed, yes,

7   ma'am.  Because I was studying for my deposition and I

8   do, all -- on all my cases, especially as a detective,

9   if I have a subject or a suspect, I do what I call a

10  background.  I go through our RMS and look at all their

11  cases to --

12      Q.   Okay.

13      A.   -- understand what kind of person I'm dealing

14  with.

15      Q.   And so is what you're looking at, is that

16  similar to the exhibit that Mr. Slater showed you

17  earlier, in terms of RMS?

18      A.   You would have to go through there and click

19  on Dukes, Jr.'s name, and click on it and it will tell

20  you how many times we dealt with Terry Dukes, Jr., how

21  many arrest.

22      Q.   Okay.

23      A.   It'll say warrants, arrests, it'll have all

24  the cases we've ever dealt with Terry Dukes and he has

25  -- I don't know how many he has at this point.  He's

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  probably got 40 or 50 cases that we've dealt with him in

2  our RMS system.

3      Q    All right.  Okay.  That's all I have.  I just

4  wanted to clarify.

5      A    Yes, ma'am.

6          MS. ADKINS:  Thank you.  And if this deposition

7      is transcribed, Mr. Wilkinson, then you have the

8      opportunity to read through it and I recommend that

9      you do so, just to make sure that everything has

10     been taken down as you intended for it to be.

11         THE WITNESS:  Yes, ma'am.  I will read.

12         MS. ADKINS:  Okay.

13         THE REPORTER:  Okay, sir.

14         MR. SLATER:  I'll order electronically, please.

15         THE REPORTER:  I'm sorry.  You would like to

16     order electronically?

17         MR. SLATER:  Yes, please.

18         THE REPORTER:  Yes, please.  Okay.  And sir,

19     can I get -- would you like me to send the e- -- the

20     transcript to you for review or to Ms. Adkins?

21         THE WITNESS:  You can send it to both of us, if

22     you don't mind.

23         THE REPORTER:  Okay, sir.  Can I get your e-

24     mail address, then?

25         THE WITNESS:  It is mwilkinson --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

201905002270 - Levy County Sheriff's Office

## Incident Narratives

**Original Narrative**

| | Author: | Date Created: | Supp #: |
|---|---|---|---|
| | Deputy M. Wilkinson #426 | 05/28/2019 1017 Hrs | 0 |

On 5/25/2019, I was contacted in reference to a report of an individual (Shaquanda Sheffield) who was at ███████ ███████ with injuries caused during a domestic altercation that occurred at ███████████████████ .

Upon arrival, I made contact with the victim, Shaquanda Sheffield, in the emergency room.

Sheffield stated that on 5/24/2019 at approximately 0230 hours , she was asleep in her bedroom (███████████ ████ ) when she was awaken by the defendant, Terry Dukes Jr. She said that Dukes was upset with her because he believed that she was cheating on him with another man. Sheffield stated that Dukes became very angry and placed his fingers inside of her mouth and near the back of her throat. She said that while Dukes had his fingers inside of her mouth he bit her on the left cheek. Sheffield stated that Dukes then punched her on the left side of her eye and the side of the head. Sheffield stated that Dukes picked her up and body slammed her and she landed on her stomach. She stated that Dukes kicked her in her stomach and back.  Sheffield asked Dukes during the altercation what was wrong with him and he stated that he was smoking molly.

Sheffield stated that she eventually got away from him. She said that she went to the bathroom and observed blood coming from her vagina. She said that it took several napkins before the blood stopped coming from her vagina. She stated that she eventually left the residence and started walking back to ████████████████████ . She advised that she ended up getting a ride to her mother's residence. Sheffield stated that after the incident occurred she did not have a telephone to call 911. She said that Dukes does not have a telephone either. She said that on Friday 5/24 /2019, she spent the day with her mother in ███████ . She advised that after eating she used the restroom and observed blood coming from her vagina. She stated that she called 911 and went to █████████████████████ ███ .

Sheffield stated that Dukes knows she is pregnant and has stated that it is not his child and believes that she became pregnant by someone else. She stated that she has dated Dukes for the past 2 years and has lived with him at ██ ███████████████████ . During the interview with the Sheffield, it was confirmed that she is pregnant and is approximately 8 weeks into her pregnancy. I did observed what appeared to be a bite mark on near her left check, bruising to her left eye, scratched on her back, and a bruise mark on her lower back. The injuries were consistent with her statement and appeared to be injuries that occurred recently. Sheffield stated during the interview that she wanted to file for a protection order because she was afraid of Dukes. Sheffield advised that during her examination that her baby was fine.

The victim stated that she plans on staying at her mother's residence at the ███████████████████ . She was advised of her rights as a Victim in this crime while I interviewed her at the hospital. I advised her of how to apply for an injunction in this case. I contacted the Victim's Advocate Director, Aubrey McKenzie, and updated her on the case and advised her that Sheffield wanted to apply for an injunction. Refer to her report on the status of the injunction.

Patrol Deputies looked for the defendant for 3 days staring on 5/25/2019, 5/26/2019, and 5/27/2019 with negative results. The whereabouts of the defendant is unknown at this time.

On 10/3/2018, the defendant, Terry Dukes, was adjudicated guilty on Levy County case#38-2018-CF-000347A: F.S. S 784.03 Battery.

At this time a warrant is being requested for the arrest of Dukes for Violation of F.S.S  AGGRAVATED BATTERY-

Dukes 002691

OFFENDER KNEW/SHOULD HAVE KNOWN VICTIM WAS PREGNANT.

WARRANT REQUESTED IN THIS CASE.

Dukes 002692

| AGENCY NAME | | | | | | | | AGENCY CASE NUMBER | |
|---|---|---|---|---|---|---|---|---|---|
| Levy County Sheriffs Office | | | EIGHTH JUDICIAL CIRCUIT | | | | | 201905002270 | |
| AGENCY ORI | | | | | | | | OBTS NUMBER | |
| FL0380000 | | | SWORN COMPLAINT | | | | | | |

**DEFENDANT**

| DEFENDANT'S NAME (LAST, FIRST, MIDDLE) | | | | ALIAS / MAIDEN NAME | | | | |
|---|---|---|---|---|---|---|---|---|
| Dukes, Terry, Cari | | | | Dukes, Terry, Carol | | | | |

| RACE | SEX | DATE OF BIRTH | AGE | DL (State) | | | SSN |
|---|---|---|---|---|---|---|---|
| Black or African | Male | | 31 | | (Florida) | | |

| PLACE OF BIRTH | CITIZENSHIP |
|---|---|
| | |

| PHYSICAL DESCRIPTION |
|---|
| Ht: 6' 02", Wt: 206, Build: Medium, Eyes: Brown, Hair: Black, Skin: Dark, Glasses: No |

| SMTS AND OTHER CHARACTERISTICS | SUBJECT IDENTIFIED BY | SUBJECT'S NAME VERIFIED BY |
|---|---|---|
| | LEO | Other |

| 911 LOCAL ADDRESS | | PHONE |
|---|---|---|
| | | |

| BUSINESS / SCHOOL (NAME / ADDRESS) | BUSINESS PHONE |
|---|---|
| | |

| OCCUPATION | PERMANENT / MAILING ADDRESS (IF DIFFERENT THAN 911 ADDRESS) |
|---|---|
| | |

| ARREST LOCATION |
|---|
| |

| ARREST DATE / TIME | BOOKING DATE / TIME | BOOKING NUMBER | BOOKING AGENCY |
|---|---|---|---|
| | | | |

**CO-DEF**

| #1-CO-DEFENDANT'S NAME (LAST, FIRST, MIDDLE) | RACE | SEX | DOB (AGE) |
|---|---|---|---|
| | | | |

| #2-CO-DEFENDANT'S NAME (LAST, FIRST, MIDDLE) | RACE | SEX | DOB (AGE) |
|---|---|---|---|
| | | | |

**JUVENILE**

| JUVENILE DISPOSITION | PARENT / GUARDIAN NAME (LAST, FIRST, MIDDLE) | RACE | SEX | DOB (AGE) |
|---|---|---|---|---|
| | | | | |

| PARENT / GUARDIAN ADDRESS | PHONE(S) |
|---|---|
| | |

**WITNESS**

| #1-WITNESS NAME (LAST, FIRST, MIDDLE) | RACE | SEX | DOB (AGE) | ADDRESS | PHONES |
|---|---|---|---|---|---|
| | | | | | |

| #2-WITNESS NAME (LAST, FIRST, MIDDLE) | RACE | SEX | DOB (AGE) | ADDRESS | PHONES |
|---|---|---|---|---|---|
| | | | | | |

**CHARGE 1**

| STATUTE / ORDINANCE NUMBER | CHARGE DESCRIPTION | | LEVEL | DEGREE |
|---|---|---|---|---|
| 784.045 (1b) | 784.045 (1b) AGGRAV BATTERY - OFFENDR | | Felony | Felony State |
| OCCURRENCE DATE | BOND AMOUNT / TYPE | | WARRANT REFERENCE NUMBER | |
| 05/24/2019 | To be set by Judge | | | |

**CHARGE 2**

| STATUTE / ORDINANCE NUMBER | CHARGE DESCRIPTION | | LEVEL | DEGREE |
|---|---|---|---|---|
| | | | | |
| OCCURRENCE DATE | BOND AMOUNT / TYPE | | WARRANT REFERENCE NUMBER | |
| | | | | |

**VICTIM**

| #1-VICTIMS NAME (LAST, FIRST, MIDDLE) | RACE | SEX | DOB (AGE) | ADDRESS | PHONES |
|---|---|---|---|---|---|
| Sheffield, Shaquanda, Datasha | Black or African American | Female | | | |

| #2-VICTIMS NAME (LAST, FIRST, MIDDLE) | RACE | SEX | DOB (AGE) | ADDRESS | PHONES |
|---|---|---|---|---|---|
| | | | | | |

**PROSEC**

| THE INCIDENT OCCURRED AT (ADDRESS / LOCATION) | CITY OF | COUNTY OF | STATE OF |
|---|---|---|---|
| | Bronson | LEVY | Florida |

NARRATIVE BEGINS ON PAGE 2

**NTA**

| MANDATORY APPEARANCE IN COURT AT | DATE OF APPEARANCE | TIME (AM/PM) |
|---|---|---|
| | | |

I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS NOTICE TO APPEAR. WILLFUL REFUSAL TO ACCEPT AND SIGN THIS NOTICE TO APPEAR MAY RESULT IN PHYSICAL ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF MY RIGHTS.

| DEFENDANT SIGNATURE | DATE |
|---|---|
| | |

**JURAT**

SWORN TO AND SUBSCRIBED TO BEFORE ME THIS:

28 DAY OF May, 2019

SIGNATURE

TITLE Det. 548

I SWEAR THE ABOVE AND ATTACHED PAGES AND STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

NAME (PRINT) Michael R Wilkerson

SIGNATURE

AGENCY LCSO          LEO ID# 426

| AGENCY NAME | | | | | AGENCY CASE NUMBER |
|---|---|---|---|---|---|
| Levy County Sheriffs Office | | | | | 201905002270 |
| AGENCY ORI | | **EIGHTH JUDICIAL CIRCUIT** | | | OBTS NUMBER |
| FL0380000 | | SWORN COMPLAINT | | | |

| DEF | DEFENDANT'S NAME (LAST, FIRST, MIDDLE) | | | | ALIAS / MAIDEN NAME |
|---|---|---|---|---|---|
| | Dukes, Terry, Carl | | | | Dukes, Terry, Carol ▮ |
| | RACE | SEX | DATE OF BIRTH | AGE | PHYSICAL DESCRIPTION |
| | Black or African | Male | ▮▮▮ | 31 | Ht: 6' 02", Wt: 206, Build: Medium, Eyes: Brown, Hair: Black, Skin: Dark, |

PROSECUTIVE SUMMARY

On 5/25/2019, I was contacted in reference to a report of an individual (Shaquanda Sheffield) who was at Shands Hospital with injuries caused during a domestic altercation that occurred at ▮▮▮▮

Upon arrival, I made contact with the victim, Shaquanda Sheffield, in the emergency room.

Sheffield stated that on 5/24/2019 at approximately 0230 hours , she was asleep in her bedroom (▮▮▮) when she was awaken by the defendant, Terry Dukes Jr. She said that Dukes was upset with her because he believed that she was cheating on him with another man. Sheffield stated that Dukes became very angry and placed his fingers inside of her mouth and near the back of her throat. She said that while Dukes had his fingers inside of her mouth he bit her on the left cheek. Sheffield stated that Dukes then punched her on the left side of her eye and the side of the head. Sheffield stated that Dukes picked her up and body slammed her and she landed on her stomach. She stated that Dukes kicked her in her stomach and back. Sheffield asked Dukes during the altercation what was wrong with him and he stated that he was smoking molly.

Sheffield stated that she eventually got away from him. She said that she went to the bathroom and observed blood coming from her vagina. She said that it took several napkins before the blood stopped coming from her vagina. She stated that she eventually left the residence and started walking back to Chiefland from Bronson. She advised that she ended up getting a ride to her mother's residence. Sheffield stated that after the incident occurred she did not have a telephone to call 911. She said that Dukes does not have a telephone either. She said that on Friday 5/24/2019, she spent the day with her mother in Chiefland. She advised that after eating she used the restroom and observed blood coming from her vagina. She stated that she called 911 and went to ▮▮▮

Sheffield stated that Dukes knows she is pregnant and has stated that it is not his child and believes that she became pregnant by someone else. She stated that she has dated Dukes for the past 2 years and has lived with him at ▮▮▮, Florida. During the interview with the Sheffield, it was confirmed that she is pregnant and is approximately 8 weeks into her pregnancy. I did observed what appeared to be a bite mark on near her left check, bruising to her left eye, and a bruise mark on her lower back. The injuries were consistent with her statement and appeared to be injuries that occurred recently. Sheffield stated during the interview that she wanted to file for a protection order because she was afraid of Dukes. Sheffield advised that during her examination that her baby was fine.

On 10/3/2018, the defendant, Terry Dukes, was adjudicated guilty on Levy County case#38-2018-CF-000347A: F.S.S 784.03 Battery.

At this time the defendant is being charged with Violation of F.S.S AGGRAVATED BATTERY-OFFENDER KNEW/SHOULD HAVE KNOWN VICTIM WAS PREGNANT.