```
 1              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF FLORIDA
 2                GAINESVILLE DIVISION

 3              Case No. 1:23-cv-45-AW-HTC

 4

 5   TERRY DUKES, SR.,

 6                Plaintiff,

 7   vs.

 8   ROBERT B. MCCALLUM JR., et al.,

 9                Defendants.
     _____/
10
                       DEPOSITION
11
                          of
12
                    TERRY DUKES, SR.
13
             Taken on behalf of Defendants
14

15

                 DATE TAKEN:   June 26, 2023
16               TIME:         9:52 a.m. - 3:46 p.m.
                 PLACE:        310 South School Street
17                             Bronson, Florida

18
             Examination of the witness taken before:
19

20               Cynthia F. Leverett, FPR
                    Stenographic Reporter
21             Notary Public, State of Florida
                  www.NatureCoastReporters.com
22                  Post Office Box 2392
                  Chiefland, Florida 32644
23                      386-256-1457

24

25
```

1   son.

2          So they didn't keep up they word, and I had

3   told them to get out.

4          Q.   What was the girl's name?

5          A.   Shaquanda or something.   Sheffield, I know.

6          Q.   And you indicated that they were busting

7   holes in your wall?

8          A.   Yeah, I got holes in my wall in one of the

9   rooms, in the living room.   They just fighting in

10  there and was knocking holes all in the wall.   And

11  they'd sneak her in, and I wouldn't know it.   When I

12  go to sleep, he'd sneak her in through the window,

13  even in the daytime sometimes.   I can't hear.   And,

14  you know, she'll be in the house, and I don't even

15  know it because I don't just walk in his room, you

16  know.   I give him his privacy.

17         Q.   Has your son had issues with the law?

18         A.   (No audible response.)

19         Q.   Has your son had issues with the law?

20         A.   Yes, ma'am, plenty.

21         Q.   What kind of issues has he had?

22         A.   Well, I think it was between -- mainly

23  between him and Shaquanda.   They was fighting.   And

24  one of them will go to jail this time, and then next

25  time they'll send her to jail.   Because they had

1  bruises on each other, so they'll make a decision

2  which one was going to jail.

3        And they wasn't supposed to have no contact

4  with each other, from what I understood, but she's

5  somebody that you can't deal with.  She just want to

6  do what she want to do and don't respect nobody, not

7  even her own daddy.

8        So I just couldn't deal with her because I

9  got problems.  I don't -- you know, I just told them

10 to leave, but they'd keep sneaking in.  I'd be at

11 work.  They'd be to the house, and I told them to

12 leave.

13    Q.  Has your son also had issues with drugs?

14    A.  Yes, ma'am, he did.

15    Q.  Any drugs in particular that you remember

16 that he was --

17    A.  From what they told me, it was molly.

18    Q.  And who told you that?

19    A.  I guess my daughter.  I guess when he first

20 started she found out, and I guess she told me.  And I

21 asked him about it, but, you know, he going to try to

22 deny it.  But my daughter -- I heard it around town

23 through different friends.  I don't have a lot of

24 friends, but people was talking about it, you know.

25    Q.  And did you see your son at any point in time

1   when you could tell he was on drugs?

2       A.   Huh?

3       Q.   Did you see your son at any point when you

4   could tell he was on drugs?

5       A.   Did I see him?

6       Q.   Yes.  Did you ever see him?  Were you around

7   him whenever you could tell he was on drugs?

8       A.   He'd be in his room; and I wouldn't go in

9   there, but I could smell it, you know.  But I told

10  him, you know, I don't need this, and you don't

11  either, you know.  But he hard -- him and her was just

12  alike.  They don't -- they don't take orders.  They do

13  what they want to do.  And then they was causing

14  problems for me because I just can't stand that drama.

15  I can't stand no drama.

16      Q.   How old is your son?  This is Terry Junior,

17  correct?

18      A.   He just turned 35.

19      Q.   And that's Terry Junior, correct?

20      A.   Yes, ma'am, he a junior.  That's why I had to

21  put my name "Senior," because he was getting in so

22  much trouble.  And my ex-wife told me, you need to

23  change your name to Senior because he's going to get

24  you in trouble one day.

25      Q.   You mentioned a daughter.  What's your

1   birthday, and you said that you drank to celebrate --

2       A.   No, I was talking about my 63rd birthday.

3   Back then I was normal.  You know, before that, I just

4   drank maybe a four-pack or six-pack.  They don't

5   hardly sell six-packs no more.  I drank a four-pack or

6   something and tried to get to bed before 11:00 or

7   12:00, you know.

8       Q.   Is that what you did on Friday, May 24th,

9   2019, is drank a four- or a six-pack?

10      A.   I don't really remember, but I usually --

11  every day I usually had me a -- when I get off, I want

12  a beer.  It might be one.  It might be three or four.

13  It might be more, but I'll try not to get out -- too

14  much out the way when I got to go to work because I,

15  you know, don't want stuff in my system.  So I try to

16  go to bed early enough.

17      Q.   When you went to bed that night, was anybody

18  at the house with you?

19      A.   No.   No, because my son didn't come home.   If

20  he had came home that night, they would have got him;

21  but he didn't -- he didn't come home.   He stayed out

22  because he knew they were looking for him, and that's

23  why he -- any other time, he'd come home, but he

24  didn't come home that night.

25      Q.   He was staying with you at that time?

1    A.   I think so.

2    Q.   And do you know whether the girl was staying

3  there as well at the time?  Was it Shaquanda?

4    A.   I'm not -- I don't -- I don't want to tell

5  you wrong.  I don't think she was, because she was in

6  and out.  She a street person, so -- we wasn't getting

7  along, so I can't remember, you know.  Because I told

8  her to leave, and she keep coming back against my

9  will.

10       She's a real something else to deal with, in

11  and out of jail and, you know -- you probably got a

12  record there of Shaquanda, but she was hard to deal

13  with, you know.

14    Q.   So Saturday morning, May 25, 2019, you are

15  preparing to go to work at 7:00 a.m.  Is that

16  accurate?

17    A.   Well, it was about, I think, 5:30, going on

18  6:00.  It was about maybe a quarter to -- some -- I'm

19  guessing, but it was close.  It was almost 6:00.  And

20  I wasn't feeling good, so I said I'm going to lay here

21  until 6:00.

22       By 6:00, I needed to be moving because I

23  ain't had but an hour to get to work.  So I needed to

24  be, you know, trying to get on up; but I wasn't

25  feeling good, so I laid there until about 6:00, close

 1   to 6:00.

 2          Q.   So you were awake but just resting in your

 3   bed?

 4          A.   Right.  Right.  I was awake, but I just

 5   didn't feel good.

 6          Q.   Were there any lights on at the house?

 7          A.   Huh?

 8          Q.   Were there any lights on in the house?

 9          A.   Anybody in the house?

10          Q.   No, sir, any lights.

11          A.   This the deal.  Okay.  I had got up when I

12   heard a knock.  They hit my window, and I thought it

13   was my boy.  I didn't have no lights on at the time

14   because I was in the birthday suit, and I didn't turn

15   no lights on.  I used my flashlight.

16              My lights in the room, I had to plug up lamps

17   sometimes because the switches -- I got to have it

18   rewired.  And I had to plug up the lamp, but I

19   didn't -- at the -- when I got up, I didn't have no

20   light, nothing but my phone light.  I used it to go to

21   the back door.

22          Q.   What kind of phone did you have at that time?

23          A.   I got it right here.  This might not be the

24   same one.  It's something like this.

25          Q.   It's what I'm going to call a smartphone?

1  hear -- I think they was out there banging on the
2  trailer.  I didn't hear nothing at first because I
3  can't hear good.  And then they got closer to my room,
4  and I seen a flashlight up to the window.  And I
5  thought it was my son, but after a while they was -- I
6  seen a light.  They was knocking kind of -- they said
7  they was banging on the front door, but I was asleep,
8  you know.  I couldn't -- I can't hear good.
9          I got ready to -- I'm getting mixed up now.
10  What did I say?  I can't -- go back to the question.
11      Q.  Yes, sir.  And that's fine.  You take your
12  time.
13          My question was, what knock did you hear?
14      A.  I didn't hear the first banging.  When they
15  said they was out there, I didn't hear it; but I
16  heard -- or seen a flashlight up to the window.
17  That's when I thought it was my son.
18          And then after while they tapped kind of --
19  it wasn't where I could hear; but after a while they
20  hit the window hard, or the side of the trailer, and I
21  say, "I'm coming."
22          I thought it was my boy, because I was fixing
23  to tell him I'll hit him up side the head for knocking
24  on my trailer like that.  But I couldn't -- I heard
25  the first knock, but that second knock was so loud, I

1   said, "Now, boy, don't hit my trailer like that."

2           And that's when I got mad.  I said, "I'm

3   coming" real loud, and that's when I went on and got

4   my little flashlight and started to proceed out of my

5   room to the back door.

6           There's a little hallway in the kitchen.  And

7   then my room, you had to go around the corner to it

8   and come out and then go through the kitchen.  My

9   front door wouldn't open at the time; it was messed

10  up.  I got a new door since then.  But the front door

11  would -- it would jam, like, and I had to use the back

12  door.

13          So that's when I proceeded to the door to let

14  him in; but when I opened the door, he never came in.

15  And I didn't know it was the polices out there, about

16  five or six cars out there by the road.  I don't

17  exactly know where they was at, but I -- and nobody --

18  but I cracked the door.  And my son usually come right

19  on in.  But I cracked the door just a little bit to

20  let him in; and by the time I walked back, I didn't

21  never hear him come in.  He never -- and I thought it

22  was him.

23          So that's when I eased on back to the room so

24  I could get dressed, get, you know, cleaned up and get

25  ready for work.  Like I say, I ain't had but about an

1    hour, so I needed to move.  And the next thing I know,

2    they was in my house.  I didn't even hear them come in

3    because I can't hear good.  And next thing I know they

4    had guns pointed on me talking about get on the

5    ground, get on the ground.

6            I said, well -- and it scared -- it shocked

7    me because I didn't know they was in the house.  I

8    didn't even hear them come in.  Maybe they got soft

9    shoes on.  I can't hear anyway, but I never heard them

10   come in my house until I looked up.  And when I

11   looked -- I had my clothes, trying to get ready, you

12   know, and get my towel, whatever, trying to get ready

13   for work; and they just come in there, and they

14   shocked me.  "Get on the" -- because you know how they

15   holler.  They wasn't talking silent.  They was

16   hollering, "Get on the ground.  Get on" -- and they

17   had guns pointed on me.

18           I said, "What's going on?"  First of all, I

19   say -- I knew they was probably looking for him, but I

20   said, "My son is not here."

21           They were telling me to get on -- I said,

22   "Look, I'm just trying to tell you who I am.  I'm

23   Terry Dukes Senior.  Junior didn't come home last

24   night."

25           They started telling me, "Get on the ground."

1          I said, "Okay.  I'm just trying to explain to

2   you, I'm trying to go to work, you know.  Y'all need

3   to leave me alone.  I'm trying to go to work."

4          And no, but they kept going.  I was totally

5   naked.  I said, "Okay.  I'm going to sit on the

6   floor."

7          I'm a single person, so I might have clothes

8   anywhere.  And there was a pair of pants right in

9   front of me.  I had to reach and get them, the pants,

10  and I kept eye contact with them.  I'm going to put my

11  pants on.  I'm going to put my pants on.  I was

12  embarrassed.  I don't like nobody looking at me.  I

13  was embarrassed.

14         I say, "I'm trying to go to work."  I say,

15  "All I want to do is go to work."

16         And he said -- it sounded like -- I don't

17  know what he said; I don't want to even put that in

18  there, "You ain't going to work," or something.

19         But I told them I got to be to work in a

20  little while, and they didn't pay that no attention.

21  So I got on the floor on my butt, naked, got on the

22  floor and reached -- when I reached for the pants, I

23  say -- I kept eye contact with him.  I said, "I'm

24  going to put my pants on.  I'm going to put my pants

25  on."

1          By the time I pulled my pants up to my

2     waist -- they didn't even let me get them buttoned up.

3     The pants wasn't even buttoned up, and I was nervous

4     and all; but they wouldn't even let -- he took the

5     TASER out and just hauled off and -- without no

6     warning or nothing, just took the TASER and shot me

7     probably from here to the end of that speaker over

8     there.  I don't know how -- it wasn't that far, but I

9     thought it was a real gun.  I thought I was dead, you

10    know, because the thing got out, "pop."  I don't know

11    how loud, but it scared me.

12          I thought I was shot; but I seen the rope

13    come out, and that's when I see -- I see it on the TV.

14    I hadn't knowed that much about TASERs, but I see it

15    on TV when that string come out.  It shot me and hit

16    me right here in my shoulder.  There's a little dot up

17    there.

18          It may not look like much now, but I had --

19    my shoulder, I had tendinitis, bursitis, and a small

20    tear in my rotor [sic] cuff.  I had already been to

21    the hospital.  A doctor -- I got it on record that I'd

22    been, you know, hurt.

23          He just -- but he just pulled the TASER out

24    and just shot me with it.  And I'm naked, and I went

25    to crying.  I said why -- Lord, have mercy.

1        Q.   That's okay.  Let's just take a minute.

2        A.   I said, "Why y'all bothering me?  I ain't

3    done nothing.  Why y'all bothering me?"

4             They had done tased me for nothing.  I wasn't

5    fighting.  I wasn't trying to hurt nobody.  I was just

6    trying to tell them who I was, and I was fixing to go

7    to work.  And it bothered me.  I can't help but to

8    tear up because I ain't let nobody -- I ain't never

9    get in front of nobody naked.  I was embarrassed, and

10   they -- you know, like it didn't even bother them.

11            I said, well, you know, I want to put my

12   pants on.  I don't want nobody looking at -- I was

13   embarrassed and hurting and crying, telling them, "Why

14   don't y'all just leave me alone?  I ain't" -- he just

15   took a TASER when I got my pants up -- and they wasn't

16   even buttoned up, and he just took the TASER and fired

17   on me without no warning or nothing.

18            He didn't say, "You move or I'm going to tase

19   you."  He didn't say nothing.  He just pulled the

20   TASER out and zapped me in my shoulder.  And I was

21   sitting there crying, "Why y'all bothering with me?  I

22   ain't done nothing."

23            And that's why I get all emotional, because I

24   usually get up every morning when I go open the door

25   for my son or anybody -- it would be my son.  It

1   wasn't nobody else coming there.  I take my gun to the
2   back door with me, but something told me that morning,
3   say, put your gun on the bed, don't take it.
4          I followed my mind, and I put my gun on the
5   bed and walked to the -- with my phone to the back
6   door.
7          Usually I take my gun because I'm out there
8   by myself.  Ain't nobody live around me.  You got wild
9   animals out there, dogs.  People said they seen a bear
10  out there one time.  I take my gun to the back --
11  every time I open the back door for my boy, "You think
12  you bad because you got a" -- I say, "I got my gun for
13  my protection.  I can't hear."
14         And I was hurt so bad about the way I was
15  treated, just being tased naked for nothing.  I wasn't
16  arguing.  I was talking with a calm voice.  I wasn't
17  fussing.  I was just saying, "I'm trying to go to
18  work.  I want to go to work."
19         By the time I got my pants up to my waist,
20  they wasn't even buttoned up, he just took the TASER
21  out and "pop."
22         I closed my eyes.  I thought I was dead,
23  because I hadn't never been -- seen, you know,
24  personally like that, seen a TASER, just on TV.  But I
25  thought I was dead, and I feared for my life.

1          I said, you know, why did I got to get tased

2     for nothing, while you naked?  I ain't trying to hurt

3     nobody.  I wasn't even talking loud.  I said, "I just

4     want to go to work."

5          It's very hard for me to talk about this

6     because I was naked; and if I wanted somebody to see

7     me, I would go streaking.  I ain't never done that.  I

8     was just embarrassed because I'm not used to nobody

9     looking at me.  I told my son I don't want him looking

10    at me; that's why I didn't turn no lights on, and I

11    used my flashlight.  But I had to go to the switches

12    and lights here and there.  Right now, the whole

13    trailer need rewiring.

14          But I don't like walking in front -- I don't

15    show myself.  I was embarrassed and hurt.  I'm talking

16    about I -- it's hard for me to deal with that, because

17    for nothing -- I mean, he could have said, well, you

18    know -- if I was acting up or trying to hurt them.  I

19    didn't do no violence or nothing.

20          And I put my gun on the bed before I went to

21    the door.  If I'd've had my gun, it might have been a

22    whole different situation.  I might be dead.

23        Q.  Mr. Dukes, thank you for going through that.

24    I know that wasn't --

25        A.  Huh?

1     Q.   Thank you for walking through that with me.
2  I know that wasn't easy for you.
3     A.   Yes, ma'am.  I can remember it just like
4  yesterday.  I might not say everything just right, but
5  I believe I'm pretty close.  I can remember it just as
6  plain -- because when you go through an incident like
7  that, you never forget it.  I'll never forget that.
8          I'm crying, saying, "Man, you know, I'm
9  trying to go to work, you know.  Why y'all bothering
10 with me?  I'm trying to" -- all of a sudden, they
11 just, you know, haul off -- without warning or
12 nothing, he just took the TASER out and hit me
13 because -- they talking about they thought I was going
14 at a gun or something.  He seen me.  They had lights
15 on, the flashlights on the gun or whatever.  They had
16 lights.  And I kept eye contact.  I say, "I'm going to
17 put on my pants."
18         I ain't used to people looking at me naked.
19 I don't want nobody looking at me naked.
20    Q.   I'm going to go back and ask you some
21 specific questions about what all you just told me.
22 Okay?
23    A.   Okay.
24    Q.   So when we started out, I was asking you
25 about the knock that you had indicated you'd heard.

1  You said that there was some knocking that you

2  apparently didn't hear?

3       A.   I didn't hear it when they first came.  I

4  didn't even know they was out there, but then when he

5  got -- they was at the front, knocking, I guess, but

6  then they came to my window; and I seen the light, and

7  I thought it was my son.  I say, "Okay, I'm coming."

8  I said it real loud.

9            But after a while they hit real hard, and

10 that's when I got mad.  I said, "I'm coming."

11           My boy don't usually hit the window.  I

12 didn't know the law was out there.  My boy ain't never

13 hit my window like that because I told him I was going

14 to hit him upside the head because -- he don't do

15 that.

16           But I didn't have no idea they was out there.

17 I never saw nothing.  I just cracked the back door and

18 proceeded back in my room to get my stuff ready to go

19 to work; that's all.

20      Q.   So let's go back to the knocking.  So you

21 said you didn't hear it at first, but the first thing

22 that you actually noticed was a light at your window?

23      A.   I think that's correct, that I seen a light.

24      Q.   Does your bedroom window, is it on the front

25 of the house?

1     A.  Yes, ma'am.

2     Q.  And if I were standing at your front door, is

3 it to the right or to the left of the front door?

4     A.  Let me see.  I think to the left.  It's all

5 the way back -- I was in the last room on the left.  I

6 got two bedrooms up front; but I was in the back room

7 back there, and it was like to the left from the door.

8        But that's when I happened to see a

9 flashlight.  And that's how my son usually come home,

10 he'll have a flashlight and shine up the window and

11 then knock and say, "Daddy, let me get in."

12        Because I wouldn't give him a key because he

13 was bringing them people and that girl in my house.  I

14 wouldn't give him no key.  Or he would lose them, and

15 I got tired of buying them.

16    Q.  And you said that you get up like that for

17 him a lot of mornings, right, get up to open that door

18 for him?

19    A.  Yes, ma'am.  Sometimes he'll come in late at

20 night, or sometimes he'll be early in the morning, you

21 know.  I just got up.  I thought it was him.  I didn't

22 know no police was out there.

23     Q.  Now, you said that whenever somebody hit the

24 trailer hard -- and you said that wasn't usual for

25 your son?

1      A.   Right.   No, he wouldn't hit my -- but I

2   didn't know the law was out there.   Because he ain't

3   never hit my house.   He'll come and just tap, tap.   He

4   might have to knock two or three times because I can't

5   hear good; but when I hear him, I'll say, "Okay.   I'll

6   be right there."

7           But this knock -- when they first -- when I

8   seen the light, they might have been knocking then;

9   but after a while, it was a hard knock.

10      Q.   Did you hear anybody saying anything?

11      A.   No, ma'am.   No, ma'am.

12      Q.   You didn't hear anybody say "Levy County

13   Sheriff's Office"?

14      A.   No, until they got inside, and that's when --

15   I don't even know if they said -- all I remember them

16   telling me was get on the ground.   I don't remember

17   addressing their name or nothing; they might have, but

18   I was in shock then.

19           I'm talking about -- if it would have been

20   any different, and I'd've had my gun, I might would

21   have shot one of them; because when they got in there,

22   I didn't know they was in my house.   And they would

23   have probably killed me.

24      Q.   Your front door did not work at the time.

25      A.   No, ma'am.

1      Q.   Is that correct?

2      A.   It was an old door; and it got jammed, and I

3   started going out the back door.  I wouldn't even try

4   to open it because I didn't want it -- I wanted it to

5   stay locked so nobody couldn't just come in there on

6   me.

7            But I had to use the back door.  It's small,

8   you know, little trailer door.  It ain't made out of

9   --  but it was locked.  That front door a big door;

10  but it got jammed, and I left it alone because I

11  didn't want to -- you know, people just pushing the

12  door and coming in.  And I didn't have no -- I think

13  the deadbolt was messed up or something, so I just

14  left it locked.

15     Q.   So the back door that you went to that

16  morning, you knew somebody was at the house.  You

17  thought it was your son, correct?

18     A.   Right.

19     Q.   Okay.  But you also -- something was a little

20  different because he doesn't usually hit the side of

21  the trailer.

22     A.   No.  He usually shine the light, "Daddy, I

23  need to get in."  And he don't knock like that.

24     Q.   And there was something that had told you

25  don't take your gun with you to the door, correct?

1      A.   Yeah.   That's the only time something spoke
2  to me and say, "Lay your gun on the bed."
3           And I usually have it every single time I go
4  to open the door.   That time, something say, "Just lay
5  your gun on the bed."   And I followed my mind.   I laid
6  it on the bed.
7      Q.   What kind of gun was it?
8      A.   .38 special.
9      Q.   When you walked to the back door, you
10  unlocked it.   Is that correct?
11      A.   Right, and cracked it.
12      Q.   And you turned -- I assume it's a knob that
13  you turn, correct?
14      A.   Yes, ma'am.   I don't know.   I think the
15  deadbolt was working too, and the little knob at that
16  time.   And I just unlocked it and cracked the door and
17  proceeded back to my room to get ready to go to work.
18      Q.   So you had at least -- you turned the knob
19  and opened it?   You said cracked it --
20      A.   Just cracked it about that -- it wasn't far.
21  I just opened it and cracked it.
22      Q.   Six or eight inches or so?   Is that what
23  you're indicating?
24      A.   Yeah, it was just a little bit.   It might
25  have not been that.   I just cracked it, the door, so

1   he could get in.

2       Q.   And the purpose of cracking the door was to
3   allow him to enter, correct?

4       A.   Yeah, to let him in.  That's why I just
5   opened -- you know, cracked it, just to let him in.

6       Q.   And you turned around and walked back to your
7   bedroom?

8       A.   Right.

9       Q.   Did you close the door to your bedroom?

10      A.   No.  The door was open when I got up because
11  I don't sleep behind -- even then I didn't sleep
12  behind closed doors.  It's something like a fear.  I
13  like to have it open because I'm there by myself, and
14  I like to have it open where I can see in case --
15  because I can't hear somebody come in there.  I like
16  to be able to see.

17          I can't -- I don't even sleep in my room now.
18  I have to sleep in the open.  I got a fear since they
19  did this.  My bed in the living room in there now.  I
20  can't sleep behind closed doors, and I never did.  I
21  always would leave my door open, would have to see,
22  you know, the light or hear -- try to hear something.
23  My hearing bad.  I want to try to hear something, you
24  know.

25      Q.   When you went back into your bedroom, is the

1    gun still on the bed?

2        A.   That's where I left it the whole time.

3        Q.   You said you started getting your clothes

4    together, maybe a towel, in order to get ready for

5    work.  Is that correct?

6        A.   Right.  It was almost 6:00; and I had to be

7    there at 7:00, so I was trying to get my stuff and get

8    cleaned up and then get dressed and head out.

9        Q.   When you're gathering your things -- I'm

10   assuming the shower is just down the hall.  Is that

11   correct?

12       A.   Huh?

13       Q.   When you're gathering your things, your

14   clothes and a towel, is that so you can go to the

15   restroom and get a shower and get cleaned up?

16       A.   That's what I was going to do.

17       Q.   When you go into your bedroom, and you're

18   trying to get your clothes and towel, where are those

19   in the room?

20       A.   The clothes?

21       Q.   Yes, sir.

22       A.   Being single, I try to fold up my clothes and

23   hang them up, but sometimes I wash them and just lay

24   them down where I can find them easy and I don't have

25   to look for nothing.  Everything was pretty much right

1    that's the back door there.

2         Q.   This is the back door?

3         A.   That's the back door.

4         Q.   All right.  Well, let's start, then, with the

5    paper here.  Just sketch out for me your front door

6    and the location of your back door.

7         A.   Okay.  Well, this -- I would say this would

8    be the front.  Okay.  From the front door -- now, the

9    back door is on the back side of the -- that's the

10   back door right there.  That's where -- when I walked

11   from my room, my room is not located near the front

12   door.  It's near the back of the house.

13              So I was in my room right here, and I had to

14   come out of my room and go take a little left and go

15   through the kitchen.  The kitchen hall right there.

16   That was the kitchen hall.  And then the back door was

17   a little bit -- probably six foot, that would be the

18   back door.

19              And I walked from the -- from my room -- I

20   say room, right, because that front door -- it ain't

21   near that front door.

22        Q.   Where is the front door compared to where

23   your room is?

24        A.   Huh?

25        Q.   Show me on that where the front door is

1        A.   Behind that door when you walk in my room.

2   It had to be a little something, a table or something,

3   back there where I put my clean clothes.  And I had --

4   I'm single, and I might have -- I think behind the

5   door when I was sitting on my butt, that's when -- I

6   was in front of the little door that go into the room,

7   and that's when I got on my butt.

8            They kept telling me to get -- I sat on my

9   butt, and that's when I -- that's when they -- you

10  know, I'm trying to tell them who I was.  That's when

11  they -- I was sitting down.  I had some pants right in

12  front of me, and I kept eye contact and told them that

13  I wanted to get my pants on.

14       Q.   The table, have I drawn this in the area that

15  you think it was?  You said it was just inside the

16  door, between that and the bathroom?

17       A.   I think so.

18       Q.   So if I put "table" there, is that an

19  accurate --

20       A.   I can't exactly remember, but I do have -- I

21  found -- I worked at the landfill.  I had a lot of

22  little tables, you know, to bring in to put my clothes

23  on where I wouldn't sit them on the floor.  It may

24  have been a dresser or something, but I don't -- you

25  know, I don't hardly use that.  You know, I try to

1       Q.   And the pants that were down there, are they

2   on or near the bed?

3       A.   No.  They would have been pretty close, but

4   it wasn't on or near the bed, I don't think; but it

5   would have been pretty -- because all of it was right

6   there pretty much together.

7       Q.   And where was the gun on the bed?

8       A.   I just -- I'd say it maybe been to the edge.

9   It wasn't to the -- I made sure it wouldn't fall, you

10  know, go off.  So I more than likely put it pretty

11  much in the middle of the bed so it wouldn't fall off

12  the bed.

13      Q.   And was it in any type of a holster?

14      A.   No, ma'am.

15      Q.   And was it loaded?

16      A.   Yes, it was.

17      Q.   You walked back to your bedroom, and you sat

18  on the floor to get your pants on?

19      A.   Say that again, now.

20      Q.   I'm just walking through.  So you walked back

21  to your bedroom?

22      A.   That's right.

23      Q.   And then you sat on the floor to put your

24  pants on, or did you hear anything -- hear anybody say

25  anything to you before you did that?

1      A.   No.   When I come from the back door and made
2   that turn to go in my room, I was trying to gather my
3   things so I could go to the bathroom and get cleaned
4   up; but during that time, by the time I was trying to
5   get my stuff together, they was up on me, and I didn't
6   even know it.   And they scared me, really; but I'm
7   glad I didn't panic, because I didn't hear them come
8   in.   And I was just trying to, you know, go take my
9   stuff to the bathroom and get cleaned up.
10          They come in there, and all I could hear was
11   "Get on the ground.   Get on the ground."   I'm talking
12   about they was screaming.
13          And I remember trying to tell them, you know,
14   my son ain't come home, but I know I wasn't in no
15   trouble.   I was just trying to let them know that my
16   boy was -- that's why I didn't get on the ground.   I
17   was trying to explain I'm not Junior.   I'm Senior.
18   I'm fixing to go to work.   I told them just like that,
19   and I don't know what he said.   It seemed like you
20   ain't going to work, or something.
21          They was real loud, but I could not hear them
22   come in my room.   When I turned around and looked,
23   they was hollering at me.   It shocked me because I
24   didn't know nobody was in my house.   I thought it was
25   my boy out there.

1      Q.   But they were talking loud to you.   You
2  weren't having trouble --
3      A.   You know how they do on TV, "Get on the
4  ground."  It wasn't silent.  It was loud.
5           I said, "Man, look, I'm fixing to go to work.
6  My boy ain't here.  I'm Senior, and he's Junior."
7           I thought they was, you know -- say, "We
8  looking for Junior."
9           But they come in my house.  I didn't know
10  they was in there.
11      Q.   And, again, all the lights are off, correct?
12      A.   Right.  I just -- I think I may have still
13  had my phone; but I have to run lamps to the room
14  because the switches and stuff bad, and it needed
15  rewiring.  The whole trailer need rewiring.  I have
16  lights in the front now; but that light in the room,
17  don't none of them come on now.
18           The trailer was used.  I didn't buy it new.
19  It's used, and it needs electrical work.
20      Q.   How many persons were in your room?
21      A.   Huh?
22      Q.   How many people were in your room?
23      A.   I thought it was two, but they said it was
24  three.  And I was so shocked, I didn't -- you know,
25  I'm trying to figure out what's going on.  I thought

1  it was just two.  They said it was three of them.  I

2  was so shocked, I was about to lose it, you know.

3      Q.   So whenever you hear them yelling get on the

4  ground, is that the first time that you realized that

5  this is law enforcement in your house?

6      A.   When they said that, I knew it; but I turned

7  around and looked and seen them.  But like I said,

8  they scared me so bad.  I can't remember just how it

9  happened, but I -- they scared me.  And, you know, I

10  was like almost in shock because I didn't -- you know,

11  you don't expect nobody to -- I was expecting my son,

12  and I didn't expect to see no police; but when they

13  start talking about get on the ground and had guns

14  pointed, I knew it was the law then.  I seen them

15  green outfits.

16      Q.   So you could see well enough to make them out

17  as sheriff's deputies?

18      A.   Yeah, I could see that they was deputies.  I

19  could see once I turn around -- because I was trying

20  to head to the bathroom.  I had to, I think, kind of

21  turn back around to face them, and they telling me to

22  get on the ground, screaming at me.

23           And I said, "Well, my boy ain't here.  I'm

24  fixing to go to work.  I'm Senior; and he's Junior,

25  and he ain't come home last night."

1        I thought they were -- they would, you know,

2   leave me alone then, but they -- you know, they kept

3   get on -- so I got on the ground naked on my butt.

4   That's when I seen -- I'm real bashful about my body.

5   I don't care who it is.  I don't even like looking at

6   my own self, much less somebody else.  I'm real

7   bashful, but I was trying to cover myself.

8        Q.   At any point in time did you hear the deputy

9   say don't reach for the gun or don't go near the gun?

10       A.   No, ma'am.  No, absolutely not.

11       Q.   Did you hear anybody say anything whatsoever

12  about the gun?

13       A.   No.

14       Q.   It was open -- it was --

15       A.   It was just on the bed, and that's where I

16  left it at.

17       Q.   But the deputies would have been able to see

18  it, correct?

19            MR. SLATER:  Object to the form.

20       A.   I don't know if they saw it at the time, but

21  it was in the open.  They should have been able to see

22  it.  They had lights on because I didn't have no room

23  light, just my little phone; but they should have been

24  able to see that gun on the bed because it wasn't

25  covered up.  I laid it right on top of the bed.

1    BY MS. ADKINS:

2        Q.   All right.  And you said that the next thing

3    you heard was a pop from the TASER.  Is that correct?

4        A.   When I went to pull my -- I kept eye contact,

5    said, "I'm going to put my pants on," letting them

6    know I wasn't going at nothing but my pants.  When I

7    got my hands on the pants, I got them right up to my

8    waist.  They wasn't even buttoned up.

9            All of a sudden, I -- I seen him point it --

10   I thought it was a pistol, but it was a TASER.  I

11   don't know if he had a pistol on him.  I didn't know

12   it was three.  I thought it was two.  He pointed the

13   thing at me.  He did it without warning or nothing.

14   He didn't say nothing.

15           I got my pants right here and trying to

16   button them up, and then all of a sudden he just took

17   that TASER and "pop."  And I thought it was a real

18   pistol until I seen the rope, because I had seen it on

19   TV.  Then I knew I'd been tased.

20       Q.   With your pants, what kind of pants were

21   they?  Were they blue jeans?

22       A.   Probably a pair of jeans or something.  I was

23   just trying to get something to cover me up because

24   I -- you know, I'm not no -- that house junky, but I

25   ain't been able to do nothing because I can't hardly

1    walk, and then I give out of breath.

2        Q.   Pulling your pants on, did you have to raise

3    up some in order to get them up?

4        A.   They wasn't -- they wasn't up to my -- was

5    just to my waist good, and they wasn't buttoned up.  I

6    was trying to button them up, you know, to cover

7    myself.  They didn't even give me a chance to button

8    them up.  He just pulled the TASER out and popped me.

9        Q.   But you're on the floor.  You're moving

10   around to get those pants on, correct?

11       A.   I wasn't moving a whole lot because they had

12   guns on me.  I was trying to keep eye contact.  Man,

13   look, I want to cover myself; that was it.  I

14   wasn't -- I moved real easy and kept eye contact with

15   them.

16       Q.   All right.  The TASER, you indicated to us

17   earlier that you had a prong that hit you in the right

18   shoulder.  Is that correct?

19       A.   Yes, ma'am.

20       Q.   Where did the other one hit, or did it?

21       A.   Do what, now?

22       Q.   Do you understand there are two prongs on a

23   TASER?

24       A.   He say it ain't hit me but once.

25       Q.   Only one prong came out?

1       A.   Yes, ma'am.

2       Q.   Do you disagree with that, or you agree it

3   was only one that hit you?

4       A.   I agree -- I think it just -- he -- it's like

5   he did me a favor or something.  He was like, "Well,

6   you ain't get shot," but I tell you it was like a

7   shot.  "I ain't hit you with but one TASER," but I was

8   weak.

9           My twin brother worked at a jailhouse.  They

10  shot them with two, and it knocked them to the ground.

11  But that one, I was so mad, I really didn't feel it.

12      Q.   And, Mr. Dukes, I know you talked earlier

13  about them having guns drawn on you, and yet they

14  didn't shoot you, correct?

15      A.   No.

16      Q.   And hit you with a TASER with the one prong?

17      A.   One prong.

18      Q.   Sir, have you ever thought that you were

19  fortunate in some ways that that's all they hit you

20  with, given the situation?

21           MR. SLATER:  Object to the form.

22      A.   Well, to me, I don't understand at all why

23  they even tased me because I wasn't doing nothing; and

24  they didn't warn me.  And I told them I was trying

25  to go to -- I don't understand why he even, you know,

1          But I wasn't talking too much trash because I

2    was hurting and mostly crying and everything.  It was

3    cold out there.  They wouldn't let me put no shirt on,

4    no shoes or nothing.  It was cold, but I'm a cold --

5    warm-blood nature, I guess.  I get cold real easy.

6    And I ain't had no shirt, no shoes, or nothing on, and

7    I was chilly like.  Then that's when they told me sit

8    on the back of the tailgate and wait on the ambulance.

9          Q.  Did you specifically ask to put shoes or

10   shirt on?

11         A.  Huh?

12         Q.  Did you specifically ask --

13         A.  No --

14         Q.  Let me finish my question.  Did you ask to

15   put any shoes on?

16         A.  No, I didn't.

17         Q.  Did you ask to be able to put a shirt on?

18         A.  No.

19         Q.  How long before the ambulance arrived?

20         A.  It took at least -- I'm going to guess about

21   at least 20 or 30 minutes, if not longer.  I don't

22   know.

23         Q.  Did you sit on the tailgate that entire time

24   while you were waiting?

25         A.  Yeah.  They let the tailgate down, and they

1  say, "Sit on the tailgate."

2      Q.  Was this a marked patrol vehicle?  Do you

3  know?  A marked sheriff's department car?

4      A.  Say it again.

5      Q.  Was the tailgate of the vehicle that you sat

6  on, was the vehicle a marked sheriff's department car?

7      A.  Seemed like it wasn't marked.  Seemed like it

8  was a Ford truck, and they just let the tailgate down.

9      Q.  Do you remember anything that the deputies

10 said to you once they took you outside?

11     A.  It wasn't a whole lot.  They was around there

12 trying to figure out what they was going to charge me

13 with, and I only said that I'm going to sue y'all.  I

14 was trying to keep my mouth shut because I didn't want

15 to -- I don't disrespect nobody, and I was trying to

16 say less if possible, but it just blurted out.

17         I was going to say, "I'm going to sue y'all's

18 A-S-S," but I just said, "I'm going to sue y'all."  I

19 said -- there wasn't a whole lot of talking, but they

20 was all of them together trying to figure out what

21 they was going to do.

22     Q.  Do you know how many sheriff's deputies were

23 actually there at your house total?

24     A.  When I got out there, I was shocked.  It was

25 about -- Benny, my bossman, I told him it looked like

1   it was five or six cars.  He said, no, it wasn't that

2   many.  But I thought it was at least five or six cars,

3   but Benny done said -- I think he said it wasn't that

4   many.  But by the time all of them got there, you

5   know, it was a bunch more that came, a few more that

6   came with them.

7         But at the time I don't remember seeing, you

8   know, but -- I thought I'd seen four or five cars.  I

9   said, man, what are all these -- I didn't even know --

10   they was out by the road.  They wasn't in my yard.

11   The car was parked by the -- they walked in the yard

12   somewhere, and I didn't see them or I couldn't hear

13   them or nothing until they walked in on me.

14        Q.   Did any of the deputies ever curse at you?

15        A.   Huh?

16        Q.   Did any of the deputies that morning ever

17   curse at you?

18        A.   No, ma'am, not as I know of.

19        Q.   Did any of them ever threaten you in any way?

20        A.   No.

21        Q.   Did any of them ever call you any names?

22        A.   No.

23        Q.   Did they say anything derogatory towards you?

24        A.   Did they what?

25        Q.   Did they say anything derogatory towards you,

1    like --

2         A.   Yeah, the "N" word?

3         Q.   Yes.  Did they use any racial names?

4         A.   No, no.

5         Q.   And didn't say anything negative towards you,

6    simply giving you --

7         A.   No.  It was kind of quiet --

8         Q.   -- instructions to get on the ground?

9         A.   -- after all that, you know.  And I shut my

10   mouth because I'm not that type to be cussing officers

11   and stuff.  I just tried to be quiet.  After I say I'm

12   going to sue y'all, I tried to be quiet.  Plus, you

13   know, I was upset with that TASER in my arm, that

14   prong.  I was trying to -- I was probably crying, you

15   know.  I'm pretty sure I was crying.

16        Q.   Did Mr. Jerrells come to your house that

17   morning?

18        A.   I think I called him first because that's who

19   I usually call when I'm not going to call in -- I

20   don't usually call in on a Saturday because there

21   ain't but two of us out there.

22             I called immediately, I think -- I don't know

23   if they let me use the phone.  I don't know how.  I

24   can't remember.  But I called Benny first, and I think

25   he got there first.  And my buddy Jerry Mongo that I

1    So one of them went to jail that day.

2           And he also inquired about me having two

3    properties.  I never owned two properties, but he done

4    been to my house when I wasn't there; I don't know how

5    many times.  And then I seen him -- well, the other

6    two officers, when that boy shot my gun, I was calling

7    the police because he was acting stupid.

8           He got my shotgun and went out there toward

9    the bushes and fired it off, and I was calling the

10   dispatcher then and letting them know that he acting

11   crazy and he done shot -- he shot the gun while I was

12   talking to -- I said, "He just fired my gun off, and

13   he a convicted felon."

14          But he tried to get me to lie for him and say

15   I shot the gun.  I said, no, I don't lie to nobody

16   like that.

17          So he wound up -- one of them went to jail.

18   He went to jail that time, and Gregory came up later.

19   I think it was two older officers, and then Gregory

20   came up after that and was talking -- because he done

21   been out there before, and he was trying to talk to

22   Tee.

23          But he knew that I wasn't my son because my

24   son is way taller than me, bigger than me.  We might

25   look alike facial, but I'm not -- I can't be compared

1    with his height and his size.  And he knew me from the
2    landfill when Johnny introduced me to him and they
3    played that little game.  He knew me then, and then I
4    seen him at least one time when he helped arrest my
5    son.
6            Now, I don't know if I seen him no more than
7    that, but this guy worked with my twin brother also at
8    Levy County Sheriff's Office.  So if you looking at
9    me, and you look at my twin brother, we look just
10   alike.  He a little stockier than me, bigger, but you
11   looking at -- we ten minutes apart.  We about like
12   identical.  He's just a little heavier than me.
13           And this guy worked with my twin brother for
14   a number of years up there.  And Johnny Pendarvis used
15   to train him playing baseball when he was young, my
16   buddy on the job.  So ain't no doubt in my mind he
17   knew -- he didn't know that I was my son -- he knew
18   that I wasn't Terry Junior; he knew this.  And if he
19   worked with my twin brother, me and my twin brother
20   look more alike than me and my son.
21           He knew that I wasn't who he was looking for.
22   That's why I don't understand why he got the TASER and
23   tased me for nothing.  I don't understand it.  And
24   that what hurt me so bad and makes me break down,
25   because I never been treated like that by nobody

1   about your son, about Junior?

2        A.   No, not as I can recall.

3        Q.   How long a period of time were you in the

4   handcuffs?

5        A.   Huh?

6        Q.   How long a period of time were you in

7   handcuffs?

8        A.   Okay.   From the time that I got on the floor

9   and they tased me, he come behind there, put the cuffs

10  on me, walked me outside.   And I think they kept the

11  cuffs on me until the ambulance got there to take

12  that -- take that prong out my arm.   I think that's

13  the way it went; I'm pretty sure.

14           But I sat on the tailgate for a while waiting

15  on the ambulance, and they didn't come right away.

16  You know, they might have been a little piece off.

17  From that time, you know, it was just -- you know, I

18  just -- I be losing it sometimes.   I forget what I'm

19  fixing to say.   I'm going to stop right there.

20       Q.   Have you ever seen Deputy Gregory at any

21  point in time since this incident?

22       A.   I haven't seen him.   If I did, I wouldn't

23  recognize him in his suit.   I ain't seen him but -- I

24  probably just don't -- but I ain't seen him but one

25  time, that one time.

1      Q.   Mr. Slater asked you about the power being on
2   at your house, and you indicated that it was; but
3   you've also talked about the fact that it was dark,
4   there weren't any lights on, and you had to rewire the
5   house, correct?
6      A.   While I didn't have no lights on, I had my
7   phone.  I sometimes sleep in my birthday suit.  And I
8   was walking to the back door to open it, thinking it
9   was him, and I didn't want no lights on at the time
10  because I didn't want him looking at me.  And I told
11  him, I don't -- he walked in front of me naked once,
12  and I said, "Don't do that."  I don't play that.
13     Q.   If you flipped the light switch in the
14  bedroom --
15     A.   There was -- switches was bad.  The lights
16  sometimes --
17     Q.   No lights would have come on?
18     A.   They worked sometimes, and sometimes -- now
19  they ain't working.  They was working a while back.
20  Now the switches -- the light switches in that back
21  room where I sleep at, the lights, I have to run cords
22  to run lamps in there.
23     Q.   On May 25th, 2019, when this incident
24  happened, the switch didn't make the lights come on,
25  right?

```
1        A.   The lights might have been on then, but I
2   just didn't put no lights on.  Going, I had my phone
3   on because I didn't want him looking at my body.
4        Q.   But from what you told us earlier, you
5   already had the lamps hooked up at that time, right?
6        A.   They might have been hooked up, but they
7   wasn't on.  I hadn't turned on the button, you know,
8   the click thing that you turn it on.  I might have had
9   lamps in there; but the lights, they'll work
10  sometimes, and sometimes they won't.  So I got to get
11  the -- really got to do the -- get the whole house
12  rewired.
13       Q.   But you didn't turn the lights on that
14  night --
15       A.   No.
16       Q.   -- or that morning?
17       A.   No, I didn't turn on nothing.  I just had my
18  phone.  I could see good with my phone.
19       Q.   You mentioned that you had lived at some
20  point in time at your brother's house.  What's that
21  address?
22       A.   My brother's house?
23       Q.   Yes, sir.
24       A.   That's when I -- I was renting a house
25  behind -- across the street from me, where I'm at now.
```