

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF FLORIDA

3    GAINESVILL DIVISION

4    CASE NO. 1:2-CV-45-AW-HTC

5

6    TERRY DUKES, SR.,

7    PLAINTIFF,

8

9    VS.

10

11   ROBERT MCCALLUM JR. ET AL.,

12   DEFENDANTS.

13   _____/

14   VIDEOCONFERENCE DEPOSITION OF LIEUTENANT SCOTT TUMMOND

15   DATE:        JULY 26, 2023

16   REPORTER:    SHILAH BLAKENEY

17   PLACE:       ALL PARTIES APPEARED VIA VIDEOCONFERENCE

18

19

20

21

22

23

24

25

407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

401 EAST JACKSON STREET,
SUITE 2370
TAMPA, FL 33602

315 EAST ROBINSON STREET,
SUITE 510
ORLANDO, FLORIDA 32801
CORPORATE

1      Q.    What was your position when you started?

2      A.    I started in the position of correctional

3  officer.

4      Q.    And how long were you a correctional officer?

5      A.    Approximately ten months.

6      Q.    What did you do after that?

7      A.    I transferred to the uniformed patrol division

8  of the Levy County Sheriff's Office.

9      Q.    What was your rank at that time?

10     A.    Deputy sheriff.

11     Q.    Okay.  How long were you a deputy sheriff?

12     A.    Approximately five years.

13     Q.    You were a deputy on patrol?

14     A.    Yes, sir.

15     Q.    Okay.  Five years, what year would that be,

16 when you -- when you -- when you were promoted from

17 deputy?

18     A.    1998, '99, give or take, I transferred from

19 patrol into the criminal investigations division, where

20 I -- I've served the vast majority of my career,

21 promoting to sergeant, then to lieutenant in that

22 division, ultimately to the commander of that division.

23     Q.    I know I've been calling you Lieutenant

24 Thomas, so I -- I'm.

25     A.    That's my --

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1      Q.   That is your current rank, lieutenant?

 2      A.   Yes, sir.

 3      Q.   Okay.  So what is the difference between a

 4 lieutenant and a commander?

 5      A.   I was the lieutenant in charge of the

 6 division, which kind of has a -- a corresponding

 7 commander of that division association, so I was --

 8      Q.   I understand.

 9      A.   Yeah.  Okay.

10      Q.   Okay.  And so at CID, you've been there, it

11 sounds like for about -- over 20 years; is that right?

12      A.   Next month is 30 years for me.

13      Q.   30 years?  30 years at -- you mean 30 years at

14 the Levy County Sheriff's Office?

15      A.   Yes, sir.

16      Q.   Okay.  But about 20 years or so at CID?

17      A.   17 or 18 years, and a couple years after

18 Sheriff McCallum took office, he created the

19 professional standards division, and transferred me to

20 that position, as the commander.

21      Q.   Okay.  How long have you been in professional

22 standards?

23      A.   Since 2015, give or take.

24      Q.   Okay.

25      A.   I think.
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1     Q.   And my understanding is that -- that's where

2 you're currently situated?

3     A.   Yes, sir.  That's correct.

4     Q.   Could you describe to me the -- sort of the

5 mission of the professional standards unit?

6     A.   Under professional standards, I supervise our

7 records' division, and with that assignment, I'm also

8 the public information officer and the internal

9 investigator for the agency.  I have a counterpart that

10 works in the Detention Bureau for -- for Internal

11 Affairs investigations, for clarity.

12     Q.   Understood.  So just to be -- just so that I

13 -- I'm totally clear, you're -- you work in the internal

14 investigation unit for noncustodial issues, and there's

15 a separate person for -- you said there's a separate

16 person for things that the -- for things in the

17 custodial sort of unit for the jail; is that right?

18     A.   No, sir.  So you have the Law Enforcement

19 Bureau, you have the Detention Bureau.  When we have

20 internal affairs investigations, so that there's a

21 better understanding of policy and procedures, the Law

22 Enforcement Bureau investigations, because of my

23 experience in law enforcement, I normally lead that

24 investigation.  If it is a complaint that arises from

25 the Detention Bureau side of the fence, Lieutenant Gore,

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  who was my counterpart over there, has more knowledge of

 2  the policies and procedures of the Detention Bureau.  He

 3  and I would collaborate on either -- on either side of

 4  the fence.  So he just has a little bit more knowledge

 5  because he works there.

 6       Q.   Okay.  Were you required to undergo any

 7  specialized training to join the professional standards

 8  unit?

 9       A.   Yes, sir.

10       Q.   Can you describe to me what training you

11  received?

12       A.   I've -- I've been through multiple

13  instructional courses related to conducting internal

14  affairs investigations, which dive very deeply into

15  Chapter 112.  I'm also a member of the state

16  organization, the -- of internal affairs investigators.

17  The acronym is FIAIA.  I've been a member of that group

18  for many years.  They have annual refresher trainings

19  that -- that I attend.  In fact, last month was our last

20  refresher training.

21       Q.   What would you -- can you -- can you sort of

22  describe to me what a refresher training would look

23  like?

24       A.   Trends, topics, techniques, or investigations,

25  any new revisions to Chapter 112, or an expansion of


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1 | understanding into Chapter 112.  And it -- it -- it
 2 | comes to a myriad of topics.
 3 |      Q.   Got you.  And on the state organization for
 4 | internal affairs, I believe you said, FIAIA?
 5 |      A.   Yes, sir.
 6 |      Q.   Okay.  Are -- is there -- that's the --
 7 |      A.   That's -- the acronym is for the Florida
 8 | Internal Affairs Investigators Association.
 9 |      Q.   Do you receive -- in addition to your
10 | refreshers, do you receive any sort of written materials
11 | in connection with your training?
12 |      A.   Those presenters at the -- at the refresher
13 | training, they bring their own materials and
14 | PowerPoints, and -- and normally all that's made
15 | available through the association website.
16 |      Q.   Are there -- are there any -- I believe you
17 | referenced the -- was it Lieutenant Gore who's on the
18 | detention side of things; is that right?
19 |      A.   Yes, sir.
20 |      Q.   Okay.  And then we have you.  Is there anyone
21 | else at the Levy County Sheriff's Office who works on
22 | professional standards?
23 |      A.   No, sir.
24 |      Q.   Okay.  So you have -- there are no subordinate
25 | officers in your division?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        A.   No, sir.

 2        Q.   Okay.  For your duties in the professional

 3   standards unit, are you required to review and

 4   understand the sheriff's office's policies?

 5        A.   I am.  Yes, sir.

 6        Q.   What else are you required -- well, let me

 7   strike that.  What else do you -- do you believe you

 8   need to have a grasp on, or a handle on, in order to

 9   conduct your duties in the professional standards unit,

10   besides the sheriff's policies?

11        A.   I need you to clarify that question.  That's

12   very broad.

13        Q.   Sure.  Sure.  So in the context of an

14   investigation, is it fair to say that you would refer to

15   the sheriff's office's policies in determining an

16   outcome for someone under investigation; is that fair?

17        A.   That's a fair question.  Yes is the answer.

18        Q.   Is there any other source from which you would

19   derive -- sort of when you're -- when you're undertaking

20   that analysis, is there any other source, whether it be

21   law or other materials that were -- which you would use

22   to derive your sort of decision-making?

23        A.   Again, that's a broad question, but I'll try

24   to answer it.  Yes, Florida State statute and case law,

25   if that's necessary.  I -- I would use all components of
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  the law enforcement world when I'm looking at an alleged

2  violation, to determine the fact finding part of that

3  mission guided by Chapter 112, if we have a sustained --

4  not sustained, exonerated, so on and so forth.

5      Q.   You mentioned case law.  How would you access

6  case law?

7      A.   It would be fair to say that I have several

8  resources.  First resource I would go to would be my

9  undersheriff, who is our legal counsel, if necessary.

10  Secondly, most of it is available online.  And if I need

11  additional direction, I have a personal relationship

12  with another attorney, happens to be my wife, and she

13  can guide me in that direction if necessary.

14      Q.   Okay.  You referenced accessing materials

15  online.  Is that through a database?

16      A.   Yes, sir, commonly referred to as Google.

17      Q.   Okay.  And you referenced, I believe, several

18  determinations that can be made in the course of

19  investigation.  I heard exonerated, I heard several

20  others.  Can you run through those with me?

21      A.   I think our policy uses the word

22  substantiated, unsubstantiated, exonerated, unfounded,

23  and policy failure.

24      Q.   Okay.  Let's -- I'd like to go through each of

25  those.  What does substantiated mean?



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        A.    That a violation of agency policy has been
 2   identified and documented in a summary investigation.
 3        Q.    What about unsubstantiated?
 4        A.    There is not enough evidence to substantiate
 5   or exonerate.
 6        Q.    Exonerate?
 7        A.    The act occurred and it was lawful.
 8        Q.    Unfounded?
 9        A.    The act did not occur at all.
10        Q.    And the last one, I believe was -- I'm just
11   looking at my notes here.  I actually don't -- I didn't
12   jot down what the last finding was.
13        A.    Policy failure.
14        Q.    What does that mean?
15        A.    That the policy didn't address that exact set
16   of scenario circumstances, or the policy was incorrect.
17   And for the record, I have never, that -- that I can
18   recall, closed an investigation of a policy failure.
19        Q.    Okay.  I want to speak generally about an
20   investigation in terms of -- I understand sort of from
21   what you -- what you previously said, sort of the
22   sources from which you might just derive a conclusion
23   such as policies, state statutes, case law, things like
24   that.  What types of materials or evidence would you --
25   would you normally review when undertaking an
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

1  a formal investigation, he gives me a written order to

2  -- to conduct it.  In this particular occasion --

3      Q.   How --

4      A.   Go ahead.

5      Q.   Oh, I was going to ask how sort of that -- I

6  wanted to understand more of that process.  So the

7  complaint is received.  Does the -- does the complaint

8  go to your desk first?

9      A.   In most instances, yes.  We -- in this

10  particular case that we're here for today, the complaint

11  was received in writing from Terry Dukes, Senior.  The

12  complaint comes to my office, where it is assigned a

13  complaint tracking number.  The acronym in our office is

14  CASOM.  CASOM is a Complaint Against a Sheriff's Office

15  Member.  That's what that stands for.  That complaint

16  tracking number is applied to the actual complaint, the

17  written complaint from -- from the individual.  It is

18  then forwarded to the colonel.  He reviews it, the

19  undersheriff also reviews it, and then it goes to the

20  sheriff's desk after that, where he then reviews it.  If

21  it is determined that it warrants a -- a deeper look,

22  then the sheriff will order me to conduct a formal

23  investigation.  That order comes to me in a -- in a

24  written format, in a memorandum.  I then assign a formal

25  investigative case number, and start my review of the

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  evidence and documentation that I have available to me.

2      Q.   In that -- I want to break apart sort of the

3  sort of chain that you've described to me.  So when a --

4  when a complaint is assigned a tracking number, is that

5  something that you just -- is that something that's

6  handwritten on the complaint or does that get uploaded

7  to a system?

8      A.   It's handwritten on the complaint itself, but

9  I have a spreadsheet that I use to keep track of these

10 complaint numbers.

11     Q.   Okay.  When you say spreadsheet, is that like

12 an Excel file?

13     A.   Yes.  It's a simple -- it's not an Excel file.

14 It's a -- it was a Word document that allows me to fill

15 in fields.  It's created by my assistant.

16     Q.   Is this -- I know that you've been in

17 professional standards for many years.  Is this a -- has

18 -- is this -- are you -- I'm trying to understand sort

19 of the spreadsheet.  Are you -- are you implementing

20 each case in the single spreadsheet?

21     A.   I'm not sure that I understand your question.

22     Q.   Sure.  Let me rephrase it.  You testified that

23 you hand-write the tracking number on a -- on a

24 complaint, in this case, a CASOM, and that you also then

25 put that tracking number into a spreadsheet that is a



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1    Q.   Okay.  It -- am I -- when was this system,
2   that we've just discussed now, implemented, to your
3   knowledge?
4    A.   Around 2017.
5    Q.   Okay.  So around the time that you created
6   this spreadsheet?
7    A.   Yes, sir.
8    Q.   Okay.
9    A.   Just -- just for clarity, when Sheriff
10  McCallum created the professional standards division, he
11  assigned specific tasks to the commander of that
12  division, to me, custodian of records.  I manage the
13  records' division, I'm in charge of internal affairs
14  investigations, I'm the public information officer for
15  the agency, and a myriad of other responsibilities.
16  However, in the creation of the division, the creation
17  of the policies and procedures that drive that division
18  had to be created too, which instructed is the CASOM
19  tracking portion of it.  So we needed a better way to
20  track complaints that were coming into the office.  One
21  way to do that was to create the spreadsheet and assign
22  a tracking number to each individual complaint, so that
23  from the time it was received until the time that it was
24  resolved, we knew where it was at.
25   Q.   Okay.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   back now to the current system.  So we -- we've talked a

2   bit about this spreadsheet, and then you said that after

3   -- I believe you said after you create a tracking number

4   that the complaint is then forwarded to the colonel; is

5   that right?

6       A.   Yes.

7       Q.   Okay.  Are there multiple colonels at the Levy

8   County Sheriff's Office?

9       A.   No, sir.  Only one.

10      Q.   Okay.  What is this person's name?

11      A.   Mike Sheffield.

12      Q.   How long has he been at the Levy County

13  Sheriff's Office, if you know?

14      A.   35 years, sir.

15      Q.   When you -- when a complaint is assigned a

16  tracking number and forwarded to Colonel Sheffield, is

17  that done through the computer?

18      A.   No, sir.  That's normally hand-delivered.

19      Q.   Okay.  Does your office use any sort of, I

20  forget how you -- how you referred to it, but any sort

21  of -- sort of -- any sort of memos or any sort of

22  paperwork to determine when things are hand-delivered

23  from colleague to colleague?

24      A.   I don't understand the question.

25      Q.   Sure.  So back in the day when I used to work

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  in a -- in a rather big office and things were delivered

2  from one person to another, we had an inter-office mail

3  system where you had a sheet of paper you filled out

4  that said who -- what was being delivered to whom and

5  when.  Does your office have anything like that?

6      A.   No, sir.  In -- in its simplest form, I

7  literally walk two doors down to the colonel's office

8  and hand it to him.

9      Q.   Okay.  My understanding then is after the

10 colonel reviews it -- or let me actually step back for a

11 second.  So I believe you said it's forwarded to the

12 colonel and that the undersheriff also reviews the

13 complaint; is that right?

14     A.   Yes, sir.

15     Q.   Okay.  The undersheriff -- is the undersheriff

16 only reviewing it if the colonel makes a determination

17 or is the undersheriff reviewing it irrespective of

18 that?

19         MS. ADKINS:  Form.

20     A.   They both review it, sir.

21         BY MR. SLATER:

22     Q.   They both review it?  Do you know what they're

23 reviewing for?

24     A.   That would be a question best asked of them,

25 sir.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1        Q.   Okay.  I believe you said that the next step
 2   is that the complaint goes to the sheriff's desk; is
 3   that right?
 4        A.   Yes, sir.
 5        Q.   Okay.  Would that also be hand-delivered to
 6   the sheriff?
 7        A.   I would expect so, yes, sir.
 8        Q.   Have you ever e-mailed a complaint to the
 9   colonel, undersheriff, or sheriff?
10        A.   No, sir.
11        Q.   Okay.  Do you know -- do you know what the
12   sheriff does when he reviews these complaints?
13        A.   Not sure that's a fair question.
14        Q.   I don't know what you mean by that.
15        A.   You're asking me to testify for what the
16   sheriff does, sir.  I -- I can't do that.
17        Q.   I'm not asking you to tell me -- I'm asking if
18   you know whether he relies on any materials, you know
19   what his -- if you know his process, if you could tell
20   me.  If you don't know his process, obviously that --
21   then so state that.
22        A.   Okay.  I -- I do not know his process.
23        Q.   Okay.  I'm not trying to be difficult.  I'm
24   just trying to -- if you knew it, I'd love to hear it,
25   but if not, that's fine.
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

     1          A.    Okay.

     2          Q.    And I think you said that if the sheriff

     3   determines it warrants a deeper look then he issues an

     4   order to you in a memorandum.

     5          A.    Correct.

     6          Q.    I'm just going to show you what I'll mark as

     7   Plaintiff's Exhibit 1.

     8                (EXHIBIT 1 MARKED FOR IDENTIFICATION)

     9                BY MR. SLATER:

    10          Q.    Sir, can you see my screen?

    11          A.    Yes, sir.

    12          Q.    Okay.  Let me make it a little bit bigger.

    13   And I'm showing you what I've -- the composite exhibit.

    14   This was produced by the sheriff's lawyer, Ms. Atkins,

    15   and it's Bates stamped Dukes T132 through Dukes T253.

    16   And it's a series of materials, including general

    17   orders.  I'm just going to scroll through.  General

    18   orders at the bottom, some pictures of Dukes, Senior and

    19   Dukes, Junior, some communications, this one's from you

    20   on the bottom, sworn complaint against Terry Dukes,

    21   Junior, the arrest warrant for him, some CAD, and then

    22   the internal investigation documents, the resistance

    23   report relating to Dukes, Senior, the sworn complaint

    24   against Dukes, Senior, and reports from the incident

    25   involving Dukes, Senior, Dukes, Senior's written

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  statements.  And then at the top, a series of documents.

2  I want to go through the document on what's been marked

3  as Dukes T136.  Do you see them all, sir?

4      A.   Okay.  Before we -- yes, sir.  Yes, sir.

5  Before we venture down this trail, can I have two or

6  three minutes so I can run to the restroom?

7          MR. SLATER:  Absolutely.  Let's take a break.

8      Let's go off the record.

9          (OFF THE RECORD)

10         THE REPORTER:  We are back on the record.

11         BY MR. SLATER:

12     Q.   And before we took a break, I was showing you

13  what, in Plaintiff's Exhibit 1, what has been Bates

14  stamped Dukes T136.  Do you recognize this document?

15     A.   I do.

16     Q.   What is it?

17     A.   It's a memorandum from Sheriff McCallum to me

18  directing me to conduct a formal investigation.

19     Q.   And just before I pulled this up, we were

20  talking about the order that the sheriff would send you

21  in a memorandum to start an investigation.  This is what

22  that would look like?

23     A.   Yes, sir.

24     Q.   Okay.  Do they ever look any different from

25  this?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1        A.    Not normally, no.  I mean, he could have
 2   changed his style at one moment and done something a
 3   little bit different, but essentially it's the same
 4   every time.
 5        Q.    Okay.  Well, what -- I guess what I'm trying
 6   to get at is this is -- it's very -- it -- and I'll just
 7   read it.  It says, "Effective this date, we are
 8   directing you to conduct an internal investigation into
 9   the allegations that the Deputy Chase Gregory violated
10   Levy County Sheriff's Office General Order 11.5 --
11   11.05.3 A17, excessive or unnecessary use of force not
12   resulting in injury, 04 violation." I -- my question is,
13   have you ever received an order that has sort of the
14   details of the complaint, the factual details?
15        A.    No, sir.
16        Q.    Okay.  And then it's my understanding from
17   your earlier testimony that you then assign a case
18   number and start a review?
19        A.    I do.
20        Q.    Okay.  And I am just going to go through here.
21   I see here on Dukes T133, there is a document titled
22   Garrity Warnings.  Do you see that?
23        A.    Yes, sir.
24        Q.    And it is directed to Deputy Chase Gregory; is
25   that right?
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        A.    Yes, sir.

 2        Q.    And it says 19-FI-08.  Do you see that?

 3        A.    Yes, sir.

 4        Q.    Is that the case number you assigned for the

 5   investigation into Deputy Gregory relating to the

 6   incident at ▮▮▮▮▮▮▮▮▮ on May 25, 2019?

 7        A.    Yes.

 8        Q.    Okay.  What is a Garrity warning?

 9        A.    That is a statutory warning under -- under

10   Chapter 112, advising the subject of the investigation

11   that they will answer questions.  The -- the questions

12   are compelled questions and they must answer truthfully.

13   It also gives them immunity for criminal prosecution.

14        Q.    Okay.  But not from discipline by your office?

15        A.    Correct.

16        Q.    Okay.  What kind of discipline are you allowed

17   to give for violations of either Levy County Sheriff's

18   Office policy or the law?

19        A.    None.

20        Q.    I don't mean you, personally.  I mean the

21   office.

22        A.    Okay.  I was answering your question directly.

23   It could be anything in the spectrum, from a verbal

24   admonition to termination.  Discipline is not within the

25   purview of my job responsibilities, or it's above my pay
```



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  grade, sir.

2      Q.  I understand that.

3      A.  Okay.

4      Q.  So we talked generally about what you would, I

5  believe you called it step one, which was the first, you

6  know, after receiving the complaint, I -- let me step

7  back.  After you have assigned a case number, would you

8  then go to what you previously described as step one?

9      A.  Yes.

10      Q.  Okay.  And I don't know -- I don't believe we

11  talked about step two.  You may not call it that, but

12  what you would do after step one, which I believe you

13  said was reviewing the complaint, reviewing formal

14  reports, video if available, audio if available.  What

15  would you do after reviewing those things?

16      A.  It's a case-by-case basis, sir, but more often

17  than not, I would contact the subject of the

18  investigation, in this particular case, Chase Gregory,

19  advise him that an investigation has been ordered and he

20  is now under investigation.  And then I would give him a

21  direct order not to discuss the case with anyone except

22  for his chosen counsel.  And that's those the forms that

23  you have.  I saw you scroll by it earlier.

24      Q.  Sure.  After contacting the subject,

25  generally, if you -- if you don't have enough



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

1  information after step one to make a determination, what

2  would be your next course of action?

3     A.  I'm not sure that I understand your question.

4     Q.  Sure.  So earlier you said that it's possible

5  that you could make a determination after step one,

6  right?

7     A.  If -- if the evidence was clear and convincing

8  that a violation of policy occurred, then -- then I

9  could go straight into a summary of what I had available

10 to me explaining how we could sustain the violation.

11    Q.  Okay.  And if you don't do that, what would

12 you do next?

13    A.  As Chapter 112 dictates, I would identify and

14 interview all potential witnesses.

15    Q.  Would you review -- I believe you said you

16 would look at formal reports, the complaint, video, if

17 available, audio, if available, would you review any

18 other documents?

19    A.  That -- if they were available, yes, I would

20 review them.

21    Q.  Okay.  Would you -- well, what -- let's take,

22 for example, would you -- would you go through the

23 deputy's work devices to determine if there's anything

24 relevant in those?

25    A.  It would depend on the circumstances, but yes,


**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

176641 Lieutenant Tummond Bose 07/26/2023

```
 1   nature of the complaint, if we have a policy violation,

 2   that would fall under this particular policy.

 3        Q.   Have you ever had a -- received one of these

 4   memoranda that asked you to investigate a certain

 5   violation, like in this case, a certain portion of

 6   General Order 11.05. -- 11.05.3, and in the course of

 7   your investigation decided that there may be another

 8   policy that might also be implicated?

 9        A.   Yes.

10        Q.   Okay.  If that's the case, would you continue

11   your investigation or would you go back to command to

12   alert them that there may be other policies implicated?

13        A.   I would continue.  I have continued in the

14   past.

15        Q.   And in those instances where there have been

16   other policy -- policies implicated that are not

17   identified in the memorandum from the sheriff, would

18   your report -- would your report also go into whether

19   those -- whether those policies had been violated?

20        A.   My general course of conduct in situations

21   like that as I'm in the investigative stage of the

22   complaint, if I identify a secondary policy because I've

23   come across something that is clear and convincing, at

24   the time of the subject interview, I would subserve the

25   subject of that interview before I begin that I would
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1 also be questioning them about the secondary policy

2 violation.

3     Q.  Okay.  Would that be -- and you said subserve,

4 do you mean you would provide another written document

5 to the -- to the -- to the deputy?

6     A.  Almost identical to what is contained in your

7 file there, the notice of the investigation.  There you

8 go.

9     Q.  This one that I'm -- we're just looking at

10 Dukes T135, and I see here in the middle it says,

11 "Professional Standards will be investigating a

12 potential violation of," and then it identifies an

13 order.  So you would send -- your -- my understanding is

14 you would send a -- another one of these documents

15 identifying the other possible policy?

16     A.  That is correct.

17     Q.  Okay.  And I'm looking here now at, and this

18 is in the case of Deputy Gregory on page Dukes T132.

19 Here, I have a letter from the sheriff to you.

20     A.  No, sir.  Backwards.

21     Q.  Oh, I'm sorry.  Yeah.  Back -- backwards, from

22 you to the sheriff.  And this, it says, "This letter is

23 notifying you," that you have investigated Deputy

24 Gregory, that you initiated on this date and then on

25 this other date, that it was completed.  And you



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1   identified that he, here in this instance, was

2   exonerated for this specific violation.  You see that?

3        A.   Yes, sir.

4        Q.   Okay.  And, obviously, I see down here at the

5   bottom, there's handwriting from the sheriff saying,

6   "Agree with findings of the investigation.  No further

7   action needed.  Deputy Gregory is exonerated from all

8   allegations of violation of policy, a set of unfortunate

9   circumstances created by the -- by that -- the suspect,

10  Dukes," does that say, is that Junior, Senior?  Looks

11  like a J, right?

12       A.   That's sheriff hieroglyphics, but yes, I would

13  agree with you.

14       Q.   Okay.  So "Dukes, Junior and the failure of

15  Dukes, Senior," and it would seem to me, then that's

16  Junior for referencing Senior here.  Would you agree?

17       A.   I would agree.

18       Q.   Okay, "to follow lawful commands."  And then

19  you see here after that, it says, R -- it looks like

20  RBM.  Would that be the sheriff's initials?

21       A.   Yes, sir.

22       Q.   Okay.  And then dated.  When you -- when you

23  told me that in an instance where you had looked into

24  other possible violations and you subserve the officer,

25  would you -- or would your report -- or I don't know if

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1   it's, I guess, letter, would it -- would it reference

2   all of those policy violations?

3       A.   Yes, sir, it would.  That's -- that's -- the

4   page that I, germane to our office, we call it findings.

5       Q.   Okay.  The findings meaning -- well, let me go

6   down to -- I have here on Dukes T165, the investigative

7   summary.  Is that what you're referring to by -- when

8   you say your findings?

9       A.   No, sir.  The -- the way that the -- the

10  sheriff likes to see our files put together is when --

11  when he opens my -- my completed file, the first page

12  that he sees is the result of my investigation, which is

13  the document that you're looking at there.

14      Q.   I see.  And this document, the -- and it just

15  says, this letter, right.  So this is the -- this is

16  what you're calling your findings?

17      A.   Yes, sir.

18      Q.   Okay, great.  I just want to make sure we're

19  on the -- I want to make sure we're referring to the

20  same thing.

21      A.   Sure.

22      Q.   And then this was produced to me as one

23  document, 122 pages.  Is this how it would've been

24  produced to the sheriff, your findings all -- or your --

25  would the sheriff would've received, just the letter or


MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   all the -- all the other documents?

2       A.   He has the entire case file, sir.

3       Q.   Okay. (sneezes)

4       A.   Bless you.

5       Q.   Thank you.  Appreciate it.  Okay.  I want to

6   turn to this specific case involving Deputy Gregory.

7   When you -- when you received the order from the

8   sheriff, what did -- and I see that you then -- and we

9   talked about you then issued the warnings to Deputy

10  Gregory.  Do you recall what you did next?

11      A.   No, sir.  I -- I -- I issued the notice of the

12  investigation to Deputy Gregory.  He does not receive

13  his Garrity warnings until just prior to his subject

14  interview.

15      Q.   Okay.

16      A.   The notification is -- is exactly that.  I'm

17  notifying him that he's under investigation, and because

18  of the confidentiality of the investigation, he's being

19  given a direct order not to discuss anything related to

20  that particular case and that incident with anyone

21  except for his chosen counsel.

22      Q.   Okay.  Do you -- so -- and just so that we're

23  clear, after you issued the notice to him, do you

24  remember what you -- what you did -- what you -- what

25  you then did to begin your investigation?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Gregory for finding of excessive or unnecessary force,

2    not resulting in injury, a level 4 violation.  Do you

3    see that?

4         A.    Yes, sir.

5         Q.    Okay. (sneezes)

6         A.    Bless you.

7         Q.    Thank you.  You had -- we had just gone over

8    this issue of invitation or consent.  And if you recall

9    in his complaint, Mr. Dukes, Sr. asked what right the

10   deputies had to go into his home.  Do you remember that?

11        A.    I do.

12        Q.    Okay.  And certainly you addressed that in

13   your investigative summary.  Would you agree with that?

14        A.    I agree.

15        Q.    Okay.  Is there a reason why you did not

16   include that issue in your findings?

17        A.    Because I'm investigating the allegation of

18   excessive or unnecessary force not resulting in injury

19   in Chapter 112 of Florida State Statutes say, I must be

20   narrow and specific in my scope of the investigation.

21   That was not within the scope of the investigation.  If

22   you go back to the page prior to that, at the order

23   issued to me in a memorandum from the sheriff, telling

24   me to investigate this alleged violation of

25   1105.3(b)(6), excessive or unnecessary force, not

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900          www.MILESTONEREPORTING.com

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
Toll Free 855-MYDEPOS

1  whether or not our deputies lawfully entered the home of

2  Terry Dukes, Sr.

3      Q.    Do you recall testifying earlier today that

4  you would on occasion, I believe you used the word

5  "subserve" an officer?

6      A.    I do.

7      Q.    Okay.  And my understanding from your prior

8  testimony, but correct me if I'm wrong, is that there

9  could be occasion for you to include an additional

10  policy violation to investigate outside of what was in

11  the order by the sheriff; is that right?

12      A.    That is correct.

13      Q.    Okay.  But you didn't do that in this

14  instance?

15      A.    No, sir.  Because in -- in my previous

16  testimony, I said, if I discover evidence that is clear

17  and convincing that we have another policy violation,

18  I'll subserve them on that.  I did not see this as a

19  glaring or clear or convincing situation that we had an

20  additional policy violation and therefore there was no

21  subserves.

22      Q.    Okay.  So you don't -- you don't believe that

23  -- sitting here today, you don't believe that Deputy

24  Gregory violated any policy of the Levy County Sheriff's

25  Office when he went into Mr. Dukes, Sr.'s home at 900



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

2    A.  I do not.

3    Q.  Okay.  And you used the term "clear and

4 convincing."  What does that mean?

5    A.  That the evidence is clear and convincing that

6 a policy violation has occurred.

7    Q.  Sure.  But is clear and convincing a legal

8 term?

9    A.  It's a term that is described in Chapter 112.

10    Q.  Okay.  And to you -- to the best of your

11 knowledge, is it defined there?

12    A.  I do believe it is.  Yes, sir.  Okay.

13    Q.  And when you're making a determination whether

14 to subserve, you're -- are you guided by the definition

15 in Chapter 112 of clear and convincing?

16    A.  Chapter 112 always guides me in my

17 investigations.

18    Q.  Okay.  But not only Chapter 112, right?  Also,

19 your organization's policies?

20    A.  That's -- that's the purpose of Internal

21 Affairs Investigations is to address administrative

22 policy violations, not criminal violations.

23    Q.  Right.  And we've -- I think we've established

24 that in determining policy violations, you look to both

25 the policies, but also on occasion to the law?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1       A.   I do.

2       Q.   Okay.  And this is -- we've already reviewed

3   this.  This is Dukes T-132.  And I'm looking at the

4   handwritten notes of the sheriff at the bottom where he

5   says, "Agrees with findings of the investigation."  When

6   -- do you -- I think you told me earlier that these sort

7   of documents are sent back and forth by hand; is that

8   right?

9       A.   Yes, sir.

10      Q.   Okay.  So when you -- when you received this

11  signed, returned to you, it looks like the day after you

12  signed it, right?  You signed it on September 19, 2019.

13  And Sheriff McCallum signed it on September 20th; is

14  that right?

15      A.   Yes, sir.

16      Q.   Okay.  And so would this have been handed back

17  to you?

18      A.   Yes, the entire -- entire case file.  So when

19  the sheriff opens my case file, the first document

20  that's visible to him on the left side of the file

21  folder is this document.  And they're all bound in a

22  single case file.  When he returns it to me, he returns

23  the entire case file, including this document.  Now, the

24  -- one of the reasons that this document exists is, if

25  during his review of my summary, he does not agree with

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS



Robert (Bobby) B. McCallum, Jr.
Sheriff of Levy County

PHONE: (352) 486-5111
FAX: (352) 486-5116
JAIL: (352) 486-5121
CIVIL DIV.: (352) 486-5206

MEMBER, FLORIDA SHERIFF'S ASSOCIATION
9150 NE 80th AVENUE
P.O. DRAWER 1719
BRONSON, FLORIDA 32621-1719

To:         **Sheriff Robert B. McCallum Jr.**

From:       Lt. Scott Tummond

Date:       September 19, 2019

Reference:  **19-FI-08**

This letter is notifying you that the Professional Standards Division initiated an investigation June 17, 2019 on **Deputy Chase Gregory**. On September 19, 2019 the investigation was completed and concludes the following violation(s) is:

**EXONERATED:**      1105.3 B 6 – Excessive or Unnecessary Force Not Resulting in Injury
(Level 4 violation)


_Lt. Scott Tummond_                    Date reviewed: _9-19-19_
Lt. Scott Tummond


_Robert B. McCallum Jr._              Date reviewed: _9/20/19_
Sheriff Robert B. McCallum Jr.

_Agree with findings of the Investigation. No further action needed._
_Dep. Gregory is Exonerated from all allegations of violation of policy._
_A set of unfortunate circumstances created by the Suspect (Dukes Jr.)_
_and the failure of Dukes Sr. to follow lawful commands. RBM 9/20/19_



Robert (Bobby) B. McCallum, Jr.

# Sheriff of Levy County

PHONE: (352) 486-5111
FAX: (352) 486-5116
JAIL: (352) 486-5121
CIVIL DIV.: (352) 486-5206

MEMBER, FLORIDA SHERIFF'S ASSOCIATION
9150 NE 80th AVENUE
P.O. DRAWER 1719
BRONSON, FLORIDA 32621-1719

## Memorandum

To:        Lt. Scott Tummond

From:      Sheriff Bobby McCallum

Date:      June 4, 2019

Subject:   Internal Investigation

---

Effective this date, we are directing you to conduct an Internal Investigation into the allegations that Dep. Chase Gregory violated **LCSO General Order 1105.3 A 17 Excessive or Unnecessary Use of Force Not Resulting in Injury,** a level four violation.

I have provided you a copy of CASOM 19-05-IN-024.

Cc:   Command Staff
      HR

Dukes, T. 000136



# LEVY COUNTY SHERIFF'S OFFICE
## Sheriff Robert B. McCallum, Jr.

CASOM
**Complaint Against a Sheriff's Office Member**

| TRACKING NUMBER: | 19-05-IN-024 | |
|---|---|---|
| CITIZEN'S INFORMATION | | |
| NAME | Terry C. Dukes Sr. | PHONE ▮▮▮▮ |
| ADDRESS | ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ |
| LCSO MEMBER(S) INVOLVED IN INCIDENT | Case# 201905002271 | |
| DATE and TIME OF INCIDENT | 5/25/19 | A little before 6:00 am |

**COMPLAINT** – Brief description of the incident to include when and where the alleged conduct violation(s) took place.

ALT CONTACT #
JERRY MONGO

19 MAY 29 PM 3: 10
McCALLUM, Jr.
SHERIFF LEVY CO FL

Page 1 of 2

Dukes, T. 000137

| WITNESS(ES) | Name | Jerry Mongo | Contact # | |
|---|---|---|---|---|
| | Name | | Contact # | |
| | Name | | Contact # | |
| | Name | | Contact # | |

I swear or affirm that the information and allegation(s) made by me in the above CASOM are to the best of my knowledge and belief, the truth and nothing but the truth. I understand if any of the above statements are found to be untrue, I am subject to being charged with perjury and/or making a false statement.

| SIGNATURE | | | DATE | / / |
|---|---|---|---|---|

On the morning of ▓▓▓▓▓▓
one day after my 59th birthday
my house was raided by Levy
County Police Officers. First of all
I have no trespassing signs at the
entrance where my gate is located.
I feel like everyone of these officers
were trespassing that were on my
property. After seeing the light at
my window I thought it was my
son so I went to the back door
and cracked it open about 4 or 5
inches. After I walked through the
Kitchen back to my room that's
when they approached me. I never
heard them coming in. I would like
to know what right they had to
come in my house without a search
warrant. I did't have an active
warrant on me. It was for my
son. He does not have my mailing
address. With guns drawed on
me I told them that I was
Terry Sr and my son was not
here. The young officer kNEW

that I was not Terry Jr. This
officer had been to my house
before when they arrested him.
Also this officer had been to
my job and we had some words.
I do have witnesses. If I would
have had my gun in my hand
(which I usually do) when I get up
to go to the door or outside to
crank my car Some Body Could
have been KILLED or INJURED
because I did not know they were
on my property. I have serious
hearing problems. I want Justice.
I could have been killed in my
own house. When I told them I was
not Terry Jr. they should have left
me alone and got off my property.
When ~~they~~ He ordered me to
get on the floor I did just that
I told him I wanted to put my
pants on. Then he tased me. I have
never been so humiliated ~~before~~
like this in all my life. Remember
I was naked. Next I was-

Dukes, T. 000140

hand cuffed. Why would he do me like this and he knew I was not Terry Jr. I feel like I am a VICTIM OF Police Brutality I feel like this was racially motivated. I feel like I was BULLIED By this officer and the Levy Co. Sherrif Dep. I feel as if I was never a threat to these officers and feel like ~~they~~ HE used uneccesary Force on me. This act he ~~was~~ used on me was inhumane. He treated me worse than an ANIMAL "IN MY HOUSE"! I have to live with this Fear, shame em- barasement the rest of my life. I WAS IN FEAR FOR MY LIFE. MY LIFE IS LIKE A NIGHMARE. I think this officer should be Fired. The Law should be protecting people not hurting people & ME3. This should have never happened to ME

Terry C. Dukes Sr

*Terry C. Dukes Sr*

To whom this may concern:
My name is Terry C. Dukes Sr. the twin
brother of Gerald C. Dukes who was
employed with the L.C.S.O for over
twenty plus years. I am employed with
Levy County Solid Waste for almost 23
years. I was diagnosed with spinal mini-
gitus at age 43 and I lossed some of
my hearing from this sickness. My hearing
is very bad. My doctors at North FL.
Regional discovered that I was a diabetic
at that time. I am recovering from pros-
tate cancer. I have to do blood work once
a year for that. I have anxiety attacks
{very bad} its got worse since this
incident. I have high blood pressure, arth-
ritus in the neck, shoulders and back, also
Bercitus and a tear in my rotor cup in my
right shoulder. I have memory loss also.
This incident happened on Saturday morning
May 25, 2019 one day after my 59th birth-
day at around 6:00 in the morning while
it was still very dark. I was getting up
to get a shower {NAKED} when I saw
a light at one of the windows and I figured
it was my son. He shines a phone light to
my window usually at night when he comes
home, he sometimes comes home before-

(only had 40 per cent chance of survival)

daylight and shines the light to my
window to wake me up to let him
in. Sometimes he has to keep knocking
because I don't hear him. I did not
know he was wanted by the law. I got
my phone, turned the phone light on
& not turning on any house lights because
I was NAKED? I usually have my gun
gun when I open my door but my mind
told me not to touch my gun. I unlocked
the door and pushed it open and went
back to my room to get a shower. By
the time I was going to turn my lights
on that's when they rushed in on me and
I never heard them approaching me. That's
when they started yelling at me to at me
to get on the floor. I'm terrified and
telling them that Terry Jr is not here and
I'm want to put my pants on. They kept
saying don't move. I reached toward the
door and grabbed my pants off the floor
and that's when he TAZED me. I kept
on until I got my pants on. Next they
put Hand Cuffs on me. I'm crying
why are you bothering with me. I have not
done any thing. They walked me outside
with no shoes or shirt on. I was very
cold and still crying. Also they had about-

7 to 10 police cars and trucks and officers. What I have wrote here is the way this happened. When they walked me to their vehicles I was not allowed to put on any shoes or shirt. I was cold. Right now I am emotionally upset, mentally upset how they treated me {A LAW Abiding Well Know Citizen of Bronson}. I never challenged them, never charged at them, I never tried to push the door shut. My pants were on the floor by the door. I WAS JUST TRYING TO PUT MY PANTS ON TO COVER MY NAKEDNESS

Terry C Dukes Sr
Terry C Dukes Sr



## Levy County Sheriffs Office

### Incident Report

9150 NE 80th Avenue Bronson, FL 32621

Phone: (352) 486 - 5111 Fax: (352) 486 - 5160

Sheriff Robert B. (Bobby) McCallum Jr.

(US/Eastern)

| ORI | County | Venue | Report # |
|---|---|---|---|
| FL0380000 | Levy | LEVY SO | 201905002271 |
| Report Date / Time | Occurrence Date / Time | | File Class |
| 05/25/2019 05:57 Hrs | 05/25/2019 05:15 Hrs - 05/25/2019 05:30 Hrs | | 3143 |

| Nature of Incident | Supplements |
|---|---|
| Other (Specify) | Approved Report (4) |

| Summary |
|---|
| Resist W/O |

### Incident Location

| Address | City | State | ZIP | Country |
|---|---|---|---|---|
| | Bronson | Florida | 32621 | United States of America |

| County: | Township of Occurrence | Clery Location | |
|---|---|---|---|
| Latitude | Longitude | Beat | Sub-Beat |

### Incident Offenses

| Supp # | Offense | Status | Status Date |
|---|---|---|---|
| 0 | 3143 - 843.02  Resist Officer - Obstruct Wo Violence | Warrant Request | 05/25/2019 05:15 Hrs |

| Attempted / Completed | Weapons Used |
|---|---|
| Completed | |

### Officers Involved

| Role | Name | Agency | Supp # |
|---|---|---|---|
| Assisting | B. Murphy (#730) | Levy County Sheriffs Office | 0 |
| Assisting | Corporal F. Almeida (#517) | Levy County Sheriffs Office | 0 |
| Assisting | Deputy T. Gaffey (#581) | Levy County Sheriffs Office | 0 |
| Assisting | Investigator M. Wilkinson (#426) | Levy County Sheriffs Office | 0 |
| Reporting | Deputy C. Gregory (#502) | Levy County Sheriffs Office | 0 |

### Incident People

| Roles | Supp # | |
|---|---|---|
| Suspect / Offender | 0 | |
| Name | Title | Date of Birth |
| DUKES, TERRY CAROL (Primary Name) | SR | |

| Race | Sex | Age at Occurrence | DL # |
|---|---|---|---|
| Black or African American | M | 59 Years Old | |

| Cellular (Date of Info: 07/25/2018) | |
|---|---|
| | - Cellular (Date of Info: 07/25/2018) |

| Address: |
|---|
| Date of Info: 07/25/2018 |

| Roles | Supp # | |
|---|---|---|
| Other Contact Person | 0 | |
| Name | Title | Date of Birth |
| DUKES, TERRY CARL (Primary Name) | JR | |

Dukes, T. 000145

201905002271 - Levy County Sheriffs Office - Levy (FL38)

| Race | | Sex | Age at Occurrence | DL # | |
|------|---|-----|------------------|------|---|
| Black or African American | | M | 31 Years Old | ███████████ | |

| Cellular (Date of Info: 04/06/2017) | | |
|---|---|---|
| ██████ Cellular (Date of Info: 04/06/2017) | | |

| Address: | |
|---|---|
| ████████████████ (Date of Info: 10/13/2017) | |

| Height | Weight | Hair | | Hair Length | Skin |
|--------|--------|------|---|-------------|------|
| 602 | 206 | Black | | | Dark |
| Eye Color | | Build | | Facial Hair | Date of Info |
| Brown | | Medium | | | 07/26/2018 |

| Roles | | Supp # | |
|-------|---|--------|---|
| **Victim - Police Officer** | | 0 | |
| Name | | Title | Date of Birth |
| GREGORY, CHASE  (Primary Name) | | | |

| Race | | Sex | Age at Occurrence | DL # | |
|------|---|-----|------------------|------|---|
| White | | M | Unknown | | |

| Residence (Date of Info: 11/19/2014) | |
|---|---|
| ██████ esidence (Date of Info: 11/19/2014) | |

| Address: | |
|---|---|
| ██████████████████ | |

Dukes, T. 000146

**Report #:** 201905002271  **Supp #:** 5  **Agency Name:** Levy County Sheriffs Office

**Date/Time Printed:** 06/19/2019 0838 Hrs  **Printed By:** S. Tummond

## Supplement #5 Narrative

On 5/25/2019, I received a telephone call in reference to a battery on a pregnant person, Shaquanda Sheffield, who was currently at █████████

I made contact with Sheffield in the emergency room. I interviewed Sheffield who stated that in her boyfriend/father of her unborn child had beaten on her. Sheffield had injuries consistent with her statement. Sheffield said that Dukes Jr. admitted to using the illegal drug "Molly" and had violent tendencies.

Sheffield said that the incident occurred at █████████ where she has lived with Terry Dukes Jr and his father for the past two years. She advised that there were firearms inside of the residence.

After speaking with Sheffield I developed probable cause for the arrest of Terry Dukes Jr.

I spoke with Cpl. Almeida and Deputy Murphy and advised them that I had probable cause to arrest (case#201905002270) Terry Dukes Jr. for Domestic Battery on a pregnant woman. I requested that they go to the residence and attempt to locate Terry Dukes Jr. on my probable cause.

After leaving the hospital and returned to Levy County. I heard Levy County Deputies advised dispatch, VIA radio, that they were out at █████████ traveled to the residence to meet with the responding deputies.

Upon arrival, I exited my vehicle and observed the deputies escorting someone (later identified as Terry Dukes Sr.) from the rear of the residence.

Deputies advised that Dukes Sr. was shot with a Taser and they were waiting on EMS to arrive. I advised them to sat Dukes Sr. on the tailgate of my vehicle.

I asked Dukes Sr. were his son (Terry Dukes Jr.) was currently at and he stated that he did not know. He advised that Dukes Jr. lives with him but wished he would go live somewhere else.

After speaking with Dukes Sr., I waited for EMS to arrive due to him sitting on the tailgate of my vehicle. Dukes Sr. requested his cellular telephone while he was sitting on the tailgate.

I observed Dukes Sr. sitting on the tailgate of my vehicle. He was speaking with an unknown individual on a cellular telephone. I overheard Dukes Sr. tell the person he was talking with the he always carries a gun to the door because of his son and his friends.

I observed EMS arrive and transport Dukes Sr. to the hospital.

During this case, I spoke with Dukes Sr. briefly concerning where his son could be located. I was not present when Deputies arrived and made contact with Dukes Sr. I had no further involvement in the case.

Robert (Casey) B. McCallum, Jr.

# Sheriff of Levy County



PHONE: (352) 486-5111
FAX:   (352) 486-5116
JAIL:  (352) 486-5121
CIVIL DIV.: (352) 486-5206

MEMBER, FLORIDA SHERIFF'S ASSOCIATION
9150 NE 80th AVENUE
P.O. DRAWER 1719
BRONSON, FLORIDA 32621-1719

September 20, 2019

Mr. Terry C. Dukes, Sr.
P.O. Box 1158
900 Patterson Street
Bronson, FL  32621

Dear Mr. Dukes:

This letter is to notify you that the Levy County Sheriff's Office Professional Standards Division conducted an investigation based upon the complaint you filed. This complaint was assigned tracking number 2019-05-IN-024 and investigation case number is 19-FI-08. A complete and thoroughly comprehensive investigation was conducted and concluded on September 19, 2019. Based upon the totality of the circumstances, of some you were not aware of at the time of the occurrence, Deputy Chase Gregory was exonerated as no violation of any LCSO policy was discovered.

We regret you had this encounter with our office and deputies. To aid you in better understanding the reason this conclusion was determined a copy of the investigative summary is attached. Should you have any questions after reading this summary and you wish to discuss this with our office we would be glad to meet with you in person. Please contact our office at 352-486-5111 and request Undersheriff Brett Beauchamp to schedule an appointment.

Sincerely,

Robert B. McCallum, Jr.
Sheriff

RBM/rhm

cc: PSD



# CAD Detail

| | |
|---|---|
| **Print Date:** | 18-Jun-19 |
| **Print Time:** | 18:07:18 |
| **User Name:** | jcollins |

## Incident #2019-00041433

Hide Incident Log; Hide System Messages; Hide Media

| | | | |
|---|---|---|---|
| **Incident Location:** | ▮▮▮▮▮▮▮▮ | **Apt:** | |
| **Inc Loc Info:** | | **Latitude:** | ▮▮▮ |
| **Building:** | | **Longitude:** | ▮▮▮ |
| **Community:** | BRONSON | | |
| **Municipality:** | BRONSON | | |
| **Caller Name:** | TAYLOR | **Disposition:** | TRANS |
| **Caller Location:** | ▮▮▮ | **Apt:** | |
| **Call Loc Info:** | | **Building:** | |
| **Phone:** | 352-494-8047 | **Source:** | ADMIN |
| **Call Back Phone:** | | | |
| **Incoming 911:** | 25-May-19 03:11:25 | **Created By:** | abruce |
| **Create Date/Time:** | 25-May-19 03:11:25 | **Sent By:** | abruce |
| **Dispatch Date/Time:** | 25-May-19 03:30:15 | **Language:** | |
| **Enroute Date/Time:** | 25-May-19 03:58:07 | | |
| **Onscene Date/Time:** | 25-May-19 05:32:25 | **Priority:** | 1 |
| **Clear Date/Time:** | 25-May-19 08:45:41 | **Event:** | S22P |
| **Closed Date/Time:** | 25-May-19 08:45:41 | | |

## Associated Case Numbers:

| Unit | Unit Org | Employee | Case# | Date/Time | Rescinded |
|---|---|---|---|---|---|
| 426 | DIVISIONS | MICHAEL WILKINSON | 201905002270 | 25-May-19 05:15:50 | |
| R9 | BRONSON-LCDPS STA 9 | | 1903045 | 25-May-19 05:43:59 | |
| 502 | DIVISIONS | CHASE GREGORY | 201905002271 | 25-May-19 05:57:54 | |
| B70 | BFD | | 19-000527-BFD | 04-Jun-19 08:40:02 | |

## Remarks:

| User Name | Date/Time | Remarks |
|---|---|---|
| abruce | 25-May-19 03:13:02 | YESTERDAY AROUND 0230AM/ ADV HER BF TERRY DUKES JR |
| abruce | 25-May-19 03:13:13 | ADV SUBJS WAS ON DRUGS |
| abruce | 25-May-19 03:13:29 | ADV SHE IS CURRENTLY PREG |

\* Date/Time is Backfilled



# CAD Detail

**Print Date:** 18-Jun-19
**Print Time:** 18:07:18
**User Name:** jcollins

## Incident #2019-00041433

Hide Incident Log; Hide System Messages; Hide Media

### Remarks:

| User Name | Date/Time | Remarks |
|---|---|---|
| abruce | 25-May-19 03:13:40 | ADV HE STARTED TWEAKING WHILE HSE WAS ASLEPP |
| abruce | 25-May-19 03:15:27 | ADV HE STARTED KICKING HER IN THE BACK/ MARKS ON HER FACE ETC |
| abruce | 25-May-19 03:15:43 | ADV SHE STARTED BLEEDING HEAVILY FROM HER VAGINA |
| abruce | 25-May-19 03:16:03 | SO SHE CALLED EMS FROM PRIARE OAKS AND WAS TRANSPORTED TO HOSPITAL |
| abruce | 25-May-19 03:16:13 | CALLER TAYLOR WAS SOCIAL WORKER W/ SHANDS |
| abruce | 25-May-19 03:16:39 | TAYLOR PUT VICTIM SHAQUANDA SHIEFFIELD |
| abruce | 25-May-19 03:19:23 | SOCIAL WORKER ADV ROOM C20/ ER |
| abruce | 25-May-19 03:26:15 | HOSPITAL ADV SUBJ IS BEING DISCHARCHED IN APPROX 1HR |
| abruce | 25-May-19 03:26:33 | HOSPITAL IS NOW ADV THAT SUBJ DOES NOT HAVE TRANSPORTATION BACK SO SHE WOULD |
| abruce | 25-May-19 03:26:47 | ALSO HAVE TO SET UP TRANSPORT WHICH WOULD TAKE 30 MINS TO 3HRS |
| abruce | 25-May-19 03:27:32 | 426 PATCHED THROUGH TO SOCIAL WORKER VIA DISPATCH PX |
| jsullivan | 25-May-19 03:58:14 | 426 adv 1051 to hospitial |
| sgilliard | 25-May-19 05:42:16 | 426 ADV OUT AT 900 PATTERSO ST |
| sgilliard | 25-May-19 05:43:15 | 502 REQ MED REF TASER DEPLOYMENT |
| sgilliard | 25-May-19 05:44:43 | S00 SERIAL RIA1493351 / NO RECORD |
| sgilliard | 25-May-19 06:41:35 | 517 REQ ANOTHER MED UNIT AND FIRST RESP |
| sgilliard | 25-May-19 06:47:35 | 234 ADV 593 RESP TO 1020 / REF GOING WITH SUBJ TO HOSPITAL |
| sgilliard | 25-May-19 06:47:52 | 593 RESP 0643 HRS |
| djuvan | 25-May-19 06:56:03 | R10 B70 RESP TO EMS CREW UNK PROBLEM 0625 |
| djuvan | 25-May-19 06:56:10 | R10 ON SCENE |
| djuvan | 25-May-19 06:56:14 | B70 ON SCENE |
| djuvan | 25-May-19 06:56:27 | 593 1051 0643 |
| drix | 25-May-19 07:20:57 | Per 517 1066 transport reference sworn complaint. |
| tgaffey | 25-May-19 07:41:59 | SUPP |
| tgaffey | 25-May-19 07:42:33 | SUPPL BRAVO |
| falmeida | 25-May-19 07:45:55 | 10-8, Supplement |
| bmurphy | 25-May-19 07:47:11 | Supplement 10-08 B |
| abruce | 04-Jun-19 08:41:10 | B70 CALLED AND ADV THEY NEVER GOT ASSIGNED TO CALL |
| abruce | 04-Jun-19 08:41:23 | REQ TO BE ASSIGNED TO GET CASE NUMBER |

### Unit Activity:

| Unit | Employee | Department | Temporary Department | Status | Location/Remark/Case | Date/Time |
|---|---|---|---|---|---|---|
| 426 | MICHAEL WILKINSON | DIVISIONS | | Dispatched | | 25-May-19 03:30:15 |
| 426 | MICHAEL WILKINSON | DIVISIONS | | On Duty | | 25-May-19 03:57:57 |

\* Date/Time is Backfilled

Dukes, T. 000180



# CAD Detail

| | |
|---|---|
| Print Date: | 18-Jun-19 |
| Print Time: | 18:07:18 |
| User Name: | jcollins |

## Incident #2019-00041433

Hide Incident Log; Hide System Messages; Hide Media

## Unit Activity:

| Unit | Employee | Department | Temporary Department | Status | Location/Remark/Case | Date/Time |
|---|---|---|---|---|---|---|
| 426 | MICHAEL WILKINSON | DIVISIONS | | En Route | | 25-May-19 03:58:07 |
| 426 | | DIVISIONS | | Case Number | 201905002270 | 25-May-19 05:15:49 |
| 426 | MICHAEL WILKINSON | DIVISIONS | | Secondary On Scene | | 25-May-19 05:42:05 |
| 426 | MICHAEL WILKINSON | DIVISIONS | | Available | | 25-May-19 07:40:47 |
| 502 | CHASE GREGORY | DIVISIONS | PATROL | Dispatched | | *25-May-19 05:32:32 |
| 502 | CHASE GREGORY | DIVISIONS | PATROL | En Route | | *25-May-19 05:32:33 |
| 502 | CHASE GREGORY | DIVISIONS | PATROL | On Scene | | 25-May-19 05:32:34 |
| 502 | | DIVISIONS | PATROL | Case Number | 201905002271 | 25-May-19 05:57:54 |
| 502 | CHASE GREGORY | DIVISIONS | PATROL | New Remark | cgregory just logged in from terminal 69.194.132.188:8888 | 25-May-19 06:38:30 |
| 502 | CHASE GREGORY | DIVISIONS | PATROL | On Scene | | 25-May-19 06:38:30 |
| 502 | CHASE GREGORY | DIVISIONS | PATROL | New Remark | cgregory just logged in from terminal 69.194.132.188:8888 | 25-May-19 06:56:40 |
| 502 | CHASE GREGORY | DIVISIONS | PATROL | On Scene | | 25-May-19 06:56:40 |
| 502 | CHASE GREGORY | DIVISIONS | PATROL | Available | | 25-May-19 07:40:50 |
| 517 | FRANCO ALMEIDA | PATROL | | Dispatched | | *25-May-19 05:32:26 |
| 517 | FRANCO ALMEIDA | PATROL | | En Route | | *25-May-19 05:32:27 |
| 517 | FRANCO ALMEIDA | PATROL | | On Scene | | 25-May-19 05:32:28 |
| 517 | FRANCO ALMEIDA | PATROL | | New Remark | falmeida just logged in from terminal 122.67.98.245:8888 | 25-May-19 06:38:30 |
| 517 | FRANCO ALMEIDA | PATROL | | On Scene | | 25-May-19 06:38:30 |
| 517 | FRANCO ALMEIDA | PATROL | | New Remark | falmeida just logged in from terminal 122.67.98.245:8888 | 25-May-19 06:56:44 |
| 517 | FRANCO ALMEIDA | PATROL | | On Scene | | 25-May-19 06:56:44 |
| 517 | FRANCO ALMEIDA | PATROL | | Available | | 25-May-19 07:45:55 |

* Date/Time is Backfilled



# CAD Detail

**Print Date:** 18-Jun-19

**Print Time:** 18:07:18

**User Name:** jcollins

## Incident #2019-00041433

Hide Incident Log; Hide System Messages; Hide Media

### Unit Activity:

| Unit | Employee | Department | Temporary Department | Status | Location/Remark/Case | Date/Time |
|------|----------|-----------|---------------------|--------|---------------------|-----------|
| 517 | FRANCO ALMEIDA | PATROL | | New Remark | 10-8, Supplement | 25-May-19 07:45:55 |
| 581 | TUCKER GAFFEY | PATROL | | Dispatched | | *25-May-19 05:32:35 |
| 581 | TUCKER GAFFEY | PATROL | | En Route | | *25-May-19 05:32:36 |
| 581 | TUCKER GAFFEY | PATROL | | On Scene | | 25-May-19 05:32:37 |
| 581 | TUCKER GAFFEY | PATROL | | New Remark | tgaffey just logged in from terminal 2.146.100.146:8888 | 25-May-19 06:38:29 |
| 581 | TUCKER GAFFEY | PATROL | | On Scene | | 25-May-19 06:38:29 |
| 593 | DAVID RIX | PATROL | | Dispatched | | *25-May-19 06:47:16 |
| 593 | DAVID RIX | PATROL | | En Route | | 25-May-19 06:47:17 |
| 593 | DAVID RIX | PATROL | | New Remark | drix just logged in from terminal 59.13.245.136:8888 | 25-May-19 07:19:02 |
| 593 | DAVID RIX | PATROL | | En Route | | 25-May-19 07:19:02 |
| 593 | DAVID RIX | PATROL | | On Scene | | 25-May-19 07:19:45 |
| 593 | DAVID RIX | PATROL | | Available | | 25-May-19 07:20:57 |
| 593 | DAVID RIX | PATROL | | New Remark | Per 517 1066 transport reference sworn complaint. | 25-May-19 07:20:57 |
| 730 | Blake Murphy | PATROL | | Dispatched | | *25-May-19 05:32:23 |
| 730 | Blake Murphy | PATROL | | En Route | | *25-May-19 05:32:24 |
| 730 | Blake Murphy | PATROL | | On Scene | | 25-May-19 05:32:25 |
| 730 | Blake Murphy | PATROL | | New Remark | bmurphy just logged in from terminal 33.110.135.116:8888 | 25-May-19 06:38:30 |
| 730 | Blake Murphy | PATROL | | On Scene | | 25-May-19 06:38:30 |
| 730 | Blake Murphy | PATROL | | New Remark | bmurphy just logged in from terminal 33.110.135.116:8888 | 25-May-19 06:56:41 |
| 730 | Blake Murphy | PATROL | | On Scene | | 25-May-19 06:56:41 |
| 730 | Blake Murphy | PATROL | | Available | | 25-May-19 07:47:11 |
| 730 | Blake Murphy | PATROL | | New Remark | Supplement 10-08 B | 25-May-19 07:47:11 |
| B70 | | BFD | | Dispatched | | *04-Jun-19 08:40:00 |
| B70 | | BFD | | En Route | | *04-Jun-19 08:40:01 |
| B70 | | BFD | | Case Number | 19-000527-BFD | 04-Jun-19 08:40:02 |
| B70 | | BFD | | On Scene | | 04-Jun-19 08:40:02 |
| B70 | | BFD | | AVAIL AREA | | 04-Jun-19 08:42:16 |
| R10 | | WILLISTON-LCDPS STA | | Dispatched. | | 25-May-19 06:14:51 |

* Date/Time is Backfilled



# CAD Detail

**Print Date:** 18-Jun-19
**Print Time:** 18:07:18
**User Name:** jcollins

## Incident #2019-00041433

Hide Incident Log; Hide System Messages; Hide Media

**Unit Activity:**

| Unit | Employee | Department | Temporary Department | Status | Location/Remark/Case | Date/Time |
|------|----------|------------|----------------------|--------|----------------------|-----------|
| R10 | | 10 WILLISTON-LCDPS STA | | RESPONDING | | 25-May-19 06:17:46 |
| R10 | | 10 WILLISTON-LCDPS STA | | New Remark | r10 just logged in from terminal 112.237.112.40:8888 | 25-May-19 06:38:29 |
| R10 | | 10 WILLISTON-LCDPS STA | | RESPONDING | | 25-May-19 06:38:29 |
| R10 | | 10 WILLISTON-LCDPS STA | | Secondary En Route | | 25-May-19 06:49:46 |
| R10 | | 10 WILLISTON-LCDPS STA | | ENR SHANDS | | 25-May-19 06:51:47 |
| R10 | | 10 WILLISTON-LCDPS STA | | New Remark | r10 just logged in from terminal 112.237.112.40:8888 | 25-May-19 06:56:37 |
| R10 | | 10 WILLISTON-LCDPS STA | | ENR SHANDS | | 25-May-19 06:56:37 |
| R10 | | 10 WILLISTON-LCDPS STA | | New Remark | r10 just logged in from terminal 112.237.112.40:8888;Milea | 25-May-19 07:20:57 |
| R10 | | 10 WILLISTON-LCDPS STA | | ARR SHANDS | | 25-May-19 07:21:03 |
| R10 | | 10 WILLISTON-LCDPS STA | | RET COUNTY | | 25-May-19 07:49:04 |
| R9 | | 10 BRONSON-LCDPS STA | | Case Number | 1903045 | 25-May-19 05:43:59 |
| R9 | | 9 BRONSON-LCDPS STA | | Dispatched | | 25-May-19 05:43:59 |
| R9 | | 9 BRONSON-LCDPS STA | | RESPONDING | | 25-May-19 05:45:56 |
| R9 | | 9 BRONSON-LCDPS STA | | On Scene | | 25-May-19 05:58:16 |
| R9 | | 9 BRONSON- | | New Remark | r9 just logged in from | 25-May-19 06:38:30 |

\* Date/Time is Backfilled



# CAD Detail

**Print Date:** 18-Jun-19

**Print Time:** 18:07:18

**User Name:** jcollins

## Incident #2019-00041433

Hide Incident Log; Hide System Messages; Hide Media

### Unit Activity:

| Unit | Employee | Department | Temporary Department | Status | Location/Remark/Case | Date/Time |
|------|----------|------------|---------------------|--------|---------------------|-----------|
| R9 | | LCDPS STA 9 BRONSON-LCDPS STA 9 | | On Scene | terminal 105.96.44.102:8888 | 25-May-19 06:38:30 |
| R9 | | BRONSON-LCDPS STA 9 | | ENR NFRMC | | 25-May-19 07:21:46 |
| R9 | | BRONSON-LCDPS STA 9 | | ARR NFRMC | | 25-May-19 07:57:51 |
| R9 | | BRONSON-LCDPS STA 9 | | RET COUNTY | | 25-May-19 08:45:30 |

### Dispositions:

| Incident Disposition | Remarks |
|---------------------|---------|
| TRANS - PT TRANSPORTED TO ED | Supplement 10-08 B |

* Date/Time is Backfilled