1

2

3

4

5

6

7

8

9

10    TAPED INTERVIEW OF TERRY DUKES, SR.

11  IN RE:  TERRY DUKES V. ROBERT McCALLUM, JR.

12     CASE NO.: 19-FI-08

13      AUGUST 9TH

14

15

16

17

18

19

20     Transcribed by:

21     CLARA C. ROTRUCK

22      Court Reporter

23

24

25

1              T A P E D   I N T E R V I E W

2         LIEUTENANT TIMMAN:  Okay, just so y'all

3    understand.  That device is a digital recorder.

4         MR. MANGO:  Uh-huh.

5         LIEUTENANT TIMMAN:  I am required by law when

6    I am conducting an investigation that I have to

7    record all of my conversations.

8         MR. MANGO:  Uh-huh.

9         LIEUTENANT TIMMAN:  Related to the

10   investigation.

11        MR. MANGO:  Uh-huh.

12        LIEUTENANT TIMMAN:  So we will be recorded

13   today.  Are y'all okay with that?

14        MR. MANGO:  Yes.

15        LIEUTENANT TIMMAN:  Okay.  All right, today's

16   date is Friday, August the 9th, the time is 9:00

17   a.m.  For the record, I am Lieutenant Scott Timman.

18   I am in charge of a division here called

19   professional standards.  I think it is probably

20   best if I kind of tell you what I do so you know

21   what your expectations are from me today.  The

22   Sheriff has placed me in charge of this division,

23   and my primary responsibility is to investigate any

24   complaints from citizens or from internal

25   mechanisms where our officers or detention staff

1    have violated any of the policies of the agency.

2    In any of their actions if it violates policy I am

3    charged to investigate that.  What I do is I am a

4    fact finder.  I talk to everybody, I listen to all

5    the -- to all the witnesses, to all the complaints

6    and then I render a report, and I marry up what the

7    complaint is versus what the allegation is versus

8    what our policy says.

9         MR. MANGO:  Uh-huh.

10        LIEUTENANT TIMMAN:  Do you follow my logic?

11        MR. MANGO:  Yes, I follow.

12        LIEUTENANT TIMMAN:  Okay.  I am not, I am not

13   here to make a decision on any discipline or any

14   other course of action.  I am just here to find the

15   facts that are behind the allegation against our

16   officers, okay.

17        MR. MANGO:  Okay.  Are you hearing that?

18        MR. DUKES SR.:  I can't hear everything you

19   are saying.

20        LIEUTENANT TIMMAN:  Okay.  You can't hear

21   everything?

22        MR. DUKES SR.:  No, sir.

23        LIEUTENANT TIMMAN:  Do I need to speak up?  If

24   I talk louder --

25        MR. DUKES SR.:  Yes.  Just, he will fill me

1      in, because you talk real low I can't.

2          MR. MANGO:  You might need to talk a little

3      louder so he can understand.

4          LIEUTENANT TIMMAN:  Yes, I can do that.  So

5      the Sheriff ordered me to conduct an investigation

6      based on your complaint and see if your complaint

7      is a violation of our policy, and if so, I would

8      render a report to the Sheriff and he would review

9      the report.  If discipline is necessary, then he

10     would discipline our officers.  Can you hear me

11     better now?

12         MR. DUKES SR.:  Yes, a little better.

13         LIEUTENANT TIMMAN:  Okay.  So what I am going

14     to do is I am going to swear you in.  Raise your

15     right hand, I am going to swear you in, and then I

16     am going to let you tell me your story about what

17     happened that morning, okay.  Fair enough?

18         MR. DUKES SR.:  That is fine, you will swear

19     me in.

20         LIEUTENANT TIMMAN:  Okay.  Are you ready?

21         MR. DUKES SR.:  Yes.

22         LIEUTENANT TIMMAN:  Do you swear to tell the

23     truth, the whole truth, and nothing but the truth

24     so help you God?

25         MR. DUKES SR.:  I do.

1        LIEUTENANT TIMMAN:  Okay.  Tell, tell me your

2   story.  Tell me what was going on and going your

3   mind that morning.

4        MR. DUKES SR.:  How it happened?

5        LIEUTENANT TIMMAN:  Uh-huh.

6        MR. DUKES SR.:  Okay.  It was about maybe a

7   quarter until 6:00 on a Saturday morning, May the

8   25th, and it was the day after my birthday.  And it

9   was still dusk dark.  It wasn't -- it wasn't quite

10  day.

11       LIEUTENANT TIMMAN:  Uh-huh.

12       MR. DUKES SR.:  It was still kind of dusk

13  like, not light.  And as my son usually comes home

14  at night.  Sometimes he come home early in the

15  morning with the phone up to the window.  So I see

16  this light and I say, okay, I am coming.  And I

17  wasn't dressed, because I was fixing to take a

18  shower.  So I eased to the back door with my phone

19  light, not turning on no lights in the house, with

20  my phone light, and then went to the back door and

21  cracked the door open, pushed it open about that

22  far.  It wasn't open all the way wide, wide open.

23       LIEUTENANT TIMMAN:  Uh-huh.

24       MR. DUKES SR.:  And so that is when, when I

25  get up, I usually have my pistol in my hand because

1    I am in -- I am five acres out there and there

2    ain't nobody live around on neither side.  For my

3    protection, when I go to open my car door or

4    anything, when I get up I always usually have it

5    and it is legal.

6         LIEUTENANT TIMMAN:  Uh-huh.

7         MR. DUKES SR.:  And that morning I got it and

8    was fixing to take it with me and something said

9    put it down.  I put it down on -- on the bed.  And

10   so by the time I proceeded out to open the door and

11   came back to the room to get stuff ready to get a

12   shower.  By that time they had walked in my house

13   and snuck up on me and it could have went -- really

14   been bad, worse than what it was, because I have

15   got anxiety attacks bad, and they walk in my house,

16   I can't hear.  I didn't even hear them walk through

17   the kitchen to my room.

18        And when I looked up and the way they came in

19   and talked to me, talking about yelling, get on the

20   ground and all this, and I am talking about at the

21   top of their voice.  And I am like, man, what is

22   going on.  I said, you know, like I am waking up in

23   a nightmare and that is when I said, Terry is not

24   here.  He didn't come home last night.  I said, he

25   is not here and I am Terry Sr.  I am fixing to get

1    ready to go to work and they were yelling, oh no,
2    you are not going to work, talking to me loud and I
3    am naked.  They tell me get on the floor, get on
4    the floor, and I got on the floor on my butt naked,
5    got on the floor.  And I had a pair of pants down
6    there.  I was reaching down trying to pull my
7    pants.  Say man, I am naked, I want to put my pants
8    on.  They kept yelling, don't move, don't move,
9    don't move, this and that.  I said, look, I want to
10   put my pants on and all.  That is when, that is
11   when he tased me.  He didn't give no command or
12   nothing about I am going to tase you or nothing.
13   He just took a pistol, and I was scared, I thought
14   he was going to kill me.
15       And when he tased me.  When he got me up, I
16   had just had my pants buttoned up halfway crooked,
17   and then he come while I was on the floor and put
18   handcuffs on me.  I said, what are y'all bothering
19   me.  I said, I ain't done nothing.  I told him my
20   boy wasn't here.  And all they had to do was just
21   get out of my house.  And too, I don't see where
22   they had a right to come in my house without a
23   warrant.  I didn't have no warrant on me.
24       And then they walked me out the doors and
25   dusk, it was cold, it wasn't cold, but it was

1    chilly.  They didn't let me put my shoes on.  They

2    didn't let me put a shirt on and walked me out

3    there on the ground barefooted out there to the

4    truck and set me on the back of the truck.  And I

5    told them, I said, I want to lay down.  I said,

6    they said, no, lay down because you might pass out

7    and all.  So that is when they said, well, we have

8    got to wait on the ambulance.  And I said, well, I

9    need to call my job, my boss and let them know that

10   I ain't gonna be to work.  And it took a while.  I

11   called Johnny because I couldn't get Bennett.  So I

12   called Johnny and his wife answered the phone and

13   they finally got ahold to Bennett and I called him,

14   Jerry and I told him, you need to come out here and

15   I don't know who got there first, but they had me

16   sitting there and they were fixing to take me to

17   jail.  They were trying to write up a report to

18   take me to jail to saying I resisted arrest without

19   violence.  Saying I tried to push the door shut on

20   them.  When they came in the back door was open and

21   my room door always stay open and I was on the

22   floor.  If I did anything I might have pushed the

23   door trying to get my pants because I was right

24   behind the door.  I did not take my hand and they

25   was already in.  Why would I shove the door at

FOR THE RECORD REPORTING, INC. 850.222.5491

1    somebody and they got two guns pointed on me.  I

2    know not to make no wrong -- I said, I just want to

3    put my pants on, you know.  And all of this to me,

4    to me I feel like I was bullied.  I feel like I was

5    bullied, and I feel like it also might be racial.

6    I feel like they scared me so bad if I would have

7    had my gun I probably would be dead.  That is how I

8    feel, and then they enter my house.

9        I don't think it was right for them to come in

10   my house like they did.  And I got a letter.  Can I

11   read it?

12       LIEUTENANT TIMMAN:  Uh-huh.

13       MR. DUKES SR.:  And I didn't bring my original

14   copy, but I feel like my privacy was invaded.  I am

15   getting ready to go to work and it is on the

16   morning of May 25th, one day after my 59th birthday

17   my house was raided by Levy County police officers.

18   First of all, I have no trespassing signs at the

19   entrance where my gate is located and all on the,

20   down on the five acres, I got no trespassing signs.

21   I feel like everyone of these officers were

22   trespassing that were on my property.  After seeing

23   the light at my window, I thought it was my son.

24   So I went to the back door and cracked it open

25   about four or five inches.

1    After I walked through the kitchen back to my

2    room that is when they a approached me.  I never

3    heard them coming in.  I would like to know what

4    right they had to come in my house without a search

5    warrant.  I didn't have an active warrant on me, it

6    was for my son.  He does not, even he don't have my

7    mailing address.  He was just staying there with me

8    until, to let him, help him try to get a job and

9    with guns drawn on me, I told them that I was Terry

10    Sr.senior and my son was not here.  The young

11    officer that I was not Terry Jr.  This officer had

12    been to my house before when they arrested him on

13    another occasion.

14    Also, this officer had been to my job and we

15    had some words and I do have a witness that he had

16    been to my job and that is where I don't see, he

17    had, he had to know that I wasn't Jr.  If I would

18    have had my gun in my hand which I usually do when

19    I get up to go out to the door or outside to crank

20    my car.  Somebody could have been killed or injured

21    because I did not for they were on my property.  I

22    have serious hearing problems.  I just want

23    justice.

24    I could have been killed in my own house.

25    When I told them that I was Terry Jr., they should

FOR THE RECORD REPORTING, INC. 850.222.5491

1     have left me alone and got off of my property.

2     When he ordered me to get on the floor, I did just

3     that.  And I told him I wanted to put my pants on.

4     He tased me.  I have never been so humiliated like

5     this in all of my life.  Remember I was naked.

6     Next they handcuffed me.  Why would he do me like

7     this and he knew I was not Terry Jr.  I feel like I

8     am a victim of policy brutality.  I feel like this

9     was racially motivated.  I feel like I have been --

10    I was bullied by this officer and the Levy County

11    Sheriff Department.  I feel as if I was a never a

12    treat to these officers.  I feel like they used

13    unnecessary force on me.  This act he used on me

14    was inhuman.  He treated me worse than an animal in

15    my house.  I have to live with this fear, shame,

16    embarrassment the rest of my life.  I was in fear

17    for my life.  My life is like a nightmare.  I think

18    this officer should be fired.  The law should be

19    protecting people, not hurting people, me.  This

20    should never have happened to me.  That is it.

21         LIEUTENANT TIMMAN:  May I get a copy of that?

22         MR. DUKES SR.:  Yes.

23         LIEUTENANT TIMMAN:  Okay.  I will make, I will

24    make a photocopy of that real quick and bring the

25    original back to you.  I will be right back.

1        MR. DUKES SR.:  Okay.

2        A VOICE:

3        LIEUTENANT TIMMAN:  Thank you.  Mr. Dukes, I

4   only have a couple of questions that I just need to

5   make sure I am clear on.  The officer you are

6   referring to that said, you said came out to your

7   house and y'all spoke before.  Do you know which

8   officer that is?

9        MR. DUKES SR.:  Do I know his name?  No, sir.

10       LIEUTENANT TIMMAN:  What does he look like?

11       MR. DUKES SR.:  He is a young guy with a blond

12   head and got a like streak, brown through his hair.

13   He is pretty young.

14       LIEUTENANT TIMMAN:  I think all the guys that

15   were out there we would consider young.  So I think

16   all of them are about the same age category, but

17   blond hair?

18       MR. DUKES SR.:  Say again.

19       LIEUTENANT TIMMAN:  Blond hair?

20       MR. MANGO:  Blond hair?

21       MR. DUKES SR.:  Yes, sir, and like a brown, it

22   is mixed, got like a brown streak through the top

23   like.

24       LIEUTENANT TIMMAN:  Okay.

25       MR. DUKES SR.:  A new style like, you know, a

1      two tone type.

2            LIEUTENANT TIMMAN:  Okay, okay.  And you say

3      that same deputy has come out to talk to you at

4      work before?

5            MR. DUKES SR.:  He done been out there I know

6      at least one time, if not two, when he shot, T shot

7      my gun and I called, I was talking to the lady then

8      when I called to tell them to come out there and

9      all.  He shot my gun, and that night there I think

10     when I called he came out, because they done been

11     to my house I can't count the times, about him and

12     this girl fighting out there and going on and

13     knocking holes all in my wall, and he will sneak in

14     there at night and all kind of stuff, and I was

15     just only trying to help my son get his self

16     together.  He had got a job and he lost the job.

17     You know, to me, after all this, I done did all I

18     can do to help him.  That is my first child and I

19     was without a daddy, so that is why I went so far

20     to try to help him, you know.  That is why I put

21     all the time trying to help him.

22           LIEUTENANT TIMMAN:  Okay.  But at the time

23     that all of this happened, he was staying there

24     with you?

25           MR. DUKES SR.:  Yes, sir, off and on.

1    Sometimes he will leave for weeks, but the first
2    job at the boat plant he stayed there pretty much
3    and on the weekends sometimes he would go off and
4    wouldn't come home, but that has been about over
5    two years I think I have been going with this and I
6    been at work and my son called me from Gainesville.
7    Daddy, the policy are out to your house.  They are
8    out they're doing something.  So I done went
9    through this so much.  There is numbers of officers
10   out there.  I don't even know some of the times
11   because I be working, but I know, I am pretty sure
12   I know his one time that he came at night.
13        I am pretty sure when my boy shot the gun and
14   it could have been some more times that he was
15   there because I wasn't they are all the time, but
16   he knew who I was.  He knew when he saw me and had
17   the and all drawed, he had to know that I was --
18   the house was dark, but them flashlights is bright.
19   Two officers in my house with guns on me and a
20   flashlight.  And I told them, I said, I am fixing
21   to go to work, I am trying to go to work.  They
22   wouldn't even let me go to work.  I couldn't go
23   after he tased me.  I had to go to the hospital.  I
24   lost ten hours on my job, money I lost.
25        MR. MANGO:  Could I say something?

FOR THE RECORD REPORTING, INC. 850.222.5491

1    LIEUTENANT TIMMAN:  Yes, sir.

2    MR. MANGO:  Wasn't that that time that T. was

3    staying with Van though, he wasn't staying with you

4    when they came out, was he, because I don't think

5    you knew where he was.

6    MR. DUKES SR.:  No, I didn't know where they

7    say he was, but I didn't know nothing.  After he

8    leaves here I don't try, you know, I was trying to

9    just be patient and help him, but right now, I done

10   done my part, you know, and that is over.

11   MR. MANGO:  I am just saying the morning that

12   that happened he wasn't staying there and it seemed

13   like you told me you didn't know where he was

14   staying at that time.

15   MR. DUKES SR.:  Well, yes, true and he didn't

16   come home.  A lot of times he don't come, come

17   there and he don't call me.  Half the time he ain't

18   had no phone and I don't know when he is coming in

19   or when he is not coming in.

20   LIEUTENANT TIMMAN:  I understand.

21   MR. MANGO:  What I found out that he was

22   staying with Terry's ex-wife at that time.

23   LIEUTENANT TIMMAN:  His own ex-wife or his --

24   MR. MANGO:  Terry's ex-wife.

25   LIEUTENANT TIMMAN:  Okay, senior, Junior was

1        staying --

2              MR. MANGO:  Junior was staying with his

3        ex-wife.

4              LIEUTENANT TIMMAN:  Okay.  And for clarity of

5        the record, the additional voice you hear is that

6        of Mr. Jerry Mongo who has accompanied Terry Dukes,

7        "Sr. up here today, because the tape can't see.

8              MR. MONGO:  Right, yes, I understand.

9              LIEUTENANT TIMMAN:  Just for clarity of the

10       record.

11             MR. MONGO:  Got you.

12             LIEUTENANT TIMMAN:  The letter, the letter

13       that you read is very specific.

14             MR. DUKES SR.:  Yes, sir.

15             LIEUTENANT TIMMAN:  In what you want.

16             MR. DUKES SR.:  Yes, sir.

17             LIEUTENANT TIMMAN:  You want the deputy fired.

18             MR. DUKES SR.:  I do.

19             LIEUTENANT TIMMAN:  Okay.  And you are making

20       some other, some other overtures about loss of

21       wages and things like that.  What else, what else

22       would you expect the Sheriff to do in this matter?

23       What is it that you would --

24             MR. DUKES SR.:  Say to me what he said.

25             MR. MONGO:  He said you are making some other

1    overtures or whatever that you are expecting

2    besides wanting the deputy fired.  Like loss of

3    wages and things and medical, stuff like that.  Can

4    I say something again?

5         LIEUTENANT TIMMAN:  You certainly may.

6         MR. MONGO:  Since this has happened mostly

7    what all Terry do is work and go to church.  And so

8    he was employed also with taking care of our

9    landscaping, our grounds and stuff like that and

10   since then, since all this has happened and he has

11   had other landscaping and stuff, he, he let us know

12   he can't do that anymore.  So he is not taking care

13   of our landscaping anymore, and, you know, he comes

14   to church and we constantly have to counsel him and

15   I am constantly, you know, talking with him to try

16   to get him, you know, because as you can tell he is

17   pretty, he is pretty messed up, you know, that is

18   the word I can use.

19        LIEUTENANT TIMMAN:  He is very emotional, I

20   can see that.

21        MR. MONGO:  He is very emotional and it seems

22   like has is taken a big toll on him.  I can tell

23   that for sure.  So I guess with, with loss of wages

24   and medical and all this kind of stuff, I can

25   attest to that, that that is going on, so...

1          LIEUTENANT TIMMAN:  Okay.  Is there any,

2     anything else that you would, that you would be

3     expecting that the Sheriff would do in this?

4          MR. MONGO:  Probably a big apology, a big

5     apology.

6          MR. DUKES SR.:  Yes, something like that,

7     somebody else had told me, I forgot about that,

8     yes.

9          LIEUTENANT TIMMAN:  Obviously I can't

10     guarantee you anything and I can't promise you

11     anything today.  I can certainly take your wants

12     and desires to the Sheriff and let him know what

13     you are expecting from his office, but the decision

14     is not mine to make.  That is the decision that is

15     made by the Sheriff.  So I am going to work to

16     complete this investigation and then get my report

17     completed and to the Sheriff.  I am hopeful that by

18     the end of next week I will have that accomplished.

19          MR. DUKES SR.:  Okay.

20          LIEUTENANT TIMMAN:  This is an internal

21     investigation, meaning that I am not looking for

22     anything other than did our deputies violate the

23     policy of this agency.  Do you follow what I am

24     saying?

25          MR. DUKES SR.:  Yes, I want to know, you say

1   violate your policy, but I don't feel like it was

2   right for them to be on my property and then come

3   in my house just because I open the door.  I don't

4   feel like that was right.  They should have

5   presented -- too many people telling me they should

6   have presented me some paperwork to come in my

7   house because they weren't coming after me.

8        MR. MONGO:  I guess what he has been saying to

9   me, too is, I guess he doesn't really know and I

10  think what you are trying to say is what are your

11  policies.  So Terry don't know what the policy is

12  concerning them coming into his house without you

13  know, notification.

14       LIEUTENANT TIMMAN:  I understand.  And right

15  now because my investigation has not been completed

16  I can't give him an answer in totality so he

17  understands everything.

18       MR. MONGO:  Right.  He says he is still under

19  investigation.  So he can't give you an answer

20  right now until the investigation is completed.

21       MR. DUKES SR.:  All right.

22       LIEUTENANT TIMMAN:  And once the investigation

23  is complete we will have a time to come back

24  together and, and discuss everything.

25       MR. DUKES SR.:  All right.

1       LIEUTENANT TIMMAN:  So hopefully everybody

2    will get to the same level of understanding --

3       MR. DUKES SR.:  Right.

4       LIEUTENANT TIMMAN:  -- of why you did what you

5    did, why our guys did what they did and, and the

6    totality of the circumstances in that particular

7    case and a resolution.  A resolution that everybody

8    is going to be satisfied with.

9       MR. DUKES SR.:  All right.

10      LIEUTENANT TIMMAN:  Fair enough.

11      MR. MONGO:  He said fair enough.

12      MR. DUKES SR.:  Yes, that sounds fair, thank

13   you.

14      LIEUTENANT TIMMAN:  Okay.  I don't have

15   anymore questions.  Do you have anything else that

16   you think --

17      MR. DUKES SR.:  Somebody I am kind of, I ain't

18   working right now.  I get upset and I can't really

19   thing like I want to, but I am pretty well

20   understand what is going on.

21      LIEUTENANT TIMMAN:  Yes, sir.  Okay.  I don't

22   have anything further.  So I want to thank you, and

23   Mr. Jerry, thank you for coming with him today.  I

24   know it's been a little bit of a delay.

25      MR. MONGO:  Yes.

FOR THE RECORD REPORTING, INC. 850.222.5491

1        LIEUTENANT TIMMAN:  It is not because my hands

2    have been idle, I have been working on this and

3    other cases.

4        MR. MONGO:  Okay.

5        LIEUTENANT TIMMAN:  I apologize for it taking

6    this much time to sit down with you, but your

7    complaint didn't go unnoticed and it didn't go

8    unanswered.  It is being investigated.

9        MR. MONGO:  Can I, can I say something off the

10   record to you?

11       LIEUTENANT TIMMAN:  Mr. Jerry, I am going to

12   be honest with you.

13       MR. MONGO:  Okay.

14       LIEUTENANT TIMMAN:  The rules f engagement for

15   me during internal investigations, I am guided by

16   state statute.

17       MR. MONGO:  Okay.

18       LIEUTENANT TIMMAN:  By law.  I would prefer

19   not to have anything off the record.

20       MR. MONGO:  Okay.

21       LIEUTENANT TIMMAN:  Only because if, if it is

22   important to the case --

23       MR. MONGO:  Uh-huh.

24       LIEUTENANT TIMMAN:  I would feel that it is

25   important to go on to the record.

1    MR. MONGO:  Okay.  Then this is somewhat

2    similar to his case with what is going on with his

3    son, because it seems like the same officers went

4    to my nephew's job at Julie's and questioned my

5    nephew, and even though the owners said that Terry

6    Jr. was not there, also, they still came and

7    questioned my nephew.  In so many words,

8    interrogating him.  Wanting an ID from him doing

9    the same kind of stuff.  So it seems like it was

10   ongoing thing.

11        LIEUTENANT TIMMAN:  Okay.

12        MR. MONGO:  Okay.  Same officers.

13        LIEUTENANT TIMMAN:  I understand and I will

14   certainly look into that that, too, as part of the

15   investigation.

16        MR. MONGO:  Okay.

17        LIEUTENANT TIMMAN:  I think I would be remiss

18   if I did not do that.

19        MR. MONGO:  From my understanding I think they

20   had put in a complaint, too.  So I don't know if

21   you got that.

22        LIEUTENANT TIMMAN:  Have I not received that.

23        MR. MONGO:  Have you not received that, okay.

24        LIEUTENANT TIMMAN:  Thank you for clarifying

25   that for me, sir.  I don't have anything further.

1    If y'all don't .

2         MR. MANGO:  -- I don't anything else.  I don't

3    have anything else.

4         MR. DUKES SR.:  I am good, sir.

5         LIEUTENANT TIMMAN:  And again, thank you for

6    y'all's understanding and coming here today to meet

7    with me.

8         MR. MONGO:  Okay.

9         LIEUTENANT TIMMAN:  I will conclude the

10   interview at 9:28.

11        (Whereupon, the interview was concluded.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    C E R T I F I C A T E
 2    STATE OF FLORIDA     )
 3    COUNTY OF LEON       )
 4           I hereby certify that the foregoing transcript
 5    is of a tape-recording taken down by the undersigned,
 6    and the contents thereof were reduced to typewriting
 7    under my direction;
 8           That the foregoing pages 02 through 23
 9    represent a true, correct, and complete transcript of
10    the tape-recording;
11           And I further certify that I am not of kin or
12    counsel to the parties in the case; am not in the
13    regular employ of counsel for any of said parties; nor
14    am I in anywise interested in the result of said case.
15           Dated this 16th day of May, 2023.
16
17
18
19                      CLARA C. ROTRUCK
20                      Notary Public
21                      State of Florida at Large
22                      Commission Expires:
23                      November 13, 2026
24                      Commission NO.: HH 327478
25

          FOR THE RECORD REPORTING, INC. 850.222.5491
```