UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

    Plaintiff,

v.                                CASE NO. 1:23-cv-45-AW-HTC

ROBERT B. MCCALLUM JR. and
CHASE GREGORY,

    Defendants.
_____/

## Dukes' Sworn Statement to IA - Audio

# EXHIBIT 10

# will be mailed to the Court