## DECLARATION OF DEPUTY COULTER CHASE GREGORY

STATE OF FLORIDA )
)
COUNTY OF LEVY )

I, **Coulter Chase Gregory**, being duly sworn, state under penalty of perjury that:

1. My name is COULTER CHASE GREGORY. I am over eighteen years of age, and am competent to testify in a court of law.

2. I am employed by the Levy County Sheriff's Office as a sworn deputy and I have personal knowledge of the facts stated herein.

3. In May 2019, I was involved in an encounter with Terry Dukes, Senior, at ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ in Bronson, Florida. During the incident on May 25, 2019, at the time I made the decision to cross the threshold and enter the residence, I knew:

- probable cause existed to arrest Terry Dukes, Junior for a violent felony;
- Junior was a convicted felon;
- Junior was known to live at this house and was reportedly at the house at this time;
- Weapons were reported to be in the home;
- Junior was known to use and reportedly was using drugs at this time;
- fellow deputies dressed in uniform had knocked and announced their presence;
- a person inside the home was heard responding to the door following the announcement;
- a male unlocked and opened the door;
- there had been no show of force by any of us deputies to coerce anyone in the house to allow us to enter the home.

4.  I also knew from past experiences that if someone does not want law enforcement on their property, they very clearly tell you to leave. I have also had situations where a person comes to the door, opens it, says nothing, and walks back inside. The circumstances that came afterwards confirmed that was them consenting to us going in the house.

5.  Under the totality of the circumstances, I interpreted the actions of the male responding to the door, opening it, and turning and walking away his nonverbal consent and invitation to come inside the home.

6.  I have been trained on Fourth Amendment law and understand consent to be a basis which allows a law enforcement officer to enter a home without a warrant. I also understand that consent can be nonverbal and that it depends on the totality of the circumstances.

FURTHER AFFIANT SAYETH NOT.

Verification pursuant to 28 U.S.C. § 1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts stated herein are true and correct to the best of my knowledge.

Dated this  13th  day of October 2023.

*s/ Coulter Chase Gregory*
COULTER CHASE GREGORY
LEVY COUNTY SHERIFF'S OFFICE