UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

    Plaintiff,

v.                                      CASE NO. 1:23-cv-45-AW-HTC

ROBERT B. MCCALLUM JR., ET AL.,

    Defendants.
_____/

## DEFENDANT ROBERT B. MCCALLUM, JR.'S ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Defendant ROBERT B. MCCALLUM, JR., by and through counsel, answers Plaintiff's interrogatories as follows:

1. Please state the name and title of each person who participated in responding to these Interrogatories and the interrogatory number(s) they participated in responding to.

**ANSWER:**   **W.O. Beauchamp, III, Undersheriff/Legal Advisor**
                **With assistance of various staff and counsel.**

2. Please identify all written Policies, practices, procedures, memoranda, guidelines, orders, or bulletins in effect between January 1, 2017 and present relating to: (a) use of force; (b) warrantless entry into a building, home, or residence; (c) applications for arrest warrants; and (d) hot pursuit or exigent circumstances. For each such matter identified, please also identify

1

every policymaker or policymakers who were responsible for or who had final policymaking authority over those policies and procedures between January 1, 2017 and present. To be clear, this Interrogatory seeks the identity of any and all such policymakers with final or delegated policymaking authority.

**ANSWER:**

From January 1, 2017 to the present, Sheriff Robert McCallum was the final policymaker of all Sheriff's Office policies related to the provision of law enforcement services. These policies are known as General Orders.

**Arrests 1300**
    1300.2 Arrestee Handling Procedures 12/05/2022
    1300.1 Arrestee handling procedures 05/30/2022
    1300.0 Arrestee handling procedures 05/15/2017
    Directive 806 Arrest Warrants 12/01/2010
    Directive 824 Arrestee handling procedures 01/20/2011

    1302.0 Field Interviews, Interviews and Interrogations 06/27/2022

    1303.0 Search Warrants 06/07/2022

**Response to Resistance 1400**
    1400.4 Response to Resistance 02/13/2023
    1400.3 Response to Resistance 05/17/2022
    1400.2 Response to Resistance 06/04/2020
    1400.1 Response to Resistance 04/18/2018
    1400.0 Response to Resistance 10/12/2016

    1401.2 Lethal Force and In-Custody Death 02/16/2023
    1401.1 Lethal Force and In-Custody Death 11/28/2017
    1401.0 Lethal Force and In-Custody Death 10/11/2016

**Equipment 1500**
    1505.2 Specialty Impact Weapons 08/05/2022
    1505.1 Specialty Impact Weapons 04/18/2018

**PATROL DIVISION 2000**
  2015.1 Domestic and Dating Violence Investigations 11/04/2022
  2015.0 Domestic and Dating Investigations 07/18/2022
  Directive 643 – Domestic, Repeat, Dating and Sexual Violence Investigations 12/01/2010

      3.      Please identify and describe every instance (if any) between January 1, 2017 and the present in which the policymaker(s) identified in Interrogatory No. 2 above, undertook to review, investigate, analyze, uncover, present, or determine the prevalence of any misconduct, deficiency, shortcoming, or other problem relating to any of the Policies or procedures identified in Interrogatory No. 2, above. Please include what steps, if any, were taken, and when, in response to the information obtained through any such inquiry, investigation, review or analysis.

**ANSWER: The Sheriff's Office has in place a system of required reporting of Use of Force each of which is reviewed by a supervisor and successively higher levels of supervisory review as needed or appropriate.**

      4.      State whether any employee or agent of LCSO ever communicated with any person (other than the attorney hired to represent you or the Individual Defendants in this action) regarding Plaintiff or any of the allegations or events described in the Plaintiff's Complaint. For each such communication, state:

      a.      The date of the communication;

      b.      The identities of all parties involved in the communication;

      c.      The manner of the communication; and

      d.      A summary of the substance of the communication.

**ANSWER:** **The only known communications are as reported by each of the individual deputies in their responses to interrogatories and through Sheriff McCallum's Response to Plaintiff's Request for Production of Documents.**

5.    Please state whether any of the Individual Defendants or any other person involved in any way in the Incident acted inconsistently with any of LCSO's Policies, customs, or practices (including formal or informal, and written or unwritten). If the answer is in the affirmative, please:

      a.      Identify any particular Policy, custom, or practice which was violated;

      b.      Describe the circumstances and manner in which said Policy, custom, or practice was violated; and

      c.      State whether any discipline resulted from that violation.

**ANSWER:** **No.**

6.    Do you contend that the Individual Defendants complied with your Policies, customs, or practices regarding the Incident? If so, please state the entire factual basis for that contention.

**ANSWER: Yes. An Internal Affairs investigation was conducted of the actions of Deputy Chase Gregory which found his actions to be in accordance with Department policies.**

**The actions of the other individual deputies have not been subjected to the same level of investigation but no allegation has been made that they violated**

4

policies and any supervisory review has not identified any policy violation.

7. Please identify each complaint, whether formal or informal, oral or written, regarding an employee, contractor, or agent of LCSO concerning the warrantless entry into a building, residence, or home between January 1, 2017 and present. For each complaint identified, please state the name of the complaining party, the subject matter and date of the complaint, the outcome of the complaint, and whether the individuals involved were disciplined in any way.

**ANSWER:** **Defendant objects to this interrogatory on the grounds that the information requested herein is not maintained in a manner so as to be readily ascertainable. Subject to said objection, Defendant McCallum responds that after a review of complaints for the time period in question, no complaint was found related to a warrantless entry.**

8. Please identify each complaint, whether formal or informal, oral or written, regarding an employee, contractor, or agent of LCSO concerning use of force between January 1, 2017 and present. For each complaint identified, please state the name of the complaining party, the subject matter and date of the complaint, the outcome of the complaint, and whether the individuals involved were disciplined in any way.

**ANSWER:** **Defendant objects to this interrogatory on the grounds that the information requested herein is not maintained in a manner so as to be readily ascertainable. Subject to said objection, Defendant McCallum responds as follows:**

5

| IA#/CASOM# | Complainant | Subject | Outcome |
|---|---|---|---|
| 18-FI-002 | Shervontay Roundtree | Sharon Barnes | Violation found. Disciplined. |
| 18-FI-005 | Jethro White | Sgt. Ken Hazellief | Exonerated. |
| 19-01-IN-001 | Daniel Vinson | Detective McNeil Deputy Sinclair | Exonerated |
| 19-FI-06 | Dana Parker | Sgt. Scott Snyder | Exonerated. |
| 19-03-IN-019 | Tameria Gray | Deputy Matt Adams Deputy Justin Arters | Exonerated. |
| 21-FI-10 | Lt. Jimmy Anderson | Cpl. Michael McNeil | Exonerated. |
| 22-FI-02 | Sgt. Martin/ Lt. Jimmy Anderson | Cpl. Mike McNeil Deputy Alton Horne | Exonerated. |
| 22-04-IN-007 | David Thompson | Deputy Hunter Dean Cpl. Mike McNeil | Exonerated. |

9. For any document requested in Plaintiff's discovery requests that has been lost, discarded or destroyed, please identify each such document as completely as possible and state the approximate date it was lost, discarded or destroyed; the circumstances and manner in which it was lost, discarded or destroyed, including the identities of all persons involved; the reasons for disposing of the document; the identity of any person with knowledge of its content; and the identity of the last person known to have seen it. In answering this Interrogatory, please list all steps taken to discover documents that have been lost, discarded or destroyed, and the names of all persons with knowledge of the steps taken.

**ANSWER:** Not applicable.

6

/s/ W.O. B III

**W.O. Beauchamp, III**
**Undersheriff/Legal Advisor**

**STATE OF FLORIDA**
**COUNTY OF LEVY**

Sworn to (or affirmed) and subscribed before me, by means of ☑ physical presence or ☐ online notarization, this __18th__ day of May 2023, by W. O. Beauchamp, III, who is ☐ personally known to me or who has ☐ produced _____ as identification and acknowledged that he answered and signed the foregoing interrogatories, and that said answers are true and correct to the best of his knowledge and belief.

_____
NOTARY PUBLIC
State of Florida
My commission expires:
(seal)

ANGELA KIGHT
Commission # HH 375890
Expires March 19, 2027

7