Inc#1903045 Date: 5/25/2019     EMS ID: 3802; FDID: 39051     Patient: Dukes, Terry

**Levy County EMS**
PO Box 448
Bronson, Florida 32621
Phone: 352-486-5209



### Incident 1903045: Dukes, Terry; 59 Years Old ( ▇▇▇▇ ); Male; 140 lbs (63.6 kg)

**Incident Date:** 05/25/2019 03:11:00
**Incident Number:** 1903045
**Incident Location** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Rescue 9; Shift: A

**PAST MEDICAL HISTORY:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**ALLERGIES:** None Known;

### Injury Assessment

**HEAD:** No Injury
**FACE:** No Injury
**EYE:** No Injury
**NECK:** No Injury
**CHEST:** Bleeding Controlled, Pain Location: Midclavicular Line
**ABDOMEN:** No Injury
**PELVIS:** No Injury
**BACK:** No Injury
**EXTREMITY:** No Injury

### Situation

**Incident Onset Time:** 05/25/2019 03:11:00
**Chief Complaint:** Sick person
**Anatomic Location:** General/Global
**Organ System:** Global/General
**Primary Associated Symptom:** Common Symptoms|Weakness
**Primary Impression:** General/Other|Weakness
**Initial Patient Acuity:** Emergent (Yellow)
**Final Patient Acuity:** Emergent (Yellow)

### Assessment 05/25/2019 05:58:00

| 05:58 WITHIN NORMAL LIMITS: Skin, Head, Face, Neck, Chest/Lungs, Heart, Abdominal, Pelvis/Genitourinary, Back and Spine, Eye, Mental Status, Neurological. | Fowler, Mark (PMD533826) |

### Treatment (Protocols: Basic Medical Care, Taser Removal)

| 06:05:00 | Wound Care, Fowler, Mark (PMD533826) EMT-Paramedic (Unchanged) Complications: None; Role/Type of Person Administering: EMT-Paramedic; Authorization: Protocol (Standing Order); |
| --- | --- |
| 06:05:00 | Bleeding Control, Fowler, Mark (PMD533826) EMT-Paramedic (Improved) Complications: None; Role/Type of Person Administering: EMT-Paramedic; Authorization: Protocol (Standing Order); |

Inc#1903045 Date: 5/25/2019   EMS ID: 3802; FDID: 39051   Patient: Dukes, Terry

| Time | Details | |
|---|---|---|
| 07:17:00 | ECG 4-lead, Fowler, Mark (PMD533826) EMT-Paramedic (Unchanged) Complications: None; Role/Type of Person Administering: EMT-Paramedic; Authorization: Protocol (Standing Order); | |
| 07:18:52 | **Pulse:**100 (Electronic Monitor - Cardiac) **Respirations: 25 (Normal)** **BP: 171/103 (Cuff-Automated)** **ECG:**Sinus Rhythm (4 Lead; Manual Interpretation) **SAO2: 93 (Room Air)** **Temperature (F):**99.1 (Tympanic) **GCS Eyes:**4 Opens Eyes spontaneously (All Age Groups) **GCS Verbal:**5 Oriented (>2 Years); Smiles; oriented to sounds; follows objects; interacts | **GCS Motor:**6 Obeys commands (>2Years); Appropriate response to stimulation **Total GCS:**15 Initial GCS has legitimate values without interventions such as intubation and sedation **Responsiveness:**Alert **Pain Severity (0-10):**1 (Numeric (0-10)) **Stroke Scale Score:**Not Applicable **Reperfusion Checklist:**Not Applicable **Revised Trauma Score:**12 |
| 07:25:00 | ECG 12- Lead, Fowler, Mark (PMD533826) EMT-Paramedic (Unchanged) Complications: None; Role/Type of Person Administering: EMT-Paramedic; Authorization: Protocol (Standing Order); | |
| 07:27:00 | Extremity Normal Saline, Successful. Started in Extremity\|Hand-Left (2 attempts) (18 gauge) (10 CCs total) (Capped / IV Lock) Fowler, Mark (PMD533826) EMT-Paramedic Authorization: Protocol (Standing Order); (Unchanged) (Secure With Occlusive Dressing) | |
| 07:28:16 | **Pulse:**98 (Electronic Monitor - Cardiac) **Respirations:**20 (Normal) **BP: 165/101 (Cuff-Automated)** **ECG:**Sinus Rhythm (4 Lead; Manual Interpretation) **SAO2: 93 (Room Air)** **Blood Glucose Level: 279** **GCS Eyes:**4 Opens Eyes spontaneously (All Age Groups) **GCS Verbal:**5 Oriented (>2 Years); Smiles; oriented to sounds; follows objects; interacts | **GCS Motor:**6 Obeys commands (>2Years); Appropriate response to stimulation **Total GCS:**15 Initial GCS has legitimate values without interventions such as intubation and sedation **Responsiveness:**Alert **Pain Severity (0-10):**0 (Numeric (0-10)) **Stroke Scale Score:**Not Applicable **Reperfusion Checklist:**Not Applicable **Revised Trauma Score:**12 |
| 07:38:12 | | |

Printed By: Read, Christina   Printed:09/08/2023   Page 2 of 6

Dukes 003664

Inc#1903045 Date: 5/25/2019      EMS ID: 3802; FDID: 39051                    Patient: Dukes, Terry

| | | |
|---|---|---|
| | **Pulse:**98 (Electronic Monitor - Cardiac)<br>**Respirations:**20 (Normal)<br>**BP: 168/105 (Cuff-Automated)**<br>**ECG:**Sinus Rhythm (4 Lead; Manual Interpretation)<br>**SAO2: 92 (Room Air)**<br>**GCS Eyes:**4 Opens Eyes spontaneously (All Age Groups)<br>**GCS Verbal:**5 Oriented (>2 Years); Smiles; oriented to sounds; follows objects; interacts | **GCS Motor:**6 Obeys commands (>2Years); Appropriate response to stimulation<br>**Total GCS:**15<br>Initial GCS has legitimate values without interventions such as intubation and sedation<br>**Responsiveness:**Alert<br>**Pain Severity (0-10):**0 (Numeric (0-10))<br>**Stroke Scale Score:**Not Applicable<br>**Reperfusion Checklist:**Not Applicable<br>**Revised Trauma Score:**12 |
| 07:48:18 | **Pulse:**99 (Electronic Monitor - Cardiac)<br>**Respirations:**20 (Normal)<br>**BP: 165/102 (Cuff-Automated)**<br>**ECG:**Sinus Rhythm (4 Lead; Manual Interpretation)<br>**SAO2: 93 (Room Air)**<br>**GCS Eyes:**4 Opens Eyes spontaneously (All Age Groups)<br>**GCS Verbal:**5 Oriented (>2 Years); Smiles; oriented to sounds; follows objects; interacts | **GCS Motor:**6 Obeys commands (>2Years); Appropriate response to stimulation<br>**Total GCS:**15<br>Initial GCS has legitimate values without interventions such as intubation and sedation<br>**Responsiveness:**Alert<br>**Pain Severity (0-10):**0 (Numeric (0-10))<br>**Stroke Scale Score:**Not Applicable<br>**Reperfusion Checklist:**Not Applicable<br>**Revised Trauma Score:**12 |
| 07:53:30 | **Pulse:**96 (Electronic Monitor - Cardiac)<br>**Respirations:**20 (Normal)<br>**BP: 177/102 (Cuff-Automated)**<br>**ECG:**Sinus Rhythm (4 Lead; Manual Interpretation)<br>**SAO2: 93 (Room Air)**<br>**GCS Eyes:**4 Opens Eyes spontaneously (All Age Groups)<br>**GCS Verbal:**5 Oriented (>2 Years); Smiles; oriented to sounds; follows objects; interacts | **GCS Motor:**6 Obeys commands (>2Years); Appropriate response to stimulation<br>**Total GCS:**15<br>Initial GCS has legitimate values without interventions such as intubation and sedation<br>**Responsiveness:**Alert<br>**Pain Severity (0-10):**0 (Numeric (0-10))<br>**Stroke Scale Score:**Not Applicable<br>**Reperfusion Checklist:**Not Applicable<br>**Revised Trauma Score:**12 |

**Narrative**

ATF 59yom Pt sitting upright on tailgate of truck. Pt in no obvious distress. Pt c/o weakness and dizziness caused by taser incident x30 minutes PTA. Pt stated he normally feels dizzy and weak on a normal basis, but feels more weak and dizzy after being tazed. Pt and LEO confirmed, only 1 taser barb got embedded into Pt's skin, no further fall or traumatic injury was caused following taser deployment. Pt and LEO confirmed, only injury sustained by Pt was the skin tear caused by taser barb making contact w/ Pt. Taser barb removed properly by R9, wound properly dressed and secured, and bleeding controlled properly. Following

Inc#1903045 Date: 5/25/2019          EMS ID: 3802; FDID: 39051                    Patient: Dukes, Terry

wound care delivered, extended on scene time included crew member on R9 suffering a bradycardia event, ultimately causing them to be medically evaluated and transported by an additional ambulance crew. Upon taser removal, Pt described pain to injury site as an isolated sharp pain to the right midclavicular chest, nothing makes pain better or worse, 1/10 pain comes and goes. Pt denies LOC, SOB, fever, N/V, headache, Head/Neck/Back pain, CP, abd pain, extremity pain/swelling, bowel or bladder incontinence/retention, hx of GI bleeding/AMI/Stroke.
Pt is A+Ox4, ABC's intact, BBS clear = non-labored, -JVD, PERRL, skin WDP, abd soft non-tender, +PMSx4, small skin tear noted on outer skin of 2nd right midclavicular rib, no further DCAP-BTLS, neck and back unremarkable, cardiac monitor shows SR lead II, 12-lead unremarkable w/ SR.
Pt to the stretcher, to the ambulance, secured properly w/o incident.
Pain to injury site went away en route to hospital w/o any need of interventions. No further in secondary, vitals as noted. Pt monitored for changes. Pt w/o further complaints. Pt remains compliant w/ tx. Pt transported to NFRMC. TOT to RN signed.
Interventions Done:
Wound Care
Bleeding Control
ECG 4-lead
ECG 12- Lead

### Incident Details

| Incident Information: | Incident Times: |
|---|---|
| Incident location: 900 Patterson St. Bronson, Levy 32621 Zone 9 | 05/25/2019 03:11:00 Incident Onset Time |
| Type Service Requested: 911 Response (Scene) | 05/25/2019 03:11:00 Call Received |
| Primary Role of the Unit: Ground Transport | 05/25/2019 05:43:00 Time Dispatched |
| Level of Care of This Unit: ALS-Paramedic | 05/25/2019 05:45:00 Time En Route |
| Dispatch Priority (Patient Acuity): Charlie | 05/25/2019 05:57:00 Time Arrived Scene |
| Nature of call as dispatched: Traumatic Injury | 05/25/2019 05:58:00 Patient Contact |
| Nature of call at scene: Sick person (Condition Code: Non-traumatic|Sick Person ) | 05/25/2019 07:21:00 Time Departed Scene |
| Delay of Dispatch: Scene Safety (Not Secure for EMS) Delay at Scene: Other Delay | 05/25/2019 07:56:00 Arrive Destination |
| Transport From Scene: None Delay Turn Around: None | 05/25/2019 08:13:00 Destination Transfer of Care |
| Disposition: Transport via Ground-Ambulance to North Fla Med Center (Reason destination chosen: Patient's Choice) | 05/25/2019 08:45:00 Time Available |
| Destination Zip Code: 32605 | 05/25/2019 09:30:00 Unit Back at Location |
| Medical Control Type: Protocol | |
| Transfer Of Patient: Without incident | |
| EMD Performed: Yes, Without Pre-Arrival Instructions | |
| Cause of Injury: Sharp Objects|Other | |
| Mechanism of Injury: Penetrating | |
| Response to scene: Hot Response | |