UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

    Plaintiff,

v.                                      CASE NO. 1:23-cv-45-AW-HTC

ROBERT B. MCCALLUM JR. and CHASE GREGORY,

    Defendants.
_____/

## DEFENDANTS' SUPPLEMENTAL NOTICE OF FILING DOCUMENTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and N.D. Fla. Loc. R. 56.1, Defendants Robert B. McCallum, Jr., in his official capacity as Sheriff of Levy County, (the "Sheriff"), and Deputy Chase Gregory, individually, ("Deputy Gregory"), file the following document in support of their Motion for Summary Judgment:

| EXHIBIT | DOCUMENT |
|---|---|
| 1 | Rule 26(a)(2) Disclosure and report of police practices expert Paul J. Kiley |

Respectfully submitted this 15th day of October 2023.

*/s/ Gwendolyn P. Adkins*



Gwendolyn P. Adkins, (FBN: 0949566)
gadkins@coppinsmonroe.com
jclark@coppinsmonroe.com
kwillis@coppinsmonroe.com

Coppins Monroe, P.A.
2316 Killearn Center Blvd., Suite 202
Tallahassee, FL 32309
Office: 850-422-2420 ⏐ Fax: 850-422-2730

ATTORNEYS FOR DEFENDANTS
ROBERT B. MCCALLUM JR. and
CHASE GREGORY

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(3) and N.D. Florida Local Rule 5.1, this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

*/s/ Gwendolyn Adkins*
Attorney