UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

    Plaintiff,

v.

ROBERT B. McCALLUM, JR., *et ano.*,

    Defendants.

Case No. 1:23-cv-45-AW-HTC

**PLAINTIFF'S NOTICE OF FILING IN SUPPORT
OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to the Court's Scheduling Order (Docs. 6 & 8), Rule 56, and Local Rule 56.1, Plaintiff Terry Dukes, Sr. gives notice of filing the following documents in support of his motion for summary judgment:

1. Excerpted deposition transcript of Terry Dukes, Sr.

2. Excerpted deposition transcript of Chase Gregory.

3. Excerpted deposition transcript of Michael Wilkinson.

4. Excerpted deposition transcript of Tucker Gaffey.

5. Excerpted deposition transcript of Franco Almeida.

6. Declaration of James M. Slater (documents listed in items nos. 7-17 below are exhibits to this declaration).

7. Levy County Property Appraiser Search Results and Warranty Deed for 900 Patterson Street, Bronson, Florida 32621.

8. Plaintiff's Responses to Defendant Chase Gregory's First Set of Interrogatories.

9. Defendant Chase Gregory's Responses to Plaintiff's Second Set of Interrogatories.

10. Defendant Chase Gregory's Responses to Plaintiff's First Set of Interrogatories.

11. Levy County Sheriff's Office Calls for Service View Call Report.

12. Defendant Robert B. McCallum, Jr.'s Responses to Plaintiff's Second Set of Interrogatories.

13. Photographs from Levy County Sheriff's Office Incident Report.

14. Audio Recording of Defendant Chase Gregory's Sworn Internal Affairs Interview.

15. Defendant Chase Gregory's Sworn Complaint for Resisting Arrest without Violence.

16. Case Action Report No Information in *State of Florida v. Terry Dukes, Sr.*, Case No. 38-2019-MM-471.

17. Photograph of the exterior of Plaintiff's home.

Dated: October 15, 2023.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

*Attorneys for Plaintiff*