

1  UNITED STATES DISTRICT COURT

2  NORTHERN DISTRICT OF FLORIDA

3  GAINESVILLE DIVISION

4  CASE NO. 1:23-CV-45-AW-HTC

5

6  TERRY DUKES, SR.,

7  PLAINTIFF,

8

9  V.

10

11 ROBERT MCCALLUM, JR., ET. AL.,

12 DEFENDANTS.

13 _____/

14 VIDEOCONFERENCE DEPOSITION OF DETECTIVE MICHAEL BRADLEY

15 WILKINSON

16 DATE:      AUGUST 17, 2023

17 REPORTER:  KIMBERLY ROBERTS

18 PLACE:     ALL PARTIES APPEARED REMOTELY

19

20

21

22

23

24

25

MILESTONE I REPORTING COMPANY
407.423.9900  Fax 407.841.2779  Toll Free 855-MYDEPOS
TOMORROW'S TECHNOLOGY TODAY

401 EAST JACKSON STREET, SUITE 2370, TAMPA, FL 33602
315 EAST ROBINSON STREET, SUITE 510, ORLANDO, FLORIDA 32801
CORPORATE

```
 1                        APPEARANCES
 2  ON BEHALF OF THE PLAINTIFF, TERRY DUKES, SR.:
 3  James Slater, Esquire
 4  Slater Legal, PLLC
 5  113 South Monroe Street
 6  Tallahassee, Florida 32301
 7  Telephone No.: (305) 523-9023
 8  E-mail: james@slater.legal
 9  (Appeared via videoconference)
10
11  ON BEHALF OF THE DEFENDANTS, ROBERT MCCALLUM, JR., ET.
12  AL.:
13  Gwendolyn Adkins, Esquire
14  Coppins Monroe, P.A
15  2316 Killearn Center Boulevard
16  Suite 202
17  Tallahassee, Florida 32309
18  Telephone No.: (850) 422-2420
19  Facsimile No.: (850) 422-2730
20  E-mail: gadkins@coppinsmonroe.com
21  (Appeared via videoconference)
22
23
24
25
```

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1                        INDEX
 2                                                 Page
 3  PROCEEDINGS                                     5
 4  DIRECT EXAMINATION BY MR. SLATER                6
 5  CROSS EXAMINATION BY MS. ADKINS                 56
 6
 7                       EXHIBITS
 8  Exhibit                                        Page
 9      1   Internal Investigation Complete File    12
10      2   Narrative                               21
11      3   Sworn Statement                         24
12      4   RMS Person Search Results               41
13      5   E-mail                                  52
14
15
16
17
18
19
20
21
22
23
24
25
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1                    STIPULATION
 2  The videoconference deposition of Detective Michael
 3  Bradley Wilkinson, taken remotely on Thursday the 17th
 4  day of August 2023 at approximately 10:08 a.m.; said
 5  deposition was taken pursuant to the Florida Rules of
 6  Civil Procedure. It is agreed that Kimberly Roberts,
 7  being a Notary Public and Court Reporter for the State
 8  of Florida, may swear the witness and that the reading
 9  and signing of the completed transcript by the witness
10  is not waived.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1                   PROCEEDINGS
 2         THE REPORTER:  Okay.  We are now on the record.
 3   Detective Wilkinson, can you please present your ID
 4   for the record?  Right there.  Perfect.  Thank you,
 5   sir.
 6         THE WITNESS:  You're welcome.
 7         THE REPORTER:  And will all parties present
 8   please state your appearance, how you're attending,
 9   and the location you're attending from?
10         MR. SLATER:  James Slater on behalf of the
11   plaintiff, Terry Dukes, Sr., attending virtually
12   from Tallahassee.
13         MS. ADKINS:  And this is Gwen Adkins, on behalf
14   of the defendants, and I'm also appearing virtually
15   from Tallahassee.
16         THE REPORTER:  Thank you.
17         THE WITNESS:  Depu- -- Deputy Mike Wilkinson. I
18   am appearing from the Levy County Sheriff's Office
19   in Bronson, Florida.
20         THE REPORTER:  Okay.  Thank you, sir.
21         THE WITNESS:  Yes, ma'am.
22         THE REPORTER:  And will each attorney please
23   state your name for the record and confirm that the
24   witness is, in fact, Detective Michael Wilkinson?
25         MR. SLATER:  James Slater, for the plaintiff, I
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1  confirm that.
2  MS. ADKINS: And Gwen Adkins for Defendants,
3  and I also confirm that.
4  THE REPORTER: Thank you. And do all parties
5  agree that this deposition shall be taken while all
6  parties are attending remotely?
7  MS. ADKINS: Yes.
8  MR. SLATER: James Slater, I agree.
9  THE WITNESS: I agree.
10  MS. ADKINS: Gwen Adkins, I agree.
11  THE REPORTER: Okay. Thank you. Okay.
12  Detective Wilkinson, will you please raise your
13  right hand? Do you solemnly swear or affirm that
14  the testimony you're about to give will be the
15  truth, the whole truth, and nothing but the truth?
16  THE WITNESS: Yes, ma'am.
17  THE REPORTER: Thank you.
18  DIRECT EXAMINATION
19  BY MR. SLATER:
20  Q. Morning, sir.
21  A. Good morning, Mr. Slater. How are you doing?
22  Q. Good, thank you. How are you doing?
23  A. Good. Thank you.
24  Q. All right. Great. So could you -- to begin,
25  could you please state your name for the record, sir?

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
 1  caller -- caller advised.  I -- when you're on call you
 2  get hundreds of calls in the early morning hours.
 3       Q.   Okay.  Do you remember going to Shands in this
 4  instance?
 5       A.   Yes, sir.  I remember going to Shands.
 6       Q.   Okay.  All right.  So you arrive at Shands.  Do
 7  you remember interacting with Ms. Sheffield?
 8       A.   Yes, sir.  I remember her, Ms. Sheffield.  She
 9  was in her little room.
10       Q.   Okay.  Could you walk me through what happened
11  when you arrived there?
12       A.   I went in there, met with Ms. Sheffield, I
13  introduced myself and told her why I was there, and I
14  started asking her questions, and then she start to give
15  me her statement and what occurred between her and --
16  and Terry Dukes, Jr.
17       Q.   And what did she tell you?
18       A.   She said that it was on the 24th of -- is what
19  she said it happened.  When he battered her.  That she
20  was asleep at the Patterson residence, which is Dukes,
21  Jr. and Dukes, Sr.'s residence.  She was staying there.
22  She was, you know, woken up by Dukes, Jr.  She said he
23  was upset with her because he believed that, you know,
24  she was having an affair with another person and
25  cheating on him.  She said he got very angry.  That's
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1  when he stuck his fingers in her mouth and put them
 2  towards the back of her throat and sh- -- and that's
 3  when she said while he had his fingers in her mouth, he
 4  reached over and bit her on the side of the face -- the
 5  left side of her face.  And she said he started punching
 6  her left eye and the side the head.  Then, he ended up
 7  picking her up and sl- -- body slamming her.  And then
 8  he -- she said she landed on her stomach.  She said when
 9  she was on her stomach that Dukes started kicking her in
10  the stomach and kicking her in the back.  And she said
11  that she was asking him what was wrong, why was he doing
12  this?  She advised that he was smoking Molly, is what he
13  told her.  She said she eventually got away from him,
14  went into the bathroom, and she said she observed blood
15  coming from her vaginal area.  She said she took some
16  napkins and tried to clean it up and she left --
17  eventually left the residence and said she started
18  walking back to Chiefland, where her mother lives, from
19  -- from the Bronson area, which is about 15 miles.  She
20  said somebody ended up giving her a ride to her mother's
21  residence and she said she ended up spending the day
22  with her mother and she advised after eating, she used
23  the restroom and -- and observed more blood coming from
24  the vaginal area, and that's when she called 911 and
25  went to Shands and that's what she told me had happened.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
 1       Q.   Okay.
 2       A.   I was -- I was trying to understand how she
 3  obtained those injuries.
 4       Q.   Okay.  And I'm looking just at the timeline
 5  here.  It says that from the very -- what is this, the
 6  third paragraph down on your sworn -- on your sworn
 7  statement here it says that the incident occurred at
 8  approximately 230 hours, so 2:30 in the morning on May
 9  24; is that right?
10       A.   That's what she advised me.  Yes, sir.
11       Q.   Okay.  So you're at the hospital now with her,
12  approximately -- a little bit more than 24 hours after
13  the time she reported the incident happened with Dukes,
14  Jr.; is that fair?
15       A.   That's fair after I realized when she gave me
16  the time and the date that it actually occurred.
17       Q.   Okay.  Okay.  So 24 -- a little bit more than
18  24 hours later.  Do you remember anything else that you
19  discussed with her?
20       A.   No, sir.  I don't -- I don't remember much
21  else.  I remember her wanting an injunction because she
22  was afraid of him.  So I got her in contact with the
23  victim advocate because I don't handle that.  Our victim
24  advocate will help her with a protection order.  And
25  after getting her statement and observing her injuries,
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1  that's when I obtained my probable cause.
2      Q.  Okay.  What'd you do next, sir?
3      A.  After leaving the hospital, I contacted
4  Sergeant Kinik from the patrol division.  That he was
5  leaving shift.  He was been the supervisor that night,
6  but he was going off duty.  That's when he advised me to
7  contact Corporal Franco Almeida because he was the
8  acting supervisor at that time and I contacted him and I
9  contacted Deputy Murphy to advise them that I had
10 probable cause for Terry Dukes, Jr. and I requested that
11 they go by -- around the house and see if they could
12 pick him up for me.
13     Q.  Okay.  Did you know Lieutenant Almeida before?
14 Had you worked with him before?
15     A.  Yes, sir.  I've known him since he's been with
16 the agency.
17     Q.  Okay.  And what about Deputy Murphy?
18     A.  Yes, sir.  I knew Deputy Murphy also.  I knew
19 him when he worked at Chiefland Police Department and
20 since he's worked for Levy County.
21     Q.  Okay.  And he had -- he'd only recently
22 started at Levy County, right?
23     A.  Yes, sir.  I don't know when he started his --
24 it just seems like everybody's been here forever, even
25 the new people.

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
 1                    CERTIFICATE OF OATH
 2
 3  STATE OF FLORIDA
 4  COUNTY OF ORANGE
 5
 6       I, the undersigned, certify that the witness in the
 7  foregoing transcript personally appeared before me and
 8  was duly sworn.
 9
10  Identification:  Produced Identification
11
12
13
14
                    *Kimberly Roberts*
15             _____
16             KIMBERLY ROBERTS
17             Court Reporter, Notary Public
18             State of Florida
19             Commission Expires:  09/22/2027
20             Commission Number:  HH 408073
21
22
23
24
25
```


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900       www.MILESTONEREPORTING.com       Toll Free 855-MYDEPOS

```
 1              C E R T I F I C A T E
 2
 3  STATE OF FLORIDA)
 4  COUNTY OF ORANGE)
 5
 6      I, KIMBERLY ROBERTS, Court Reporter and Notary
 7  Public for the State of Florida at Large, do hereby
 8  certify that I was authorized to and did report the
 9  foregoing proceeding, and that said transcript is a true
10  record of the said proceeding.
11
12      I FURTHER CERTIFY that I am not of counsel for,
13  related to, or employed by any of the parties or
14  attorneys involved herein, nor am I financially
15  interested in said action.
16
17  Submitted on: August 30, 2023.
18
19
20
21
22      _Kimberly Roberts_____
23              KIMBERLY ROBERTS
24          Court Reporter, Notary Public
25
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS