```
 1   UNITED STATES DISTRICT COURT
 2   NORTHERN DISTRICT OF FLORIDA
 3   GAINESVILLE DIVISION
 4   CASE NO. 1:23-CV-45-AW-HTC
 5
 6   TERRY DUKES, SR.,
 7   PLAINTIFF,
 8
 9   V.
10
11   ROBERT MCCALLUM, JR., ET AL.,
12   DEFENDANTS.
13   _____/
14   VIDEOCONFERENCE DEPOSITION OF TUCKER GAFFEY
15   DATE:          JULY 25, 2023
16   REPORTER:      GENESIS GARCIA
17   PLACE:         ALL PARTIES APPEARED VIA VIDEOCONFERENCE
18
19
20
21
22
23
24
25
```

MILESTONE I REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

400 North Ashley Drive, Suite 2600
TAMPA, FL 33602

100 East Pine Street, Suite 308
ORLANDO, FL 32801
CORPORATE

4651 Salisbury Road, 4th Floor
JACKSONVILLE, FL 32256

```
 1                     APPEARANCES
 2
 3  ON BEHALF OF THE: PLAINTIFF, TERRY DUKES, SR.:
 4  James Slater, Esquire
 5  Slater Legal PLLC
 6  Post Office Box 522
 7  Tallahassee, Florida 32302
 8  Telephone No.: (305) 523-9023
 9  E-mail: james@slater.legal
10  (Appeared via videoconference)
11
12  ON BEHALF OF THE DEFENDANTS, ROBERT MCCALLUM, JR., ET
13  AL.:
14  Gwendolyn Adkins, Esquire
15  Coppins Monroe, P.A.
16  2316 Killearn Center Boulevard
17  Suite 202
18  Tallahassee, Florida 32309
19  Telephone No.: (850) 422-2424
20  E-mail: gadkins@coppinsmonroe.com
21  (Appeared via videoconference)
22
23
24
25
```

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1                        INDEX
 2                                                    Page
 3  PROCEEDINGS                                        5
 4  DIRECT EXAMINATION BY MR. SLATER                   6
 5
 6                       EXHIBITS
 7  Exhibit                                           Page
 8      1 - Answers to Interrogatories                 9
 9      2 - Internal Investigation                    34
10      3 - Photographs                               70
11      4 - Photographs of Residence                  80
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1                       STIPULATION
 2
 3  The videoconference deposition of Tucker Gaffey taken
 4  remotely on Tuesday the 25th day of July 2023 at
 5  approximately 2:00 p.m.; said deposition was taken
 6  pursuant to the Federal Rules of Civil Procedure.
 7
 8  It is agreed that Genesis Garcia, being a Notary Public
 9  and Court Reporter for the State of Florida, may swear
10  the witness, and that the reading and signing of the
11  completed transcript by the witness is not waived.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1                 PROCEEDINGS
 2          THE REPORTER:  We're on the record.  Will all
 3     parties, starting with Plaintiff's Counsel, please
 4     state your appearances?
 5          MR. SLATER:  James Slater on behalf of
 6     Plaintiff, Terry Dukes, Senior, appearing remotely
 7     from Tallahassee.
 8          MS. ADKINS:  This is Gwen Adkins on behalf of
 9     all Defendants, Sheriff McCallum in his official
10     capacity, and Chase Gregory, Franco Almeida, and
11     Tucker Gaffey in their individual capacities.  And I
12     am also appearing remotely via Zoom and I'm located
13     physically in Tallahassee.
14          THE REPORTER:  Thank you very much.  And Deputy
15     Gaffey, can you please state your full name for the
16     record?
17          THE WITNESS:  Tucker Lewis Gaffey.
18          THE REPORTER:  Thank you.  And do all parties
19     agree that the witness is, in fact, Deputy Tucker
20     Lewis Gaffey?
21          MS. ADKINS:  Yes.
22          MR. SLATER:  Yes.
23          THE REPORTER:  Thank you.  Deputy, please put
24     up your right hand.  Do you solemnly swear or affirm
25     that the testimony you are about to give will be the
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
 1    truth, the whole truth, and nothing but the truth?
 2           THE WITNESS:  Yes, ma'am.
 3           THE REPORTER:  Thank you.  You may proceed.
 4           MR. SLATER:  Real quick.  At the bottom of my
 5    screen, it says C. Gregory, does that matter?
 6           MS. ADKINS:  It's okay.  It's just how it was
 7    logged in.
 8           MR. SLATER:  Okay.  Just wanted to make sure.
 9           THE REPORTER:  I'll change it for you right
10    now.
11           MR. SLATER:  Just wanted to make sure.  And
12    what -- and this isn't being captured on video,
13    Corporal, so it's not going to show up anywhere.
14           THE WITNESS:  Understood.
15                 DIRECT EXAMINATION
16           BY MR. SLATER:
17      Q.   That's correct.  Thank you for being here
18 today, Corporal.  Can you please state your full name
19 for the record?
20      A.   Tucker Lewis Gaffey.
21      Q.   And Lewis, is that spelled L-E-W-I-S or some
22 other way?
23      A.   L-E-W-I-S.
24      Q.   Okay.  And where are you currently situated?
25      A.   At the Levy County Sheriff's Office.
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1  to the home.
2      Q.   And do you remember who told you?  Was it --
3  who told you -- was it Almeida who told you about this?
4      A.   I believe so.  Yes, sir.
5      Q.   Okay.  Do you remember if Almeida gave any
6  specifics to you about what Terry Dukes was alleged to
7  have -- Terry Dukes, Junior was alleged to have done?
8      A.   I believe it was he -- the victim.  And I'm
9  closing my eyes.  I am listening, I'm just remembering.
10 The victim was Ms. Sheffield.  I believe she was
11 pregnant or known to be pregnant at the time.  And
12 Junior committed a acting of battery against her, making
13 it a felony battery.  And I think that is when some chat
14 came up, that Junior possibly was armed and under the
15 influence of a unknown narcotic, possibly Molly or MDMA.
16     Q.   Is Molly different from MDMA?
17     A.   Same makeup, just different names.
18     Q.   Okay.  And so you said there's some chatter
19 about him being possibly armed.  Do you remember sort of
20 the specifics of that conversation?
21     A.   No, sir.  Only that he's a convicted felon.
22     Q.   Okay.
23     A.   And that had more safety concerns to us
24 deputies.
25     Q.   Did you personally know about Terry Dukes,

 MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1  Junior ever possessing a firearm?
 2       A.   No.
 3       Q.   What about, had you ever observed him under
 4  the influence of narcotics?
 5       A.   No.
 6       Q.   Okay.  And so I think you said you were in the
 7  parking lot; is that right?
 8       A.   Yes.
 9       Q.   Okay.  Who was there with you?
10       A.   I believe it was me, Almeida, Gregory, and
11  Murphy.
12       Q.   Okay.  When you were in the parking lot, did
13  you discuss how you would sort of -- how you would
14  deploy at the house?
15       A.   I believe the -- the setup at the house was
16  figured out once we got there.
17       Q.   Okay, so --
18       A.   I don't recall if it was at -- once we got to
19  the scene.
20       Q.   How long after you received -- after Almeida
21  told you about the call from Wilkinson did you leave the
22  sheriff's office?
23       A.   I couldn't tell you.  I don't recall.
24       Q.   More than ten minutes?
25       A.   I -- I would lie to you if I do -- I honest, I
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1  your flashlight on at all?
 2      A.   No, it was intermittently if I had it on.  I
 3  don't leave it on.
 4      Q.   Okay.  What happens next?
 5      A.   From the front I hear, I believe it was Deputy
 6  Murphy, announcing himself in a loud tone, "Sheriff's
 7  office," multiple times.  I believe it was three.  I'm
 8  still on the back corner.  Deputy Gregory's at the back
 9  door.  After that, I don't -- I don't hear anything, and
10  that's all I hear.
11      Q.   Okay.  At some point the door opened; is that
12  right?
13      A.   Correct.
14      Q.   Okay.  How long between when you got in
15  position around back until the door was opened?
16      A.   Be a complete guess, probably between 30
17  seconds and a minute.
18      Q.   Okay.  When you were at the house, did you
19  have a warrant?
20      A.   No.
21      Q.   So the door opens.  Can you see it open?
22      A.   Yes, because it opened toward outside and
23  towards me.
24      Q.   Okay.  Was there -- when the door opened, was
25  there any flashlights shining or anything like that? Any
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
 1  light?
 2       A.   Not that I saw, sir.
 3       Q.   How far do you think the door was opened?
 4       A.   When I saw it, it was all the way.
 5       Q.   All the way?
 6       A.   Yeah, it opened a complete 90 degrees.  I
 7  believe there is a railing on the side, so it hit that
 8  railing closest to me on the exterior.
 9       Q.   What happens next?
10       A.   When the door opens?
11       Q.   Yes.
12       A.   Deputy Gregory walked into the home.  I
13  followed shortly after.
14       Q.   Did you hear Deputy Gregory talk to anyone
15  before he went into the house?
16       A.   No, sir.
17       Q.   Did you hear anyone talk to Deputy Gregory
18  before he went into the house?
19       A.   No, sir.
20       Q.   We talked a little bit earlier about, yeah,
21  the four bases to come inside the house, right?  We
22  talked about warrants, consent, exigent circumstances,
23  and hot pursuit, do you remember that?
24       A.   Yes, sir.
25       Q.   Okay.  And we talked about your understanding
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
 1                    CERTIFICATE OF OATH
 2
 3  STATE OF FLORIDA
 4  COUNTY OF ORANGE
 5
 6       I, the undersigned, certify that the witness in the
 7  foregoing transcript personally appeared before me and
 8  was duly sworn.
 9
10  Identification:  Produced Identification
11
12
13
14
15       _Genesis Garcia_____
16       GENESIS GARCIA
17       Court Reporter, Notary Public
18       State of Florida
19       Commission Expires: 09/02/2024
20       Commission Number:  HH 039155
21
22
23
24
25
```

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1                C E R T I F I C A T E
 2
 3  STATE OF FLORIDA)
 4  COUNTY OF ORANGE)
 5
 6      I, GENESIS GARCIA, Court Reporter and Notary Public
 7  for the State of Florida at Large, do hereby certify
 8  that I was authorized to and did report the foregoing
 9  proceeding, and that said transcript is a true record of
10  the said proceeding.
11
12      I FURTHER CERTIFY that I am not of counsel for,
13  related to, or employed by any of the parties or
14  attorneys involved herein, nor am I financially
15  interested in said action.
16
17  Submitted on: August 7, 2023.
18
19
20
21
22      _____
23                GENESIS GARCIA
24              Court Reporter, Notary Public
25
```


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900       www.MILESTONEREPORTING.com       Toll Free 855-MYDEPOS