

```
 1   UNITED STATES DISTRICT COURT
 2   NORTHERN DISTRICT OF FLORIDA
 3   GAINESVILLE DIVISION
 4   CASE NO. 1:23-CV-45-AW-HTC
 5
 6   TERRY DUKES, SR.,
 7   PLAINTIFF,
 8
 9   V.
10
11   ROBERT MCCALLUM, JR., ET AL.,
12   DEFENDANTS.
13   _____/
14   VIDEOCONFERENCE DEPOSITION OF FRANCO ALMEIDA
15   DATE:          JULY 25, 2023
16   REPORTER:      GENESIS GARCIA
17   PLACE:         ALL PARTIES APPEARED VIA VIDEOCONFERENCE
18
19
20
21
22
23
24
25
```

```
 1                       APPEARANCES
 2
 3  ON BEHALF OF THE PLAINTIFF, TERRY DUKES, SR.:
 4  James Slater, Esquire
 5  Slater Legal PLLC
 6  Post Office Box 522
 7  Tallahassee, Florida 32302
 8  Telephone No.: (305) 523-9023
 9  E-mail: james@slater.legal
10  (Appeared via videoconference)
11
12  ON BEHALF OF THE DEFENDANTS, ROBERT MCCALLUM, JR., ET
13  AL.:
14  Gwendolyn Adkins, Esquire
15  Scott Seagle, Esquire
16  Coppins Monroe, P.A.
17  2316 Killearn Center Boulevard
18  Suite 202
19  Tallahassee, Florida 32309
20  Telephone No.: (850) 422-2424
21  E-mail: gadkins@coppinsmonroe.com
22  (Appeared via videoconference)
23
24  Also Present: Tucker Gaffey
25
```


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
 1                      INDEX

 2                                                 Page

 3  PROCEEDINGS                                      5

 4  DIRECT EXAMINATION BY MR. SLATER                 6

 5

 6                     EXHIBITS

 7  Exhibit                                        Page

 8     1 - First Set of Interrogatories             11

 9     2 - Photograph of Residence                  33

10     3 - Internal Investigation Dukest132-263     52

11     4 - Colored Photographs Dukes2702-2718       71

12     5 - Video                                    91
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
 1                        STIPULATION
 2
 3   The videoconference deposition of Franco Almeida taken
 4   remotely on Tuesday the 25th day of July 2023 at
 5   approximately 10:00 a.m.; said deposition was taken
 6   pursuant to the Federal Rules of Civil Procedure.
 7
 8   It is agreed that Genesis Garcia, being a Notary Public
 9   and Court Reporter for the State of Florida, may swear
10   the witness, and that the reading and signing of the
11   completed transcript by the witness is not waived.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1                  PROCEEDINGS
 2           THE REPORTER:  We're on the record.  Will all
 3      parties, starting with Plaintiff Counsel, please
 4      state your appearances.
 5           MR. SLATER:  James Slater for Plaintiff Terry
 6      Dukes, Senior, participating remotely from
 7      Tallahassee, Florida.
 8           MR. SEAGLE:  Good morning.  I'm Scott Seagle
 9      for Lieutenant Almeida.  And Gwen, are you on the
10      call this morning?
11           MS. ADKINS:  I am.  I don't know if anybody's
12      able to hear me.  I am.  I don't know if anybody's
13      able to hear me.
14           MR. SLATER:  We can hear you, Gwen.
15           MS. ADKINS:  Okay, great.
16           MR. SEAGLE:  Gwen, I don't know if you are able
17      or in a good shape where you can take over today, or
18      if you want me to remain on?
19           MS. ADKINS:  Not yet.  If you don't remain --
20      mind remaining on, I will be in about 15 minutes,
21      but I'll be listening.  I'll be silent until then.
22           MR. SEAGLE:  All right.  I'll have the
23      deposition until you let us know.
24           MS. ADKINS:  Thank you.
25           THE REPORTER:  Perfect.  And Lieutenant, can
```

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1       you please state your full name for the record?
2             THE WITNESS:  Franco Almeida.
3             THE REPORTER:  Thank you.  And do all parties
4       agree that the witness is in fact Lieutenant Franco
5       Almeida?
6             MR. SLATER:  I do.
7             MR. SEAGLE:  Yes.
8             THE REPORTER:  Thank you very much.  And Mr.
9       Almeida, please put up your right hand.  Do you
10      solemnly swear or affirm that the testimony you're
11      about to give will be the truth, the whole truth,
12      and nothing but the truth?
13            THE WITNESS:  Yes, ma'am.
14            THE REPORTER:  You may proceed.
15            MR. SLATER:  Thank you.
16                  DIRECT EXAMINATION
17            BY MR. SLATER:
18        Q.   Lieutenant Almeida, can you please state your
19   full name for the record?
20        A.   Franco Almeida.
21        Q.   Do you have a middle name?
22        A.   Elijah Richard.
23        Q.   Okay, thank you.  And where are you today?
24        A.   Bronson, Florida.  The sheriff's office.
25        Q.   Is there anyone else in the room with you?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  Q.  Okay.  Okay.  So let's go back to the morning
2  of the incident.  You received a phone call from
3  Detective Wilkinson, what happened next?
4  A.  He had probable cause for Dukes, requested we
5  go to the residence on Patterson to attempt to locate
6  him and pick him up on charges.
7  Q.  Okay.  And when you say Dukes, you mean Dukes
8  Junior?
9  A.  Dukes Junior, yes, sir.
10 Q.  Okay.  And your -- I'm understanding that your
11 testimony is that Detective Wilkinson told you to go to
12 900 Patterson Street; is that right?
13 A.  They requested us to go there and attempt to
14 locate him.
15 Q.  Okay.  And it's my understanding that at this
16 time, there was no warrant issued for Terry Dukes
17 Junior's arrest; is that correct?
18 A.  No, sir.  It's a felony probable cause.
19 Q.  When you have felony probable cause, but you
20 don't have a warrant, does that -- as far as you
21 understand it, does that allow you to go into someone's
22 house?
23 A.  That meets the criteria to enter the home
24 without a warrant, yes.
25 Q.  What are those criteria?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1                    CERTIFICATE OF OATH
 2
 3  STATE OF FLORIDA
 4  COUNTY OF ORANGE
 5
 6       I, the undersigned, certify that the witness in the
 7  foregoing transcript personally appeared before me and
 8  was duly sworn.
 9
10  Identification:  Produced Identification
11
12
13
14
15  _____
16       GENESIS GARCIA
17       Court Reporter, Notary Public
18       State of Florida
19       Commission Expires: 09/02/2024
20       Commission Number:  HH 039155
21
22
23
24
25
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1                    C E R T I F I C A T E
 2
 3   STATE OF FLORIDA)
 4   COUNTY OF ORANGE)
 5
 6       I, GENESIS GARCIA, Court Reporter and Notary Public
 7   for the State of Florida at Large, do hereby certify
 8   that I was authorized to and did report the foregoing
 9   proceeding, and that said transcript is a true record of
10   the said proceeding.
11
12       I FURTHER CERTIFY that I am not of counsel for,
13   related to, or employed by any of the parties or
14   attorneys involved herein, nor am I financially
15   interested in said action.
16
17   Submitted on: August 7, 2023.
18
19
20
21
22   _____
23   GENESIS GARCIA
24   Court Reporter, Notary Public
25
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS