UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

    Plaintiff,

v.

ROBERT B. McCALLUM, JR., *et ano.*,

    Defendants.

Case No. 1:23-cv-45-AW-HTC

## DECLARATION OF JAMES M. SLATER

I, James M. Slater, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am counsel of record in this case for Plaintiff Terry Dukes, Sr.

2. I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

3. The purpose of this declaration is to annex discovery responses and documents to Plaintiff's Motion for Partial Summary Judgment.

4. Attached as Exhibit A is a true and correct copy of the Levy County Property Appraiser's search results for 900 Patterson Street, Bronson, Florida 32621, as well as the warranty deed accessible by hyperlink on that search result page for the property at Book 1232, Page 853.

1. Attached as Exhibit B is a true and correct copy of Plaintiff's Responses to Defendant Chase Gregory's First Set of Interrogatories.

2. Attached as Exhibit C is a true and correct copy of Defendant Chase Gregory's Responses to Plaintiff's Second Set of Interrogatories.

3. Attached as Exhibit D is a true and correct copy of Defendant Chase Gregory's Responses to Plaintiff's First Set of Interrogatories.

4. Attached as Exhibit E is a true and correct copy of the document produced by Defendants as Bates Nos. Dukes, T. 177-78, which Plaintiff refers to as Levy County Sheriff's Office Calls for Service View Call Report.

5. Attached as Exhibit F is a true and correct copy of Defendant Robert B. McCallum, Jr.'s Responses to Plaintiff's Second Set of Interrogatories.

6. Attached as Exhibit G is a true and correct copy of the photographs produced by Defendants as Bates Nos. Dukes2909-10.

7. Attached as Exhibit H is a true and correct copy of audio recording produced by Defendants as "Exhibit 10 2019-FI-08 Recorded statement of Chase Gregory."

8. Attached as Exhibit I is a true and correct copy of the document produced by Defendants as Bates Nos. Dukes, T. 013-14, which Plaintiff refers to as Defendant Chase Gregory's Sworn Complaint for Resisting Arrest without Violence.

9. Attached as Exhibit J is a true and correct copy of the documents produced by Defendants as Bates Nos. Dukes2927 and Dukes, T. 015, which are titled Case Action Report No Information in the matter of *State of Florida v. Terry Dukes, Sr.*, Case No. 38-2019-MM-471.

10.   Attached as Exhibit K is a true and correct copy of the document produced by Plaintiff as Bates No. PL1670, which was also marked as Plaintiff's Exhibit 13 for the deposition of Defendant Chase Gregory.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 15, 2023 at Tallahassee, Florida.

_____
James M. Slater