# Exhibit A

to

Slater Declaration

## Hurricane Damage Form

### ATTENTION: This is not for FEMA.

## Summary

| | |
|---|---|
| Parcel ID | 0347100000 |
| Location Address | 900 PATTERSON ST<br>BRONSON 32621- |
| Neighborhood | BR 2 (2.1) |
| Legal Description* | 17-12-17 0005.35 ACRES TRACT IN SE1/4 OF NE1/4 OR BOOK 1232 PAGE 853 |

*The legal description shown here may be condensed, a full legal description should be obtained from a recorded deed for legal purposes.

| | |
|---|---|
| Property Use Code | MOBILE HOME (0200) |
| Subdivision | N/A |
| Sec/Twp/Rng | 17-12-17 |
| Tax District | BRONSON SW (District BRSW) |
| Millage Rate | 20.239 |
| Acreage | 5.350 |
| Homestead | Y |
| Ag Classification | No |

View Map

## Owner

| | |
|---|---|
| Owner Name | Dukes Terry C Sr 100% |
| Mailing Address | PO BOX 1158<br>BRONSON, FL 32621 |

## Trim Notice



## Valuation

| | 2023 Preliminary Value Summary |
|---|---:|
| Building Value | $76,837 |
| Extra Features Value | $0 |
| Market Land Value | $46,438 |
| Ag Land Value | $46,438 |
| Just (Market) Value | **$123,275** |
| Assessed Value | **$51,528** |
| Exempt Value | **$26,528** |
| Taxable Value | **$25,000** |
| Cap Differential | $71,747 |
| Previous Year Value | $97,307 |

## Exemptions

| Homestead | 2nd Homestead | Widow/er | Disability | Seniors | Veterans | Other |
|---|---|---|---|---|---|---|
| 25000 | 1528 | | | | | |

## Building Information

| | | | | |
|---|---|---|---|---|
| Building | 1 | | Roof Cover | ASPHALT/COMP SHG |
| Actual Area | 1248 | | Heating Type | FORCED AIR DUCTED |
| Conditioned Area | 1248 | | Air Conditioning | CENTRAL |
| Actual Year Built | 2002 | | Baths | 2 |
| Effective Year Built | 2002 | | | |
| Use | MOBILE HOME 1 | | | |
| Exterior Wall | VINYL SIDING | | | |
| Roof Structure | GABLE OR HIP | | | |

| Description | Conditioned Area | Actual Area |
|---|---|---|
| MOBILE HOME BASE | 1248 | 1248 |
| Total SqFt | 1248 | 1248 |

## Land Line

| Use Description | Front | Depth | Total Land Units | Unit Type | Land Value |
|---|---|---|---|---|---|
| MOBILE HOME | 0 | 0 | 5.35 | AC | $46,438 |

## Sales

| Sale Date | Sale Price | Instrument Type | Book | Page | Qualification | Vacant/Improved | Grantor | Grantee |
|---|---|---|---|---|---|---|---|---|
| 4/29/2011 | $19,500.00 | WD | 1232 | 853 | U | V | H B HAYNE CORP | DUKES TERRY C SR |

## Building Sketch



## Map



**No data available for the following modules:** Extra Features, Photos.



User Privacy Policy    GDPR Privacy Notice
Last Data Upload: 10/13/2023, 7:28:03 PM

INSTR # 553069, OR BK 1232 Page 853, Recorded 05/23/2011 at 11:30 AM,
Rec:$18.50 Deed Doc:$1,300.00 Danny J. Shipp, LEVY COUNTY CLERK, Deputy Clerk MB

Case 1:23-cv-00045-AW-HTC   Document 29   Filed 10/15/23   Page 4 of 5

**WARRANTY DEED**
**FROM CORPORATION**

Return to: (enclose self-address stamped envelope)

Name: **H. B. HAYNE CORP.**
Address: P. O. BOX 831297
MIAMI, FL 33283

This Instrument Prepared by:

Name: Robert A. Stechmann
Address: P O BOX 831297
Miami, FL 33283

Property Appraisers Parcel Identification
Folio Number(s): 03471-000-00
Brantee(s) S.S.#(s):

─── SPACE ABOVE THIS LINE FOR PROCESSING DATA ─── ─── SPACE ABOVE THIS LINE FOR RECORDING DATA ───

**This Warranty Deed,** Made and executed the 29th day of April, 2011, by **H. B. HAYNE CORP.** a corporation existing under the laws of the State of Florida, and having its principal place of business at P. O. BOX 831297, Miami, FL 33283, hereinafter called the grantor, to Terry C. Dukes, Sr., Sole Owner, whose post office address is P. O. BOX 1522, Gainesville, FL 32602, hereinafter called the Grantee.

(Wherever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument, singular and plural, and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, wherever the context so admits or requires.)

**Witnesseth,** That the Grantor, for and in consideration of the sum of Ten ----00/100 ----------------------Dollars and other valuable considerations, receipt whereof is hereby acknowledged, by these presents does grant, bargain, sell, alien, remise, release, convey and confirm unto the Grantee, all that certain land, situate in LEVY County, State of Florida, viz:

Parcel #15 Parcel NO. 03471-000-00

See Legal Description attached and made a part hereof.

Subject to: Real estate estate taxes for 2011 and subsequent years.
Restrictions, reservations, conditions and easements of record, if any.
All applicable zoning ordinances and/or restrictions and prohibitions imposed by governmental authorities, if any

**Together,** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.
**To Have and to Hold,** the same in fee simple forever.
**And** the Grantor hereby covenants with said grantee that it is lawfully seized of said land in fee simple; that it has good right and lawful authority to sell and convey said land; that it hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances.

(Corporate Seal)

ATTEST: _____
Secretary

**In Witness Whereof,** the said Grantor has caused these presents to be executed in its name, and its corporate seal to be hereunto affixed, by its proper officers thereunto duly authorized, the day and year first above written.

**H. B. HAYNE CORP.**
Name of Grantor

Signed, sealed and delivered in the presence of:

Eduardo Valdes
Witness Signature
Eduardo Valdes
Printed Name

By: _____
President (Signature)
Robert A. Stechmann
President's Printed Name

Marta G. Valdes
Witness Signature
Marta A. Valdes
Printed Name

P. O. BOX 831297
Grantor's Address
MIAMI, FL 33283

STATE OF Florida )
COUNTY OF Miami-Dade )

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, personally appeared Robert A. Stechmann well known to me to be the _____ President and _____, respectively of _____ **H. B. HAYNE CORP.** _____, a corporation, and that they severally acknowledged executing the same in the presence of two subscribing witnesses freely and voluntarily under authority duly vested in them by said corporation and that the seal affixed thereto is the true corporate seal of said corporation.
WITNESS my hand and official seal in the County and State last aforesaid this 29th day of APRIL 2011.

(✓) Personally known to me, no oath was taken.

Marta O. Valdes
Notary Signature
MARTA A VALDES
Printed Notary Signature
My Commission Expires: 10-05-2013

MARTA A. VALDES
MY COMMISSION # DD 913681
EXPIRES: October 5, 2013
Bonded Thru Budget Notary Services

# DANIEL M. CROFT

*Professional Land Surveyor*

FLORIDA CERTIFICATE No. 2001
P. O. BOX 461  •  BRONSON, FLORIDA 32621
TELEPHONE (904) 486-2055

MEMBER
F
S
P
L
S

MEMBER
A
C
S
M

February 19, 1981

Description for:
H. B. HAYNE CORPORATION

PARCEL # 15

A parcel of land in the Southeast 1/4 of the Northeast 1/4 of Section 17, Township 12 South, Range 17 East, Levy County, Florida, being more particularly described as follows:

For a Point of Beginning, commence at the Southeast corner of the Southeast 1/4 of the Northeast 1/4 of Section 17, Township 12 South, Range 17 East, Levy County, Florida; thence N 01° 16' 17" W, along the Section line, 477.62 feet; thence S 86° 49' 59" W, 484.06 feet; thence S 00° 19' 12" E, 478.71 feet to the South line of said Southeast 1/4 of the Northeast 1/4; thence N 86° 44' 40" E, along 1/4 section line, 492.04 feet to close on the Point of Beginning.

The above described parcel containing 5.35 acres, SUBJECT TO and INGRESS AND EGRESS AND PUBLIC UTILITY EASEMENT over and across the South 50 feet and the East 25 feet thereof.