Exhibit C

to

Slater Declaration

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

    Plaintiff,

v.                                             CASE NO. 1:23-cv-45-AW-HTC

ROBERT B. MCCALLUM JR., ET AL.,

    Defendants.
_____/

## DEFENDANT CHASE GREGORY'S ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES

Defendant CHASE GREGORY, by and through counsel, answers Plaintiff's interrogatories as follows:

18. Please state how many times you had been physically present on the property located at 900 Patterson Street, Bronson, FL 32621 between January 1, 2017 and December 31, 2019. For each such occasion, please describe why you were at the property and whether Plaintiff was there. For purposes of this interrogatory, "property" means both the Premises and the land located at this address.

ANSWER: According to RMS, I responded to 900 Patterson St on 7/21/2018, in reference to Terry Dukes JR calling 911 to report a possible burglary. Dep. Brandon Wilson was the investigating deputy. I was the back-up deputy. Dukes SR was not present whenever I responded on this date.

There could have been more times that I have responded to this address

1

during the listed time frame however RMS (our report writing system) only shows this incident involving me responding to this address. A lot of times we will respond to calls for service as a back-up deputy and unless Dispatch puts us on scene, RMS will not reflect us showing up.

19. Please identify and describe in detail each and every interaction or communication you have had with Plaintiff since January 1, 2017, including any times in which you observed him but did not speak to him.

**ANSWER:** I am unsure of the exact dates and cannot answer this question with specificity but I can recall seeing Mr. Dukes at the Sheriff's Office performing his job duties as well as around the town of Bronson.

20. State all facts upon which you base your contention that Plaintiff "has another house where he stays. I don't think he stays [at the Premises] full time," as stated at time stamp 52:46-56 in your recorded statement produced as Defense Exhibit 10.

**ANSWER:** I was under the impression Mr. Dukes SR stayed at a house closer to N Pine ST, possibly off of School ST. I later discovered this house belonged to Mr. Dukes' brother, Gerald.

*[signature]* #502
COULTER CHASE GREGORY

**STATE OF FLORIDA**
**COUNTY OF LEVY**

Sworn to (or affirmed) and subscribed before me, by means of ☑ physical presence or ☐ online notarization, this 21 day of June, 2023, by Coulter Chase Gregory, who is ☑ personally known to me or who has ☐ produced _____ as identification and acknowledged that he/she answered and signed the foregoing interrogatories, and that said answers are true and correct to the best of his/her knowledge and belief.

*[signature]* Paula E. Kennedy
NOTARY PUBLIC
State of Florida
My commission expires:
(seal)

PAULA E. KENNEDY
Commission # GG 936672
Expires February 22, 2024
Bonded Thru Troy Fain Insurance 800-385-7019

3