# Exhibit E

# to

# Slater Declaration

2019-00041433

## Levy County Sheriffs Office
### Calls For Service View Call Report
9150 Ne 80th Avenue Bronson, FL 32621

| Call # | Dispatcher | Received | Call Time | Caller Name |
|---|---|---|---|---|
| 2019-00041433 | abruce | ADMIN LINE | 05/25/2019 03:11 Hrs | TAYLOR |
| Phone # | Event Type | Priority | Close Time | Disposition |
| 352-494-8047 | DISTURBANCE-PHYSICAL | High | 06/04/2019 08:42 Hrs | PT TRANSPORTED TO ED |

### Location

| Incident Location | Latitude | Longitude | Common Place |
|---|---|---|---|
| 900 PATTERSON ST, BRONSON, FL | 29.442164 | -82.622864 | |
| Caller Location | | | |
| SHANDS | | | |

### Incident Notes

**Notes**
REMARKS/NARRATIVES:
05/25/2019 03:13:01 ABRUCE: YESTERDAY AROUND 0230AM/ ADV HER BF TERRY DUKES JR
05/25/2019 03:13:13 ABRUCE: ADV SUBJS WAS ON DRUGS
05/25/2019 03:13:29 ABRUCE: ADV SHE IS CURRENTLY PREG
05/25/2019 03:13:39 ABRUCE: ADV HE STARTED TWEAKING WHILE HSE WAS ASLEPP
05/25/2019 03:15:26 ABRUCE: ADV HE STARTED KICKING HER IN THE BACK/ MARKS ON HER FACE ETC
05/25/2019 03:15:43 ABRUCE: ADV SHE STARTED BLEEDING HEAVILY FROM HER VAGINA
05/25/2019 03:16:03 ABRUCE: SO SHE CALLED EMS FROM PRIARE OAKS AND WAS TRANSPORTED TO HOSPITAL
05/25/2019 03:16:13 ABRUCE: CALLER TAYLOR WAS SOCIAL WORKER W/ SHANDS
05/25/2019 03:16:39 ABRUCE: TAYLOR PUT VICTIM SHAQUANDA SHIEFFIELD
05/25/2019 03:19:23 ABRUCE: SOCIAL WORKER ADV ROOM C20/ ER
05/25/2019 03:26:15 ABRUCE: HOSPITAL ADV SUBJ IS BEING DISCHARCHED IN APPROX 1HR
05/25/2019 03:26:32 ABRUCE: HOSPITAL IS NOW ADV THAT SUBJ DOES NOT HAVE TRANSPORTATION BACK SO SHE WOULD
05/25/2019 03:26:46 ABRUCE: ALSO HAVE TO SET UP TRANSPORT WHICH WOULD TAKE 30 MINS TO 3HRS
05/25/2019 03:27:32 ABRUCE: 426 PATCHED THROUGH TO SOCIAL WORKER VIA DISPATCH PX
05/25/2019 03:58:14 JSULLIVAN: 426 adv 1051 to hospitial
05/25/2019 05:42:16 SGILLIARD: 426 ADV OUT AT 900 PATTERSO ST
05/25/2019 05:43:15 SGILLIARD: 502 REQ MED REF TASER DEPLOYMENT
05/25/2019 05:44:43 SGILLIARD: S00 SERIAL RIA1493351 / NO RECORD
05/25/2019 06:14:18 SGILLIARD: 517 REQ ANOTHER MED UNIT AND FIRST RESP
05/25/2019 06:47:35 SGILLIARD: 234 ADV 593 RESP TO 1020 / REF GOING WITH SUBJ TO HOSPITAL
05/25/2019 06:47:52 SGILLIARD: 593 RESP 0643 HRS
05/25/2019 06:56:03 DJUVAN: R10 B70 RESP TO EMS CREW UNK PROBLEM 0625
05/25/2019 06:56:10 DJUVAN: R10 ON SCENE
05/25/2019 06:56:14 DJUVAN: B70 ON SCENE
05/25/2019 06:56:27 DJUVAN: 593 1051 0643
05/25/2019 07:20:57 DRIX: Per 517 1066 transport reference sworn complaint.
05/25/2019 07:41:59 TGAFFEY: SUPP
05/25/2019 07:42:33 TGAFFEY: SUPPL BRAVO
05/25/2019 07:45:55 FALMEIDA: 10-8, Supplement
05/25/2019 07:47:11 BMURPHY: Supplement 10-08 B
06/04/2019 08:41:10 ABRUCE: B70 CALLED AND ADV THEY NEVER GOT ASSIGNED TO CALL
06/04/2019 08:41:22 ABRUCE: REQ TO BE ASSIGNED TO GET CASE NUMBER

### Officers

| Primary | Radio # | Name | Dispatch | On Scene | Clear |
|---|---|---|---|---|---|
| Y | 502 | Gregory, Chase | 05/25/2019 05:32 Hrs | 05/25/2019 06:56 Hrs | 05/25/2019 07:40 Hrs |
| Agency | | | | | |
| Levy County Sheriffs Office | | | | | |
| N | 593 | Rix, David | 05/25/2019 06:47 Hrs | 05/25/2019 07:19 Hrs | 05/25/2019 07:20 Hrs |
| Agency | | | | | |
| Levy County Sheriffs Office | | | | | |

2019-00041433

| Primary | Radio # | Name | Dispatch | On Scene | Clear |
|---|---|---|---|---|---|
| N | 517 | Almeida, Franco | 05/25/2019 05:32 Hrs | 05/25/2019 06:56 Hrs | 05/25/2019 07:45 Hrs |
| Agency | | | | | |
| Levy County Sheriffs Office | | | | | |
| N | 581 | Gaffey, Tucker | 05/25/2019 05:32 Hrs | 05/25/2019 06:38 Hrs | |
| Agency | | | | | |
| Levy County Sheriffs Office | | | | | |
| N | 730 | Murphy, Blake | 05/25/2019 05:32 Hrs | 05/25/2019 06:56 Hrs | 05/25/2019 07:47 Hrs |
| Agency | | | | | |
| Levy County Sheriffs Office | | | | | |
| N | 426 | Wilkinson, Michael | 05/25/2019 03:30 Hrs | | 05/25/2019 07:40 Hrs |
| Agency | | | | | |
| Levy County Sheriffs Office | | | | | |

### Incidents

| Report # | Supp # | Agency | Reporting Officer(s) |
|---|---|---|---|
| 201905002270 | 0 | Levy County Sheriffs Office | Wilkinson, Michael |
| 201905002271 | 0 | Levy County Sheriffs Office | Gregory, Chase |

### People

| First Name | Last Name | Race | Sex | DOB | Address |
|---|---|---|---|---|---|
| | TAYLOR | | | | SHANDS |
| Phone | Roles | | | | |
| 352-494-8047 | Caller | | | | |
| First Name | Last Name | Race | Sex | DOB | Address |
| TAYLOR | | | | | SHANDS |
| Phone | Roles | | | | |
| 352-494-8047 | | | | | |