# Exhibit G

# to

# Slater Declaration

05/27/2019 - Original File Name: IMG_0959.JPG



05/27/2019 - Original File Name: IMG_0960.JPG

