Exhibit H

to

Slater Declaration

(to be filed conventionally)