# Exhibit I

## to

# Slater Declaration

**ORIGINAL EIGHTH JUDICIAL CIRCUIT**
**SWORN COMPLAINT**

| AGENCY NAME | AGENCY CASE NUMBER |
|---|---|
| Levy County Sheriffs Office | 201905002271 |
| **AGENCY ORI** | **OBTS NUMBER** |
| FL0380000 | |

**2019 MM 000471**

### DEFENDANT

| DEFENDANT'S NAME (LAST, FIRST, MIDDLE) | ALIAS / MAIDEN NAME |
|---|---|
| Dukes, Terry, Carol | |

| RACE | SEX | DATE OF BIRTH | AGE | DL (State) | SSN |
|---|---|---|---|---|---|
| Black or African | Male | 05/24/1960 | 59 | | |

| PLACE OF BIRTH | CITIZENSHIP |
|---|---|
| | |

**PHYSICAL DESCRIPTION**

| SMTS AND OTHER CHARACTERISTICS | SUBJECT IDENTIFIED BY | SUBJECT'S NAME VERIFIED BY |
|---|---|---|
| | LEO | Other |

| 911 LOCAL ADDRESS | PHONE |
|---|---|
| 900 Patterson Street Bronson, FL 32621 | C: (352) 204-7496 |

| BUSINESS / SCHOOL (NAME / ADDRESS) | BUSINESS PHONE |
|---|---|
| | |

| OCCUPATION | PERMANENT / MAILING ADDRESS (IF DIFFERENT THAN 911 ADDRESS) |
|---|---|
| | |

| ARREST LOCATION |
|---|
| 900 Patterson Street Bronson, FL 32621 |

| ARREST DATE / TIME | BOOKING DATE / TIME | BOOKING NUMBER | BOOKING AGENCY |
|---|---|---|---|
| | | | |

### CO-DEF
#1-CO-DEFENDANT'S NAME (LAST, FIRST, MIDDLE) | RACE | SEX | DOB (AGE)
#2-CO-DEFENDANT'S NAME (LAST, FIRST, MIDDLE) | RACE | SEX | DOB (AGE)

### JUVENILE
JUVENILE DISPOSITION | PARENT / GUARDIAN NAME (LAST, FIRST, MIDDLE) | RACE | SEX | DOB (AGE)
PARENT / GUARDIAN ADDRESS | PHONE(S)

### WITNESS
#1-WITNESS NAME (LAST, FIRST, MIDDLE) | RACE | SEX | DOB (AGE) | ADDRESS | PHONES
#2-WITNESS NAME (LAST, FIRST, MIDDLE) | RACE | SEX | DOB (AGE) | ADDRESS | PHONES

### CHARGE 1

| STATUTE / ORDINANCE NUMBER | CHARGE DESCRIPTION | LEVEL | DEGREE |
|---|---|---|---|
| 843.02 | 843.02 RESIST OFFICER - OBSTRUCT WO VIOLENCE | Misdemeanor | Class F Misdemeanor |

| OCCURRENCE DATE | BOND AMOUNT / TYPE | WARRANT REFERENCE NUMBER |
|---|---|---|
| 05/25/2019 | To be set by Judge | |

### CHARGE 2

| STATUTE / ORDINANCE NUMBER | CHARGE DESCRIPTION | LEVEL | DEGREE |
|---|---|---|---|
| | | | |

| OCCURRENCE DATE | BOND AMOUNT / TYPE | WARRANT REFERENCE NUMBER |
|---|---|---|
| | | |

### VICTIM
#1-VICTIMS NAME (LAST, FIRST, MIDDLE) | RACE | SEX | DOB (AGE) | ADDRESS | PHONES
#2-VICTIMS NAME (LAST, FIRST, MIDDLE) | RACE | SEX | DOB (AGE) | ADDRESS | PHONES

### PROSEC

| THE INCIDENT OCCURRED AT (ADDRESS / LOCATION) | CITY OF | COUNTY OF | STATE OF |
|---|---|---|---|
| 900 Patterson Street Bronson, FL 32621 | Bronson | LEVY | Florida |

NARRATIVE BEGINS ON PAGE 2

### NTA

| MANDATORY APPEARANCE IN COURT AT | DATE OF APPEARANCE | TIME (AM/PM) |
|---|---|---|
| | | |

I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS NOTICE TO APPEAR. WILLFUL REFUSAL TO ACCEPT AND SIGN THIS NOTICE TO APPEAR MAY RESULT IN PHYSICAL ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF MY RIGHTS.

DEFENDANT SIGNATURE | DATE

### JURAT

SWORN TO AND SUBSCRIBED TO BEFORE ME THIS:
**27** DAY OF **May**, **2019**
SIGNATURE: [signature]
TITLE: Deputy

I SWEAR THE ABOVE AND ATTACHED PAGES AND STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.
NAME (PRINT): COULTER C GREGORY
SIGNATURE: [signature]
AGENCY: LCSO
LEO ID#: 562

RECEIVED JUN 03 2019

| AGENCY NAME | SUPPLEMENT | AGENCY CASE NUMBER |
|---|---|---|
| Levy County Sheriffs Office | EIGHTH JUDICIAL CIRCUIT | 201905002271 |
| **AGENCY ORI** | | **OBTS NUMBER** |
| FL0380000 | SWORN COMPLAINT | |

| DEFENDANT'S NAME (LAST, FIRST, MIDDLE) | | | | ALIAS / MAIDEN NAME |
|---|---|---|---|---|
| Dukes, Terry, Carol | | | | |
| **RACE** | **SEX** | **DATE OF BIRTH** | **AGE** | **PHYSICAL DESCRIPTION** |
| Black or African | Male | 05/24/1960 | 59 | |

**PROSECUTIVE SUMMARY**

On May 25, 2019, at approximately 05:15 hrs., Dep. Gaffey, Cpl. Almeida, Dep. Murphy, and I responded to the residence located at 900 Patterson ST, in reference to attempt to contact Terry Dukes Jr.

Detective Wilkinson, on this date, developed probable cause for the charge of Aggravated Battery on a Pregnant Woman, with Dukes Jr being the suspect (Case: 201905002270).

Upon arrival, Dep. Gaffey and I walked to the back (West) section of this residence, while Cpl. Almeida and Dep. Murphy attempted to make contact with Dukes Jr at the front (East) section of this residence. Once at the back side of this residence I positioned myself beside the south west door steps (These steps led to the back door), while Dep. Gaffey positioned himself on north west corner of the residence. While at the front of the house Dep. Murphy knocked loudly and announced "Sheriff's Office". Dep. Murphy did this several times. After several attempts to make contact via "knock and announce", a voice was heard from inside the residence. Right after this voice was heard, I heard footsteps inside the residence. Right after I heard these footsteps, the back door (The door I was standing in front of) opened up, and I observed a subject walking away from the door. As soon as this door opened, I entered this residence through this door.

Once inside I observed a subject walk into a bedroom and shut the door. After announcing "Sheriff's Office", and asking if Terry Dukes Jr was inside the residence, I heard a male voice come from within the bedroom I observed the subject walk into. I could not determine what this male was saying due to his voice being muffled. I announced "Sheriffs Office" a second time, and again asked if Terry Dukes Jr was inside the residence. The male subject didn't say anything. I then knocked on this door while giving loud and clear commands to open the bedroom door. After several knocks / commands, this door opened slightly, and a male voice asked what I was doing. I advised the male he needed to identify himself, and to come out from behind the door. I advised the male subject again who I was, and that I worked for the Sheriffs Office. The male subject, instead of complying, opened the door a little bit more, stuck his right arm on the outside of the door, and then would look through the crack in the door briefly before concealing his face completely behind the door.

Once the subject stuck his arm out of the door, I could tell that the male behind the door was African American. Dukes Jr is African American.

Based on the fact that Dukes Jr is African American, the male inside is African American, the male inside repeatedly refused my commands, and the male's suspicious behavior, I drew my service weapon, and began giving the male loud clear commands to show me his hands and to come from behind the door. While I was giving these commands, the male subject opened the door a little bit more. Once the door opened more, I could see partially the male subject's torso and part of his face. Right past this male, was a bed, and on this bed I could see a pistol. Once I observed this pistol, I gave more clear commands to come from behind the door and to show both his hands. The male subject did not comply with my commands. As I continued giving commands, I heard the male say something (I couldn't understand what he said), and then walk from behind the door, and toward his bed where the gun was. Once I witnessed the male walking toward the bed, I quickly opened the bedroom door, and deployed my TASER. The deployment of my TASER caused the male subject to fall to the ground in front of his bed.

Once inside the bedroom, it was learned that this male was Terry Dukes SR, the father of Terry Dukes Jr.

Prior to arrival at this residence, Det. Wilkinson was advised by the victim in the above referenced case number that Terry Dukes Jr resides at this address. Apart from the victim advising this information, Law Enforcement is very familiar with Terry Dukes Jr from prior incidents, and this address, 900 Patterson ST, is the known address associated with Dukes Jr.

During this incident Terry Dukes Sr, did not identify himself nor did he comply, or advise that he would comply, with the orders I gave in regards to identifying himself, showing his hands, or coming from behind the door.

I would like to note that this residence does not have power. The only light source inside this residence was either from my (or other deputies) flashlight, or from the flashlight that is attached to my firearm. The door Dukes Sr was standing behind was painted white. The light reflecting off of this door clearly illuminates my Sheriffs Office insignia. During this incident Dukes Sr, on multiple occasions, would quickly look through the gap in the door before concealing his face back behind the door.

Dukes Sr was evaluated by EMS on scene, and after being cleared by EMS, requested to be transported to the hospital.

Dukes Sr, as a result of being TASED, sustained a small puncture wound to his upper right torso. This wound was caused by the TASER probe. The 2nd TASER probe did not make contact with Dukes Sr.

A Sworn Complaint will be filed with the SAO for the charge of Resisting W/O Violence.