# Exhibit J

# to

# Slater Declaration

IN THE COUNTY COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR LEVY COUNTY, FLORIDA

STATE OF FLORIDA
    Plaintiff,

vs.

TERRY CARL DUKES SR
    Defendant.

Case Number: 38-2019-MM-000471-A
C.R.#: LCSO19-5002271
MISDEMEANOR DIVISION

## CASE ACTION REPORT
## NO INFORMATION

The State of Florida, by the undersigned authority, enters a **NO INFORMATION** in the above entitled action as to:

**Count**

1) RESISTING OFFICER WITHOUT VIOLENCE

    REASON: 1N    REQUEST OF INVESTIGATING AGENCY

**EVIDENCE:**
The Evidence Custodian is hereby authorized to **dispose of the evidence in accordance with Florida Statutes.**

I hereby certify that a copy hereof has been furnished to TERRY CARL DUKES SR, 900 PATTERSON STREET, BRONSON, FL 32621 by US Mail, this 6th day of June, 2019.

WILLIAM P. CERVONE
STATE ATTORNEY

**s/ GLENN E. BRYAN**
GLENN E. BRYAN
Assistant State Attorney
Florida Bar No.: 620351
P.O. DRAWER 1595
BRONSON, FL 32621
(352) 486-5140
E-service: ESERVICE@SAO8.ORG
E-mail: BRYANG@SAO8.ORG

cc:    CHASE GREGORY, LEVY COUNTY SHERIFF'S OFFICE
       LCSO EVIDENCE CUSTODIAN

IN THE COUNTY COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR LEVY COUNTY, FLORIDA

STATE OF FLORIDA
    Plaintiff,
vs.

Case Number: 38-2019-MM-000471-A
C.R.#: LCSO19-5002271
MISDEMEANOR DIVISION

TERRY CARL DUKES SR
    Defendant.

## CASE ACTION REPORT
## NO INFORMATION

The State of Florida, by the undersigned authority, enters a **NO INFORMATION** in the above entitled action as to:

**Count**

1) RESISTING OFFICER WITHOUT VIOLENCE

    REASON: 1N   REQUEST OF INVESTIGATING AGENCY

**EVIDENCE:**
The Evidence Custodian is hereby authorized to **dispose of the evidence in accordance with Florida Statutes.**

I hereby certify that a copy hereof has been furnished to TERRY CARL DUKES SR, 900 PATTERSON STREET, BRONSON, FL 32621 by US Mail, this 6th day of June, 2019.

WILLIAM P. CERVONE
STATE ATTORNEY

**s/ GLENN E. BRYAN**
GLENN E. BRYAN
Assistant State Attorney
Florida Bar No.: 620351
P.O. DRAWER 1595
BRONSON, FL 32621
(352) 486-5140
E-service: ESERVICE@SAO8.ORG
E-mail: BRYANG@SAO8.ORG

cc:    CHASE GREGORY, LEVY COUNTY SHERIFF'S OFFICE
        LCSO EVIDENCE CUSTODIAN