# Exhibit K

# to

# Slater Declaration

