IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**TERRY DUKES, SR.,**

    **Plaintiff,**

v.                                            Case No. 1:23-cv-45-AW-HTC

**ROBERT McCALLUM, JR., in his
official capacity as Sheriff of Levy
County, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING LEAVE TO EXCEED WORD LIMIT AND FOR EXTENSION OF TIME

The joint motion for leave to exceed word limit and for extension of time (ECF No. 25) is GRANTED. Defendants' motion may include up to 12,000 words, and the motion filed within that limit (ECF No. 28) is deemed properly filed.

The deadline for all parties to respond to currently pending summary-judgment motions is extended to November 10, 2023.

SO ORDERED on October 16, 2023.

                                                      s/ *Allen Winsor*
                                                      United States District Judge