# SL | SLATER LEGAL PLLC

October 17, 2023

Clerk of Court                                                                           *Via Hand Delivery*
United States District Court
Northern District of Florida
111 N. Adams Street
Tallahassee, FL 32301-7730

      Re:   <u>**Terry Dukes v. Robert McCallum, Case No. 1:23-cv-45-AW**</u>

Dear Clerk:

      Enclosed please find a thumb drive containing the audio recording to be filed as Docket Entry 29-14 attached to the notice of filing in support of Plaintiff's Motion for Partial Summary Judgment in the above referenced case. The thumb drive also includes the file-stamped cover sheet for this exhibit.

      Should you have any questions or concerns, please do not hesitate to contact me at (305) 900-7531 or by email at james@slater.legal.

                                  Sincerely,
                                  Slater Legal PLLC

                                  James Slater

Enclosure

james@slater.legal    113 S. Monroe Street, Tallahassee, FL 32302    305.523.9023

USPS Ground Advtg
TALLAHASSEE, FL 32301
OCT 17, 2023

32301   $4.75

RDC 01   0 Lb 0.60 Oz   R2303S100939-54



Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301


UNITED STATES
POSTAL SERVICE



Clerk of Court
Northern District of Florida
111 N. Adams St.
Tallahassee, FL 32301-7730

USPS TRACKING® #

OCT 19 2023

