

# COPPINS MONROE, P.A.

## ATTORNEYS AT LAW

GWENDOLYN P. ADKINS, ESQ.
GADKINS@COPPINSMONROE.COM

October 17, 2023

Clerk of Court                                                                                          <u>Via US Mail</u>
United States District Court
Northern District of Florida
Gainesville Division
United States Courthouse
401 SE First Ave.
Gainesville, FL 32601

      RE:    *Terry Dukes, Sr. v. Robert McCallum, et. al.*,
             N.D. Fla. Case No: 1:23-cv-00045-AW/HTC

Dear Sir/Madam:

    Enclosed for filing and for the record please find one USB containing the audio as Exhibit 10 to Plaintiff's Notice of Filing Documents in Support of Motion for Summry Judgment [Doc. 26] filed on 10/13/23.

    Please let us know if you have any questions.

                                           Sincerely,

                                           COPPINS MONROE, P.A.

                                           *s/ Gwendolyn P. Adkins*

                                           Gwendolyn P. Adkins
                                           For the Firm

FILED USDC FLND GV
OCT 19 '23 PM 4:08

GPA/jc
cc:  James Slater, Esq. (via email)

---

Coppins Monroe, P.A. | 2316 Killearn Center Boulevard, Suite 202, Tallahassee, FL 32309
Office: (850) 422-2420 | Fax: (850) 422-2730
www.CoppinsMonroe.com

Coppins Monroe, P.A.
2316 Killearn Center Blvd.
Suite 202
Tallahassee, FL 32309

TO

Clerk of Court
USDC
Northern District of Florida- Gainesville Division
United States Courthouse
401 SE First Ave.
Gainesville, FL 32601