Start: 2:05 p.m.
Stop: 2:16 p.m.

*UNITED STATES DISTRICT COURT*
*CIVIL MINUTES - GENERAL*

Case No:   1:23-cv-45-AW-HTC                           Date: 10/26/2023
Title:     Dukes v McCallum et al

DOCKET ENTRY:

Telephonic Motion Hearing

PRESENT:   Honorable ALLEN C WINSOR, District Judge

| TiAnn Stark | Kairisa Magee (USDC-Tallahassee) |
| Deputy Clerk | Court Reporter |

| James Slater | Gwendolyn Adkins |
| Attorney for Plaintiff(s) | Attorneys for Defendant(s) |

PROCEEDINGS:

**2:05 p.m.**    **Court called to order**

ECF No. 14, Motion for Limited Discovery discussed

Motion to be granted in part

Written order to follow

**2:16 p.m.**    **Court adjourned**