# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**TERRY DUKES, SR.,**

    **Plaintiff,**

v.                                          Case No. 1:23-cv-45-AW-HTC

**ROBERT McCALLUM, JR., in his official capacity as Sheriff of Levy County, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING IN PART MOTION FOR DISCOVERY

This order confirms the ruling from today's telephonic hearing.

Defendants seek an order allowing them to depose experts after the current discovery deadline. ECF No. 14. Having considered the motion and Plaintiff's response in opposition (ECF No. 16), and in an exercise of its discretion, the court now GRANTS the motion in part. Defendants may take the deposition of Plaintiff's three retained experts after the discovery period but before trial. To the extent Defendants seek additional depositions, the motion is DENIED.

SO ORDERED on October 26, 2023.

                                        s/ *Allen Winsor*
                                        United States District Judge