UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

    Plaintiff,

v.

ROBERT B. McCALLUM, JR., *et ano.*,

    Defendants.

Case No. 1:23-cv-45-AW-HTC

## PLAINTIFF'S NOTICE OF FILING

Pursuant to the Court's Scheduling Order (Docs. 6 & 8), Rule 56, and Local Rule 56.1, Plaintiff Terry Dukes, Sr. gives notice of filing the following documents in connection with his response to Defendants' Motion for Summary Judgment (Doc. 28):

    1.    Excerpted deposition transcript of Terry Dukes, Sr.

    2.    Excerpted deposition transcript of Chase Gregory.

    3.    Excerpted deposition transcript of Blake Murphy.

    4.    Excerpted deposition transcript of Franco Almeida.

    5.    Excerpted deposition transcript of Scott Tummond.

    6.    Declaration of James M. Slater (documents listed in items nos. 7-9 below are exhibits to this declaration).

      7.      Plaintiff's Rule 26(a)(2) Disclosures and Reports of Roger Clark and Delvena Thomas.

      8.      Photograph from Levy County Sheriff's Office Incident Report.

      9.      Photograph of the interior of Plaintiff's home.

Dated: November 10, 2023.

      Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

*Attorneys for Plaintiff*