MILESTONE I REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

```
 1   UNITED STATES DISTRICT COURT

 2   NORTHERN DISTRICT OF FLORIDA

 3   GAINESVILLE DIVISION

 4   CASE NO. 1:23-CV-45-AW-HTC

 5

 6   TERRY DUKES, SR.,

 7   PLAINTIFF,

 8

 9   V.

10

11   ROBERT MCCALLUM, JR., ET AL.,

12   DEFENDANTS.

13   _____/

14   VIDEOCONFERENCE DEPOSITION OF CORPORAL CHASE GREGORY

15   DATE:         JULY 24, 2023

16   REPORTER:     ANA MARTINEZ

17   PLACE:        ALL PARTIES APPEARED VIA VIDEOCONFERENCE

18

19

20

21

22

23

24

25
```

401 EAST JACKSON STREET,
SUITE 2370
TAMPA, FL 33602

315 EAST ROBINSON STREET,
SUITE 510
ORLANDO, FLORIDA 32801
CORPORATE

```
 1                    APPEARANCES
 2  ON BEHALF OF THE PLAINTIFF, TERRY DUKES, SR.:
 3  James M. Slater, Esquire
 4  Slater Legal P.L.L.C.
 5  113 South Monroe Street
 6  Tallahassee, Florida 32301
 7  Telephone No.: (305) 523-9023
 8  E-mail:  james@slater.legal
 9  (Appeared via videoconference)
10
11  ON BEHALF OF THE DEFENDANTS,
12  ROBERT MCCALLUM, JR., ET AL.:
13  Gwendolyn P. Adkins, Esquire
14  Coppins Monroe P.A.
15  2316 Killearn Center Boulevard
16  Suite 202
17  Tallahassee, Florida 32309
18  Telephone No.: (850) 422-2420
19  Facsimile No.: (850) 422-2730
20  E-mail: gadkins@coppinsmonroe.com
21  (Appeared via videoconference)
22
23
24
25
```

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
 1                        INDEX
                                                     Page
 2  PROCEEDINGS                                         5
    DIRECT EXAMINATION BY MR. SLATER                    7
 3  CROSS-EXAMINATION BY MS. ADKINS                   246
    REDIRECT EXAMINATION BY MR. SLATER                247
 4
                         EXHIBITS
 5  Exhibit                                          Page
       1    Answers to Plaintiff's Interrogatories    10
 6     2    Corporal Chase Gregory Personnel File     16
       3    Corporal Chase Gregory Professional
 7          Standards                                  45
       4    Directive 806, Arrest Warrants             73
 8     5    General Order 1400.1, Response to
            Resistance                                 73
 9     6    General Order 1505.1, Less Lethal
            Weapons                                   100
10     7    2017 May Product Warnings                 110
       8    Directive 643                             117
11     9    Wilkinson E-mail                          120
      10    Answers to Plaintiff's Second
12          Interrogatories                          126
      11    RMS, Person Search Results                129
13    13    Photographs of Residence                  160
      14    Corporal Chase Gregory's Recorded
14          Statement                                 211
      15    Comparisons                               212
15    16    Sworn Complaint                           220
      12    LCSO Internal Investigation               221
16    18    E-mail From SAO                           236
      19    Taser Log                                 239
17    20    Corporal Chase Gregory's Uniform
            Photos                                    242
18
    FORMAL REQUEST
19  1 - Original Color Pictures, JPG Format
20
21
22
23
24
25
```


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900       www.MILESTONEREPORTING.com       Toll Free 855-MYDEPOS

| | |
|---|---|
| 1 | STIPULATION |
| 2 | The videoconference deposition of Corporal Chase Gregory |
| 3 | taken remotely on Monday the 24th day of July 2023 at |
| 4 | approximately 10:22 a.m.; said deposition was taken |
| 5 | pursuant to Rule 28 of the Federal Rules of Civil |
| 6 | Procedure. It is agreed that Ana Martinez, being a |
| 7 | Notary Public and Court Reporter for the State of |
| 8 | Florida, may swear the witness and that the reading and |
| 9 | signing of the completed transcript by the witness is |
| 10 | not waived. |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
 1                    PROCEEDINGS
 2          THE REPORTER:  On record.  Will all the
 3   parties, except for the witness, please state your
 4   appearance, how you're attending, and your location?
 5          MR. SLATER:  James Slater on behalf of
 6   Plaintiff, Terry Dukes, Sr.  I'm present in
 7   Tallahassee, appearing remotely.
 8          MS. ADKINS:  Gwen Adkins, I'm here on behalf of
 9   the Defendants in this case.  And I am physically
10   located at the Levy County Sheriff's Office in a
11   conference room with Chase Gregory, the deponent.
12          THE REPORTER:  Thank you, Counsel.  Okay.
13   Deputy Gregory, will you please state your full name
14   for the record?  It seems the deputy is frozen.
15          MS. ADKINS:  Were you able to hear him?
16          THE REPORTER:  No, ma'am.  It seems he's frozen
17   and the audio as well.
18          THE WITNESS:  Can you hear me now?
19          THE REPORTER:  Yes, sir.
20          THE WITNESS:  All right.  Colbert Chase
21   Gregory.
22          THE REPORTER:  Thank you.  And now will you
23   please hold your ID up to the camera?
24          MS. ADKINS:  So it's still -- the video is
25   still frozen.  Let's see if I can hold it up to my
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
 1    camera here.
 2         THE WITNESS:  Mine is, you-all are showing
 3    present on mine.
 4         THE REPORTER:  Okay.  Okay.  Thank you.
 5         MS. ADKINS:  Yes.  So it's frozen for you?
 6         THE REPORTER:  Yes.
 7         MS. ADKINS:  Is there anything on yours that
 8    you can click that would refresh it maybe?
 9         THE REPORTER:  No, ma'am.
10         MS. ADKINS:  Not really.  Okay.
11         THE REPORTER:  No.  I'm sorry.
12         MR. SLATER:  You could try to turn off the
13    video.  Turn it back on.
14         MS. ADKINS:  How about you can use mine?
15         THE REPORTER:  Okay.  Thank you.  Okay.  Do all
16    the parties agree that the witness is in fact,
17    Deputy Chase Gregory?
18         MR. SLATER:  Yes.  Yes.
19         THE WITNESS:  We'll be marking that.
20         MS. ADKINS:  Okay.
21         THE REPORTER:  Okay.
22         MR. SLATER:  He's still frozen, Gwen.
23         MS. ADKINS:  All right.  Here we go.
24         THE REPORTER:  Okay.  And Deputy Gregory,
25    please raise your hand.
```


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1            THE WITNESS:  Give me one second.  We're just
 2      going to keep both these computers.  Let me turn
 3      this volume down.
 4            THE REPORTER:  Okay.  Thank you.  Do you
 5      solemnly swear or affirm that the testimony you're
 6      about to give will be the truth, the whole truth,
 7      and nothing but the truth?
 8            THE WITNESS:  Yes, ma'am.
 9            THE REPORTER:  Thank you so much.  You may
10      proceed.
11            MR. SLATER:  Thank you, Madam Court Reporter.
12                     DIRECT EXAMINATION
13         BY MR. SLATER:
14      Q.   Deputy Gregory, my name is James Slater, and
15 I'm representing Terry Duke, Sr.  You understand that
16 you're a defendant in a lawsuit brought by Mr. Duke, Sr.
17      in federal court?
18      A.   Yes, sir.
19      Q.   Okay.  And I want to go back.  You -- your
20 first name is Coulter; is that correct?
21      A.   That's correct.  Yes, sir.
22      Q.   And Chase is your middle name?
23      A.   Yes, sir.
24      Q.   And that's the name you generally go by,
25 Chase?
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  Dukes, Jr., him being possibly under the influence of
2  Molly, even knowing him being a known drug user, being -
3  - having firearms in the house.  I see the firearm in
4  the house already.  The actions behind the -- the
5  individual behind the door, refusing to identify
6  himself, refusing to cooperate.  Me telling him, "Don't
7  go to the gun," me giving loud commands to just, "Show
8  me your hands.  Come from behind the door."  All of this
9  stuff goes into -- goes into effect whenever I'm making
10 the decision that I made.  It wasn't just because he did
11 this and this that I did this.  It backs up way before
12 that.
13      Q.   Okay.  How tall are you, Corporal?
14      A.   6'.
15      Q.   6'.  And do you recall where the second probe
16 landed?
17      A.   In the one dresser -- in the dresser behind
18 Dukes, Sr.  There should be pictures of that attached to
19 the incident report if I remember correctly.
20      Q.   Sure.  And I do recall seeing pictures of the
21 dresser there, but I -- they're -- the copies I have are
22 too difficult to see what's going on with them, so we'll
23 work on that.  And where was the dresser located in the
24 room?
25      A.   Directly behind Dukes, Sr., all the way

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
 1  against, it would be the south-sided the wall.
 2      Q.   South side wall?
 3      A.   Kind of off the end of the bed.  By the --
 4      Q.   Let's just go look at the pictures again.  If
 5  this is the room, obviously there's a bunch of things in
 6  here now instead of the bed.  But assuming the bed is --
 7      A.   Leave it right there.  Leave it right there.
 8      Q.   All right.  And we're on page 8 of Plaintiff's
 9  13.  Go ahead.
10      A.   All right.  If this is the bedroom, going into
11  his bedroom, you have the bed, which would be directly
12  inside this doorway and kind of a little bit to the
13  left.
14      Q.   Uh-huh.
15      A.   Well, all -- all the way to the right where
16  you see that -- that -- that really bright brown wooden
17  thing right there?
18      Q.   Yeah, I see that.
19      A.   It was right there.  That's where about --
20  where -- where the dresser was at.
21      Q.   Okay.  So let the record reflect that Corporal
22  Gregory is talking about this brown dresser, looks like
23  almost sort of glass or mirror on the doors.  Just --
24  and there's a crutch, and some fishing poles leaning up
25  against it.  So that -- that's where you're saying the
```


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  dresser -- you -- your recollection of where the dresser
2  was, where the other probe went?
3      A.  Yeah, it -- it was probably a little bit more
4  to the right of that right there, because I -- he had a
5  big bed.  If I remember, he had like a king-size bed and
6  it stuck out, you know, quite -- quite a bit.  It was
7  probably just to the right of -- of that area.  But --
8  but that's, you know, pretty close to where it was at.
9      Q.  Okay.  Okay.  How far away was Dukes from you
10 when you -- when you deployed your taser, if you can
11 remember?
12     A.  Let me see if it's in my report.  I would say
13 probably ten foot, maybe.
14     Q.  Okay.
15     A.  12 foot.
16     Q.  So you were -- you were about 10, 12 feet from
17 him.  And I think we established that you were about
18 what, one to two feet from the entrance of the door?
19     A.  I want to say I was pretty close to the door
20 because I -- at one time I put my foot in front of the
21 door.  When he opened it up, I put my foot in front of
22 the door to keep him from shutting the door.  I could
23 see -- I -- he had his one arm out and I would -- I
24 would keep one foot, like kind of in front of the
25 threshold of the door where he couldn't shut the door on

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1                  CERTIFICATE OF OATH
 2
 3  STATE OF FLORIDA
 4  COUNTY OF ORANGE
 5
 6       I, the undersigned, certify that the witness in the
 7  foregoing transcript personally appeared before me and
 8  was duly sworn.
 9
10  Identification:  Produced Identification
11
12
13
14
15       _____
16       ANA MARTINEZ
17       Court Reporter, Notary Public
18       State of Florida
19       Commission Expires: December 11, 2026
20       Commission Number: HH 340162
21
22
23
24
25
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
 1                    C E R T I F I C A T E
 2
 3  STATE OF FLORIDA
 4  COUNTY OF ORANGE
 5
 6       I, ANA MARTINEZ, Court Reporter and Notary Public
 7  for the State of Florida at Large, do hereby certify
 8  that I was authorized to and did report the foregoing
 9  proceeding, and that said transcript is a true record of
10  the said proceeding.
11
12       I FURTHER CERTIFY that I am not of counsel for,
13  related to, or employed by any of the parties or
14  attorneys involved herein, nor am I financially
15  interested in said action.
16
17  Submitted on: August 4, 2023.
18
19
20
21
22       _____
23            ANA MARTINEZ
24            Court Reporter, Notary Public
25
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS