```
 1   UNITED STATES DISTRICT COURT
 2   NORTHERN DISTRICT OF FLORIDA
 3   GAINESVILLE DIVISION
 4   CASE NO. 1:2-CV-45-AW-HTC
 5
 6   TERRY DUKES, SR.,
 7   PLAINTIFF,
 8
 9   VS.
10
11   ROBERT MCCALLUM JR., ET AL.,
12   DEFENDANTS.
13   _____/
14   VIDEOCONFERENCE DEPOSITION OF DETECTIVE BLAKE MURPHY
15   DATE:          JULY 26, 2023
16   REPORTER:      SHILAH BLAKENEY
17   PLACE:         ALL PARTIES APPEARED VIA VIDEOCONFERENCE
18
19
20
21
22
23
24
25
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

401 EAST JACKSON STREET, SUITE 2370
TAMPA, FL 33602

315 EAST ROBINSON STREET, SUITE 510
ORLANDO, FLORIDA 32801
CORPORATE

```
 1                    APPEARANCES
 2
 3  ON BEHALF OF THE PLAINTIFF, TERRY DUKES, SR.:
 4  James M. Slater, Esquire
 5  Slater Legal PLLC
 6  113 South Monroe Street
 7  Tallahassee, Florida 32301
 8  Telephone No.: (305)523-9023
 9  E-mail: james@slater.leg
10  (Appeared via videoconference)
11
12  ON BEHALF OF THE DEFENDANTS, ROBERT MCCALLUM, DETECTIVE
13  BLAKE MURPHY, ET. AL.:
14  Gwendolyn Adkins, Esquire
15  Coppins Monroe, P.A.
16  2316 Killearn Center Boulevard
17  Suite 202
18  Tallahassee, Florida 32309
19  Telephone No.: (850)422-2420
20  Facsimile NO.: (850) 422-2730
21  E-mail: gadkins@coppinsmonroe.com
22  (Appeared via videoconference)
23
24
25
```

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
 1                        INDEX
 2                                                Page
 3  PROCEEDINGS                                      5
 4  DIRECT EXAMINATION BY MR. SLATER                 6
 5
 6                       EXHIBITS
 7  Exhibit                                        Page
 8     1      Levy County Sheriff's Office
 9            Internal Investigation                27
10     2      Photographs of Residence              49
11     3      Color Photographs                     60
12     (Exhibits retained by James M. Slater, Esquire)
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
 1                    STIPULATION
 2
 3  The videoconference deposition of Detective Blake Murphy
 4  taken remotely on Wednesday the 26th day of July 2023 at
 5  approximately 2:06 p.m.; said deposition was taken
 6  pursuant to the Federal Rules of Civil Procedure.
 7
 8  It is agreed that Shilah Blakeney, being a Notary Public
 9  and Court Reporter for the State of Florida, may swear
10  the witness and that the reading and signing of the
11  completed transcript by the witness is not waived.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1                    PROCEEDINGS
 2          THE REPORTER:  On record.  Will all parties
 3     except for the witness please state your appearance,
 4     how you're attending, and your location?
 5          MR. SLATER:  James Slater on behalf of
 6     Plaintiff, Terry Dukes, Sr., appearing remotely from
 7     Tallahassee, Florida.
 8          MS. ADKINS:  And this is Gwen Adkins.  I'm here
 9     on behalf of all defendants, and I too am appearing
10     remotely from Tallahassee, Florida.
11          THE REPORTER:  Deputy Murphy, will you please
12     state your full name for the record?
13          THE WITNESS:  It's Blake Aaron Murphy.
14          THE REPORTER:  Thank you.  And can you please
15     present your ID to the camera at this time?  Thank
16     you. Do all parties agree that the witness is Deputy
17     Blake Murphy?
18          MS. ADKINS:  Yes.
19          MR. SLATER:  Yes.
20          THE REPORTER:  Deputy Murphy, will you please
21     raise your right hand?  Do you solemnly swear or
22     affirm the testimony you're about to give will be
23     the truth, the whole truth, and nothing but the
24     truth?
25          THE WITNESS:  I do.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1      Q.   Okay.  And Almeida, was his flashlight
 2  activated prior to arriving at the house?
 3      A.   I don't recall.
 4      Q.   Okay.  But you do recall at some point while
 5  you were out front that his flashlight was on; is that
 6  right?
 7      A.   Well, if we were both on the porch, I would
 8  believe that his flashlight was on.
 9      Q.   Okay.  And do you remember whether it was
10  solid or flashing?
11      A.   Most likely, if it was on, it was going to be
12  solid.
13      Q.   What about Deputies Gaffey and Gregory, do you
14  remember seeing their flashlight on before they went in
15  the house?
16      A.   I seen the flashlight when they were at the
17  rear door, yes.
18      Q.   Okay.  How could you see it?
19      A.   It illuminated the house.
20      Q.   And that was before they went inside?
21      A.   Yes, I believe so.  I know that the -- I
22  noticed that the light, the trajectory of the lights
23  changed and then shortly after I was informed that they
24  were inside the house.  So my belief is when that light
25  moved was probably them actually walking.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

1  Q.  And how'd you hear that?
2  A.  The radio.
3  Q.  Radio.  Who was radioing?
4  A.  I believe Gaffey.
5  Q.  Do you recall what Deputy Gaffey said?
6  A.  It was something along the lines that we're
7  inside the house.
8  Q.  Anything else over the radio during the time
9  of the incident?
10  A.  Not that I recall.
11  Q.  Prior to arriving at the house, did you
12  discuss with any of the other deputies whether anyone
13  else might reside at 900 Patterson Street?
14  A.  I did not.  I can't remember if it was before
15  or after of looking up the -- that address on DAVID
16  database and was able to see the picture of Terry Dukes,
17  Sr.
18  Q.  Did you see any picture of Dukes, Jr. on that
19  database?
20  A.  I don't recall.
21  Q.  Did -- do you know if anyone searched that
22  database prior to going to 900 Patterson Street that
23  morning?
24  A.  I do not.
25  Q.  Is it typical that you didn't search that

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

1  A.  I heard -- I heard him mention something about
2 being naked and he needed to get his pants.  However,
3 this was after, you know, an ongoing thing of,
4 "Sheriff's Office.  Show me your hands."  And then I was
5 able to go and see inside the window and see that I had
6 a Black male hiding behind the -- the door.
7           MR. SLATER:  Okay.
8           BY MR. SLATER:
9   Q.  And I want to just go back to Exhibit 1, which
10 was your -- which was the internal investigation file,
11 but which contains your narrative.  And I want to direct
12 your attention back to your narrative, Dukes, T-153. And
13 I see in here it says that the flashlights were -- they
14 were covering the rear, "observed shining into the
15 residence, that I noticed the light became brighter
16 inside."  Right, we touched on that.  Deputy Gaffey
17 informed dispatch and the other units via radio that he
18 was inside the residence with Deputy Gregory.  We
19 touched on that, but we -- I didn't hear anything about
20 a small light was seen inside the same room that I heard
21 Dukes, Sr. in, which appeared to be made from a cellular
22 telephone screen.  Can you talk to me about that?
23   A.  I would just say that it was -- apparently it
24 was Dukes' cell phone or something along those lines.  I
25 don't know if he was -- he could've been looking at the

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1    Q.   Okay.  Was he reaching for the firearm?
2    A.   I -- I couldn't say.  He was turned and he was
3 walking in the direction of the firearm.
4    Q.   Okay.  Was he -- and I think you said he was
5 sort of square with you at this time?
6    A.   He could've still been kind of walking
7 diagonally.
8    Q.   Okay.  Diagonally towards sort of the interior
9 wall, which you were closer to or diagonally towards the
10 wall towards the exterior of the house?
11    A.   He was walking towards -- towards where I said
12 that the position of the firearm was on -- was on the
13 bed.  He was walking in the direction of the firearm.
14    Q.   Okay.  So he was --
15    A.   He --
16    Q.   Go ahead.  Sorry.
17    A.   Yeah.  So yeah, the -- on that side of the bed
18 where I described that, where the firearm I observed, he
19 was walking in that direction.  So he wasn't walking,
20 you know, when you say that he was squared -- was he
21 squared up with me?  Either he was walking.  Again, he
22 was -- he could've reached over and grabbed the firearm,
23 or he could've walked to the walkway that was, you know,
24 in between the wall and that -- that -- that mattress,
25 then he'd have been more squared up with me.  But as far

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1  as you -- that bedroom is very small.  So as far as him
2  being able to walk several seconds, to be able to say
3  that if he was grabbing the gun or what, I can't tell
4  you.
5      Q.  Okay.  But he wasn't -- he wasn't stepping
6  backwards towards it, right?
7      A.  No, no.  He was facing it.  He -- he went from
8  facing outside towards the deputies.  He turned.
9      Q.  Okay.  And did he turn with his right -- I'm
10 just, you know, and you can step in and correct me, but
11 if he's up against the door, did his right shoulder turn
12 away from the door or did he turn with his left side?
13     A.  I couldn't tell you.
14     Q.  Okay.
15     A.  I'm thinking that he probably turned with his
16 right side, but that's just, you know, as far as just
17 what I would think the natural movement of someone would
18 be.
19     Q.  Okay.  And at some point, I believe from your
20 statement, we still have it up, "I heard the noise of a
21 taser being deployed."  Do you see where you wrote that?
22     A.  Yes.
23     Q.  Okay.  Did you see the taser deploy?
24     A.  No, sir.  I just heard the noise.
25     Q.  Okay.  Is there any reason why you wouldn't


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
 1  have seen it?
 2      A.   Most likely because he would've been shielding
 3  my view.
 4      Q.   It would've been shielding your view?  I'm
 5  trying to understand what you mean by that.
 6      A.   As -- at -- as far as being able to go see the
 7  taser deployed in my view, I'm outside the window,
 8  looking through the window and the only light that's
 9  illuminated is the -- the flashlights and he -- he got
10  struck in the back.  He would've -- he would've turned,
11  walked towards that firearm and got -- then that's when
12  he would've got tased.  So yeah, I wouldn't have been
13  able to see the taser go and be deployed.
14      Q.   Okay. And I just want to go back for a second
15  to look at the room.  Oh, I didn't mean to -- nope.  Let
16  me share my screen.  One second.  Let's go back to
17  Plaintiff's Exhibit 2.  And on picture 8, this is the
18  inside of the room.  Obviously, the mattress isn't there
19  anymore and it -- and there's a lot of things in there.
20  Can you see that, sir?
21      A.   Yes, sir.
22      Q.   Okay.  I know we don't have the full room, but
23  could you give me a sense from either looking at these
24  photos or using your recollection of the events, what
25  you think the dimensions of that room might be?
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1                    CERTIFICATE OF OATH
 2
 3  STATE OF FLORIDA
 4  COUNTY OF ORANGE
 5
 6       I, the undersigned, certify that the witness in the
 7  foregoing transcript personally appeared before me and
 8  was duly sworn.
 9
10  Identification:  Produced Identification
11
12
13
14              [signature: Shilah Blakeney]
15              _____
16              SHILAH BLAKENEY
17              Court Reporter, Notary Public
18              State of Florida
19              Commission Expires: 02/12/2027
20              Commission Number: #HH36122
21
22
23
24
25
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1                    C E R T I F I C A T E
 2
 3  STATE OF FLORIDA)
 4  COUNTY OF ORANGE)
 5
 6       I, SHILAH BLAKENEY, Court Reporter and Notary
 7  Public for the State of Florida at Large, do hereby
 8  certify that I was authorized to and did report the
 9  foregoing proceeding, and that said transcript is a true
10  record of the said proceeding.
11
12       I FURTHER CERTIFY that I am not of counsel for,
13  related to, or employed by any of the parties or
14  attorneys involved herein, nor am I financially
15  interested in said action.
16
17  Submitted on: August 8, 2023
18
19
20
21
22       _____
23       SHILAH BLAKENEY
24       Court Reporter, Notary Public
25
```



**MILESTONE | REPORTING COMPANY**
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS