```
1    UNITED STATES DISTRICT COURT
2    NORTHERN DISTRICT OF FLORIDA
3    GAINESVILLE DIVISION
4    CASE NO. 1:23-CV-45-AW-HTC
5
6    TERRY DUKES, SR.,
7    PLAINTIFF,
8
9    V.
10
11   ROBERT MCCALLUM, JR., ET AL.,
12   DEFENDANTS.
13   _____/
14   VIDEOCONFERENCE DEPOSITION OF FRANCO ALMEIDA
15   DATE:          JULY 25, 2023
16   REPORTER:      GENESIS GARCIA
17   PLACE:         ALL PARTIES APPEARED VIA VIDEOCONFERENCE
18
19
20
21
22
23
24
25
```

MILESTONE I REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

400 North Ashley Drive, Suite 2600    100 East Pine Street, Suite 308    4651 Salisbury Road, 4th Floor
TAMPA, FL 33602                        ORLANDO, FL 32801                  JACKSONVILLE, FL 32256
                                       CORPORATE

```
 1                    APPEARANCES
 2
 3  ON BEHALF OF THE PLAINTIFF, TERRY DUKES, SR.:
 4  James Slater, Esquire
 5  Slater Legal PLLC
 6  Post Office Box 522
 7  Tallahassee, Florida 32302
 8  Telephone No.: (305) 523-9023
 9  E-mail: james@slater.legal
10  (Appeared via videoconference)
11
12  ON BEHALF OF THE DEFENDANTS, ROBERT MCCALLUM, JR., ET
13  AL.:
14  Gwendolyn Adkins, Esquire
15  Scott Seagle, Esquire
16  Coppins Monroe, P.A.
17  2316 Killearn Center Boulevard
18  Suite 202
19  Tallahassee, Florida 32309
20  Telephone No.: (850) 422-2424
21  E-mail: gadkins@coppinsmonroe.com
22  (Appeared via videoconference)
23
24  Also Present: Tucker Gaffey
25
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1                          INDEX
 2                                                    Page
 3  PROCEEDINGS                                         5
 4  DIRECT EXAMINATION BY MR. SLATER                    6
 5
 6                         EXHIBITS
 7  Exhibit                                            Page
 8     1 - First Set of Interrogatories                 11
 9     2 - Photograph of Residence                      33
10     3 - Internal Investigation Dukest132-263         52
11     4 - Colored Photographs Dukes2702-2718           71
12     5 - Video                                        91
```

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1                    STIPULATION
 2
 3   The videoconference deposition of Franco Almeida taken
 4   remotely on Tuesday the 25th day of July 2023 at
 5   approximately 10:00 a.m.; said deposition was taken
 6   pursuant to the Federal Rules of Civil Procedure.
 7
 8   It is agreed that Genesis Garcia, being a Notary Public
 9   and Court Reporter for the State of Florida, may swear
10   the witness, and that the reading and signing of the
11   completed transcript by the witness is not waived.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1                    PROCEEDINGS
 2          THE REPORTER:  We're on the record.  Will all
 3     parties, starting with Plaintiff Counsel, please
 4     state your appearances.
 5          MR. SLATER:  James Slater for Plaintiff Terry
 6     Dukes, Senior, participating remotely from
 7     Tallahassee, Florida.
 8          MR. SEAGLE:  Good morning.  I'm Scott Seagle
 9     for Lieutenant Almeida.  And Gwen, are you on the
10     call this morning?
11          MS. ADKINS:  I am.  I don't know if anybody's
12     able to hear me.  I am.  I don't know if anybody's
13     able to hear me.
14          MR. SLATER:  We can hear you, Gwen.
15          MS. ADKINS:  Okay, great.
16          MR. SEAGLE:  Gwen, I don't know if you are able
17     or in a good shape where you can take over today, or
18     if you want me to remain on?
19          MS. ADKINS:  Not yet.  If you don't remain --
20     mind remaining on, I will be in about 15 minutes,
21     but I'll be listening.  I'll be silent until then.
22          MR. SEAGLE:  All right.  I'll have the
23     deposition until you let us know.
24          MS. ADKINS:  Thank you.
25          THE REPORTER:  Perfect.  And Lieutenant, can
```

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1    you please state your full name for the record?
 2         THE WITNESS:  Franco Almeida.
 3         THE REPORTER:  Thank you.  And do all parties
 4    agree that the witness is in fact Lieutenant Franco
 5    Almeida?
 6         MR. SLATER:  I do.
 7         MR. SEAGLE:  Yes.
 8         THE REPORTER:  Thank you very much.  And Mr.
 9    Almeida, please put up your right hand.  Do you
10    solemnly swear or affirm that the testimony you're
11    about to give will be the truth, the whole truth,
12    and nothing but the truth?
13         THE WITNESS:  Yes, ma'am.
14         THE REPORTER:  You may proceed.
15         MR. SLATER:  Thank you.
16              DIRECT EXAMINATION
17         BY MR. SLATER:
18    Q.   Lieutenant Almeida, can you please state your
19 full name for the record?
20    A.   Franco Almeida.
21    Q.   Do you have a middle name?
22    A.   Elijah Richard.
23    Q.   Okay, thank you.  And where are you today?
24    A.   Bronson, Florida.  The sheriff's office.
25    Q.   Is there anyone else in the room with you?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
 1  this picture could show that?  I understand it's cut off
 2  to the right.
 3       A.   Based on what I remember, probably more
 4  towards the right portion of that picture.
 5       Q.   Okay.  When you were there while Deputy Murphy
 6  was knocking on the door, did you see anything inside
 7  the house?
 8       A.   Not that I remember.  I know the house was,
 9  like, blacked out, completely dark.
10       Q.   Okay.  Were there any lights on outside the
11  house?
12       A.   Not that I can remember.
13       Q.   Okay.  Did you have your flashlight on at the
14  time?
15       A.   Yes.  On -- on and off, depending on where I
16  was and what deputy was around me.
17       Q.   And that was while the -- you had your
18  flashlight on and off while Deputy Murphy was knocking;
19  is that fair?
20       A.   Yes.  Yes.
21       Q.   Okay.  Do you remember if any of the other
22  deputies had their flashlights on?
23       A.   I couldn't see the other side of the house.
24       Q.   Okay.  Did Deputy Murphy have his flashlight
25  on at all?
```

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1       A.   Really, on and off, yeah, depending on where
 2  he was standing in relation to me.
 3       Q.   And when you were having your flashlights on
 4  and off, was that to look inside the house or for some
 5  other reason?
 6       A.   Oh, I mean, it was to be able to see because
 7  there was no lights.  Plus, the yard was, you know,
 8  cluttered, so we don't want to trip and fall.
 9       Q.   And so my understanding now is that Deputy
10  Murphy is knocking, was anyone else -- and announcing
11  sheriff's office, was anyone else doing that?
12       A.   What I remember, I believe, it was Deputy
13  Murphy, he was the contact with the knock and announce.
14       Q.   Okay.  At any point, did you see any movement
15  or hear anything coming from inside the house?
16       A.   At the very end, I -- I remember, like, he was
17  -- he knocked several times, and announced several
18  times, and I know we heard somebody inside the house say
19  that they were coming or something like that, or --
20       Q.   Okay.  Did anyone then come to the front door?
21       A.   No one came to the front door.
22       Q.   Okay.  Did you -- after hearing the voice say,
23  coming, or something like that, I understand we're not
24  -- did you see any movement in the house?
25       A.   I don't recall.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1        A.   It was really quick.  As soon as the subject
 2   started moving towards that area of the room where the
 3   gun was located.
 4        Q.   Okay.  Really quick, what does that mean?
 5        A.   Like, a second.  It was quick.
 6        Q.   Did you see the subject going towards his gun?
 7        A.   Yeah, he was moving towards the area where the
 8   gun was located.
 9        Q.   Okay.  Was he moving backwards, or did he turn
10   around?
11        A.   So like -- so if he was behind the door and he
12   would have pushed it shut, so he would have started from
13   -- if he was facing out kind of to the left of Gregory
14   and moving, like, at a line, which would have been kind
15   of at an angle towards that side of the bed.
16        Q.   Okay.
17        A.   From what I remember, what I could see.
18        Q.   So moving at an angle.  I'm just -- so moving
19   at an angle.  I'm just trying to -- I'm just trying to
20   picture it in my head.
21        A.   Well, you know, it's -- it's an angle cut
22   where that door's at in the room, so it makes --
23        Q.   Okay.
24        A.   And your pictures aren't squared up, so --
25   like you showed before.  So it's -- I'm trying to
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
 1                    CERTIFICATE OF OATH
 2
 3  STATE OF FLORIDA
 4  COUNTY OF ORANGE
 5
 6       I, the undersigned, certify that the witness in the
 7  foregoing transcript personally appeared before me and
 8  was duly sworn.
 9
10  Identification:  Produced Identification
11
12
13
14
15  _____
16       GENESIS GARCIA
17       Court Reporter, Notary Public
18       State of Florida
19       Commission Expires: 09/02/2024
20       Commission Number: HH 039155
21
22
23
24
25
```

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
 1                C E R T I F I C A T E
 2
 3  STATE OF FLORIDA)
 4  COUNTY OF ORANGE)
 5
 6      I, GENESIS GARCIA, Court Reporter and Notary Public
 7  for the State of Florida at Large, do hereby certify
 8  that I was authorized to and did report the foregoing
 9  proceeding, and that said transcript is a true record of
10  the said proceeding.
11
12      I FURTHER CERTIFY that I am not of counsel for,
13  related to, or employed by any of the parties or
14  attorneys involved herein, nor am I financially
15  interested in said action.
16
17  Submitted on: August 7, 2023.
18
19
20
21
22       _____
23            GENESIS GARCIA
24            Court Reporter, Notary Public
25
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS