UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| TERRY DUKES, SR., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT B. McCALLUM, JR., *et ano.*, <br><br> Defendants. | Case No. 1:23-cv-45-AW-HTC |

## **DECLARATION OF JAMES M. SLATER**

I, James M. Slater, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am counsel of record in this case for Plaintiff Terry Dukes, Sr.

2. I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

3. The purpose of this declaration is to annex discovery documents to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment.

4. Attached as Exhibit A is a true and correct copy of Plaintiff's Rule 26(a) disclosures and the attached expert reports of Roger Clark and Delvena Thomas, which were served on Defendants.

5. Attached as Exhibit B is a true and correct copy of the photograph produced by Defendants as Bates No. Dukes2911.

6. Attached as Exhibit C is a true and correct copy of the document produced by Plaintiff as Bates No. PL1677, which was also marked as Plaintiff's Exhibit 13 for the deposition of Defendant Chase Gregory.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 10, 2023 at Tallahassee, Florida.

_____
James M. Slater