# Exhibit B

# to

# Slater Declaration

05/27/2019 - Original File Name: IMG_0963.JPG

