Exhibit C

to

Slater Declaration

