FLORIDA SHERIFFS SELF INSURANCE PROGRAM
LAW ENFORCEMENT LIABILITY COVERAGE AGREEMENT

PLEASE READ THE LAW ENFORCEMENT LIABILITY COVERAGE AGREEMENT
CAREFULLY

THESE COVERAGE AGREEMENT PROVISIONS, WITH THE DECLARATIONS
INCLUDED, COMPLETE THE COVERAGE AGREEMENT

I. DEFINITIONS

1.  The following definitions shall be applicable to this Coverage Agreement (Agreement) and the operation of the Program:

    a)  **"Accident"** and/or **"Incident"** means any actual or alleged act, inaction, error or omission, neglect or breach of duty, and includes (1) all Damages and (2) all causes of injuries or damages that result, by a Covered Member arising out of the Covered Member's occupancy, maintenance or use of official premises and/or the Covered Member's operations in the performance of his/her official law enforcement duties that results in: (1) Bodily Injury; (2) death; or (3) Property Damage.

    b)  **"Automobile"** means a land motor vehicle, trailer or semi-trailer designed for travel on public roads, including any machinery or apparatus attached thereto.

    c)  **"Bodily Injury"** means bodily injury, sickness or disease sustained by any person, including death at any time resulting therefrom.

    d)  **"Damages"** includes damages for death and for care and loss of service resulting from Bodily Injury and Damages for loss of use of property resulting from Property Damage. Damages do not include costs or expenses necessitated by actions for jail or prison facility improvement or correction of deficiencies in such jail or prison.

    e)  **"Fund"** means the Florida Sheriffs Risk Management Fund.

    f)  **"Program"** means the Florida Sheriffs Self Insurance Program – Law Enforcement Liability.

    g)  **"Occurrence"** means an Accident or Incident or more than one related Accidents or Incidents, including any continuous or repeated exposure to similar or related general harmful conditions, acts, or inactions, or any continuous or repeated damages sustained from related general harmful conditions, acts, or inactions, which happens initially during an Annual Agreement Period. An Occurrence includes all losses or damages that are attributable directly or indirectly to one Accident or Incident or to more than one similar or related Accidents or Incidents. All such losses will be added together and the total amount of such losses will be treated as one Occurrence irrespective of the period of time or area over which such losses or damages occur.

Effective: August 1, 2018                            1

For purposes of Claims which involve continuous exposure to similar or related general harmful conditions, acts, or inactions, the date of loss for such Claims shall be the first identifiable date of such continuous or repeated exposure. For purposes of claims which involve continuous or repeated damages sustained from related general harmful conditions, acts, or inactions, the date of loss for such Claims shall be the first identifiable date of the first damage sustained.

A single Occurrence includes:

(1) All injuries sustained, whether adjudged to be related or not, from all acts or inactions by all Covered Members in connection with investigating, pursuing, apprehending, arresting, seizing, questioning or interrogating, caring for or rendering aid to, transporting, and/or delivering to jail (or other facility) a person. Delivery of a person to jail (or other facility) encompasses the time from arrival at the jail (or other facility), the entirety of the booking process, and ends upon the completion of the jail booking process (or, for other facilities, the receiving process such that the facility accepts custody of the person from the covered members). Delivery of a person to a jail (or other facility) also encompasses all stops, including arrival to a medical or mental health treatment facility for treatment before the person may be booked into a jail (or other facility), or detours before arrival at the jail (or other facility).

(2) All injuries sustained, whether adjudged to be related or not, from all acts or inactions by all Covered Members concerning or responding to any event, party, riot, demonstration, protest, or other gathering, whether planned or spontaneous in nature, regardless of what time the Covered Members arrived or took action and without regard to whether the claimants had any involvement, including as a participant, invitee, or spectator, or no involvement in the event, party, riot, demonstration, protest, or other gathering.

h) **"Property Damage"** means an injury to or destruction of tangible property, including partial or total loss through the disappearance thereof, by theft or other means, all of the foregoing being subject to further limitations contained elsewhere in this Agreement.

i) **"Sheriff"** means the duly elected or appointed Sheriff of a County in the State of Florida who elects to participate in the Program.

j) **"Managers"** means the Sheriffs properly elected to the Board of Managers of the Fund.

k) **"Covered Member"** means the Sheriff and all his deputies, officers and employees who fall within the definitions of High Hazard, Medium Hazard and Low Hazard as outlined herein.

l) **"Annual Agreement Period"** means any one-year period beginning 12:00 midnight, October 1st, and ending 11:59 pm, September 30 the following year.

   m) **"High Hazard"** includes, but is not limited to, the following:

(1) Law Enforcement Personnel: a Sheriff, certified deputy sheriffs, Temporary Employment Authorizations (TEA's) deputy sheriffs, certified deputies who are members of a Sheriff's posse, certified reserve units, certified auxiliary officers, certified employees of other agencies deputized by the Sheriff as part of a Sheriff-sponsored multi-agency task force, deputized police officers with arrest authority engaged in law enforcement activities working outside a mutual aid and/or interlocal voluntary cooperation agreement and operational assistance agreement, civilians appointed as special deputies appointed under Section 30.09(4)(e)(f)&(g), Florida Statutes, dogs used for patrol, criminal/suspect apprehension, guarding of persons or property, narcotics, explosive and electronic detection, etc. (subject to having met the Program's guideline requirements), certified and civilian pilots and flight officers, aviation A&P license holders, and legal advisors. (2) Corrections Personnel: Certified corrections officers, detention deputies, correction officer trainees, dual certified corrections officers with arrest authority, civilian support personnel having direct contact with inmates including but not limited to food service, laundry service, farming, facility maintenance, property control clerks, etc., and Health Care Practitioners, as defined in Section 456.001(4), Florida Statutes, who provide health care services in or at a jail to inmates in the custody of the Covered Member shall also be included in the definition of "High Hazard". Health Care Practitioners who are exclusively employed by the Covered Member to provide health care services in or at a jail to inmates in the custody of the Covered Member and who are exempt from the financial responsibility requirements of Section 458.320, Florida Statutes, are provided coverage under this agreement. Health Care Practitioners who are not exclusively employed by the Covered Member, but who provide health care services in or at a jail to inmates in the custody of the Covered Member via a contract arrangement, shall only be covered for civil rights claims not otherwise covered by said Health Care Practitioner's medical malpractice insurance policy. Evidence of medical malpractice insurance in an amount not less than $250,000 per claim, with a minimum annual aggregate of not less than $750,000, shall be provided to the Fund on an annual basis. The Covered Member and the Fund shall be listed on such medical malpractice insurance as an Additional Named Insured and shall be notified within thirty (30) days of cancellation or replacement of said policy. All Health Care Practitioners must be reported to the Fund annually at each renewal and at any other time such Health Care Practitioner is engaged by the Covered Member to provide health care services on their behalf in order for coverage to be afforded. Health Care Practitioners who are employees of entities, or business units of entities, whose sole purpose is to provide institutional health care management and health care services, shall be excluded from all coverage provided by this agreement. (3) Child Protection Personnel: Civilian child protection investigators, civilian juvenile detention officers, civilian juvenile detention support personnel who have direct contact with juvenile detainees, civilian employees involved in juvenile/adult diversion programs, civilian support personnel at a Juvenile Assessment Center who have direct contact with juvenile detainees. School guardians appointed under the Coach Aaron Feis guardian program shall be included in the definition of "High Hazard". Regardless of the employing entity, all School Guardians must be reported to the Fund annually at each renewal and at any other time as such School Guardians are appointed by the Covered Member in order for coverage to be afforded.

n) **"Medium Hazard"** includes, but is not limited to, the following:
(1) civilian crime lab analysts, crime scene technicians, latent print examiners, evidence clerks, community service officers, parking enforcement, civil process servers, field service officers, civilian intelligence, investigative analysts, electronic monitoring specialists, animal services personnel, civilian training instructors (i.e. firing range) (2) civilian control room monitor to include judicial holding facilities and civilian intake and release clerks having no direct contact with inmates, probation officers, pretrial release/adult intervention specialists (3) child services assistants/aides, school crossing guards, juvenile community control officers (i.e. juvenile probation officers),civilian juvenile detention support personnel and civilian support personnel at juvenile assessment centers having no direct contact with juvenile detainees.

o) **"Low Hazard"** includes, but is not limited to, the following:
(1) administrative assistants and clerical personnel having no direct contact with inmates or juvenile detainees, civilian posse, search and rescue teams, dive teams, garage mechanics, garage personnel, marine mechanics, dispatchers, call takers, 911 operators, telecommunicators, non-certified bailiffs, poll deputies, civilian information technology personnel, administrative auxiliary/reserve, Explorer Scouts or Explorer unit members, dogs utilized solely for search and rescue, (2) volunteer service providers such as Narcotics Anonymous, Alcoholics Anonymous, instructors, counselors, clergy, inmate support, chaplains (3) child protection support/clerical personnel having no contact with children/families, and civilian/volunteer victim advocates.

p) **"Ultimate Net Loss"** means the maximum amount, in the aggregate, for all Claims, settlements, judgments, payments and legal costs, expenses and fees which will be paid under this Agreement, on account of any one Sheriff for all Claims which occurred during any one Annual Agreement Period between 12:00 midnight, October 1, and 11:59 pm the following September 30th.

q) **"Claim"** or **"Claims"** means:
(1) a demand for Damages, money, satisfaction, action; (2) notice from any person, or person's representative indicating an intent to make a demand for Damages, money, satisfaction, action; or (3) notice in writing from a Covered Member of an Incident or Occurrence which may become a demand for Damages, money, satisfaction, action at some future date.

## II. COVERAGES, DEFENSE AND SETTLEMENT

The assets of the Program shall be used to provide self insurance benefits, pursuant to Claims contemplated within this Agreement, to the Covered Member as follows:

1. To pay on behalf of a Covered Member claims expenses and all sums which the Covered Member shall become legally obligated to pay as Damages because of (a) Bodily Injury, or (b) Property Damage caused by an Occurrence and arising out of the Sheriff's

occupancy, maintenance or use of official premises and/or the Sheriff's operations in the performance of his official law enforcement duties during the Annual Agreement Period.

2. To defend any suit against a Covered Member seeking Damages on account of such Bodily Injury or Property Damage.

3. To pay Damages assessed against a Covered Member as punitive damages unless determined by a court to be contrary to public policy.

4. To pay on behalf of a Covered Member all sums which a Covered Member shall become legally obligated to pay as Damages or claims expenses because of Claims for false arrest, assault and battery, false imprisonment, malicious prosecution, false or improper service of process, libel or slander, intentional infliction of emotional distress, defamation of character, violation of property rights, wrongful eviction, wrongful entry, humiliation and invasion of the rights of privacy and violation of constitutional rights, growing out of the law enforcement duties of a Covered Member.

5. To pay claims expenses, including fees charged by an attorney designated by the Program; all other fees, costs and expenses resulting from the investigation, adjustment, defense and appeal of a Claim if incurred by the Program; fees charged by any attorney designated by the Covered Member with the written consent of the Program; claimants' attorneys fees and costs assessed by court order or agreed upon through settlement. However, claims expenses do not include salary charges of regular employees or officials of the Program;

6. To pay premiums on appeal bonds required in any Claim brought against a Covered Member alleging a Wrongful Act and/or premiums on bonds to release attachments for an amount not in excess of the limit of liability, but without any obligation to apply for or furnish any such bonds.

7. To pay reasonable expenses incurred by a Covered Member for first aid to others at the time of the Accident for Bodily Injury to which this Agreement applies.

8. To pay any costs (which expression shall mean all investigations, adjustments and legal expenses) incurred in the investigation, adjustment and defense of any Claims, suits or proceedings which may be brought against a Covered Member within the purview of this Agreement, even if such Claims, suits or proceedings are groundless, false or fraudulent. Costs shall not include any operational expenses of the Sheriff. Nor shall costs increase the total benefits available under this Agreement.

9. To pay for defense costs and legal expenses subject to the limit as stated in the Declarations for any Claims brought against a Sheriff arising out of jail or prison facility deficiencies or conditions or other class action suits asking for corrections of such deficiencies or conditions in such jail or prison facility. Any amount expended hereunder shall not reduce the annual aggregate limit of any Sheriff.

10. To pay on behalf of a Covered Member all sums subject to the limits of liability as stated in the Declarations which that Covered Member may be held legally liable to pay as

Damages with respect to Property Damage to structures or portions thereof, rented or leased to said Sheriff, including fixtures permanently attached thereto, if such Property Damage is caused by fire as a result of the acts or omissions of the Sheriff. This coverage shall be excess over any valid and collectable property insurance (including any deductible portion thereof) available to the Sheriff, such as, but not limited to, Fire, Extended Coverage, Builder's Risk Coverage, or Installation Risk Coverage, and Other Insurance Conditions of this Agreement as amended accordingly.

11. To pay on behalf of a Covered Member all sums which that Covered Member may be held legally liable to pay as Damages with respect to liability assumed by the Sheriff under a mutual law enforcement agency agreement between political subdivisions and contract law enforcement agencies. For any contract or agreement, other than mutual law enforcement agency agreements between political subdivisions and contract law enforcement agencies, payment of Damages with respect to liability assumed by the Sheriff is subject to the sublimits of liability as stated in the Declarations. This coverage only extends to Claims of individuals or entities that are not parties to the agreement or contract and does not extend to Claims by a party to an agreement or contract with a Covered Member, which Claims are based on a breach of that agreement or contract.

12. To pay on behalf of a Covered Member all sums which that Covered Member may be held legally liable to pay as Damages with respect to private duty assignments of a Covered Member, provided that any such private duty assignment has the fully informed consent of the Sheriff and said assignment is within the normal scope of duties and proper jurisdiction of the Covered Member.

13. To pay on behalf of a Covered Member all sums which that Covered Member may be held legally liable to pay as Damages with respect to property in the care, custody or control of the Sheriff or as to which the Sheriff is for any purpose exercising physical control, however, this provision does not apply to property in the care, custody or control of the Sheriff for the purpose of forfeiture. If there is other insurance against any Incident loss or Claim for which coverage is provided under this paragraph, the coverage provided under this paragraph shall be deemed to be excess over and above the applicable limits of all such other insurance.

14. To pay on behalf of a Covered Member all sums which that Covered Member may be held legally liable to pay as Damages as a result of conducting firearms training for members of the public during structured courses, including but not limited to, requalification courses, citizens' academies, concealed weapons certification courses and firearms safety courses. Payment is subject to the sublimits of liability as stated in the Declarations.

THE SELF-INSURANCE BENEFITS ABOVE ARE PROVIDED SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS:

1. Even if any or all of the allegations of the suit are groundless, false or fraudulent, and the Managers make such investigation and settlement of any Claim or suit as the Managers may deem expedient, the Program shall not be obligated to pay any Claim, claims expenses or judgment or to defend any suit after the applicable

      limit of the Program's liability or aggregate liability has been exhausted by payment of judgments, settlements or claims expenses.

2.     The Managers may conduct in the name of the Covered Member the defense of any Claim, and prosecute in his name for the benefit of the Program any Claim for indemnity or Damages or otherwise against any third party. The Managers shall have full discretion in the handling of any Claim, and the Covered Member shall give all information and assistance as the Managers may reasonably require.

3.     The assets of the Program shall not be called upon in contribution and are to only pay any loss if and so far as not recoverable under any other insurance.

4.     The insolvency or bankruptcy of a Sheriff shall not release the Program from any obligations hereunder.

5.     The total limit of liability of the Program for any benefits or aggregate limits of liability shall be no more than those as stated in the Declarations.

6.     In the event that an amendatory endorsement attached to this Agreement more specifically addresses coverage for a particular Claim, Accident or Incident, the terms and conditions of the amendatory endorsement, and the limits of liability provided therein, shall exclusively apply to that Claim, Accident or Incident.

7.     The Fund reserves the right to audit the certification records of each school guardian appointed by the Sheriff. The sole purpose of the audit will be to confirm that all training, certification, inspection and qualifications required by law were completed.

## III. LIMITS OF LIABILITY

Regardless of the number of A) Covered Members under this Agreement; or B) persons or organizations who sustained Damages payable under this Agreement; or C) Claims made or suits brought on account of benefits afforded by this Agreement, the Program's liability shall in no event exceed the amounts outlined in the Coverage Declarations page provided to each Program Member:

1.     In respect of any one claimant for any one Incident, including claims expense;

2.     In respect of any one Incident involving more than one claimant, subject to the aforesaid limits in respect of any one claimant for any one Incident, including claims expenses; and

3.     The aggregate limit of the Program's liability for all Incidents and Occurrences per Sheriff during any one Annual Agreement Period shall not exceed the aggregate amount stated in the applicable Coverage Declarations page, which aggregate includes claims expenses as defined herein.

Exhaustion of aggregate limits under the reinsurance policy or policies issued to the Program which may not necessarily exhaust the Program's self-insured retention aggregate, shall not preclude benefits which are otherwise provided under this Program Agreement within the limits of the Program's self-insured retention limits.

## IV. EXCLUSIONS

1. This Agreement, and the assets of the Program, shall not be used and shall not apply to the following:

    a) To Bodily Injury or Property Damage arising out of the ownership, maintenance, management, operation, use, control, loading or unloading of any Automobile or aircraft owned or operated by, or rented or loaned to, the Covered Member; or operated by any person in the course of his employment by the Covered Member. However, this exclusion does not apply to exclude from coverage Claims arising out of the ownership, operations, or use of an Automobile:

        (i) During a vehicular pursuit of a fleeing Automobile, so long as no collision results between the Automobile owned, operated, or used by a Covered Member and the claimant or property of the claimant; or

        (ii) Where the Covered Member driver of said Automobile intentionally collides with another Automobile in an attempt to apprehend an occupant of that Automobile or said Automobile driver intentionally collides with any person in an attempt to apprehend such person, when necessary to prevent loss of life and to protect the public.

    b) Liability due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing.

    c) To Bodily Injury or Property Damage for which the Sheriff or a Covered Member or their indemnity may be held liable as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages or as an owner or lessor of premises used for such purpose by reason of the selling, serving or giving of an alcoholic beverage: (1) in violation of any statute, ordinance or regulation; (2) to a minor; (3) to a person under the influence of alcohol; or, (4) which causes or contributes to the intoxication of any person.

    d) To any obligation for which the Sheriff or any insurance carrier as his insurer may be held liable under any workers' compensation, unemployment compensation or disability benefits law or under any similar law.

    e) To Bodily Injury or Property Damage to any Sheriff or Covered Member, unless otherwise specifically provided for under other provisions of this Agreement, arising out of and in the course of their employment or appointment.

      f)      To any Claim of a Covered Member or any other officer, employee, agent or applicant arising out of the Covered Member's employment policies or practices, including, but not limited to application for employment, refusal to employ, termination of employment, coercion, demotion, evaluation, reassignment, discipline, defamation, harassment (including sexual harassment), humiliation, discrimination or violation of civil rights.

      g)      To any Claim by one Covered Member under this Agreement against any other Covered Member of this Agreement.

      h)      To any Claim by any person related to a Covered Member by blood or marriage, or to any Claim by any person residing in the household of a Covered Member at the time of the Incident or event giving rise to the Claim, against any Covered Member of this Agreement except as follows:

> The Program agrees to reimburse reasonable expenses of such a person under the following circumstances:
>
> 1.    The expenses are excess over any other collectible insurance; and
>
> 2.    The injury to such person occurred at the home of the Covered Member as a result of a K-9 or item of equipment furnished and/or assigned to the Covered Member by a Sheriff; and
>
> 3.    The expenses reimbursed are subject to the limit as stated in the Declarations.

      i)      To Property Damage to: (1) property owned or occupied by or rented to the Sheriff; and, (2) property used by the Sheriff.

      j)      To Property Damage to premises alienated by the Sheriff arising out of such premises or part thereof.

      k)      To Property Damage to the Sheriff's products arising out of such products or any part of such products.

      l)      Property Damage to work performed by or on behalf of the Sheriff arising out of the work or any portion thereof or out of the materials, parts or equipment furnished in connection therewith.

      m)      To Claims against the Sheriff or any other Covered Member for acts or omissions of a High Hazard, Medium Hazard or Low Hazard officer or employee unless such High Hazard, Medium Hazard or Low Hazard officer or employee has been included under the provisions of this Agreement, pursuant to the applicable provisions hereon.

      n)      To Claims against the Sheriff or any other Covered Member alleging that he has committed a fraudulent, dishonest, sexual or criminal act. This exclusion shall not apply to Claims of vicarious liability against the Sheriff alleging fraudulent, dishonest, sexual or criminal acts by one or more of his deputies or employees.

      o)      To Claims against the Sheriff or any other Covered Member who commits, or is alleged to have committed, any acts of sexual assault or sexual battery.

      p)      To Claims arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, flames, acids, alkalies, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants in or upon land, the atmosphere or any water course or body of water.

      q)      To Claims or damage caused by nuclear reaction or nuclear radiation or radioactive contamination, whether they directly or indirectly result from a Sheriff's peril under this Agreement.

      r)      To Claims, actions, suits or proceedings against the Sheriff or any other Covered Member seeking solely injunctive, mandamus, declaratory relief, equitable relief, costs and/or attorneys fees; or wages or other employee compensation, overtime or similar Claims, even if designated as liquidated damages, under any federal, state or local statutes, rules, ordinances or regulations; or Claims arising from collective bargaining agreements.

      s)      To Claims which are insured by another valid policy or policies, including but not limited to, Claims covered under the Public Officials Liability, Automobile or other coverages offered by the Florida Sheriffs Risk Management Fund, or any other self insurance program or insurance policy, or which shall be deemed uninsurable under the law pursuant to which this Agreement shall be construed.

      t)      To any Claim against a Covered Member brought under the Drivers Privacy Protection Act (DPPA), 18 U.S.C. § 2721-2725, or to any Claim against a Covered Member alleging the Covered Member unlawfully accessed, used, or disclosed personal information of another person obtained from D.A.V.I.D. (Driver and Vehicle Information Database). This exclusion shall not apply to Claims against the Sheriff for vicarious liability alleging that one or more of the Sheriff's deputies or employees (1) violated the DPPA or (2) unlawfully accessed, used or disclosed personal information of another person obtained from D.A.V.I.D.

      u)      To any Claim, action, suit, or proceeding against the Sheriff or any other Covered Member arising out of the seizing, holding, or controlling of property, or any interest in property, for the purpose of forfeiture.

      v)      To any Claim, action, suit or proceeding against the Sheriff or any other Covered Member arising out of the actions of any employee or volunteer acting in the capacity of School Guardian under the Coach Aaron Feis Guardian Program who has not completed all statutory requirements, including all training, certifications, inspections and

Dukes, T. 001018

qualifications required by law. This exclusion will apply if failure by the School Guardian to complete all statutory requirements, including all training, certifications, inspections and qualifications required by law is intentional or unintentional.

   w)  To any Claim, action, suit or proceeding against the Sheriff or any other Covered Member arising out of the actions of a non-Criminal Justice Standards and Training Commission (CJSTC) certified special deputy acting in the capacity of a school resource officer.

   x)  To any Claim, action, suit or proceeding against the Sheriff or any other Covered Member arising out of the actions of any employee or volunteer acting in the capacity of School Guardian under the Coach Aaron Feis Guardian Program where the School Guardian acts outside of the realm of his or her duty as School Guardian, to wit: "to prevent or abate an active assailant incident on a school premises" as prescribed by law.

   y)  To any Claim, action, suit or proceeding against the Sheriff or any other Covered Member arising out of unlawfully accessed, used or disclosed personal information of another person by a School Guardian, except as otherwise covered in the Data Breach Liability endorsement.

2.  The Managers or their authorized agents, in their discretion, shall determine whether a Claim arises out of or is contributed to by any of the above-noted exclusions from coverage, and should such a determination be made, the Sheriff or other Covered Member shall be immediately so notified, and shall also be notified that the Program will not, from that point forward, provide any further defense to such Claim or action. Until a determination of noncoverage is made, the Program shall provide a full defense under the terms of this Agreement, with a full or partial reservation of all rights if warranted, it being understood that in certain circumstances a determination of noncoverage may not be made until final judgment or other final judicial action. A Sheriff or other Covered Member aggrieved by any determination made pursuant to this paragraph may seek relief under the provisions of the applicable Interlocal Agreement.

## V. CLAIM REPORTING

A Covered Member, upon knowledge of any Occurrence which might give rise to a Claim hereunder, or upon receipt of a Claim or a verbal or written inquiry or request for information relating to an Occurrence which might give rise to a Claim, shall give immediate written notice to the Managers or their designees and such notice shall be given within thirty (30) days from receipt of such information. This notice shall be furnished prior to any information being provided to the potential claimant or their investigator, representative, or lawyer. Any Covered Member who receives or has served upon him a summons, complaint or other legal document or pleading relating to a Claim against him shall immediately notify the Program of said summons, complaint or other legal document or pleading and immediately forward a copy of all documents received to the Program. Any Covered Member against whom a Claim is asserted shall cooperate fully and completely with the Program and/or counsel assigned by the Program to defend such

Claim, shall confer with counsel upon reasonable request, shall furnish all information reasonably requested by the Program and/or counsel, and shall personally appear at all court proceedings when advised by counsel.

Notification of a Claim, inquiry or request should be provided the Program no later than thirty (30) days after said Occurrence or receipt of the Claim, inquiry or request.  Notification of a summons, complaint or other legal document or pleading, and copies of any documents received, should be provided the Program no later than five (5) days after receipt of the summons, complaint or other legal document or pleading. Notification in either event shall be in writing and shall be furnished to the Program prior to any information being provided to the potential claimant, his investigator, representative, or attorney. The time limits outlined are guidelines to be followed, although there may be excusable reasons why such a guideline cannot be met from time to time. In the event said guidelines are not met on specific Claims, the failure to timely report said Claims may result in a reservation of rights as to coverage for those Claims in the event the position of the Program and defense of the Claims are jeopardized by said delay. Further, continued failure to meet reporting guidelines or to cooperate with defense counsel appointed by the Program may result in denial of coverage and/or denial of payment of any benefits otherwise payable hereunder, regardless of whether such failure results in substantial prejudice to the program. Continual or inexcusable failure to meet reporting guidelines and failure to cooperate with defense counsel appointed by the Program shall also be grounds for termination of a Sheriff from participation in the Program, regardless of whether such failure results in substantial prejudice to the program.

In the event of a Claim occurring likely to involve the assets of the Program, the Covered Member shall not make any payment, assume any liability or incur any expense without the consent of the Program being first obtained.

## VI. INTERPRETATION AND DETERMINATION OF COVERAGE

The Managers shall determine all questions regarding the scope and interpretation of liability coverage, the applicability and interpretation of exclusions, eligibility for coverage, methods of providing or arranging for benefits, and all other related matters.  The Managers shall have full power and authority to construe the provisions of this Agreement and all other documents related to the Program.  Any such determination and any such construction adopted by the Managers shall be binding upon the Fund, the Covered Member, and any third-party beneficiary to this Agreement, provided such determination or construction is not inconsistent with the laws of the State of Florida.