UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

    Plaintiff,

v.                            CASE NO. 1:23-cv-45-AW-HTC

ROBERT B. MCCALLUM JR. and CHASE GREGORY,

    Defendants.
_____/

## DEFENDANT CHASE GREGORY'S NOTICE OF APPEAL

In accordance with Federal Rules of Appellate Procedure 3 and 4, notice is given that Defendant Chase Gregory, individually, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the December 22, 2023, Order [doc.42] denying Defendant Gregory's Motion for Summary Judgment as to Plaintiff's claims for unlawful entry and unlawful seizure under 42 U.S.C. §1983 for alleged violations of his Fourth Amendment rights brought against Defendant Gregory individually (Counts III and IV of Complaint). Defendant Gregory's motion is based on his entitlement to qualified immunity and is based on issues of law, not fact. Accordingly, the district court's order denying said immunity is an immediately appealable interlocutory order. 28 U.S.C. §1291;

and *Mitchell v. Forsyth*, 472 U.S. 511, 530, 105 S.Ct. 2806, 86 L.Ed. 2d 411 (1985).

Respectfully submitted this 2nd day of January 2024.

*/s/ Gwendolyn P. Adkins*



Gwendolyn P. Adkins, (FBN: 0949566)
gadkins@coppinsmonroe.com
jclark@coppinsmonroe.com
kwillis@coppinsmonroe.com

Coppins Monroe, P.A.
2316 Killearn Center Blvd., Suite 202
Tallahassee, FL 32309
Office: 850-422-2420 ׀ Fax: 850-422-2730

ATTORNEYS FOR DEFENDANTS
ROBERT B. MCCALLUM JR. and
CHASE GREGORY

CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(3) and N.D. Florida Local Rule 5.1, this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

*/s/ Gwendolyn Adkins*
Attorney

2