IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**TERRY DUKES, SR.,**

    **Plaintiff,**

v.                                                    Case No. 1:23-cv-45-AW-HTC

**ROBERT McCALLUM, JR., in his
official capacity as Sheriff of Levy
County, et al.,**

    **Defendants.**

_____/

## ORDER FOR EXPEDITED RESPONSE

Defendant Chase Gregory has appealed the court's summary judgment order. ECF No. 44. He now seeks a stay of all proceedings pending resolution of that appeal. ECF No. 45. So that this issue may be resolved promptly, the court directs Plaintiff to file his response to the motion to stay no later than 3:00 p.m. on January 5.

SO ORDERED on January 2, 2024.

                                                  s/ *Allen Winsor*
                                                  United States District Judge