IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**TERRY DUKES, SR.,**

    **Plaintiff,**

v.                                                            Case No. 1:23-cv-45-AW-HTC

**ROBERT McCALLUM, JR., in his
official capacity as Sheriff of Levy
County, et al.,**

    **Defendants.**

_____/

## ORDER STAYING CASE

Defendant Gregory sought a stay pending resolution of his interlocutory appeal. ECF No. 45. Although the stay motion indicated it was opposed, Plaintiff has now responded and indicated his agreement.

The motion (ECF No. 45) is GRANTED. The case is STAYED pending resolution of the appeal. All pretrial obligations are suspended, and the trial and pretrial conference are canceled. '

The motion in limine (ECF No. 43) is DENIED without prejudice. If trial is reset, Plaintiff may renew the motion as to any unresolved issues after a thorough meet-and-confer.

SO ORDERED on January 3, 2024.

                                                     s/ *Allen Winsor*
                                                     United States District Judge