**Instructions for Attorneys completing the electronic version of
the Eleventh Circuit Transcript Information Form**

An electronic version of this form is made available to simplify completion and transmittal. The following instructions and guidance are provided.

1. Access the Transcript Information Form from the forms page of the Northern District of Florida website:
   http://www.flnd.uscourts.gov/forms/eleventh-circuit-transcript-information-form

2. Complete the form electronically using Adobe Acrobat or other PDF editors. The form should be signed using the s/ name convention for electronic signatures.

3. Save the completed form as a PDF document (using the full version of Adobe Acrobat, PDF 995, etc.) or "print" the completed form to a PDF file (using programs which only have PDF print capabilities). *The save option is preferred since it then allows the court reporter to complete their portions electronically.*

4. File the form electronically with the district court **AND** the appeals court using the CM/ECF system. For filing in the district court, from the main CM/ECF menu go to:

   **Civil or Criminal Events; Appeal Documents; Transcript Request Appeal Part I.**

5. Send the previously saved PDF file (from Step 3) as an email attachment to the appropriate official court reporter's email address:

   | Official Court Reporter | Email address |
   |---|---|
   | Boland, Donna | donna_boland@flnd.uscourts.gov |
   | Hague, Megan | megan.a.hague@gmail.com |
   | Magee, Kairisa | kairisa.magee.usfcr@gmail.com |
   | Wycoff, Julie | julieawycoff@gmail.com |
   | Contract Reporters and Retired | via reporter_supervisor@flnd.uscourts.gov |

6. (For CJA Appointed Attorneys). Please remember to create the AUTH-24 for all reporters and your CJA-24 voucher for contract reporters once the AUTH-24 is approved through the eVoucher system at:
   https://evadweb.ev.uscourts.gov/CJA_fln_prod/CJAeVoucher/