# Kelli Malu

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **Sent:** | Friday, January 5, 2024 11:17 AM |
| **To:** | FLNDdb_efile Appeals |
| **Subject:** | 24-10014-B Terry Dukes , Sr. v. Chase Gregory "Civil Appeal Docketed - Notice of Appeal" (1:23-cv-00045-AW-HTC) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was entered on 01/05/2024 at 11:11:34 AM Eastern Standard Time and filed on 01/03/2024

| | |
|---|---|
| **Case Name:** | Terry Dukes , Sr. v. Chase Gregory |
| **Case Number:** | 24-10014 |
| **Document(s):** | 1 |

**Docket Text:**
CIVIL APPEAL DOCKETED. Notice of appeal filed by Appellant Chase Gregory on 01/02/2024. Fee Status: Fee Paid. Awaiting Appellant's Certificate of Interested Persons due on or before 01/19/2024 as to Appellant Chase Gregory. Awaiting Appellee's Certificate of Interested Persons due on or before 02/02/2024 as to Appellee Terry Dukes Sr.

**Notice will be electronically mailed to:**

Gwendolyn Palmer Adkins
Clerk - Northern District of Florida, Clerk of Court
James Murray Slater


The following document(s) are associated with this transaction:
**Document Description:** CIVIL - Notice of Docketing
**Original Filename:** /opt/ACECF/live/forms/MichelleDowdell_2410014_10107286_CIVIL-NoticeofDocketing_443.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=01/03/2024] [FileNumber=10107286-2]
[32a73562d5886c83008f3f88a4805bda849b6ffd56f6fc4b54e2c6f70f139d25fc91583b0b731d7696b2bde2cf86dceee5653bd77fc035ff66662ea93676527c]]
**Recipients:**

- Gwendolyn Palmer Adkins
- Clerk - Northern District of Florida, Clerk of Court
- James Murray Slater

**Document Description:** Civil Appeal Docketed - Notice of Appeal
**Original Filename:** 24-10014 notice of appeal.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=01/03/2024] [FileNumber=10107286-0]
[731ba3ec780f4d063eb98cd8b5388a9d2c0b6115281aefe589dfd4b7e59f7f34eef299b230875ad371686295c2f65c4d5c46a04c2d20a4b08ef240f121490a7b]]

**Document Description:** USDC Order DE# 42
**Original Filename:** 24-10014 usdc order de# 42.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=01/03/2024] [FileNumber=10107286-1]
[02b170e71d5d88953e480816951384ad170dde82cfad84f6471e0404732aefc7ad228548ae01a54f9858c1c5792e3d38507105313fb855f3451cde669a813215]]