IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**TERRY DUKES, SR.,**

    **Plaintiff,**

v.                                                 Case No. 1:23-cv-45-AW-HTC

**ROBERT McCALLUM, JR., in his
official capacity as Sheriff of Levy
County, et al.,**

    **Defendants.**

_____/

## ORDER LIFTING STAY AND SETTING STATUS CONFERENCE

The court previously stayed the case pending appeal. *See* ECF No. 48. The appeal is resolved, and the stay is now LIFTED.

The case is ready for trial. Discovery was completed before the appeal began, and the matter was roughly one month from trial when stayed. The parties must promptly confer regarding a trial date in the first quarter of 2026. The clerk will set a telephonic hearing to address scheduling and case status. The court will set the trial date at that hearing.

SO ORDERED on December 23, 2025.

                                      s/ *Allen Winsor*
                                      Chief United States District Judge