UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

    Plaintiff,

v.

CHASE GREGORY,

    Defendant.

Case No. 1:23-cv-45-AW-HTC

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(K), Plaintiff Terry Dukes, Sr. requests oral argument on his motion for reconsideration of the denial of his motion for partial summary judgment on liability for unlawful entry under the Fourth Amendment. Oral argument would be helpful to resolve the matters raised in the motion and Mr. Dukes would request no more than an hour for argument, if permitted.

Dated: December 28, 2025.

                Respectfully submitted,

                */s/ James M. Slater*
                James M. Slater (FBN 111779)
                Slater Legal PLLC
                2296 Henderson Mill Rd NE #116
                Atlanta, Georgia 30345
                james@slater.legal
                Tel. (404) 458-7283

                *Attorneys for Plaintiff Terry Dukes, Sr.*