# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10014
_____

TERRY DUKES, SR.,

*Plaintiff-Appellee,*

*versus*

SHERIFF OF LEVY COUNTY, FLORIDA, et al.,

*Defendants,*

CHASE GREGORY,
  Corporal, in his individual capacity,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 1:23-cv-00045-AW-HTC
_____

2            Order of the Court            24-10014

Before WILLIAM PRYOR, Chief Judge, and LUCK and BRASHER, Circuit Judges.

BY THE COURT:

"Appellee's Motion to Transfer Consideration of Attorney's Fees to District Court" is GRANTED. Consideration of whether Appellee is entitled to appellate attorney's fees and the amount of appellate attorney's fees to which Appellee is entitled, if any, is TRANSFERRED to the district court. *See* 11th Cir. R. 39-2(d).