Start: 1:32 p.m.
Stop: 1:58 p.m.

## UNITED STATES DISTRICT COURT
## CIVIL MINUTES - GENERAL

Case No:   1:23-cv-45-AW                                  Date: 01-28-2026
Title:

---

DOCKET ENTRY:     Telephonic Status and Scheduling Conference

---

PRESENT:   Honorable ALLEN C WINSOR, Chief District Judge

| TiAnn Stark | Dawn Savino (USDC-FLND) |
|---|---|
| Deputy Clerk | Court Reporter |
| James Slater | Scott Seagle |
| Attorney for Plaintiff(s) | Attorneys for Defendant(s) |

---

PROCEEDINGS:

**1:32 p.m.**   **Court called to order**

Possible trial dates discussed - CRD to send parties dates that are available on the court calendar and parties will determine which date works best for all - trial expected to last four days

Experts discussed

Mr. Seagle to file a Notice of Appearance, and will be second chair to Ms. Adkins

Court to issues order on Court 4 pursuant to the appellate court's ruling

Parties agree on single claim to move forward to trial

Location of trial discussed

Written order to follow

**1:58 p.m.**   **Court adjourned**