# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**TERRY DUKES, SR.,**

    **Plaintiff,**

v.                                                     Case No. 1:23-cv-45-AW-HTC

**ROBERT McCALLUM, JR., in his official capacity as Sheriff of Levy County, et al.,**

    **Defendants.**

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

As stated on the record during today's telephonic hearing, the motion for reconsideration (ECF No. 56) is DENIED. I incorporate the oral ruling into this order.

SO ORDERED on January 28, 2026.

                                          s/ *Allen Winsor*
                                          Chief United States District Judge