IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**TERRY DUKES, SR.,**

    **Plaintiff,**

v.                                                          Case No. 1:23-cv-45-AW-HTC

**ROBERT McCALLUM, JR., in his
official capacity as Sheriff of Levy
County, et al.,**

    **Defendants.**

_____/

## ORDER DISMISSING COUNT IV

As stated on the record during today's telephonic hearing, and consistent with the Eleventh Circuit's mandate, the court now dismisses Count IV on the ground that it fails as a matter of law.

SO ORDERED on January 28, 2026.

                                             s/ *Allen Winsor*
                                             Chief United States District Judge