UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

     Plaintiff,

v.                                                                      Case No. 1:23-cv-45-AW-HTC

CHASE GREGORY,

     Defendant.

**PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF PAUL J. KILEY**

Deputy Gregory's opposition concedes that several of Kiley's opinions are irrelevant,[1] but argues primarily that he has an appropriate methodology, sister courts have denied *Daubert* motions under a similar lens, and his opinions on what the officers knew and whether it was reasonable for Deputy Gregory to understand the opening of the door as an invitation are sound. Mr. Dukes seeks leave to file a limited reply addressing (1) Kiley's lack of reliable methodology and (2) that the authority on which Deputy Gregory relies [ECF No. 67 at 11], actually stands for the proposition that Kiley's opinions on consent must be excluded.

---

[1] Deputy Gregory concedes that "there may be some opinions expressed in Kiley's report which will not be relevant given the elimination of some claims" [ECF No. 67 at 9], but he does not specifically address which of the thirteen opinions this concession applies to.

WHEREFORE, Plaintiff Terry Dukes, Sr. requests that the Court permit him to file a reply addressing the two above issues.

Dated: March 20, 2026.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
james@slater.legal
Tel. (404) 458-7283

*Attorneys for Plaintiff Terry Dukes, Sr.*

## Certification Pursuant to L.R. 7.1(B)

Pursuant to Local Rule 7.1(B), I hereby certify that I have conferred with counsel for Defendant Deputy Gregory on the relief requested herein. Deputy Gregory opposes this motion.

By: */s/ James M. Slater*
James M. Slater

## Certification Pursuant to L.R. 7.1(F)

Pursuant to Local Rule 7.1(F), I hereby certify that the above document contains fewer than 400 words, inclusive of headings, footnotes, and quotations, but exclusive of the case style, signature block and certificates.

By: */s/ James M. Slater*
James M. Slater