IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

     Plaintiff,

v.                                                          Case No. 1:23-cv-45-AW-HTC

ROBERT McCALLUM, JR., in his
official capacity as Sheriff of Levy
County, et al.,

     Defendants.

_____/

## ORDER DENYING MOTION FOR LEAVE TO REPLY

Plaintiff's motion for leave to file a reply (ECF No. 68) is DENIED.

SO ORDERED on March 23, 2026.

          s/ *Allen Winsor*
          Chief United States District Judge