UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

    Plaintiff,

v.                            CASE NO.: 1:23-cv-45-AW-HTC

ROBERT B. McCALLUM, JR.,
and CHASE GREGORY, individually,

    Defendants.

_____/

## NOTICE OF ADDITIONAL COUNSEL DESIGNATION

    Pursuant to Local Rule 2.02(a), Scott J. Seagle, of Coppins Monroe, P.A., hereby gives notice as Additional Counsel in the above-style action on behalf of Defendant, CHASE GREGORY. All notices given or required to be given in this case and all papers served or required to be served in this case shall be given and served upon the undersigned.

    Respectfully submitted this 31st day of March 2026.

               /s/   Scott J. Seagle
_____



               Gwendolyn P. Adkins, Esq.
               (FBN: 949566)
               Scott J. Seagle, Esq.
               (FBN: 57158)
               gadkins@coppinsmonroe.com
               sseagle@coppinsmonroe.com
               kflemming@coppinsmonroe.com
               kwillis@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Blvd., Suite 202
Tallahassee, FL 32309
Office: 850-422-2420   Fax: 850-422-2730
ATTORNEYS FOR DEFENDANT,
CHASE GREGORY, individually

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), this document is being filed electronically with the court's electronic-filing system and service shall be through the Court's transmission facilities on all registered users.

/s/   Scott J. Seagle
Attorney

2