IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

     Plaintiff,

v.                                  CASE NO. 1:23-cv-45-AW-HTC

ROBERT B. MCCALLUM JR., et al.,

     Defendants.

_____/

## <u>UNOPPOSED MOTION FOR LEAVE FOR REMOTE APPEARANCE AT PRETRIAL CONFERENCE BY DEFENSE COUNSEL GWENDOLYN P. ADKINS</u>

Pursuant to N.D. Fla. Loc. R. 7.1, the undersigned counsel Gwendolyn P. Adkins moves this Court for permission to attend the Pretrial Conference scheduled for May 26, 2026, telephonically or via web conference as the Court prefers. As grounds therefor, counsel states:

1.     This case is scheduled for trial on June 8, 2026. [Docs.65, 70]. Pretrial was recently scheduled for May 26, 2026. [Doc.70].

2.     Before the Pretrial Conference was scheduled, counsel for Defendant Gregory planned vacation which included time out of the office and unavailability on May 26, 2026.

3.     In order to proceed with the planned time away, counsel respectfully requests leave of Court to attend the scheduled Pretrial Conference via telephone or via web

conference as the Court prefers. She will be prepared to attend and fully participate in the Pretrial Conference.

4.    Co-defense counsel Scott Seagle is available and will attend the Pretrial Conference in person.

5.    The undersigned recognizes the importance of the Pretrial Conference and means no disrespect to this Court or to opposing counsel by making this request.

**WHEREFORE**, Defense Counsel Gwendolyn P. Adkins respectfully requests leave of Court to attend the scheduled Pretrial Conference telephonically or via web conference.

**MEMORANDUM OF LAW**

Pursuant to N.D. Fla. Loc. R. 7.1(G), no memorandum of law is required. The relief requested is within the inherent authority of this Court.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)**

The undersigned counsel has conferred with Plaintiff's counsel electronically and Plaintiff consents to the relief requested herein.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)**

The undersigned certifies that the Memorandum of Law complies with Local Rule 7.1(F) because it contains only 402 words.

2

Respectfully submitted this 31st day of March 2026.

> *s/ Gwendolyn P. Adkins*
> Gwendolyn P. Adkins, FBN No: 0949566
> Scott J. Seagle, FBN No: 57158
> COPPINS MONROE, P.A.
> 2316 Killearn Center Blvd., Suite 202
> Tallahassee, FL 32309
> (850) 422-2420
> (850) 422-2730 (fax)
> gadkins@coppinsmonroe.com
> sjseagle@coppinsmonroe.com
> kwillis@coppinsmonroe.com
> kflemming@coppinsmonroe.com
> COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(3) and N.D. Florida Local Rule 5.1, this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

> *s/ Gwendolyn P. Adkins*