**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**TERRY DUKES, SR.,**

     **Plaintiff,**

**v.**                                                                                     **Case No. 1:23-cv-45-AW-HTC**

**ROBERT McCALLUM, JR., in his
official capacity as Sheriff of Levy
County, et al.,**

     **Defendants.**

_____/

## ORDER ALLOWING REMOTE APPEARANCE
## OF GWENDOLYN ADKINS

The unopposed motion to allow Gwendolyn Adkins to appear remotely at the

pretrial conference (ECF No. 72) is GRANTED. The clerk will arrange a telephonic

connection for Ms. Adkins. The hearing will otherwise be in person.

SO ORDERED on April 6, 2026.

                    s/ *Allen Winsor*_____
                    Chief United States District Judge