UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

     Plaintiff,

v.

DEPUTY CHASE GREGORY,

     Defendant.

Case No. 1:23-cv-45-AW-HTC

## PLAINTIFF'S EXHIBIT LIST

| Presiding Judge:<br>Allen Winsor | Plaintiff's attorney:<br>James M. Slater<br>Joshua M. Tarjan | Defendant's Attorneys:<br>Gwendolyn P. Adkins<br>Scott J. Seagle |
|---|---|---|
| Trial Date(s)<br>June 8, 2026 | Court Reporter | Courtroom Deputy |
| | | |

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Document | Def.'s Objection(s)[1] |
|---|---|---|---|---|---|---|
| 1 | | | | | Composite scene photographs taken by LCSO | |
| 2 | | | | | Composite photographs of home exterior and interior | |
| 3 | | | | | Dukes tax and wage records | |
| 4 | | | | | Dukes Social Security benefits letter and earnings record | |
| 5 | | | | | Gregory Taser log | |

[1] Objection Code

    A – Authenticity         P – Privileged
    H – Hearsay           R – Relevancy
    I – Contains inadmissible matter    UP – Unduly prejudicial

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Document | Def.'s Objection(s)[1] |
|---|---|---|---|---|---|---|
| 6 | | | | | Gregory Taser pulse graph | |
| 7 | | | | | Gregory August 13, 2019 recorded sworn statement to LCSO (and transcript) | |
| 8 | | | | | Gregory insurance declarations and policy (if Gregory is permitted to testify about financial condition) | R, UP |
| 9 | | | | | Shands Hospital medical records | R, H (portions thereof) |
| 10 | | | | | Meridian Behavioral records | R, H (portions thereof) |
| 11 | | | | | North Florida Regional Medical Center records | R, H (portions thereof) |
| | | | | | All exhibits identified by Defendant | |
| | | | | | Deposition transcripts for all individuals and entities/agencies deposed in this case | |

Dated: May 18, 2026.

Respectfully submitted,

/s/ James M. Slater
James M. Slater (FBN 111779)
SLATER LEGAL PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

Joshua Tarjan (FBN 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747
(323) 243-3186 (cell)
(786) 842-4430 (fax)
josh@tarjanlawfirm.com

*Attorneys for Plaintiff*