UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

    Plaintiff,

v.                                                    CASE NO. 1:23-cv-45-AW/HTC

CHASE GREGORY,

    Defendant.

_____/

## DEFENDANT'S EXHIBIT LIST FOR TRIAL

    Defendant CHASE GREGORY hereby identifies the following witnesses

that may be called to testify in the trial of this case:

| No. | BS No. | Offered | Marked | Admitted | Description | Obj. /Stip.[1] |
|---|---|---|---|---|---|---|
| 1. | n/a | | | | Transcript of Sworn Recorded Interview of Plaintiff | I, R (as to any nonquestion statements by Lt. Tummond and any background re IA investigation) |
| 2. | 16-20 | | | | Written Complaint by Plaintiff | |

---

[1] Objection Code

        A – Authenticity           P – Privileged
        H – Hearsay                R – Relevancy
        I – Contains inadmissible matter    UP – Unduly prejudicial

| | | | | | | |
|---|---|---|---|---|---|---|
| 3. | 2894-2900 | | | | Plaintiff's Social Security Benefits Statement | |
| 4. | 5988-6972 | | | | Plaintiff's Social Security Disability Records | H, R |
| 5. | 2932-2942 | | | | Color Photographs of Scene and Plaintiff | |
| 6. | 446 | | | | Photograph of Terry Dukes, Jr. | R, UP |
| 7. | 447 | | | | Photograph of Terry Dukes, Jr. | R, UP |
| 8. | 448-449 | | | | Photographs of Chase Gregory | |
| 9. | 1783-1784 | | | | Plaintiff's 2019 W2 and Tax Return | |
| 10. | 1785-1793 | | | | Plaintiff's Earning History (Levy County) | |
| 11. | 1794-1932 | | | | Plaintiff's Personnel File (Levy County) | H, R |
| 12. | 1933-1975 | | | | Plaintiff's Retirement Records (Levy County) | H |
| 13. | 1752-1782 | | | | Plaintiff's Electrical Account History | |
| 14. | 1976-2009 | | | | Plaintiff's Medical Records (Meridian Behavioral Healthcare) | H |
| 15. | 4728-4868 | | | | Plaintiff's Medical Records | H |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | (Palms Medical Group) | |
| 16. | 3759-4727 | | | | Plaintiff's Medical Records (Chiefland Medical Center) | H |
| 17. | 2010-2347 | | | | Plaintiff's Medical Records (NFRMC) | H |
| 18. | 5165-5997 | | | | Plaintiff's Medical Records (NFRMC) (2) | H |
| 19. | 2348-2413 / 6988-7230 | | | | Plaintiff's Medical Records (Shands) | H |
| 20. | 5012-5164 | | | | Plaintiff's Medical Bills from N. Fla. Reg. Med. Ctr. | R |
| 21. | 3662-3758 | | | | Plaintiff's Medical Records and Bills from Levy County Dep't Public Safety | R |
| 22. | 2892-2893 | | | | Taser Pulse Log Graph | |
| 23. | 2871-2891 | | | | Taser Log – Serial No. X12008PKD | |
| 24. | 540-543; 2483-2495; 588, | | | | Chase Gregory Training History & Records | R, H |
| 25. | 3657-3661 | | | | Chase Gregory Training Records (Search and Seizure) | R, H |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| **26.** | 2468-2482 | | | | Chase Gregory DMS History (Policy Review) | R, H |
| **27.** | 2927 | | | | "No Information" | |
| **28.** | 2930-2931 | | | | LCSO – 911 Dispatch Log | R, H |
| **29.** | 3644-3647 | | | | Incident Report No. 202008002819 | H |
| **30.** | 3648-3651 | | | | Incident Report No. 202011003938 | R, H |
| **31.** | 3291 | | | | Email summary of facts re: Incident Report No. 202011003938 | R, H, UP |
| **32.** | 392-393 | | | | Subject Resistance Report with Diagram of Injury | R, H, I, UP |
| **33.** | 408-417 | | | | CAD Detail Report | R, H, UP |
| **34.** | 3235-3251 | | | | CAD Logs | R, H, UP |
| **n/a** | Any exhibit which subsequently becomes known and information with regard to which is disclosed to Plaintiff within a reasonable time before trial. | | | | | |
| **n/a** | Deposition transcripts for all persons deposed in this case and any exhibit appended thereto to the extent not separately disclosed above and permitted under the Federal Rules of Civil Procedure. | | | | | |
| **n/a** | Visual aids used to explain anticipated testimony. | | | | | |

Respectfully submitted this 18th day of May 2026.

*/s/ Gwendolyn P. Adkins*

 Gwendolyn P. Adkins, FBN: 0949566
Scott J. Seagle, (FBN: 57158)
sjseagle@coppinsmonroe.com
kflemming@coppinsmonroe.com
kwillis@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Blvd., Suite 202
Tallahassee, FL 32309
Office: 850-422-2420   Fax: 850-422-2730

ATTORNEYS FOR DEFENDANT
DEPUTY CHASE GREGORY

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Federal Rule of Civil Procedure 5(b) and N.D. Florida Local Rule 5.1, this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

*/s/ Gwendolyn P. Adkins*
Attorney

5