UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

|  |  |
|---|---|
| TERRY DUKES, SR.,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUTY CHASE GREGORY,<br><br>    Defendant. | Case No. 1:23-cv-45-AW-HTC |

## PLAINTIFF'S WITNESS LIST

| Witness | Defense Objections[1] |
|---|---|
| 1.  Terry Dukes, Sr. | |
| 2.  Jerry Mongo | R, H |
| 3.  Alvin Robinson | R, H |
| 4.  Chase Gregory | |
| 5.  Tucker Gaffey | |
| 6.  Franco Almeida | |
| 7.  Blake Murphy | |
| 8.  Delvena Thomas **(expert)** | R, H<br>And as per Defendant's Motion in Limine |
| 9.  Tessy Korah (**treater/ expert**) | R, H |

---

[1] Objection Code

|  |  |
|---|---|
| A – Authenticity | P – Privileged |
| H – Hearsay | R – Relevancy |
| I – Contains inadmissible matter | UP – Unduly prejudicial |

| | And as per Defendant's Motion in Limine |
|---|---|
| 10. Pamela L. Smith (**treater/expert**) | R, H<br>And as per Defendant's Motion in Limine |
| 11. Kristi Kirby (**expert**) | R, H<br>And as per Defendant's Motion in Limine |
| 12. Records Custodian,<br>    UF Health Shands | |
| 13. Records Custodian, Meridian Behavioral Health | |
| Any and all witnesses identified by Defendant on his witness list. | |
| Any and all witnesses who may be offered solely for purposes of impeachment or rebuttal. | |

Dated: May 18, 2026.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
SLATER LEGAL PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

Joshua Tarjan (FBN 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747
(323) 243-3186 (cell)
(786) 842-4430 (fax)
josh@tarjanlawfirm.com
*Attorneys for Plaintiff*