UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

    Plaintiff,

v.                               CASE NO. 1:23-cv-45-AW/HTC

CHASE GREGORY,

    Defendant.

_____/

## DEFENDANT'S WITNESS LIST FOR TRIAL

Defendant CHASE GREGORY hereby identifies the following witnesses

that may be called to testify in the trial of this case:

| | Witness | Plaintiff's Objections[1] |
|---|---|---|
| 1. | Terry Dukes, Sr. (Plaintiff) c/o Plaintiff's counsel | |
| 2. | Deputy Chase Gregory (Defendant) c/o Defendant's counsel | |
| 3. | Corporal Franco Almeida Levy County Sheriff's Office | |
| 4. | Detective Blake Murphy Levy County Sheriff's Office | |
| 5. | Corporal Tucker Gaffey | |

---

[1] Objection Code

    A – Authenticity             P – Privileged
    H – Hearsay                R – Relevancy
    I – Contains inadmissible matter    UP – Unduly prejudicial

| | Witness | Plaintiff's Objections[1] |
|---|---|---|
| | Levy County Sheriff's Office | |
| 6. | Lieutenant Scott Tummond<br>Levy County Sheriff's Office | R, H, I |
| 7. | Robert O. Beauchamp (Chief Deputy)<br>Levy County Sheriff's Office | R, H, I |
| 8. | Detective Mike Wilkinson<br>Levy County Sheriff's Office | R, H |
| 9. | Benny Jerrels (Plaintiff's Supervisor) | |
| 10. | Mark Fowler (Paramedic)<br>Levy County Department of Public Safety | |
| 11. | Sergeant Kevin Kinik<br>Levy County Sheriff's Office | R, H |
| 12. | Corporal Adam Hiers<br>Levy County Sheriff's Office | R, H |
| 13. | Sergeant Daniel Ritter<br>Levy County Sheriff's Office | R, H |
| 14. | Deputy Jeff Henry<br>Levy County Sheriff's Office | R, H |
| 15. | Shaquanda Sheffield | R, UP |
| 16. | All witnesses listed by Plaintiff, unless objected to by Defendant. | |
| 17. | Records custodians for exhibits listed on Exhibit Lists filed by the parties | |

| | **Witness** | **Plaintiff's Objections**[1] |
|---|---|---|
| 18. | Impeachment and Rebuttal witnesses, as may be necessary, including but not limited to Plaintiff's treating physicians. | |

Respectfully submitted this __18___ day of May 2026.



/s/ Gwendolyn P. Adkins



Gwendolyn P. Adkins, FBN: 0949566
Scott J. Seagle, (FBN: 57158)
sjseagle@coppinsmonroe.com
kflemming@coppinsmonroe.com
kwillis@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Blvd., Suite 202
Tallahassee, FL 32309
Office: 850-422-2420    Fax: 850-422-2730

ATTORNEYS FOR DEFENDANT
DEPUTY CHASE GREGORY

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b) and N.D. Florida Local Rule 5.1, this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

/s/ Gwendolyn P. Adkins
Attorney