UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

     Plaintiff,

v.

DEPUTY CHASE GREGORY,

     Defendant.

Case No. 1:23-cv-45-AW-HTC

## PLAINTIFF'S NOTICE OF FILING PROPOSED VERDICT FORM

Because the parties could not agree on the appropriate verdict form for this case, Plaintiff Terry Dukes, Sr. submits the following verdict form, which is the Model Special Interrogatories – 42 U.S.C. § 1983 Claims (Appendix A), modified to reflect that Deputy Gregory bears the burden of proof to demonstrate that his entry into the home was justified by consent. *See Fuqua v. Turner*, 996 F.3d 1140, 1151 (11th Cir. 2021) (citing *McClish v. Nugent*, 483 F.3d 1231, 1241 (11th Cir. 2007), *Bashir v. Rockdale County, Ga*, 445 F.3d 1323, 1328 (11th Cir. 2006)).

Dated: May 18, 2026.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
SLATER LEGAL PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345

Tel. (404) 458-7283
james@slater.legal

Joshua Tarjan (FBN 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747
(786) 842-4430 (fax)
josh@tarjanlawfirm.com

*Attorneys for Plaintiff*

2

# APPENDIX A

# CIVIL RIGHTS – SPECIAL INTERROGATORIES – 42 U.S.C. § 1983 CLAIMS

### SPECIAL INTERROGATORIES TO THE JURY

**Do you find from a preponderance of the evidence:**

1. That [name of plaintiff]Deputy Chase Gregory has proved [insert plaintiff's claim]that his entry into Terry Dukes, Sr.'s home was justified by consent?

Answer Yes or No        _____

If your answer is "NoYes," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "NoYes," go to the next question.

2. That Terry Dukes, Sr.[name of plaintiff] should be awarded compensatory damages against [name of defendant]Deputy Chase Gregory?

Answer Yes or No        _____

If your answer is "Yes," in what amount?    $_____

[3. That punitive damages should be assessed against [name of individual defendant]Deputy Chase Gregory?

Answer Yes or No        _____

If your answer is "Yes," in what amount?    $_____]

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: _____