UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

     Plaintiff,

v.                                                    Case No. 1:23-cv-45-AW-HTC

DEPUTY CHASE GREGORY,

     Defendant.

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

Plaintiff Terry Dukes, Sr. requests that the Court include the following questions in its examination of prospective jurors.

### Introduction

1.     Before I begin, let me tell you a little bit about the case. This is a case involving Terry Dukes, Sr., who is suing Chase Gregory, a police officer with the Levy County Sheriff's Office. Mr. Dukes claims that in May 2019, Deputy Gregory unlawfully entered his home without a warrant, exigency, or consent, causing damages. Deputy Gregory denies that he unlawfully entered Mr. Dukes' home.

2.     Have you heard anything about this case, in the newspaper, on the radio, on the Internet, on television, or from others?

    a.  How did you hear about the case? (e.g., a friend, the newspaper, television).  What did you hear/read/see?

    b.  Based on anything that you have read, seen, or heard, have you formed any opinions about the investigation, the case, the claims, or the defendant, that might make it difficult for you to be a fair and impartial juror in this case?

3.    Do any of you feel, for any reason, that you could not view fairly and impartially a case involving the claims such as I have described?

**General Questions**

4.    The trial is expected to last approximately one week.  The Court expects that the court day will last from about [Daily Start and Finish Time]. Do you have any commitments that would interfere with your serving as a juror at a trial that is expected to last that long?

5.    Do you have a problem with your hearing or vision that would prevent you from giving attention to all the evidence at this trial?

6.    Do you have any difficulty in understanding or reading English?

7.    Do you have any other medical problems that might interfere with your service as a juror in this case?

8.     If you believe there is an issue that should be addressed privately, outside the presence of the other jurors, please let me know, and we can arrange to speak with you separately.

## The Parties

9.     As I noted before, the Plaintiff in this case is Terry Dukes, Sr.  Do any of you know, or have you had any dealings, directly or indirectly, with Mr. Dukes or any relative or friend of his?

10.     Mr. Dukes is represented today by James Slater of Slater Legal PLLC and Joshua Tarjan of The Tarjan Law Firm P.A. Do any of you know or have you had any dealings with these attorneys, or any individuals in their offices?

11.     The Defendant is Chase Gregory. Do any of you know, or have you had any dealings, directly or indirectly, with him or any of his relatives or friends?

12.     Chase Gregory is employed by the Levy County Sheriff's Office. Do any of you know, or have you had any dealings, directly or indirectly, with that sheriff's office or any of its employees or staff?

13.     Deputy Gregory is represented by Gwendolyn Adkins and Scott Seagle of Coppins Monroe, P.A. Do any of you know or have you had any dealings with these attorneys, or any individuals in their office?

## **Case-Specific Questions**

14.    As I already noted, Deputy Gregory was employed by the Levy County Sheriff's Office.

     a.  Are any of you employed by the Levy County Sheriff's Office?

     b.  Do any of you know anyone employed by the Levy County Sheriff's Office?

15.    Have you, any member of your family, or any close friend ever been employed by any law enforcement agency—federal, state, or local?  Would your dealings with this person would affect your ability to render a fair and impartial verdict here?

16.    Do you have any beliefs or opinions about personal injury or civil rights lawsuits?

17.    You will hear testimony from civilians, like Mr. Dukes, and law enforcement personnel, like Deputy Gregory. Would you be more inclined to believe the testimony of a police officer over that of an ordinary person solely based on their status—one being an officer, the other not?

18.    This case involves a lawsuit against a law enforcement officer. Do any of you have strong feelings, positive or negative, about lawsuits brought against police officers?

19.    Do you have any strong feelings about law enforcement in our country that would make it difficult for you to be impartial in this case?

20.    Do any of you believe that even if an officer acted improperly, he or she should not be held legally responsible?

21.    Do any of you have strong opinions about awarding money damages in cases involving law enforcement?

22.    Do any of you have concerns about taxpayer-funded compensation in such cases that would affect your ability to be fair?

23.    This case involves legal principles concerning entry into a home. Do you have any strong opinions about when law enforcement should be allowed to enter a person's home?

### **Medical, Mental Health, Benefits**

24.    Have you ever had any training or experience in the medical field that would make you familiar with physical injuries or mental health disorders?

25.    Do you have any medical issues or mental health issues that would affect your ability to render a fair and impartial verdict here?

26.    Do you have any family members or close friends with medical or mental health issues, where your dealings such person would affect your ability to render a fair and impartial verdict here?

27.     Do you have any prior-held notions or beliefs about people with mental health disorders?

28.     Do you have any beliefs or experiences that might make it difficult for you to judge the credibility of someone with a mental health disorder?

29.     Do you tend to believe that people with mental health disorders are less credible than people without mental health disorders?

30.     Do any of you believe that emotional or psychological injuries are not as real or not as serious as physical injuries?

31.     There may be evidence that the plaintiff receives government disability benefits. Do any of you have strong opinions about individuals who receive government benefits?

32.     Do any of you believe that money damages should not be awarded for violations of legal rights or for emotional harm?

### **Other Factors**

33.     Do you believe that law enforcement officers should follow rules? If not, why?

34.     Do you believe law enforcement never violate civilians' rights?

35.     This case involves individuals of different racial backgrounds. Do any of you believe that race might affect your ability to be fair and impartial in evaluating the evidence?

36.     Is there any personal experience that might make it difficult for you to be fair in this case?

37.     Do any of you have religious or moral beliefs that would make it difficult for you to sit in judgment of another person's conduct in a legal case?

### Burden of Proof

38.     This is a civil case. The standard of proof is preponderance of the evidence, meaning more likely true than not true. Do any of you believe that a higher standard—such as proof beyond a reasonable doubt—should apply here?

39.     Would anyone require a higher level of certainty before finding in favor of a party in this case?

### Jury Service/Experience as Witness or Litigant

40.     Have you ever served as a juror in either the state or federal courts?

    a.  If so, when and in what court did you serve?

    b.  What type of case?

    c.  Was there anything about that experience that would impact your ability to sit as a fair and impartial juror in this case?

41.     Have you ever been a witness in a lawsuit, whether in state or federal court?

42.     Have you ever been involved in a lawsuit before, whether as a plaintiff or defendant?

a. If so, what type of case?

a. Was there anything about that experience that would impact your ability to sit as a fair and impartial juror in this case?

43. Is there anything we have not asked, but you believe is important for us to know or that might make you unsuitable to serve as a juror on this case?

## **Conclusion**

44. In these questions, I have tried to direct your attention to possible reasons why you might not be able to sit as a fair and impartial juror. Apart from any prior question, does any juror have the slightest doubt in his or her mind, for any reason whatsoever, that he or she will be able to serve conscientiously, fairly and impartially in this case, and to render a true and just verdict without fear, favor, sympathy, bias, or prejudice—and according to the law as it will be explained to you?

Dated: May 18, 2026.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

8

/s/ Joshua Tarjan
Joshua Tarjan (FBN 107092)
The Tarjan Law Firm P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
josh@tarjanlawfirm.com
Tel. (305) 423-8747

*Attorneys for Plaintiff*

9