# Exhibit 3

# Kristi Kirby Disclosures

EXHIBIT A



# Mulder & Kirby
### ECONOMISTS, INC.

**BRENDA B. MULDER, MBA**

**KRISTI S. KIRBY, MBA, M.Ed.**

**13907 N. DALE MABRY HWY.**
**STE. 204**
**TAMPA, FLORIDA 33618**
**(813) 269-9000**

# ANALYSIS OF ECONOMIC DAMAGES

### RE: TERRY DUKES, SR.

### DATE OF REPORT:
August 15, 2023

### PREPARED FOR:
James M. Slater, Esquire

Slater Legal PLLC

PO Box 522

Tallahassee, Florida 32302

Mulder & Kirby Economists, Inc.

EXHIBIT A

**ANALYSIS OF ECONOMIC DAMAGES**
January 31, 2024
(Trial Date)

**PERSONAL PROFILE**

| | |
|---|---|
| **NAME:** | Terry Dukes, Sr. |
| **GENDER:** | Male |
| **DATE OF BIRTH:** | ███████████ |
| **DATE OF INJURY:** | May 25, 2019 |
| **AGE AT THE TIME OF INJURY:** | 59.0 years (as of 5/25/19) |
| **CURRENT AGE:** | 63.7 years (as of 1/31/24) |

**SOCIAL HISTORY**

Mr. Dukes is divorced.  He has three adult children.  Mr. Dukes is a resident of Bronson, Florida.

**EDUCATION HISTORY**

Mr. Dukes graduated from Bronson High School in 1978. He then attended Santa Fe Community College for 1 year but did not graduate.

## EXHIBIT A

### EMPLOYMENT HISTORY

At the time of injury, Mr. Dukes was employed by Levy County Solid Waste Department as an Equipment Operator I.  Mr. Dukes was employed by Levy County Solid Waste Department from July 17, 1995 until May 28, 2021, when he retired.

At the time of his retirement, Mr. Dukes had completed 25 years and 10 months of service as a full-time employee with Levy County Solid Waste Department and was earning $19.55 per hour. Prior to his injury, Mr. Dukes planned to retire upon reaching 30 years of service.

Per the Collective Bargaining Agreement effective October 1, 2019 through September 30, 2022, Mr. Dukes hourly rate would have received a $1,000 increase in his base pay effective October 1, 2021 through September 30, 2022. This yields an hourly rate of $20.03 per hour.

Additionally, per the Memorandum of Understanding signed in 2022 and effective as of May 21, 2022, Mr. Dukes would have received $2.50 added to his hourly rate, plus an additional 5% multiplier. This would have raised Mr. Dukes hourly pay rate to $23.66, effective May 21, 2022.

At the time this report was authored, the Collective Bargaining Agreement between Levy County Board of Commissioners and Northeast Florida Public Employees Local 630 that extends beyond September 30, 2022, was not available.

### EARNINGS HISTORY

| YEAR | EARNINGS | DESCRIPTION | SOURCE |
|---|---|---|---|
| 2022-2023 | $0 | Retired | File Documents |
| 2021 *DOR: 5.28.21* | $22,482 | Levy County Commissioners | SS Earnings History |
| 2020 | $39,887 | Levy County Commissioners | SS Earnings History |
| 2019 *DOI: 5.25.19* | $41,087.68 | Levy County Commissioners | W-2 |
| 2018 | $38,215 | Levy County Commissioners | SS Earnings History |
| 2017 | $36,018 | Levy County Commissioners | SS Earnings History |
| 2016 | $35,160 | Levy County Commissioners | SS Earnings History |

EXHIBIT A

**ECONOMIC DAMAGES TO DATE:**

**Time Period from**
**Date of Injury to Present:**    May 25, 2019 to January 31, 2024: 4.7 years

**LOSS OF INCOME/EARNING CAPACITY:**

The calculations are based on Mr. Dukes' hourly earnings of $19.55 at the time of his retirement. This yields full-time annual earnings of **$40,664** per year. Growth in this amount is calculated commensurate with the Collective Bargaining Agreement and Memorandum of Understanding, as outlined on page 3 of this report. A three percent increase in Mr. Dukes hourly rate is applied effective October 1, 2023.[1]  No value for fringe benefits earned through employment opportunities is included in the analysis of total compensation at this time. This is calculated from May 29, 2021 through January 31, 2024, or a 2.7 year time period.

| Time Period | Hourly Rate | Projected Earnings | Actual Earnings | Loss |
|---|---|---|---|---|
| 2021<br>*May 29, 2021 to September 30, 2021: 0.3 years* | $19.55 | $12,199 | $0 | $12,199 |
| 2021/2022<br>*October 1, 2021 to May 21, 2022: 0.7 years* | $20.03 | $29,164 | $0 | $29,164 |
| 2022/2023<br>*May 22, 2022 to September 30, 2023:  21, 2022: 1.4 years* | $23.66 | $68,898 | $0 | $68,898 |
| 2023/2024<br>*October 1, 2023 to January 31, 2024: 0.3 years* | $24.37[1] | $15,207 | $0 | $15,207 |
| **TOTAL PAST LOSS OF INCOME/EARNING CAPACITY:** | | | | **$125,468** |

**Loss is:**      **$125,468**[1]

**TOTAL OF PAST MEDICAL EXPENSES:**

The amount of the past medical expenses is not currently included.

**Loss is:**      **Not Currently Included**

**TOTAL ECONOMIC DAMAGES TO DATE:**      **$125,468**

## EXHIBIT A

### FUTURE ECONOMIC DAMAGES:

#### Time Period of Future Economic Damages

Mr. Dukes' Work Life to 30 Years of Service:    1.5 years (from 1/31/24 to 7/17/25)
Mr. Dukes' Life Expectancy:    15.4 years (2020 Data – B. Males)

#### FUTURE LOSS OF EARNING CAPACITY:

The calculations are based on Mr. Dukes' hourly earnings of $19.55 at the time of his retirement. This yields full-time annual earnings of **$40,664** per year. Growth in this amount is calculated commensurate with the Collective Bargaining Agreement and Memorandum of Understanding, as outlined on page 3 of this report. A three percent increase in Mr. Dukes hourly rate is applied effective October 1, 2023.[1] This yields hourly earnings of $24.37 per hour, or **$50,690** per year. No value for fringe benefits earned through employment opportunities is included in the analysis of total compensation at this time.

**Present Value to 30 Years of Service[1]:**    **$74,178**    to    **$75,096**
*(Calculated from January 31, 2024 through July 17, 2025: 1.5 years)*

#### LOSS OF FRS RETIREMENT CALCULATIONS:

This element of damages is not currently included.

**Loss is:**    **Not Currently Included[1]**

#### FUTURE MEDICAL EXPENSES:

Information on the cost, frequency, and duration of future medical care requirements is not currently available. This element of damages is not currently included.

**Present Value of Future Medical Expenses:**    **Not Currently Included**

**TOTAL PRESENT VALUE OF**
**FUTURE ECONOMIC DAMAGES:**    **$74,178**    **TO**    **$75,096**

*Note: Present value calculations are made using a net -2% to a net -1% relationship between future increases in wages and interest earnings on government investments.

*[1]At the time this report was authored, the Collective Bargaining Agreements effective October 1, 2022 through the present, was not available. Upon receipt of this documentation, a supplemental report with updated calculations will be issued, if necessary.*

This preliminary report has been prepared and represents an analysis of the economic damages in the above-referenced matter. The initial sections of the report provide basic facts and assumptions on which the analysis has been based. If any of the basic facts or assumptions are adjusted or changed prior to the trial, the opinions presented herein may also be subject to change.

Very truly yours,

Kristi Kirby, MBA, M.Ed.

Economist

KK/jrg
Enclosure

**REFERENCES:**

American Time Use Survey, Bureau of Labor Statistics, U.S. Department of Labor https://www.bls.gov/tus/

Consumer Price Index, Division of Consumer Prices and Price Indexes, Bureau of Labor Statistics
https://www.bls.gov/cpi/

Employment, Hours and Earnings, United States Department of Labor, Bureau of Labor Statistics
https://www.bls.gov/ces/

Federal Reserve Selected Interest Rates, 1962 to Current, Bills, Notes and Bonds
https://www.federalreserve.gov/default.htm

Florida Department of Economic Opportunity, Bureau of Workforce Statistics and Economic Research
https://floridajobs.org/

Florida Department of Financial Services, https://myfloridacfo.com/

Florida Retirement System Pension Plan, Summary Plan Description, https://employer.frs.fl.gov/forms/spd-pp.pdf

Kaiser Family Foundation, https://www.kff.org/

Kurt V. Krueger. 2011. Personal Consumption and Single Persons. *Journal of Forensic Economics.*

Master Collective Bargaining Agreement between Levy County Board of Commissioners and Northeast Florida Public Employee's Local 630, Laborers' International Union of North America, AFL, CIO, *Effective October 1, 2019 to September 30, 2019.*

Memorandum of Understanding between Levy County Board of Commissioners and Northeast Florida Public Employees Local 630, Laborers' International Union of North America, AFL, CIO, to Modify Article 7, Compensation and Leave, *Effective May 21, 2022.*

Michael R. Ruble, Robert T. Patton, and David M. Nelson. 2020. Patton-Nelson Personal Consumption Tables 2016 17. *Journal of Legal Economics*.