

# Mulder & Kirby
## ECONOMISTS

**BRENDA B. MULDER, MBA**
*Retired*

**KRISTI S. KIRBY, MBA, M.Ed.**

**18964 N. DALE MABRY HWY.**
**STE. 102**
**LUTZ, FLORIDA 33548**
**(813) 269-9000**

# ANALYSIS OF ECONOMIC DAMAGES

## RE: TERRY DUKES, SR.

### DATE OF REPORT:
May 20, 2026

### PREPARED FOR:
James M. Slater, Esquire
Slater Legal PLLC
PO Box 522
Tallahassee, Florida 32302

Mulder & Kirby Economists

## ANALYSIS OF ECONOMIC DAMAGES
June 8, 2026
(Trial Date)

## PERSONAL PROFILE

**NAME:**                          Terry Dukes, Sr.

**SEX:**                            Male

**DATE OF BIRTH:**

**DATE OF INJURY:**              May 25, 2019

**AGE AT THE TIME OF INJURY:**   59.0 years (as of 5/25/19)

**CURRENT AGE:**                 66.0 years (as of 6/8/26)

## SOCIAL HISTORY

Mr. Dukes is divorced.  He has three adult children.  Mr. Dukes is a resident of Bronson, Florida.

## EDUCATION HISTORY

Mr. Dukes graduated from Bronson High School in 1978. He then attended Santa Fe Community College for 1 year but did not graduate.

## EMPLOYMENT HISTORY

At the time of injury, Mr. Dukes was employed by Levy County Solid Waste Department as an Equipment Operator I.  Mr. Dukes was employed by Levy County Solid Waste Department from July 17, 1995 until May 28, 2021, when he retired.

At the time of his retirement, Mr. Dukes had completed 25 years and 10 months of service as a full-time employee with Levy County Solid Waste Department and was earning $19.55 per hour. Prior to his injury, Mr. Dukes planned to retire upon reaching 30 years of service.

Per the Collective Bargaining Agreement effective October 1, 2019 through September 30, 2022, Mr. Dukes hourly rate would have received a $1,000 increase in his base pay effective October 1, 2021 through September 30, 2022. This yields an hourly rate of $20.03 per hour.

Additionally, per the Memorandum of Understanding signed in 2022 and effective as of May 21, 2022, Mr. Dukes would have received $2.50 added to his hourly rate, plus an additional 5% multiplier. This would have raised Mr. Dukes hourly pay rate to $23.66, effective May 21, 2022.

At the time this report was authored, the Collective Bargaining Agreement between Levy County Board of Commissioners and Northeast Florida Public Employees Local 630 that extends beyond September 30, 2022, was not available.

## EARNINGS HISTORY

| YEAR | EARNINGS | DESCRIPTION | SOURCE |
|---|---|---|---|
| 2022-2026 | $0 | Retired | File Documents |
| 2021 *DOR: 5.28.21* | $22,482 | Levy County Commissioners | SS Earnings History |
| 2020 | $39,887 | Levy County Commissioners | SS Earnings History |
| 2019 *DOI: 5.25.19* | $41,087.68 | Levy County Commissioners | W-2 |
| 2018 | $38,215 | Levy County Commissioners | SS Earnings History |
| 2017 | $36,018 | Levy County Commissioners | SS Earnings History |
| 2016 | $35,160 | Levy County Commissioners | SS Earnings History |

## ECONOMIC DAMAGES TO DATE:

**Time Period from**
**Date of Injury to Present:**             May 25, 2019 to June 8, 2026: 7.0 years

### LOSS OF INCOME/EARNING CAPACITY:

The calculations are based on Mr. Dukes' hourly earnings of $19.55 at the time of his retirement. This yields full-time annual earnings of **$40,664** per year. Growth in this amount is calculated commensurate with the Collective Bargaining Agreement and Memorandum of Understanding, as outlined on page 3 of this report. A three percent increase in Mr. Dukes hourly rate is applied effective October 1, 2023[1].  No value for fringe benefits earned through employment opportunities is included in the analysis of total compensation at this time. This is calculated from May 29, 2021 through July 17, 2025, or a 4.1 year time period.

| Time Period | Hourly Rate | Projected Earnings | Actual Earnings | Loss |
|---|---|---|---|---|
| 2021 *May 29, 2021 to September 30, 2021: 0.3 years* | $19.55 | $12,199 | $0 | $12,199 |
| 2021/2022 *October 1, 2021 to May 21, 2022: 0.7 years* | $20.03 | $29,164 | $0 | $29,164 |
| 2022/2023 *May 22, 2022 to September 30, 2023:  1.4 years* | $23.66 | $68,898 | $0 | $68,898 |
| 2023/2024/2025 *October 1, 2023 to July 17, 2025: 1.7 years* | $24.37[1] | $86,172 | $0 | $86,172 |
| **TOTAL PAST LOSS OF INCOME/EARNING CAPACITY:** | | | | **$196,433** |

**Loss is:        $196,433[1]**

**TOTAL ECONOMIC DAMAGES TO DATE:              $196,433**

[1]*At the time this report was authored, the Collective Bargaining Agreements effective October 1, 2022 through the present, was not available. Upon receipt of this documentation, a supplemental report with updated calculations will be issued, if necessary.*

This preliminary report has been prepared and represents an analysis of the economic damages in the above-referenced matter.  The initial sections of the report provide basic facts and assumptions on which the analysis has been based.  If any of the basic facts or assumptions are adjusted or changed prior to the trial, the opinions presented herein may also be subject to change.

Very truly yours,

Kristi Kirby, MBA, M.Ed.

Economist

KK/jrg
Enclosure

**REFERENCES:**

American Time Use Survey, Bureau of Labor Statistics, U.S. Department of Labor https://www.bls.gov/tus/

Consumer Price Index, Division of Consumer Prices and Price Indexes, Bureau of Labor Statistics
https://www.bls.gov/cpi/

Employment, Hours and Earnings, United States Department of Labor, Bureau of Labor Statistics
https://www.bls.gov/ces/

Federal Reserve Selected Interest Rates, 1962 to Current, Bills, Notes and Bonds
https://www.federalreserve.gov/default.htm

Florida Department of Economic Opportunity, Bureau of Workforce Statistics and Economic Research
https://floridajobs.org/

Florida Department of Financial Services, https://myfloridacfo.com/

Florida Retirement System Pension Plan, Summary Plan Description, https://employer.frs.fl.gov/forms/spd-pp.pdf

Kaiser Family Foundation, https://www.kff.org/

Kurt V. Krueger. 2011. Personal Consumption and Single Persons. *Journal of Forensic Economics.*

Master Collective Bargaining Agreement between Levy County Board of Commissioners and Northeast Florida Public Employee's Local 630, Laborers' International Union of North America, AFL, CIO, *Effective October 1, 2019 to September 30, 2019.*

Memorandum of Understanding between Levy County Board of Commissioners and Northeast Florida Public Employees Local 630, Laborers' International Union of North America, AFL, CIO, to Modify Article 7, Compensation and Leave, *Effective May 21, 2022.*

Michael R. Ruble, Robert T. Patton, and David M. Nelson. 2020. Patton-Nelson Personal Consumption Tables 2016 17. *Journal of Legal Economics.*

MyFRS, Florida Retirement System https://www.myfrs.com/

National Vital Statistics Reports, United States Life Tables https://www.cdc.gov/nchs/products/life_tables.htm

O*Net OnLine https://www.onetonline.org/

Stock, Bonds, Bills, and Inflation (SBBI) Yearbook, Annual Publication

Tax Calculator, Return & Refund Estimator

Understanding your Benefits Under the FRS Pension Plan, https://www.myfrs.com/pdf/Understanding%20Your%20Benefits%20under%20the%20FRS%20Pension%20Plan.pdf

United States Census Bureau https://www.census.gov/

U.S. Census Bureau, Current Population Survey, Annual Social and Economic Supplement. https://www.census.gov/programs-surveys/cps.html

United States Department of Labor, Handbook of Labor Statistics, Bureau of Labor Statistics https://www.bls.gov/ooh/

United States Social Security Administration, Annual Report https://www.ssa.gov/