Start: 2:02 p.m.
Stop: 3:06 p.m.

## *UNITED STATES DISTRICT COURT*
## CIVIL MINUTES - GENERAL

Case No:      1:23-cv-45-AW                                    Date: 05-26-26

Title:        Dukes v McCallum et al

---

DOCKET   ENTRY:

                    Pretrial Conference

---

PRESENT:      Honorable ALLEN C WINSOR, Chief District Judge

| TiAnn Stark | Dawn Savino  (USDC-FLND) |
|---|---|
| Deputy Clerk | Court Reporter |
| James Slater, Joshua Tarjan | Scott Seagle, Gwen Adkins (via phone) |
| Attorney for Plaintiff(s) | Attorneys for Defendant(s) |

---

PROCEEDINGS:

**2:02 p.m.**     **Court called to order**

2:03 p.m.     Exhibits discussed - Parties to provide medical records to be introduced by the end of the week - objections due by the following Monday

2:13 p.m,     Son's role in case discussed

2:34 p.m.     Witnesses discussed

2:36 p.m.     ECF No. 76, Plaintiff's omnibus motion argued

3:03 p.m.     Hearing to be continued to later in the week and will be telephonic

3:05 p.m.     Plaintiff to be allowed to leave trial for previously scheduled procedure and to be provided hearing assistance aid during trial

**3:06 p.m.**     **Court adjourned**