UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

     Plaintiff,

v.                                                                    Case No. 1:23-cv-45-AW-HTC

DEPUTY CHASE GREGORY,

     Defendant.

## **<u>VERDICT FORM</u>**

**Do you find from a preponderance of the evidence:**

1. That Defendant Chase Gregory has proved that his entry into Plaintiff Terry Dukes, Sr.'s home was justified by consent?

          Answer Yes or No       _____

If your answer is "Yes," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "No," go to the next question.

2. That Plaintiff Terry Dukes, Sr. should be awarded compensatory damages against Defendant Chase Gregory?

          Answer Yes or No       _____

If your answer is "Yes," in what amount should he receive damages for:

A. Loss of past income or earning potential:     $_____

B. Physical pain and mental suffering:     $_____

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

     Plaintiff,

v.

DEPUTY CHASE GREGORY,

     Defendant.

Case No. 1:23-cv-45-AW-HTC

## <u>VERDICT FORM (PUNITIVE DAMAGES)</u>

We the Jury, having found that Defendant Chase Gregory unlawfully entered Plaintiff Terry Dukes, Sr.'s home without consent, consider the following questions and find:

1.    That punitive damages should be assessed against Defendant Chase Gregory?

                Answer Yes or No      _____

2.  If your answer is "Yes," in what amount?     $_____

SO SAY WE ALL.

                             _____
                             Foreperson's Signature

DATE: _____