UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

     Plaintiff,

v.                                                                  Case No. 1:23-cv-45-AW-HTC

DEPUTY CHASE GREGORY,

     Defendant.

## PLAINTIFF'S AMENDED EXHIBIT LIST

| Presiding Judge: Allen Winsor | Plaintiff's attorney: James M. Slater Joshua M. Tarjan | Defendant's Attorneys: Gwendolyn P. Adkins Scott J. Seagle |
|---|---|---|
| Trial Date(s) June 8, 2026 | Court Reporter | Courtroom Deputy |
|  |  |  |

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Document | Def.'s Objection(s)[1] |
|---|---|---|---|---|---|---|
| 1 |  |  |  |  | Composite scene photographs taken by LCSO (D2932-40) |  |
| 2 |  |  |  |  | Composite photographs of home exterior and interior (PL1670-73) | R |
| 3 |  |  |  |  | Dukes tax and wage records (PL33-37, PL1681-1702) |  |
| 4 |  |  |  |  | Dukes Social Security earnings record (PL1708-09) |  |

---

[1]  Objection Code
     A – Authenticity         P – Privileged
     H – Hearsay            R – Relevancy
     I – Contains inadmissible matter     UP – Unduly prejudicial

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Document | Def.'s Objection(s)[1] |
|---|---|---|---|---|---|---|
| 5 | | | | | Gregory August 13, 2019 recorded sworn statement to LCSO (and transcript) **(for impeachment only)** | |
| 6 | | | | | Gregory insurance declarations and policy **(if Gregory is permitted to testify about financial condition)** (D1009-1021) | R, H, UP, I |
| 7 | | | | | Shands Hospital medical records (D6988-7051) | |
| 8 | | | | | Meridian Behavioral records (PL232-65) | |
| 9 | | | | | Levy County BCC and Local 630 Collective Bargaining Agreement | |
| | | | | | All exhibits identified by Defendant | |
| | | | | | Deposition transcripts for all individuals and entities/agencies deposed in this case | |

Dated: May 28, 2026.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
SLATER LEGAL PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

Joshua Tarjan (FBN 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747
josh@tarjanlawfirm.com

*Attorneys for Plaintiff*