Start:  9:01 a.m.
Stop:  9:52 a.m.

### UNITED STATES DISTRICT COURT
### CIVIL MINUTES - GENERAL

Case No:    1:23-cv-45-AW                                    Date: 05-29-26
Title:      Dukes v McCallum et al.

DOCKET   ENTRY:

Telephonic Pretrial Conference continued from 5/26/26

PRESENT:    Honorable ALLEN C WINSOR, Chief District Judge

TiAnn Stark                              Dawn Savino  (USDC-FLND)
Deputy Clerk                             Court Reporter

James Slater, Joshua Tarjan              Scott Seagle, Gwen Adkins
Attorney for Plaintiff(s)                Attorneys for Defendant(s)

PROCEEDINGS:

**9:01 a.m.**     **Court called to order**

9:02 a.m.     Bifurcation discussed

9:10 a.m      Burden of Proof discussed - briefs due next Tuesday and Wednesday

9:13 a.m.     Special Interrogatories to preserve qualified immunity discussed - briefs due by
              Tuesday and Wednesday

9:28 a.m.     Economic damages and verdict form discussed

9:32 a.m.     Defense's motion in limine, ECF No. 77 discussed

9:33 a.m.     Defense's motion in limine, ECF No. 86, discussed, denied

9:36 a.m.     Jury selection discussed

9:41 a.m.     Clerk to set telephonic conference for the end of next week

9:45 a.m.     Coercion v consent discussed.

**9:52 a.m.**     **Court adjourned**