UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

    Plaintiff,

v.

CASE NO. 1:23-cv-45-AW/HTC

CHASE GREGORY,

    Defendant.

_____/

## **DEFENDANT'S FIRST AMENDED EXHIBIT LIST FOR TRIAL**

Defendant CHASE GREGORY hereby identifies the following witnesses

that may be called to testify in the trial of this case:

| No. | BS No. | Offered | Marked | Admitted | Description | Obj. /Stip. |
|---|---|---|---|---|---|---|
| **Category "A" Exhibits "likely" to be introduced at trial** | | | | | | |
| 1. | n/a | | | | Transcript of Sworn Recorded Interview of Plaintiff | I, R (as to any nonquestion statements by Lt. Tummond and any background re IA investigation) |
| 2. | 16-20 | | | | Written Complaint by Plaintiff | I, R (as to relation to IA investigation and 16-17) |
| 3. | 2894-2900 | | | | Plaintiff's Social Security Benefits Statement | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4. | Selections from 5999-6970 | | | | Plaintiff's Social Security Disability Records | |
| 5. | 2932-2942 | | | | Color Photographs of Scene and Plaintiff | R & UP (as to 2940-41) |
| 6. | 1783-1784 | | | | Plaintiff's 2019 W2 and Tax Return | |
| 7. | 1785-1793 | | | | Plaintiff's Earning History (Levy County) | |
| 8. | Selections from 1794-1932 | | | | Select Portions of Plaintiff's Personnel File (Levy County) | |
| 9. | 1933-1975 | | | | Plaintiff's Retirement Records (Levy County) | H (1964) |
| 10. | 1976-2009 | | | | Plaintiff's Medical Records (Meridian Behavioral Healthcare) | |
| 11. | Selections from 4747-4868 | | | | Plaintiff's Medical Records (Palms Medical Group) | |
| 12. | Selections from 3759-4725 | | | | Plaintiff's Medical Records (Chiefland Medical Center) | |
| 13. | Selections from 5178-5983 | | | | Plaintiff's Medical Records (NFRMC) | |
| 14. | Selections from 2348-2413 | | | | Plaintiff's Medical Records (Shands) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | /<br>6988-7230 | | | | | |
| **15.** | 2892-2893 | | | | Taser Pulse Log Graph | |
| **16.** | 2871-2891 | | | | Taser Log – Serial No. X12008PKD | |
| | **Category "B" Exhibits "unlikely" to be introduced at trial except for purposes of rebuttal** | | | | | |
| **17.** | 446 | | | | Photograph of Terry Dukes, Jr. | R, UP |
| **18.** | 447 | | | | Photograph of Terry Dukes, Jr. | R, UP |
| **19.** | 448-449 | | | | Photographs of Chase Gregory | |
| **20.** | 1752-1782 | | | | Plaintiff's Electrical Account History | |
| **21.** | Selections from 3663-3756 | | | | Plaintiff's Medical Records from Levy County Dep't Public Safety | R |
| **22.** | 540-543; 2483-2495; 588, | | | | Chase Gregory Training History & Records | R, H |
| **23.** | 3657-3661 | | | | Chase Gregory Training Records (Search and Seizure) | R, H |
| **24.** | 2468-2482 | | | | Chase Gregory DMS History (Policy Review) | R, H |
| **25.** | 2927 | | | | "No Information" | |
| **26.** | 3644-3647 | | | | Incident Report No. 202008002819 | H |

| | | | | | | |
|---|---|---|---|---|---|---|
| **27.** | 3648-3651 | | | | Incident Report No. 202011003938 | R, H |
| **28.** | 3291 | | | | Email summary of facts re: Incident Report No. 202011003938 | R, H, UP |
| **29.** | 392-393 | | | | Subject Resistance Report with Diagram of Injury | R, H, I, UP |
| **30.** | 408-417 | | | | CAD Detail Report | R, H, UP |
| **31.** | 3235-3251 | | | | CAD Logs | R, H, UP |
| **32.** | 2930-2931 | | | | LCSO – 911 Dispatch Log | R, H |
| **33.** | 1794-1932 | | | | Plaintiff's Personnel File (Levy County) (Complete) | H, R |
| | **Other Exhibits** | | | | | |
| **n/a** | Any exhibit which subsequently becomes known and information with regard to which is disclosed to Plaintiff within a reasonable time before trial. | | | | | |
| **n/a** | Deposition transcripts for all persons deposed in this case and any exhibit appended thereto to the extent not separately disclosed above and permitted under the Federal Rules of Civil Procedure. | | | | | |
| **n/a** | Visual aids used to explain anticipated testimony. | | | | | |

Respectfully submitted this <u>1st</u> day of June 2026.

*/s/ Gwendolyn P. Adkins*

4



Gwendolyn P. Adkins, FBN: 0949566
Scott J. Seagle, (FBN: 57158)
sjseagle@coppinsmonroe.com
kflemming@coppinsmonroe.com
kwillis@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Blvd., Suite 202
Tallahassee, FL 32309
Office: 850-422-2420   Fax: 850-422-2730

ATTORNEYS FOR DEFENDANT
DEPUTY CHASE GREGORY

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b) and N.D. Florida Local Rule 5.1, this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

/s/ Gwendolyn P. Adkins
Attorney

5