UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

     Plaintiff,

v.                                                                   CASE NO. 1:23-cv-45-AW/HTC

CHASE GREGORY,

     Defendant.

_____/

## DEFENDANT'S FIRST AMENDED WITNESS LIST FOR TRIAL

     Defendant CHASE GREGORY hereby identifies the following witnesses that may be called to testify in the trial of this case:

| | Witness | Plaintiff's Objections |
|---|---|---|
| | **Category "A" Witnesses "likely" to be called at trial** | |
| 1. | Terry Dukes, Sr. (Plaintiff) c/o Plaintiff's counsel | |
| 2. | Deputy Chase Gregory (Defendant) c/o Defendant's counsel | |
| 3. | Corporal Franco Almeida Levy County Sheriff's Office 9150 NE 80th Avenue Bronson, FL 32621 | |
| 4. | Detective Blake Murphy Levy County Sheriff's Office 9150 NE 80th Avenue Bronson, FL 32621 | |

|  | Witness | Plaintiff's Objections |
|---|---|---|
| 5. | Corporal Tucker Gaffey<br>Levy County Sheriff's Office<br>9150 NE 80th Avenue<br>Bronson, FL 32621 | |
| 6. | Lieutenant Scott Tummond<br>Levy County Sheriff's Office<br>9150 NE 80th Avenue<br>Bronson, FL 32621 | R, H, I |
| 7. | Benny Jerrels (Plaintiff's Supervisor)<br>12051 NE 69th Lane<br>Williston, FL 32696 | |
| 8. | Mark Fowler (Paramedic)<br>Levy County Department of Public Safety<br>1251 NE Co Rd 343<br>Bronson, FL 32621 | |
| Category "B" Witnesses "unlikely" to be called at trial except for purposes of rebuttal | | |
| 9. | W. O. "Brett" Beauchamp (Chief Deputy)<br>Levy County Sheriff's Office<br>9150 NE 80th Avenue<br>Bronson, FL 32621 | R, H, I |
| 10. | Detective Mike Wilkinson<br>Levy County Sheriff's Office<br>9150 NE 80th Avenue<br>Bronson, FL 32621 | R, H |
| 11. | Sergeant Kevin Kinik<br>Levy County Sheriff's Office<br>9150 NE 80th Avenue<br>Bronson, FL 32621 | R, H |
| 12. | Corporal Adam Hiers<br>Levy County Sheriff's Office<br>9150 NE 80th Avenue | R, H |

| | Witness | Plaintiff's Objections |
|---|---|---|
| | Bronson, FL 32621 | |
| 13. | Sergeant Daniel Ritter<br>Levy County Sheriff's Office<br>9150 NE 80th Avenue<br>Bronson, FL 32621 | R, H |
| 14. | Deputy Jeff Henry<br>Levy County Sheriff's Office<br>9150 NE 80th Avenue<br>Bronson, FL 32621 | R, H |
| 15. | Shaquanda Sheffield<br>*Current address unknown* | R, UP |
| **Other Witnesses** | | |
| 16. | All witnesses listed by Plaintiff, unless objected to by Defendant. | |
| 17. | Records custodians for exhibits listed on Exhibit Lists filed by the parties | |
| 18. | Impeachment and Rebuttal witnesses, as may be necessary, including but to limited to Plaintiff's treating physicians. | |

Respectfully submitted this 1st day of June 2026.

*/s/ Gwendolyn P. Adkins*



Gwendolyn P. Adkins, FBN: 0949566
Scott J. Seagle, (FBN: 57158)
sjseagle@coppinsmonroe.com
kflemming@coppinsmonroe.com
kwillis@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Blvd., Suite 202
Tallahassee, FL 32309
Office: 850-422-2420   Fax: 850-422-2730

ATTORNEYS FOR DEFENDANT
DEPUTY CHASE GREGORY

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b) and N.D. Florida Local Rule 5.1, this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

/s/ Gwendolyn P. Adkins
Attorney

4