UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

    Plaintiff,

v.                                                          CASE NO. 1:23-cv-45-AW/HTC

CHASE GREGORY,

    Defendant.

_____/

## **DEFENDANT'S PROPOSED *VOIR DIRE* QUESTIONS**

Defendant CHASE GREGORY submits the following proposed questions for use in *voir dire* in this case:

1. Has anyone here ever trained or worked in law enforcement or corrections? If so, please explain.

2. Does anyone have a family member or close friend who is or has ever trained or worked in law enforcement or corrections? If so, please explain.

3. Have you, a family member, or close friend ever been involved in an incident with Deputy Chase Gregory or the Levy County Sheriff's Office, in which you believe you/they were treated unfairly? If so, please explain.

4. Have you, a family member, or close friend ever been involved in an incident with any law enforcement or corrections officer or agency in which you believe you/they were treated unfairly? If so, please explain.

5. Has anyone had a particularly good or particularly bad experience with any law enforcement or corrections officer? If so, please describe.

6. If Mr. Dukes proves his claim by a preponderance of the evidence, but fails to present sufficient evidence of damages, are you comfortable not awarding monetary damages?

7. Have you been involved in any social movements, such as Black Lives Matter or any other social marches or movements? If so, please explain.

8. Do you, a family member, or a close friend currently or previously work for Levy County?

9. Do you have any specialized knowledge of the law? If so, please explain.

10. Have you ever been arrested or charged with a crime? If so, please state the agency that arrested you, the court in which you were charged, the charges made, and the result of the charges.

11. Do you believe that just because someone files a lawsuit that they should win the case and be awarded monetary damages?

12. Do you believe that just because someone files a lawsuit that their claims are more likely true than not true?

2

Respectfully submitted this 2nd day of June 2026.

*/s/ Gwendolyn P. Adkins*

Gwendolyn P. Adkins, Esq.
(FBN: 0949566)
Scott J. Seagle, Esq.
(FBN: 57158)
sjseagle@coppinsmonroe.com
kflemming@coppinsmonroe.com
kwillis@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Blvd., Suite 202
Tallahassee, FL 32309
Office: 850-422-2420    Fax: 850-422-2730

ATTORNEYS FOR DEFENDANT
DEPUTY CHASE GREGORY

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b) and N.D. Florida Local Rule 5.1, this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

*/s/ Gwendolyn P. Adkins*
Attorney

3