Start:  9:01 a.m.
Stop:  9:48 a.m.

## *UNITED STATES DISTRICT COURT*
## CIVIL MINUTES - GENERAL

Case No:       1:23-cv-45-AW                                    Date: 06-04-26
Title:         Dukes v McCallum et al.

DOCKET   ENTRY:

Telephonic Status Conference

PRESENT:     Honorable ALLEN C WINSOR, Chief District Judge

| TiAnn Stark | Dawn Savino  (USDC-FLND) |
|---|---|
| Deputy Clerk | Court Reporter |
| James Slater, Joshua Tarjan | Scott Seagle, Gwen Adkins |
| Attorney for Plaintiff(s) | Attorneys for Defendant(s) |

PROCEEDINGS:

**9:01 a.m.**        **Court called to order**

9:02 a.m.       Witnesses discussed

9:08 a.m.       Burden of proof discussed

9:09 a.m.       Qualified immunity discussed

9:13 a.m.       Scope of evidence on training discussed

9:31 a.m.       Exhibits discussed

9:43 a.m.       Trial day discussed - 20 minutes for openings and 50 minutes for closings

**9:48 a.m.**        **Court adjourned**