SWORN STATEMENT OF DEPUTY CHASE GREGORY
LEON COUNTY SHERIFF'S OFFICE

████████████

August 13, 2019

Transcribed by:

CLARA C. ROTRUCK

Court Reporter

FOR THE RECORD REPORTING, INC. 850.222.5491

T A P E D   P R O C E E D I N G S

LIEUTENANT TUMMOND:  Good morning.  Today's date is August the 13th.  Time is 8:35 a.m.  For the record, I'm Lieutenant Scott Tummond.  ███

████████████████████████

█████████████████████████████████████████████████████████████████████████████

██████████  So if you could, just for the record, identify yourself.

DEPUTY GREGORY:  Deputy Chase Gregory.

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

FOR THE RECORD REPORTING, INC. 850.222.5491

LIEUTENANT TUMMOND:  Thank you.  Raise your right hand for me.

Swear to tell the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS:  I do.

LIEUTENANT TUMMOND:  Okay.  You're now properly sworn in.

EXAMINATION

FOR THE RECORD REPORTING, INC. 850.222.5491

Q    Did you see the person that opened the door?

A    I could see it was a person.  I couldn't see who it was -- that door.

Q    Talking about the exterior door.

A    The exterior door.  I could just -- I could see it was somebody that opened it.  But it's dark, there's no power on inside that house, there is no power to the house.  The house is dark as dark can be inside there.

Q    So the house is dark, and at that time of the morning, is it also still dark outside?

A    It was very dark outside.

FOR THE RECORD REPORTING, INC. 850.222.5491

Q    Okay.  So a person opens the door, you don't know who this person is?

A    That is correct.

Q    You just see -- did you illuminate that person that opened the door as they walked away from you with your flashlight?

A    No, where I was standing at -- and the door didn't open up all the way.  The door opened up halfway.  And where I was standing at and the way the door swung, that little tiny, itty-bitty gap that I did have, I could just see -- if you was to open up a door and put your hand down and walk away, that little bitty gap right there is what I seen -- when whoever it was turned and walked away, I could see like a -- what appeared to be like a hand in the gap.

Q    Okay.  So nothing distinctive about --

A    No.

Q    -- that particular instance?

Okay.  So the door opens.  In this thought process you have, how long does this thought process last before you make the decision that you're going to step through that door?

A    Two seconds as I'm walking -- from the time that happened -- you know as well as I do, like any other deputy that's ever been doing this job, before you

ever get to a house, you're playing every single scenario inside your head before you ever even get there. And I had 30 seconds and I'm sitting there at that doorstep and I'm looking around me and I'm looking at the steps, I'm looking at the door, I'm trying to figure out where's the best place to stand. If he wants to come shooting out this door to run, where's the best chance I can be that I can stop him? If he comes out that door with a gun -- they said he had a gun. Where is my nearest cover? Can I get somewhere besides this door and still be able to -- there's so much stuff going through my mind whenever I get to this house and I get there and I'm looking around and I'm playing out all these different scenarios inside my mind.

Q    Okay.

A    And I'm thinking and I'm thinking and I'm thinking, and as I'm sitting there trying to figure this stuff out and I can hear those footsteps coming, my mind just gets to thinking.

I step -- the door opens up, I step on this side of the steps. When I get to that side of the steps and I can see whoever it was went back inside, the moment -- my gun, if I remember correctly, I don't remember if it was (inaudible) ready -- no, it wasn't. My gun was not out of my holster, but my hand was on it.

FOR THE RECORD REPORTING, INC. 850.222.5491

19

And my thought process was when that happened, like I explained earlier, the moment I seen that and he went back inside, like that I said, "He's not getting inside. If this is him, and that door opens up" -- and it did open up. When that happened, my thought process was, "I'm going to see who this was and figure out who it is before he gets in there, hides, gets whatever, or just does something stupid and we're all inside that dadgum house."

Q    So the decision to enter the house was almost instantaneous?

A    That was my thought process.

FOR THE RECORD REPORTING, INC. 850.222.5491

FOR THE RECORD REPORTING, INC. 850.222.5491

FOR THE RECORD REPORTING, INC. 850.222.5491

FOR THE RECORD REPORTING, INC. 850.222.5491

FOR THE RECORD REPORTING, INC. 850.222.5491

FOR THE RECORD REPORTING, INC. 850.222.5491

45

LIEUTENANT TUMMOND:  Okay.  I'll conclude this interview at 9:38.

(End of proceedings.)

                    C E R T I F I C A T E

STATE OF FLORIDA      )

COUNTY OF LEON        )

        I hereby certify that the foregoing transcript
is of a tape-recording taken down by the undersigned,
and the contents thereof were reduced to typewriting
under my direction;

        That the foregoing pages 2 through 48 represent
a true, correct, and complete transcript of the
tape-recording;

        And I further certify that I am not of kin or
counsel to the parties in the case; am not in the
regular employ of counsel for any of said parties; nor
am I in anywise interested in the result of said case.

        Dated this 27th day of January, 2026.




                        CLARA C. ROTRUCK

                        Notary Public

                        State of Florida at Large

                        Commission Expires:

                        November 13, 2026

                        Commission No.: HH 327478


        FOR THE RECORD REPORTING, INC. 850.222.5491