SWORN STATEMENT OF DEPUTY CHASE GREGORY
LEON COUNTY SHERIFF'S OFFICE
NO. 19-FI-08

August 13, 2019

Transcribed by:

CLARA C. ROTRUCK

Court Reporter

FOR THE RECORD REPORTING, INC. 850.222.5491

T A P E D   P R O C E E D I N G S

LIEUTENANT TUMMOND:  Good morning.  Today's date is August the 13th.  Time is 8:35 a.m.  For the record, I'm Lieutenant Scott Tummond.  I'm in charge of professional standards.

This investigation is referenced to Case No. 19FI08.  The subject of this investigation is Deputy Chase Gregory.

Deputy Gregory, I've called you this morning because I'm now prepared for your subject interview.  So if you could, just for the record, identify yourself.

DEPUTY GREGORY:  Deputy Chase Gregory.

LIEUTENANT TUMMOND:  Okay.  It's my understanding, Deputy Gregory, I've offered you an opportunity to review the case file prior to this interview, and you've waived that right; is that correct?

DEPUTY GREGORY:  That's correct.

LIEUTENANT TUMMOND:  Okay.  You have a document in front of you, and that looks to be the records management system printout of your narrative of the report that's associated with this incident; is that correct?

DEPUTY GREGORY:  That's correct.

FOR THE RECORD REPORTING, INC. 850.222.5491

2

LIEUTENANT TUMMOND:  That's nothing new that needs to be added to this file?

DEPUTY GREGORY:  That is not.

LIEUTENANT TUMMOND:  Okay.  All right.  With that being said, we're going to move right into the interview.

First, I'm going to advise you of your Garrity warnings.  The Garrity warnings for Case No. 19FI08 to Deputy Chase Gregory:  You're being questioned as part of an administrative investigation.  You'll be asked questions that are specifically directed and narrowly related to the performance of your official duties or fitness for office.  You're entitled to all rights and privileges guaranteed by the laws and the constitution of this state and the Constitution of the United States, including the right not to be compelled to incriminate yourself. You also have the right to a representative of your choice to be present during questioning.

If you refuse to answer questions related to the performance of your official duties or fitness for duty, you'll be subject to disciplinary charges, which could result in your dismissal from the agency.

If you choose to answer questions, neither

your statements nor any information or evidence which is gained by reason of such statements can be used against you in any subsequent criminal proceedings, except for false statements or statements that obstruct the investigation.  Any statements provided may be used against you in relation to subsequent departmental charges.

Do you understand these rights?

DEPUTY GREGORY:  I do.

LIEUTENANT TUMMOND:  Do you waive the right to have one or more investigators ask you questions?

DEPUTY GREGORY:  I do.

LIEUTENANT TUMMOND:  Your signature on this line, please, sir.

(Witness signs document.)

LIEUTENANT TUMMOND:  Thank you.  Raise your right hand for me.

Swear to tell the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS:  I do.

LIEUTENANT TUMMOND:  Okay.  You're now properly sworn in.

EXAMINATION

BY LIEUTENANT TUMMOND:

Q   So you've had an opportunity to review your

FOR THE RECORD REPORTING, INC. 850.222.5491

4

portion of the report titled "Offense Incident Report 2019-05-02271." I'm sure that based on the totality of the circumstances involved in this particular incident, all this is still, even at this stage of the game, kind of fresh in your mind, correct?

A    It is.

Q    Okay. So I want to start from the beginning. Let's start with how you got involved in this case.

A    I was right out there in the parking lot there at the sheriff's office when Investigator Wilkinson contacted, I think, Franco -- Corporal Almeida -- and wanted him to send somebody around to Terry Duke, Jr.'s, house to see if he's there. He was working a case with a pregnant female. I don't know the whole circumstances behind all that. It was early, early in the morning or late at night, however you want to look at it, probably 4:30, five o'clock.

So I'm familiar with Dukes Junior a little bit and know his history and know that he ain't somebody that you would want to deal with by yourself, let alone two people. So it was five -- 4:30, five o'clock. Toward the end of the shifts, I told him I'd go over there with him to help him try locating him.

Q    Okay. What kind of case was it that you were assisting Investigator Wilkinson with, do you recall?

FOR THE RECORD REPORTING, INC. 850.222.5491

5

Or kind of recite to me maybe what Corporal Almeida told you.

A    My report says that Detective Wilkinson on this date developed probable cause for the charge of aggravated battery on a pregnant woman with Dukes Junior being the suspect, if I remember correctly.  I believe she was already at the hospital whenever the allegations came through, and that's why Investigator Wilkinson went to the hospital to interview her.

Q    Okay.  You mentioned you've got a little bit of history with Terry Dukes.  What are you talking about?  Tell me what kind of history you're talking about.

A    Whenever I worked Bronson Zone, I had a couple calls -- this has been several years ago -- I had a couple calls at that house, 900 Patterson Street, involving Terry Dukes and the girl he'd be dating with at the time, and those allegations of abuse on her and his drug habits, and I --

Q    What are his drug habits?

A    When this incident occurred and even at the time that I was dealing with him, they would always kind of say the same thing.  That was "Whatever he gets his hands on."

Q    Okay.  Did you have any information that he

FOR THE RECORD REPORTING, INC. 850.222.5491

may be under the influence in this particular incident we're talking about?

A    We did.  The female, the victim in this case, I believe conveyed to Detective Wilkinson that he was currently using molly and was possibly under the influence of molly, MDMA.

Q    Okay.  So everything that you're telling me right now is information that was given to Corporal Almeida, correct?

A    I can't verify that for sure, but to my knowledge, yes, I believe he is the one that received a call from --

Q    Okay.  Did you ever talk to Detective Wilkinson personally before you responded to this address?

A    No, I did not.  Not that I recall.

Q    So all the information that you're gathering before you ever go to the house is information that's being relayed to you by your corporal, correct?

A    That is correct.

Q    Do you have any reason to distrust the information that the corporal was giving you?

A    Not the least little bit.

Q    Do you have any reason to distrust the information that was being given to Corporal Almeida by

Detective Wilkinson?

A    No, sir, not at all.

Q    Okay.  Now, let's kind of kind of take a little side street here for just a minute.  You said that the information that was provided is that Terry Dukes, Jr., the suspect in this case, was using molly, MDMA?

A    Yes, sir.

Q    Okay.  You're nodding your head.

A    I remembered.

Q    Okay.  How long have you been a deputy sheriff?

A    Here for five years.

Q    Okay.  You've been a patrol deputy for Levy County for five years.  Where did you work prior to that?

A    Chiefland PD for two.

Q    Do you have any experience prior to that?

A    I was 19, just graduated high school.

Q    Okay.

A    No, I do not.

Q    Okay.  So in seven years as a law enforcement officer in Levy County, have you ever had the experience or any training or any conversations with your workmates out there, whomever they are, about people that are

FOR THE RECORD REPORTING, INC. 850.222.5491

8

under the influence of molly?

A    Repeat that question now.  Have I had any what now?

Q    Have you ever had any personal experience, any training, or any conversations with your coworkers about dealing with people that are under the influence of molly?

A    I have.

Q    Okay.  Can you give me just a ballpark guess of how many times you've personally dealt with somebody under the influence of what you suspected to be molly?

A    I can think of one time dealing with somebody that was possibly under the influence of molly, several conversations with other deputies that have experienced it firsthand, on top of the copious amount of Facebook videos, internet videos, from other agencies all around this nation, from other law enforcement officers dealing with subjects who were under the influence of molly -- that was confirmed to be under the influence of molly, not just suspected.  So...

Q    Okay.  And from these conversations, the videos, your personal experience, what does, in your mind, molly do to a person that's under the influence of it?

A    In my mind, I wouldn't want to handle that

FOR THE RECORD REPORTING, INC. 850.222.5491

individual by myself.

Q    Why?

A    That would be somebody that is capable of if you think it, they could do it.  It's a drug that...

Q    What are the physiological effects?

A    You can't stop them and you're not going to stop them.  Somebody, if they are that far gone on molly or get a bad batch of molly, and that switch flips, you're not going to stop them.  If they want to -- if they want to hurt you, if they want -- you're not going to stop them.  It don't matter what you do to them.  It don't matter.  You can knock them upside the head with a 2 by 4, you can sit there and break their arms where they can't hit you, and they're still going to try to come after you because that's what the drug does to you.  It enables your body to not feel pain.  It enables your body to go into a whole 'nother level of psychological -- and I'm not saying that's something that we would do, but that's something that -- that is my interpretation of molly.  That is one drug that -- that's one drug that I'd hate to be fighting somebody and knowing they're on that drug.  I wouldn't want to.

Q    What else -- before you ever lay hands on a person and you suspect they're under molly, what in your experience or your conversations or the videos that

you've watched, what are they doing?  What's their reactions --

A    They're all -- I mean, it's different.  It ain't like -- it's not like whenever you stop somebody and they've been drinking.  You can tell somebody's been drinking because you got the same reactions every time, you have the same demeanor, you'll have this -- for the most part.

Q    Okay.

A    Molly -- depending on what they use molly with, you can have a whole slew of different symptoms for it from being irate, mad, want to go around breaking everything, to sweating profusely, to wanting -- being crazy, maybe not even want to fight you, just acting crazy, running out in the street naked.  It affects you in -- it affects different people in so many different ways, and people who generally are on molly, it's not like they wake up one day and they say, "Hey, I want to go do molly."  It don't work that way with that drug for the most part.  These are people who are very, very familiar with the drug world, they're very familiar with illegal drugs, and before they ever even start messing with molly, the chances of them messing with other drugs and then mixing those drugs with the molly is a very, very high chance.

Q   Okay.  Now, kind of -- kind of going along that same track that we're on, you are, from what I can gather based on your statements right now, in a heightened state of awareness, correct?  Your officer safety --

A   My ears are up, yes, sir.

Q   Okay.  Your officer safety -- because you anticipate having to deal with somebody that might be under the influence of molly, your officer safety -- I guess radar is at high alert?

A   It was five o'clock in the morning.  I don't even work Bronson Zone.  I work Chiefland Zone. I live in Chiefland.  If I thought this was just going to be an ordinary thing, they could go pick this guy up and go home, I would have got in my car at 5:30 and I'd have went my tail to the house.  That was not my demeanor whenever I found out who this was and the allegations on top of my past experiences with him.

Q   Okay.

A   This is something that I wanted to include myself with because if something was going to happen to the guys I work with and I'm not there to help out or have the opportunity to be there to do something, then I'll be done in this job and I'll give my badge the very next day if I have an opportunity.

Q    Okay.  Was there any other information that was relayed to your shift -- might not be specifically to you, but to your shift that would have caused you to have an even greater heightened awareness of what's going on as it related to Terry Dukes, Jr., and that household?

A    Terry Dukes, Jr., was told that he normally carries a gun with him, has been in possession of a gun.

Q    Okay.  Do you know whose house that is that you went to?  I know you know now, but did you know then?

A    I thought it was Terry Dukes, Jr.'s, house. Every time I've dealt with him or his name ever come up, that's the address I've always been given.  I --

Q    Okay.  How long has it been since you've dealt with Terry Dukes Jr.?

A    Oh, I couldn't -- I couldn't tell you.  I don't know.  It's been -- probably been a couple years.

Q    Okay.  So a couple of years has passed since you've dealt with Terry Dukes, Jr., you get information relayed to you by your supervisor that he is wanted, probable cause for an arrest has been made, a warrant has not been issued, correct?  Or was you told -- were you told a warrant was issued?

A    No, that was -- no.  We was there to attempt

FOR THE RECORD REPORTING, INC. 850.222.5491

13

to contact because of the probable cause Detective Wilkinson established while interviewing the victim at the hospital.

Q    Okay.  And aggravated battery on a pregnant woman?

A    That is correct.

Q    What does that tell you about Terry Dukes, Jr.?

A    That tells me that he knew the female was pregnant if he's sitting there battering up on a female that was pregnant, which was his girlfriend -- ex-girlfriend, girlfriend, off and on, that somebody -- again, molly would do that.  I don't know the extent of the injury she sustained, I don't know that, I didn't -- wasn't privy to that knowledge, but based on the charge --

Q    Does it matter?

A    No, it does not.

Q    Okay.  All right.  So at 4:30, five o'clock in the morning, you're winding down because your shift ends at 6:00 a.m.; is that correct?

A    That's correct, yes, sir.

Q    Okay.  And then this information comes to your shift supervisor, and this is a guy that needs to be arrested because he is violent, correct?

FOR THE RECORD REPORTING, INC. 850.222.5491

14

A    That is correct.

Q    Probable cause for his arrest for a violent felony exists based on what you're told, correct?

A    That's correct.

Q    So you and your corporal and who else go to the scene?

A    Deputy Gaffey and Deputy Murphy.

Q    Okay.  And y'all depart from this parking lot here at the sheriff's office, next door communication center, correct?

A    All at the same time.

Q    Okay.  So walk me through it.  You drive there and you're arriving on scene.  What do you do?

A    We park out in front of the re- -- we black out, turn our lights off prior to arriving so we don't give -- Terry Dukes, Jr., was there.  We didn't want to let him know that we were about to pull up by his house.  So we blacked out and got out of our cars and got together there in front of -- not far from the house and got a game plan together, and that game plan was Corporal Almeida and Deputy Murphy was going to go to the front of the house while me and Deputy Gaffey went to the back of the house.  I knew the back of the house had a back door with steps leading up to it because I've been there before.

So I went to the steps, and Deputy Gaffey stopped at the -- what side?  I think it would be the east side of the trailer on the back and --

Q    I've taken Deputy Gaffey's statement related to this incident, and he's described where he's at, so don't stress yourself trying to figure out where he was at.  I'm just worried about where you were at and what you were doing.

A    I was on the back -- back of the residence.

Q    Okay.  So then what happens?

A    Whenever we get in position, probably 15, 20 seconds after being there, I can hear somebody.  I could hear Deputy Murphy banging on the front of the house and announcing the sheriff's office.  He done that several times, and after 15, 20, 30 seconds of him doing that, I could hear footsteps in the house.  And right after hearing those footsteps, the back door that I was standing in front of opened up.  When it opened up, I could see somebody going back into the house.  Didn't say a word, just opened the door.  And I had a flashlight and I shined -- that's not in the report.  I remember I shined Deputy Gaffey, got his attention, and I entered into the house.  And my thought process was -- and looking back now, I probably shouldn't have done that, but I can tell you exactly what my thought

process was because it has not left my mind since then. Molly -- I know we talked about it earlier, but that affects people in so many different ways and in so much strange behavior, and my thought was, whenever that door opened and I could see somebody just go back inside, I would much rather of went inside that house with my flashlight and seeing where the subject went to than waiting 10 extra seconds and us all walking into that house, and if that was Terry Dukes, Jr., him laying there hiding in the living room or in a bedroom or behind a corner or something with that gun and doing something foolish. And that was the God's honest truth of my thought process.

Q    Did you see the person that opened the door?

A    I could see it was a person. I couldn't see who it was -- that door.

Q    Talking about the exterior door.

A    The exterior door. I could just -- I could see it was somebody that opened it. But it's dark, there's no power on inside that house, there is no power to the house. The house is dark as dark can be inside there.

Q    So the house is dark, and at that time of the morning, is it also still dark outside?

A    It was very dark outside.

FOR THE RECORD REPORTING, INC. 850.222.5491

17

Q    Okay.  So a person opens the door, you don't know who this person is?

A    That is correct.

Q    You just see -- did you illuminate that person that opened the door as they walked away from you with your flashlight?

A    No, where I was standing at -- and the door didn't open up all the way.  The door opened up halfway.  And where I was standing at and the way the door swung, that little tiny, itty-bitty gap that I did have, I could just see -- if you was to open up a door and put your hand down and walk away, that little bitty gap right there is what I seen -- when whoever it was turned and walked away, I could see like a -- what appeared to be like a hand in the gap.

Q    Okay.  So nothing distinctive about --

A    No.

Q    -- that particular instance?

Okay.  So the door opens.  In this thought process you have, how long does this thought process last before you make the decision that you're going to step through that door?

A    Two seconds as I'm walking -- from the time that happened -- you know as well as I do, like any other deputy that's ever been doing this job, before you

FOR THE RECORD REPORTING, INC. 850.222.5491

18

ever get to a house, you're playing every single scenario inside your head before you ever even get there. And I had 30 seconds and I'm sitting there at that doorstep and I'm looking around me and I'm looking at the steps, I'm looking at the door, I'm trying to figure out where's the best place to stand. If he wants to come shooting out this door to run, where's the best chance I can be that I can stop him? If he comes out that door with a gun -- they said he had a gun. Where is my nearest cover? Can I get somewhere besides this door and still be able to -- there's so much stuff going through my mind whenever I get to this house and I get there and I'm looking around and I'm playing out all these different scenarios inside my mind.

Q    Okay.

A    And I'm thinking and I'm thinking and I'm thinking, and as I'm sitting there trying to figure this stuff out and I can hear those footsteps coming, my mind just gets to thinking.

I step -- the door opens up, I step on this side of the steps. When I get to that side of the steps and I can see whoever it was went back inside, the moment -- my gun, if I remember correctly, I don't remember if it was (inaudible) ready -- no, it wasn't. My gun was not out of my holster, but my hand was on it.

And my thought process was when that happened, like I explained earlier, the moment I seen that and he went back inside, like that I said, "He's not getting inside. If this is him, and that door opens up" -- and it did open up. When that happened, my thought process was, "I'm going to see who this was and figure out who it is before he gets in there, hides, gets whatever, or just does something stupid and we're all inside that dadgum house."

Q   So the decision to enter the house was almost instantaneous?

A   That was my thought process.

Q   Okay.  Let's talk about these scenarios that are running through your mind.  I know you can only speak to yourself, but do you think that your counterparts are having these same thoughts?

A   Can't answer that.

Q   Okay.  Do you have any experience or training other than your police academy tactics?

A   I do.

Q   What training is that?

A   When I was initially on the TRU team, we underwent quite a bit of training, did a lot of active shooter training and drills and clearing and things of that nature with the University of Louisiana when they

FOR THE RECORD REPORTING, INC. 850.222.5491

20

came and put on that school out there at the women's prison.

Q   If you were to guess how many hours of advanced tactics training you have --

A   That we did --

Q   -- prior to this morning --

A   That's on record or that -- just in general?

Q   I'm talking about in general because -- just because it's not recorded doesn't mean the training didn't happen, correct?

A   That is correct.

I'd say probably anywhere from 80 to 100 hours.

Q   Of advanced tactics?

A   Beyond what the normal patrol deputy will go through at any ordinary academy.

Q   Okay.  So having this advanced training, you're describing to me that you're looking everywhere for every option?

A   That is correct.

Q   Whether you need to flee and take cover, whether you need to advance to a subject that's coming out of the door aggressively or a subject that's coming out of the door armed, all of these thoughts are going through your mind, correct?

A    That's correct.

Q    So when the door does open, you immediately decide, it's not sit there and ponder it for --

A    No.

Q    It's an immediate decision?

A    I've had -- I know I haven't been doing this job as long as some, but I've also not been doing it for a year either.  I've had several cases dealing with people and dealing with guns and cases where I've had them in front of me in my presence on felony charges that I have, and the individual take off and they allegedly have a gun.  And I've had copious amount of calls involving not necessarily exactly like this, but I've had enough calls to know that whenever you get excited and your adrenaline gets running and you lose sight of your safety, that's when your butt's going to get hurt.  And I'm not saying I've always stuck to that, but I've been in enough situations to know at least I trust my judgment.

Q    Okay.

A    This ain't -- this wasn't a first time dealing with a felon -- he is a felon, or dealing with a felony case with guns or drugs or -- I mean, I've had enough to know.  I believe that my judgment was true and accurate during that situation and why I did what I did.  This

was not a first-time thing for me.

Q   Okay.

A   And I don't say that in a bragging way by no means, but I just wanted to make that clear.

Q   Okay.  So the door opens, your decision to enter and identify the person who opened the door is immediate, we've established that.  So then what do you do?

A   When I enter inside the house?

Q   Uh-huh.

A   I -- can I just refer to this real quick?

Q   Yeah, yeah.  It's your report.  Please refer to it.

A   (Witness reviews document.)

Whenever I walked into the house, where that door is, it goes straight to the kitchen, and it's an open kitchen, open floor plan, a big, open kitchen, open living room, and like right here is a bedroom and you can see the door.  You take two, three steps in the house, you can see the door from the door that I entered into.

Q   You can see the bedroom door from the back door after you take a couple of steps?

A   You can see the bedroom door -- you take a couple of steps from the back door, you can see this

FOR THE RECORD REPORTING, INC. 850.222.5491

door right here.  And after taking two -- after entering inside the house, I could see when my flash- -- I could see somebody go into that bedroom and shut the door.

Q   Okay.  So make sure I'm understanding you correctly.  You step through the rear entry door of the home.  You turn your flashlight on.  You make --

A   My flashlight was on when I was going up the steps.

Q   Okay.  You turn your flashlight on before you --

A   I take that back.  No, actually, I turned my flashlight on after I entered inside the house.  I wouldn't turn my flashlight on whenever I was going up the steps and --

Q   Why?

A   Because it was dark and I'd rather -- if I go inside that house, I'd rather go in with it being dark than with a freaking flashlight in my face shining me, shining who I -- shining -- if this was somebody that was going to hurt me, and I go inside a dark house with myself illuminated -- yeah, I may have a flashlight.  That flashlight only shines what I'm looking at.  If I go inside a house and I have a flashlight on me, I'm already in a doorway, I'm already a target, and if I stood in that doorway or whatever the case is -- so

FOR THE RECORD REPORTING, INC. 850.222.5491

after I entered into the house, whenever I turned my flashlight on.

Q    Okay.

A    I flashed Deputy Murphy with it -- I mean Deputy Gaffey with it.  I had it in my hand when I went up the steps, but I didn't turn it on till I got inside the house, like got past that doorway.

Q    Is that a tactical decision?

A    That was my decision.  It can go either way.

Q    Okay.

A    That was my decision.

Q    In my experience as a law enforcement officer with some advanced tactics training, when you enter into a doorway, there's a term in the tactics world that they give for the doorway.

A    They do.

Q    What is that term that you're using now?

A    They call it "the death hole."

Q    Okay.

A    They'll call it the -- I just said it like five seconds ago talking about this.  I can't think of it.

Q    The term that was used when I was in an advanced tactics team, "fatal funnel."

A    Fatal funnel, yes.

FOR THE RECORD REPORTING, INC. 850.222.5491

25

Q   Is that a term that's still used now?

A   Yes, yes, fatal funnel.

Q   Okay.  And that term has been coined over many years because most law enforcement shootings --

A   Are killed in that fatal funnel.

Q   As they're entering the doorway.

So I go back to my original question.  Your decision not to turn the light on until you were actually in the interior of that home, was that a tactical decision?

A   Yes.

Q   Part of your training?

A   Yes.

Q   Okay.

A   Part of my training that I have done, if I can call it that, is my decision to do that stemmed from the training that I have done in the past with tactical training.

Q   Okay.

A   If it -- and it was dark and that house was dark.  If somebody is inside that house and they're waiting in the kitchen or in the living room, has a clear shot at that door and they're wanting to shoot me, if I walk inside that house with my flashlight illuminating my body, I have made myself a big, fat

FOR THE RECORD REPORTING, INC. 850.222.5491

target inside of the death hole, a fatal funnel.

If I put a distance between me and that door before I turn my flashlight on and then I start shining and he wants to start shooting, I have at least created a distance between me and that little old target right there, that door that I just walked through. I've at least gave me a little bit better chance to at least get my gun out, or if I need to go back out -- just if I needed to react, I gave myself hopefully just another half a second to react.

Q    So that half a second could be the difference between life and death for you?

A    In this job, it's less than half a second.

Q    Okay. So you enter the doorway, you go through the doorway, and you're now in the kitchen area of the home, based on your description, and you can see this bedroom door that you're describing?

A    I seen the male go -- I seen somebody go inside of it. I announced "sheriff's office." I announced, "sheriff's office," I asked if Terry Dukes, Jr., was here, if that was him going inside that door.

Q    Did you get a response?

A    I did hear something come from the room that I seen the male walk into.

Q    Say that one more time. I didn't understand

what you --

A    Yeah, I heard a response -- after I announced it, I think, a couple of times, I did hear something come from the room that I seen the male walk into.  I don't know what he said.  I could just hear a male voice.

Q    Okay.  And then what did you do?

A    I announced "sheriff's office" again and asked if Terry Dukes, Jr., was there.  The male subject didn't say anything.

Q    Are you standing still or are you moving?

A    I am in the -- here's the kitchen, living room, here's the door that they walked into.  I'm positioned kind of in the kitchen and -- in the kitchen where I know behind me anybody that's going to come through that door is going to be a deputy.  There's no other way to go (inaudible) that way.  And I can still see the living room, I can still see all in the kitchen, and there's a couple of rooms on this end of the house. I could see every bit of that from where I stood.  If you're facing the door, it would be to the right of the door and back away from it probably 6, 7 feet.  Not standing in front of the door, but standing to the side of it kind of where I could see everything else while I'm trying to communicate with whoever it was that just

went into this door.

Q    What's in your hands?

A    Flashlight and a gun, if I remember correctly.

Q    Okay.  So you do not get an affirmative response that you understand.  What do you do next?

A    I knocked on the door.

Q    Knocked on what door?

A    The door that I seen the male going to and gave loud and clear commands to open the bedroom door. And after I'd done this several times, the door opened slightly and I heard someone, a male, ask what I was doing.  I told him he needed to identify himself and to come out from behind the door.  I advised the male subject again who I was and who I worked for, and instead of complying, the male opened up the door a little bit more, stuck his right arm outside the door, and then will quickly look through the gap before (inaudible) -- I'm just reading this out loud so I'll get a little better.

Q    I know you are.

A    All right.  When he opened up the door, I told him again who I was.  I asked who he was.  He wasn't -- he was hard to understand.  His voice was muffled. After trying several times, he opened the door a little bit more and he like stuck his right arm like outside

FOR THE RECORD REPORTING, INC. 850.222.5491

the door and would like peek from behind the door and like duck back in, and he done that several times. And I would tell him time and time -- I would tell him, "Hey" --

Q    What are you telling him?

A    "Open the door. Let me see your hands. Who are you? Identify yourself." I tell him who I am, and he does not --

Q    So you're having a conversation with this person?

A    No, it ain't a conversation. He ain't hardly saying nothing, and what he does say, you can't really understand him.

Q    Okay. So you're having conversational tone speech with him?

A    That's correct.

Q    Like you and I are now?

A    Not necessarily like we are now.

Q    How are you giving him --

A    I was making sure he could hear me --

Q    How so?

A    By raising my voice and making sure that what I was saying was clear and that he knew what I wanted him to do without any thought, without any question.

Q    All right. Let me back up and punt here half

a second.  Stop the train right here and I'm going to back you down just a second.

You've just stepped into a person's house, you've seen an individual that you believe may be Terry Dukes, Jr., who may be armed, who may be high on molly --

A    And whose actions at this point in time could be consistent with somebody that's high on molly.

Q    Okay.  And you're having just raised voice or are you screaming at him?

A    Yeah, I mean, I'm making sure -- yeah.  You -- if --

Q    So your adrenaline is here or is it through the roof?

A    Honestly, my adrenaline, it wasn't through the roof.

Q    You weren't calm, cool, and collected like you're sitting here right now, though, were you?

A    I was alert, I was suspicious, but my adrenaline was not through the roof.  I wasn't hollering and screaming to the top of my lungs, but I wasn't talking like we are either.

Q    So your report reflects that you were giving -- let me make sure I --

A    "Loud, clear commands" is probably what it

FOR THE RECORD REPORTING, INC. 850.222.5491

31

says.

Q    "I began giving loud, clear commands to the male."

A    Exactly.  I mean, loud, clear commands, I mean, if you're in class and you're talking loud, and the teacher tells you, "Stop talking loud" even in casual conversation, there's a difference between loud and screaming.  Whenever you start screaming at somebody and hollering at somebody the way I believe you're trying to get -- the way you're trying to perceive it as, if I do that, a lot of times I can also make a situation a heck of a lot worse.  But if you talk in a stern voice and you make your point known, you get it across in a clear way -- he wasn't 50 feet away, he wasn't a hundred -- this man, whoever it was behind this door -- at the time I didn't know who it was -- was from me to say the wall right there.  I didn't need to scream and holler.  Was I talking loud?  Yes.  Could the deputies outside hear me?  They most certainly could.

Q    Oh, okay.

A    But it was not --

Q    So you were speaking loudly enough that the deputies who were outside of the home could hear you too?

A    They could.

FOR THE RECORD REPORTING, INC. 850.222.5491

32

Q   All right.  Fair enough.  So the reference that he makes, just for clarity of the record, from him to the wall is 6 to 8 feet?

A   That's correct.

Q   Okay.  So you're speaking loudly enough and clearly enough that you believe the deputies on the exterior of the home could also hear you?

A   I believe they could, yes, sir.

Q   Okay.  All right.  So this person you describe extends a right arm, peeks around the door, looks through the crack in the doorway, and we're talking at the pivot point of the door based, on what you're telling me?  All that's correct?

A   Yes, sir.  Sorry.

Q   And then what happens?

A   Well, he stuck his arm from behind that door. I could tell it was a black man behind the door.  The man we're there to apprehend is a black young man.

Q   Okay.  So what happens after this?  How does this evolve?  You're giving loud, clear commands to a person that's hiding behind the door that you're telling him to -- you said one time, "Show me your hands, identify yourself" --

A   "Open the door".

Q   -- "open the door."  Any other commands that

FOR THE RECORD REPORTING, INC. 850.222.5491

33

you're giving?

A    Not that I can recall.

Q    Okay.  Then what happens?

A    I told him again to show me his hands, to come from behind the door.  While I was giving these commands, he opened up the door a little bit more and asked who I was and why I was there.  Whenever he done this, whenever he opened the door and asked who I was there -- what am I looking at -- yeah, I'm getting to that part right now, but I'm starting up here.

Q    Okay.

A    Whenever he opened up the door and asked who I was and why I was there, my light shining through the room, I could see the bed.  When he opened that door, past him where he was standing at was his bed, and on the bed, I could see a gun.  It looked like a revolver.  Black gun on the bed.

Q    What did you do when you saw that?

A    Announced gun.  Told the deputies that were there with me, "I see a gun."

Q    Okay.  Then what happens?

A    I need to note, too, that whenever he opened up that door partially, I could see his torso and part of his face and right past this male was the bed, and on the bed, I could see the pistol.  Once I seen the

FOR THE RECORD REPORTING, INC. 850.222.5491

pistol, I gave him more commands to come from behind the door and to show both his hands. He did not comply with my commands. I continued giving commands. I heard the male say something, but I couldn't understand what he said, and then he walked from behind the door.

From the time we enter into this house up until this point, I would say would probably be two minutes. There was enough conversation, there was enough times, enough warning, enough announcements. The individual who was behind that door was giving, in my opinion, copious amounts of times to know who was inside of his house and what the people inside of his house wanted.

Q   And the people are?

A   The sheriff's office and the deputies that were with me --

Q   You and your shift mates?

A   That is correct.

Q   Okay.

A   We were not all screaming. We were not all hollering. I was giving the commands for the most part. So it's not like you got a bunch of people hollering and screaming and you can't make sense of what's going on.

Q   Okay.

A   Whoever it was that was behind this door, from

FOR THE RECORD REPORTING, INC. 850.222.5491

35

the time that front -- the back door opened and I entered, was acting suspicious and acting as if somebody who could possibly be under the influence of some drug. It is not normal, it is not reasonable, it is not common for somebody at this time of the morning, if the sheriff's office or just anybody in general goes to your house and does this, they're going to do one or two things. They're going to find out what the crap you're there for, and they may do that with a gun in your face, and rightfully so, or they're going to go hide in the bathroom, pick up the phone, and call 911 and say, "Look, somebody's inside my house. I want to know why they're here. I need you to get here." Those are basically the two outcomes you're going to get. Anything beyond that, you'd better be suspicious.

Whenever I've seen this was a male, this was an African-American man behind this door, on top of everything else, and then when he finally does open the door a little bit more, I could see a gun, I tell the deputies there with me, "I can see the gun." We start giving him more and more commands to get out from behind that door, to show me his hands, to get out from behind that door. He didn't do it. He tried shutting the door. I wouldn't let him shut the door. He finally tried shutting the door again. I put my foot right

FOR THE RECORD REPORTING, INC. 850.222.5491

there to where he could not shut the door.  I seen him turn from the door and start walking away from the door. When he turned and walked away from that door, he turned to the right as if he was going straight to his bed. The distance between him and that bed where that gun was at is probably, if I remember correctly, 8 foot, around that.  Whenever I seen him do that, I didn't give a dang what he was doing, I didn't give a dang who it was.  My thought process was, "He is not getting to that bed, he is not getting nowhere near that gun."  And when he turned away from that door, I kicked that door in.  With my left hand, because of the kind of taser holster I have, I was able to draw my taser with my left hand, activate it, and deploy my taser, and he fell at the foot of the bed where the gun was at.

Q   After you activate your taser -- let me back up just a half a second.

The whole time you're standing at the doorway of this bedroom and you're giving these commands to the person that's on the other side of the doorway, you've already described that you had your issued firearm/sidearm in your hand.  At some point, you make a transition from your firearm --

A   That's not a transition.  Ain't a transition, nothing.  But kind of I've got a left-handed -- my taser

holster -- most holsters that are issued are given for a right-handed person. They are made to where you can draw it from the right side, you can't draw it with your left hand. But I requested a left-handed holster for my taser so I could -- if in the event I ever needed to deploy my taser, I didn't have to transition from my gun to my taser by putting my gun up and going to my taser. So I can keep my pistol in one hand, and if I need to, I can draw my taser from my left hand and deploy it left-handed without having to holster my pistol and get my pistol.

Q    And that's what you did?

A    That's exactly what I did.

Q    Stand up for me, please. I want to take a picture of your gun belt. You'll have a step closer to me.

All right. I want you to camp just a little bit so I can get kind of a side view of your sidearm. Turn the other way. Thank you.

I'm going to use those pictures for the record because that is an unusual setup.

A    I would like to note, too, that I just didn't get a left-handed holster and put a taser in it and called it good. I practiced a lot drawing with the left hand from that holster with an unloaded -- I've

FOR THE RECORD REPORTING, INC. 850.222.5491

practiced using the left hand. When I first got it, I practiced it and practiced it and practiced it if in the event I ever needed to do that, I was familiar with it and I didn't freeze up and have two things in my hand, I didn't know which one was which. And, generally, if you get in a situation like that, yeah, adrenaline's going to be running and it's going to be something serious if you're having to go from gun to taser, taser to gun.

Q    Okay. So in my other interviews, your counterparts, your deputies that are there backing you up, thought you transitioned, you holstered your firearm and drew your taser. You actually had your sidearm, your pistol, in your right hand and your taser in your left hand and you shot this individual with the taser in your left hand?

A    Whenever I kicked that door open -- I seen the gun, I kicked that door o- -- I mean, I could show you exactly how it happened. It wasn't like --

Q    Your descriptions are adequate.

A    It wasn't bam, bam, bam. I mean, it was one fluid motion. It was -- that door was kicked in. When that door was kicked in, I put my gun down. As I kicked that door in and my taser came out and as I entered that room, it was all one motion.

Q    Okay. Just for the record, Deputy Gregory

just stood up and gave a demonstration of him drawing his taser with his left hand and pointing -- I guess ultimately firing.  Thankfully, you did not do that here, but firing the taser at the person that you still did not know the identity of; is that correct?

A    Yeah, I didn't know who it was.

Q    Did not know who it was.  Okay.

A    I want to say at one point in time I could see part of his face whenever he opened up the door slightly and he would like peek behind.  Like I could see, obviously, it was a male, his voice, and you can tell a man's arm from a woman's arm for the most part.  But at one point in time, I could see, like, part of his face. I think my report does talk about that.

Q    Your report does reflect that you could see just a part of his face at moments during this.

Okay.  So your taser is now deployed, and you describe the individual that you fire your taser at as going to the ground at the foot of the bed.  What do you do next?

A    Go inside the room and put handcuffs on him.

Q    Okay.  And then?

A    I realized it wasn't Terry Dukes, Jr.

Q    So it was at that point you didn't realize it was Junior?

FOR THE RECORD REPORTING, INC. 850.222.5491

40

A    We entered inside, and as I'm putting -- yeah, I mean, as I'm entering in and can actually get an actual look at this guy, no, I knew it wasn't Terry Dukes, Jr.  I know what Terry Dukes, Jr., looks like. Honestly, he looks just like his daddy, just a younger version.

Q    Okay.  So you deploy your taser, this person goes to the ground, you walk into the room, you're putting handcuffs on him.  What's he wearing?

A    Not a thing.

Q    What's he saying?

A    I don't remember what he was saying unless it's in my report.  He was talking, saying stuff, but if you have to ever have a conversation with him, the man does not talk clearly and where you can --

Q    Okay.  Prior to this date, had you ever dealt with Terry Dukes, Sr.?

A    I talked to him out yonder by the garbage bin one time.

Q    How long ago?

A    Oh, that was several years ago.

         And I take that back.  I did -- talked to me one time when I first started here in like 2012 at the jail.  I found out he was Gerald Dukes' twin brother.

Q    Okay.

FOR THE RECORD REPORTING, INC. 850.222.5491

41

A   And I met Gerald whenever Gerald worked here.

Q   Yeah.  That's --

A   He was up here doing something.  I met him and -- but and other than that, no, I've never really had any dealings with him.  Never had any problems, never had any calls with him.  Every time I've been to that house, it's always been for Terry Dukes, Jr.

Q   Okay.

A   If I remember correctly, I don't think Terry Dukes, Jr. -- or Terry Dukes, Sr., lives at the house full-time.  I think he has another house where he stays.  I don't think he stays there full-time.

Q   Okay.  So you do what you need to do, you place handcuffs on him.  And then what happens?  Where do you go from there?

A   Secure the gun, unload the gun, make it safe, help Mr. Dukes up to his feet, let him get dressed.

Q   Okay.  What's he put on?

A   He never put a shirt on.  He put some pants on.

Q   Okay.  Then where do you go from there?

A   I think we escort outside the -- it's not in the report, but I do believe once we do that, I think we actually canvas -- or (inaudible) to make sure no one else is inside the house or hiding anywhere.  If Junior

was in there, we searched the house and make sure that he was not there.  I don't think it's in my report, but I do remember.

And I may not have done that.  I may have stayed with Terry Dukes, Sr., why they done that, but I do remember that.  I believe that was done.

Q    Okay.  So you escort him outside, and what happens after you escort him outside?

A    We have a med unit en route.

Q    Okay.

A    We tell him what all was going on, explained everything to him.

Q    Who's "we"?

A    Me and, I believe, Corporal Almeida.

And I would like to note, too, that conversation went just fine.  He didn't have a problem hearing.  He didn't ask a lot of questions about, "Well, I can't hear you. You got to speak up," this or that. We asked questions, and he answered them.

Q    Why is that important?

A    Because he alleged that he has a hearing problem.  And he might have a hearing problem, I'm not saying he does not, but he alleged that the reason why he didn't open up the door or the reason -- is because he couldn't hear anything, he didn't know I was there,

didn't understand.  And his main thing was that he can't hear.  He got sick and he can't hear and that he didn't know why we was there.  He couldn't hear anything we were saying.  But whenever we was outside talking as two human beings would talk, not screaming, not hollering, not making yourself known like we're doing now, he could answer the questions.

Q    Okay.  From your report and from the other statements that I've taken in this investigation, it appears that a decision is made, and I believe that decision ultimately was made by Corporal Almeida to remove the hand restraints and allow Mr. Dukes, Sr., to go by ambulance to the hospital based on some complaints that he made at scene so that he could be evaluated medically and receive any treatment that he needed; is that correct?

A    Med unit cleared him.  EMS evaluated him, ran what they normally do, and they said he was fine, but he insisted on going to the hospital.

Q    Okay.  And any other instance in your history as a law enforcement officer and you encountered a person who resisted without violence, failed to obey clear verbal commands from a duly appointed law enforcement officer like yourself, up and to the point that they may have been tased, where does that

individual normally go after your case investigation is done at scene?

A     Jail.

Q     And a decision was made in this particular instance to allow him to go to the hospital?

A     Yes, sir.

Q     Not your decision, I understand.

A     That's correct.

Q     Okay.  You ultimately do file a sworn complaint for resist without violence; is that correct?

A     That's correct.

Q     Okay.  You were very clear just a moment ago that while you were inside the residence, you were at an elevated volume of your voice and you were giving clear commands for this individual whom you had not identified at that point to surrender, in essence, correct?

A     In a nutshell, yes, sir.

Q     The situation evolves where you wind up having to use your taser to keep him away from what you perceived as a real threat, a firearm on the bed, correct?

A     That is correct.

Q     And then after all of that is done and you have the person in custody, you then identify him as Terry Dukes, Sr.  You know he's not Junior.  You

FOR THE RECORD REPORTING, INC. 850.222.5491

identify him as Terry Dukes, Sr., and you take him outside, and you're very clear that you're having conversations with him in a normal tone like you and I are right now and he's able to understand and respond to your questions; is that correct?

A   Yeah. Yes, sir.

Q   Okay. I can see that you're getting upset. I can see it in your face. But I want to ask you one question: At the end of the day, what is most important for you?

A   Me and my shift go home. Look, I hate what happened to him. I hate it. But when he turned and he walked back from that door to where that gun was, the only thing I could think of was him getting that gun and me or somebody else behind me not go home to their family, to their wife or girlfriend or to their kids, and that was not going to happen. I hate that what happened to him happened, I do, but there is not one thing I would change different during this entire situation, and when I seen him turn and go to that bed, what appeared to be going to that bed...

LIEUTENANT TUMMOND: Okay. All right. At this point, I don't have any further questions to ask you. However, I do have a few statements for the record. So at this point, I just want you to

listen to me, okay?

Mr. Dukes came in and he gave a second written statements and he made a couple of requests. His first request was that the deputy, whom he described as blonde, shot him with a taser, and it was, in his mind, not justified for any reason, and he wants the sheriff to terminate that deputy, being you. Second request he's made is that the agency give him an apology. I think you need to know what his requests are.

In review of the Levy County Sheriff's Office General Order 1105.3, and as noticed to you on June the 4th, Subsection (b)6, "excessive or unnecessary use of force not resulting in injury," a Level 4 violation, based on the totality of the circumstances, I will be exonerating you and everybody else that was involved in this because it does not apply. The totality of the circumstances does not apply to this general order.

I want you to understand, though, that this does not negate any efforts that Mr. Terry Dukes, Sr., has should he decide to file a civil suit against our agency in which you would be named personally, okay?

From this point forward, barring any calls for

service, I'm giving you a direct order not to have any contact with Terry Dukes, Sr.  However, if a call for service is requested and you are the deputy that is required to respond, you will respond and do your job as a professional, like I know that you will.  But to seek him out to talk to him, to apologize to him, I'm giving you a direct order do not do that.

Is that a clear and concise --

DEPUTY GREGORY:  I understand, yes, sir.

LIEUTENANT TUMMOND:  Okay.  I will render my report and give my findings to the sheriff.  My findings will reflect that you are exonerated, but until the sheriff signs it and accepts it and notifies you that he has signed and accepted, this is still an active internal investigation, and I'm now giving you a direct order not to discuss this with anyone except for your choice of counsel or with me if I need to call you back for any other reason or any more clarification.

DEPUTY GREGORY:  Yes, sir.

LIEUTENANT TUMMOND:  Okay.  I'll conclude this interview at 9:38.

(End of proceedings.)

                    C E R T I F I C A T E

STATE OF FLORIDA    )

COUNTY OF LEON      )

          I hereby certify that the foregoing transcript is of a tape-recording taken down by the undersigned, and the contents thereof were reduced to typewriting under my direction;

          That the foregoing pages 2 through 48 represent a true, correct, and complete transcript of the tape-recording;

          And I further certify that I am not of kin or counsel to the parties in the case; am not in the regular employ of counsel for any of said parties; nor am I in anywise interested in the result of said case.

          Dated this 27th day of January, 2026.


                         CLARA C. ROTRUCK

                         Notary Public

                         State of Florida at Large

                         Commission Expires:

                         November 13, 2026

                         Commission No.: HH 327478


          FOR THE RECORD REPORTING, INC. 850.222.5491

BY LIEUTENANT TUMMOND: **[1]** 4/23

DEPUTY GREGORY: **[8]** 2/12 2/18 2/24 3/2 4/8 4/11 48/9 48/20

LIEUTENANT TUMMOND: **[12]** 2/1 2/13 2/19 2/25 3/3 4/9 4/12 4/15 4/20 46/21 48/10 48/21

THE WITNESS: **[1]** 4/19

**'**

'nother **[1]** 10/17

**0**

02271 **[1]** 5/2
08 **[1]** 1/3

**1**

10 **[1]** 17/8
100 **[1]** 21/12
1105.3 **[1]** 47/12
13 **[2]** 1/10 49/23
13th **[1]** 2/3
15 **[2]** 16/11 16/15
19 **[1]** 8/19
19-FI-08 **[1]** 1/3
19FI08 **[2]** 2/7 3/8

**2**

20 **[2]** 16/11 16/15
2012 **[1]** 41/23
2019 **[1]** 1/10
2019-05-02271 **[1]** 5/2
2026 **[2]** 49/15 49/23
27th **[1]** 49/15

**3**

30 **[2]** 16/15 19/3
327478 **[1]** 49/24

**4**

48 **[1]** 49/8
4:30 **[3]** 5/17 5/21 14/19
4th **[1]** 47/13

**5**

50 **[1]** 32/14
5:30 **[1]** 12/15

**6**

6:00 **[1]** 14/21

**8**

80 **[1]** 21/12
8:35 **[1]** 2/3

**9**

900 **[1]** 6/16
911 **[1]** 36/11
9:38 **[1]** 48/23

**A**

a.m **[2]** 2/3 14/21
able **[3]** 19/11 37/13 46/4
about **[16]** 6/12 6/13 7/2 8/25 9/5 14/7 15/17 16/7 17/2 17/17 18/16 20/13 21/8 25/21 40/14 43/17
abuse **[1]** 6/18

academy **[2]** 20/19 21/16
accepted **[1]** 48/15
accepts **[1]** 48/14
accurate **[1]** 22/24
across **[1]** 32/14
acting **[3]** 11/14 36/2 36/2
actions **[1]** 31/7
activate **[2]** 37/14 37/16
active **[2]** 20/23 48/16
actual **[1]** 41/3
actually **[5]** 24/11 26/9 39/12 41/2 42/24
added **[1]** 3/2
address **[2]** 7/15 13/14
adequate **[1]** 39/19
administrative **[1]** 3/10
adrenaline **[4]** 22/15 31/13 31/15 31/20
adrenaline's **[1]** 39/6
advance **[1]** 21/22
advanced **[5]** 21/4 21/14 21/17 25/13 25/24
advise **[1]** 3/7
advised **[1]** 29/13
affects **[3]** 11/15 11/16 17/3
affirmative **[1]** 29/4
African **[1]** 36/17
African-American **[1]** 36/17
after **[17]** 10/15 16/12 16/15 16/16 23/23 24/1 24/1 24/12 25/1 28/2 29/10 29/24 33/19 37/16 43/8 45/1 45/23
again **[6]** 14/13 28/8 29/14 29/22 34/4 36/25
against **[3]** 4/3 4/6 47/23
agencies **[1]** 9/16
agency **[3]** 3/24 47/9 47/23
aggravated **[2]** 6/5 14/4
aggressively **[1]** 21/23
ago **[5]** 6/15 25/21 41/20 41/21 45/12
ain't **[6]** 5/19 11/4 22/21 30/11 30/11 37/24
alert **[2]** 12/10 31/19
all **[28]** 3/4 3/14 5/4 5/15 7/17 8/2 9/16 11/3 14/19 15/11 17/8 18/8 19/13 20/8 21/24 28/18 29/21 30/25 33/1 33/9 33/13 35/20 35/20 38/17 39/24 43/11 45/23 46/22
allegations **[3]** 6/7 6/18 12/17
alleged **[2]** 43/21 43/23
allegedly **[1]** 22/12
allow **[2]** 44/12 45/5
Almeida **[7]** 5/11 6/1 7/9 7/25 15/21 43/14 44/11
almost **[1]** 20/10
alone **[1]** 5/20
along **[1]** 12/1
already **[4]** 6/7 24/24 24/24 37/21
also **[5]** 3/18 17/24 22/7 32/11 33/7
always **[4]** 6/22 13/14 22/17 42/7
am **[6]** 28/12 30/7 34/9 49/11 49/12 49/14
ambulance **[1]** 44/13
American **[1]** 36/17
amount **[2]** 9/15 22/12
amounts **[1]** 35/11
and time **[1]** 30/3
announced **[5]** 27/19 27/20 28/2 28/8

34/19
announcements **[1]** 35/9
announcing **[1]** 16/14
another **[2]** 27/9 42/11
answer **[4]** 3/20 3/25 20/17 44/7
answered **[1]** 43/19
anticipate **[1]** 12/8
any **[33]** 4/1 4/3 4/5 6/25 7/21 7/24 8/18 8/24 8/24 9/2 9/4 9/4 9/5 13/1 18/24 20/18 21/16 30/24 30/24 33/25 42/5 42/5 42/6 44/15 44/20 46/23 47/6 47/21 47/25 48/2 48/19 48/20 49/13
anybody **[2]** 28/15 36/6
anyone **[1]** 48/18
anything **[4]** 28/10 36/15 43/25 44/3
anywhere **[2]** 21/12 42/25
anywise **[1]** 49/14
apologize **[1]** 48/7
apology **[1]** 47/9
appeared **[2]** 18/14 46/21
appears **[1]** 44/10
apply **[2]** 47/18 47/19
appointed **[1]** 44/23
apprehend **[1]** 33/18
are **[39]** 3/11 6/11 6/20 8/25 8/25 9/6 10/5 10/7 11/1 11/17 11/20 11/20 12/2 12/6 20/14 20/16 21/24 26/5 28/11 28/11 29/20 30/5 30/7 30/17 30/18 30/19 31/10 31/22 35/14 36/13 38/1 38/1 38/2 39/10 39/19 46/4 47/10 48/3 48/13
area **[1]** 27/15
arm **[6]** 29/16 29/25 33/10 33/16 40/12 40/12
armed **[2]** 21/24 31/5
arms **[1]** 10/13
around **[7]** 5/12 9/16 11/12 19/4 19/13 33/10 37/6
arrest **[2]** 13/22 15/2
arrested **[1]** 14/25
arriving **[2]** 15/13 15/15
as **[29]** 3/10 8/22 13/5 17/21 18/5 18/23 18/24 18/24 19/17 22/7 22/7 25/12 26/6 32/11 36/2 37/4 39/22 39/23 40/18 41/1 41/2 44/4 44/21 45/20 45/24 46/1 47/5 47/12 48/5
ask **[5]** 4/11 29/11 43/17 46/8 46/24
asked **[8]** 3/11 27/20 28/8 29/22 34/7 34/8 34/12 43/19
assisting **[1]** 5/25
associated **[1]** 2/23
attempt **[1]** 13/25
attention **[1]** 16/22
August **[2]** 1/10 2/3
awareness **[2]** 12/4 13/4
away **[9]** 18/5 18/12 18/14 28/22 32/14 37/2 37/3 37/11 45/19

**B**

back **[26]** 15/23 15/23 15/24 16/3 16/9 16/9 16/17 16/19 16/24 17/5 19/22 20/3 23/22 23/25 24/11 26/7 27/8 28/22 30/2 30/25 31/2 36/1 37/16 41/22 46/13 48/19
backing **[1]** 39/10
bad **[1]** 10/8
badge **[1]** 12/24

**ballpark [1]** 9/9
**bam [3]** 39/20 39/20 39/20
**banging [1]** 16/13
**barring [1]** 47/25
**based [8]** 5/2 12/3 14/15 15/3 27/16 33/12 44/13 47/15
**basically [1]** 36/14
**batch [1]** 10/8
**bathroom [1]** 36/11
**battering [1]** 14/10
**battery [2]** 6/5 14/4
**be [41]** 2/21 3/2 3/11 3/17 3/19 3/22 4/2 4/6 6/17 7/1 9/11 9/19 10/3 10/21 12/8 12/13 12/23 12/24 13/2 14/24 16/2 17/21 18/15 19/8 19/11 27/11 28/16 28/21 31/4 31/5 31/5 31/8 35/7 36/3 36/15 39/7 39/7 44/14 46/21 47/16 47/23
**because [19]** 2/10 10/15 11/6 12/7 12/21 14/1 14/20 14/25 15/24 17/1 21/8 21/9 24/16 26/4 37/12 38/21 43/21 43/24 47/17
**bed [14]** 34/14 34/15 34/16 34/17 34/24 34/25 37/4 37/5 37/9 37/15 40/19 45/20 46/20 46/21
**bedroom [8]** 17/10 23/18 23/22 23/24 24/3 27/17 29/9 37/19
**been [21]** 6/15 8/11 8/14 11/5 11/5 13/8 13/14 13/15 13/18 13/18 13/22 13/23 15/25 18/25 22/6 22/7 22/18 26/3 42/6 42/7 44/25
**before [12]** 7/14 7/18 10/23 11/22 15/25 18/21 18/25 19/2 20/7 24/9 27/3 29/17
**before you [1]** 24/9
**began [1]** 32/2
**beginning [1]** 5/7
**behavior [1]** 17/4
**behind [19]** 5/15 17/11 28/15 29/13 30/1 32/15 33/16 33/17 33/21 34/5 35/1 35/5 35/10 35/25 36/17 36/21 36/22 40/10 46/15
**being [10]** 3/5 3/9 6/6 7/19 7/25 11/12 11/13 16/12 24/17 47/8
**beings [1]** 44/5
**believe [12]** 6/6 7/4 7/11 22/24 31/4 32/9 33/6 33/8 42/23 43/6 43/14 44/10
**belt [1]** 38/15
**besides [1]** 19/10
**best [2]** 19/6 19/7
**better [3]** 27/7 29/19 36/15
**between [5]** 27/2 27/5 27/12 32/7 37/5
**beyond [2]** 21/15 36/15
**big [2]** 23/17 26/25
**bin [1]** 41/18
**bit [11]** 5/18 6/10 7/23 20/23 27/7 28/20 29/16 29/25 34/6 36/19 38/18
**bitty [2]** 18/10 18/12
**black [4]** 15/14 33/17 33/18 34/17
**blacked [1]** 15/18
**blonde [1]** 47/5
**body [3]** 10/16 10/17 26/25
**both [1]** 35/2
**bragging [1]** 23/3
**break [1]** 10/13
**breaking [1]** 11/12

**Bronson [2]** 6/14 12/12
**brother [1]** 41/24
**bunch [1]** 35/22
**butt's [1]** 22/16

**C**

**call [7]** 7/12 25/18 25/20 26/16 36/11 48/3 48/19
**called [2]** 2/9 38/24
**calls [6]** 6/15 6/16 22/13 22/14 42/6 47/25
**calm [1]** 31/17
**came [4]** 6/8 21/1 39/23 47/2
**camp [1]** 38/17
**can [40]** 4/2 9/9 9/12 10/12 10/13 11/5 11/11 12/2 16/12 16/25 17/21 19/8 19/8 19/10 19/18 19/22 20/14 23/11 23/19 23/20 23/22 23/24 23/25 25/9 26/15 27/16 28/17 28/18 32/11 34/2 36/20 38/2 38/8 38/9 38/18 40/11 41/2 41/15 46/7 46/8
**can't [11]** 7/10 10/6 10/14 20/17 25/21 30/12 35/23 38/3 43/18 44/1 44/2
**canvas [1]** 42/24
**capable [1]** 10/3
**car [1]** 12/15
**carries [1]** 13/8
**cars [1]** 15/18
**case [13]** 2/6 2/16 3/8 5/8 5/13 5/24 7/3 8/6 22/23 24/25 45/1 49/12 49/14
**cases [2]** 22/8 22/9
**casual [1]** 32/7
**cause [4]** 6/4 13/22 14/1 15/2
**caused [1]** 13/3
**center [1]** 15/10
**certainly [1]** 32/19
**certify [2]** 49/4 49/11
**chance [3]** 11/25 19/8 27/7
**chances [1]** 11/23
**change [1]** 46/19
**charge [3]** 2/5 6/4 14/16
**charges [3]** 3/23 4/7 22/10
**CHASE [4]** 1/2 2/8 2/13 3/9
**Chiefland [3]** 8/17 12/12 12/13
**choice [2]** 3/19 48/18
**choose [1]** 3/25
**circumstances [4]** 5/3 5/14 47/16 47/18
**civil [1]** 47/22
**CLARA [2]** 1/20 49/19
**clarification [1]** 48/20
**clarity [1]** 33/2
**class [1]** 32/5
**clear [14]** 23/4 26/23 29/9 30/23 31/25 32/2 32/4 32/14 33/20 44/23 45/12 45/14 46/2 48/9
**cleared [1]** 44/17
**clearing [1]** 20/24
**clearly [2]** 33/6 41/15
**closer [1]** 38/15
**coined [1]** 26/3
**collected [1]** 31/17
**come [9]** 10/15 13/13 19/7 27/23 28/4 28/15 29/13 34/4 35/1
**comes [2]** 14/23 19/8
**coming [3]** 19/18 21/22 21/23
**commands [15]** 29/9 31/25 32/2 32/4

33/20 33/25 34/6 35/1 35/3 35/3 35/21 36/21 37/19 44/23 45/15
**Commission [2]** 49/22 49/24
**common [1]** 36/4
**communicate [1]** 28/25
**communication [1]** 15/9
**compelled [1]** 3/17
**complaint [1]** 45/10
**complaints [1]** 44/13
**complete [1]** 49/9
**comply [1]** 35/2
**complying [1]** 29/15
**concise [1]** 48/9
**conclude [1]** 48/22
**confirmed [1]** 9/19
**consistent [1]** 31/8
**constitution [2]** 3/15 3/16
**contact [2]** 14/1 48/2
**contacted [1]** 5/11
**contents [1]** 49/6
**continued [1]** 35/3
**conversation [6]** 30/9 30/11 32/7 35/8 41/14 43/16
**conversational [1]** 30/14
**conversations [6]** 8/24 9/5 9/14 9/21 10/25 46/3
**conveyed [1]** 7/4
**cool [1]** 31/17
**copious [3]** 9/15 22/12 35/11
**corner [1]** 17/11
**corporal [10]** 5/11 6/1 7/8 7/19 7/22 7/25 15/5 15/21 43/14 44/11
**correct [38]** 2/18 2/19 2/24 2/25 5/5 7/9 7/19 7/20 12/4 13/23 14/6 14/21 14/22 14/25 15/1 15/3 15/4 15/10 18/3 21/10 21/11 21/20 21/25 22/1 30/16 33/4 33/13 35/18 40/5 44/16 45/8 45/10 45/11 45/16 45/21 45/22 46/5 49/9
**correctly [6]** 6/6 19/23 24/5 29/3 37/6 42/9
**could [44]** 2/11 3/23 10/4 12/14 16/12 16/16 16/19 17/5 17/15 17/18 17/18 18/11 18/14 24/2 24/2 27/11 28/5 28/20 28/24 30/20 31/7 32/18 32/19 32/23 32/25 33/7 33/8 33/17 34/14 34/16 34/23 34/25 36/3 36/19 37/1 38/5 39/17 40/8 40/10 40/13 40/15 44/6 44/14 46/14
**couldn't [6]** 13/17 13/17 17/15 35/4 43/25 44/3
**counsel [3]** 48/18 49/12 49/13
**counterparts [2]** 20/16 39/10
**COUNTY [5]** 1/2 8/15 8/23 47/11 49/3
**couple [9]** 6/14 6/16 13/18 13/19 23/23 23/25 28/3 28/19 47/3
**Court [1]** 1/21
**cover [2]** 19/10 21/21
**coworkers [1]** 9/5
**crack [1]** 33/11
**crap [1]** 36/8
**crazy [2]** 11/14 11/15
**created [1]** 27/4
**criminal [1]** 4/3
**currently [1]** 7/5
**custody [1]** 45/24

**D**

dadgum [1]  20/8
dang [2]  37/7 37/8
dark [11]  17/19 17/21 17/21 17/23
 17/24 17/25 24/16 24/17 24/20 26/20
 26/21
date [3]  2/3 6/4 41/16
Dated [1]  49/15
dating [1]  6/17
day [4]  11/18 12/25 46/9 49/15
deal [2]  5/20 12/8
dealing [8]  6/22 9/6 9/12 9/17 22/8
 22/9 22/21 22/22
dealings [1]  42/5
dealt [5]  9/10 13/13 13/15 13/20 41/16
death [3]  25/18 27/1 27/12
decide [2]  22/3 47/22
decision [14]  18/21 20/10 22/5 23/5
 25/8 25/9 25/11 26/8 26/10 26/16
 44/10 44/11 45/4 45/7
demeanor [2]  11/7 12/16
demonstration [1]  40/1
depart [1]  15/8
departmental [1]  4/7
depending [1]  11/10
deploy [4]  37/14 38/6 38/9 41/7
deployed [1]  40/17
deputies [8]  9/14 32/19 32/23 33/6
 34/19 35/15 36/20 39/10
deputy [25]  1/2 2/8 2/9 2/13 2/15 3/9
 8/11 8/14 15/7 15/7 15/21 15/22 16/1
 16/4 16/13 16/22 18/25 21/15 25/4
 25/5 28/16 39/25 47/4 47/7 48/4
describe [2]  33/9 40/18
described [3]  16/5 37/21 47/5
describing [2]  21/18 27/17
description [1]  27/16
descriptions [1]  39/19
Detective [5]  6/3 7/4 7/13 8/1 14/1
developed [1]  6/4
did [26]  6/25 7/3 7/13 7/16 8/15 13/10
 17/14 18/4 18/10 20/4 20/23 21/5
 22/25 22/25 27/22 27/23 28/3 28/7
 34/18 35/2 38/12 38/13 40/3 40/5 40/7
 41/22
didn't [25]  14/14 15/16 16/19 18/8
 21/10 25/6 27/25 28/9 32/16 32/17
 36/23 37/7 37/8 38/6 38/22 39/4 39/5
 40/6 40/24 43/16 43/17 43/24 43/25
 44/1 44/2
difference [2]  27/11 32/7
different [7]  11/3 11/11 11/16 11/16
 17/3 19/14 46/19
direct [3]  48/1 48/7 48/17
directed [1]  3/11
direction [1]  49/7
disciplinary [1]  3/22
discuss [1]  48/17
dismissal [1]  3/23
distance [3]  27/2 27/5 37/5
distinctive [1]  18/16
distrust [2]  7/21 7/24
do [58]
document [3]  2/21 4/15 23/14
does [21]  9/22 10/15 14/7 14/17 14/18
 18/20 20/8 22/2 30/8 30/12 33/19 36/7
 36/18 40/14 40/15 41/15 43/23 44/25

47/18 47/19 47/21
doesn't [1]  21/9
doing [11]  11/1 16/8 16/15 17/11
 18/25 22/6 22/7 29/12 37/8 42/3 44/6
don't [19]  5/14 10/11 10/12 11/19
 12/11 13/18 14/13 14/14 15/15 16/6
 18/1 19/23 23/3 28/5 41/12 42/9 42/12
 43/2 46/23
done [13]  12/24 16/14 16/25 26/15
 26/17 29/10 30/2 34/7 43/4 43/5 43/6
 45/2 45/23
door [103]
doorstep [1]  19/4
doorway [11]  24/24 24/25 25/7 25/14
 25/15 26/6 27/14 27/15 33/11 37/18
 37/20
down [5]  14/20 18/12 31/2 39/22 49/5
draw [4]  37/13 38/3 38/3 38/9
drawing [2]  38/24 40/1
dressed [1]  42/17
drew [1]  39/12
drills [1]  20/24
drinking [2]  11/5 11/6
drive [1]  15/12
drug [10]  6/19 6/20 10/4 10/15 10/20
 10/21 10/22 11/19 11/21 36/3
drugs [4]  11/22 11/23 11/24 22/23
duck [1]  30/2
Duke [1]  5/12
Dukes [31]  5/18 6/5 6/11 6/17 8/6 13/5
 13/7 13/12 13/16 13/20 14/7 15/16
 17/9 27/20 28/9 31/5 40/23 41/4 41/4
 41/17 42/7 42/10 42/10 42/17 43/5
 44/12 45/25 46/1 47/2 47/21 48/2
Dukes' [1]  41/24
duly [1]  44/23
during [4]  3/19 22/25 40/16 46/19
duties [2]  3/13 3/21
duty [1]  3/22

**E**

earlier [2]  17/2 20/2
early [2]  5/15 5/15
ears [1]  12/6
east [1]  16/3
effects [1]  10/5
efforts [1]  47/21
either [3]  22/8 25/9 31/22
elevated [1]  45/14
else [7]  10/23 15/5 28/24 36/18 42/25
 46/15 47/17
employ [1]  49/13
EMS [1]  44/17
en [1]  43/9
enables [2]  10/16 10/16
encountered [1]  44/21
end [4]  5/22 28/19 46/9 48/24
ends [1]  14/20
enforcement [6]  8/22 9/17 25/12 26/4
 44/21 44/24
enough [11]  22/14 22/18 22/23 32/22
 33/1 33/5 33/6 35/8 35/9 35/9 35/9
enter [6]  20/10 23/6 23/9 25/13 27/14
 35/6
entered [7]  16/23 23/20 24/12 25/1
 36/2 39/23 41/1
entering [3]  24/1 26/6 41/2

entire [1]  46/19
entitled [1]  3/4
entry [1]  24/5
escort [3]  42/22 43/7 43/8
essence [1]  45/16
established [2]  14/2 23/7
evaluated [2]  44/14 44/17
even [8]  5/4 6/21 11/14 11/22 12/12
 13/4 19/2 32/6
event [2]  38/5 39/3
ever [14]  7/13 7/18 8/23 9/4 10/23
 11/22 13/13 18/25 19/1 19/2 38/5 39/3
 41/14 41/16
every [6]  11/6 13/13 19/1 21/19 28/20
 42/6
everybody [1]  47/17
everything [5]  7/7 11/13 28/24 36/18
 43/12
everywhere [1]  21/18
evidence [1]  4/1
evolve [1]  33/20
evolves [1]  45/18
ex [1]  14/12
ex-girlfriend [1]  14/12
exactly [5]  16/25 22/13 32/4 38/13
 39/18
EXAMINATION [1]  4/23
except [2]  4/4 48/18
excessive [1]  47/13
excited [1]  22/15
exists [1]  15/3
exonerated [1]  48/13
exonerating [1]  47/16
experience [7]  8/18 8/23 9/4 9/22
 10/25 20/18 25/12
experienced [1]  9/14
experiences [1]  12/18
Expires [1]  49/22
explained [2]  20/2 43/11
extends [1]  33/10
extent [1]  14/13
exterior [3]  17/17 17/18 33/7
extra [1]  17/8

**F**

face [7]  24/18 34/24 36/9 40/9 40/13
 40/16 46/8
Facebook [1]  9/15
facing [1]  28/21
failed [1]  44/22
Fair [1]  33/1
false [1]  4/4
familiar [4]  5/18 11/21 11/21 39/3
family [1]  46/16
far [2]  10/7 15/19
fat [1]  26/25
fatal [5]  25/24 25/25 26/2 26/5 27/1
feel [1]  10/16
feet [4]  28/22 32/14 33/3 42/17
fell [1]  37/14
felon [2]  22/22 22/22
felony [3]  15/3 22/10 22/22
female [4]  5/14 7/3 14/9 14/10
few [1]  46/24
FI [1]  1/3
fight [1]  11/14
fighting [1]  10/21

**F**

**figure [4]** 16/6 19/6 19/17 20/6
**file [4]** 2/16 3/2 45/9 47/22
**finally [2]** 36/18 36/24
**find [1]** 36/8
**findings [2]** 48/12 48/13
**fine [2]** 43/16 44/18
**fire [1]** 40/18
**firearm [4]** 37/22 37/23 39/11 45/20
**firearm/sidearm [1]** 37/22
**firing [2]** 40/3 40/4
**first [6]** 3/7 22/21 23/1 39/1 41/23 47/4
**first-time [1]** 23/1
**firsthand [1]** 9/15
**fitness [2]** 3/13 3/21
**five [8]** 5/17 5/21 5/21 8/13 8/15 12/11
  14/19 25/21
**flash [1]** 24/2
**flashed [1]** 25/4
**flashlight [16]** 16/21 17/7 18/6 24/6
  24/7 24/9 24/12 24/13 24/18 24/21
  24/22 24/23 25/2 26/24 27/3 29/3
**flee [1]** 21/21
**flips [1]** 10/8
**floor [1]** 23/17
**FLORIDA [2]** 49/2 49/21
**fluid [1]** 39/21
**foolish [1]** 17/12
**foot [4]** 36/25 37/6 37/15 40/19
**footsteps [3]** 16/16 16/17 19/18
**force [1]** 47/14
**foregoing [2]** 49/4 49/8
**forward [1]** 47/25
**found [2]** 12/17 41/24
**Franco [1]** 5/11
**freaking [1]** 24/18
**freeze [1]** 39/4
**fresh [1]** 5/5
**front [9]** 2/21 15/14 15/19 15/22 16/13
  16/18 22/10 28/23 36/1
**full [2]** 42/11 42/12
**full-time [2]** 42/11 42/12
**funnel [5]** 25/24 25/25 26/2 26/5 27/1
**further [2]** 46/23 49/11

**G**

**Gaffey [5]** 15/7 15/22 16/1 16/22 25/5
**Gaffey's [1]** 16/4
**gained [1]** 4/2
**game [3]** 5/4 15/20 15/20
**gap [4]** 18/10 18/12 18/15 29/17
**garbage [1]** 41/18
**Garrity [2]** 3/7 3/8
**gather [1]** 12/3
**gathering [1]** 7/17
**gave [6]** 27/7 27/9 29/9 35/1 40/1 47/2
**general [5]** 21/7 21/8 36/6 47/12 47/19
**generally [2]** 11/17 39/5
**Gerald [3]** 41/24 42/1 42/1
**get [27]** 10/8 13/20 16/11 19/1 19/2
  19/10 19/12 19/12 19/21 22/14 22/17
  27/7 27/22 29/4 29/19 32/10 32/13
  36/13 36/14 36/21 36/22 38/10 38/18
  38/23 39/6 41/2 42/17
**gets [5]** 6/23 19/19 20/7 20/7 22/15
**getting [6]** 20/3 34/9 37/9 37/10 46/7
  46/14

**girl [1]** 6/17
**girlfriend [4]** 14/11 14/12 14/12 46/16
**give [8]** 9/9 12/24 15/16 25/15 37/7
  37/8 47/9 48/12
**given [4]** 7/8 7/25 13/14 38/1
**giving [16]** 7/22 30/19 31/23 32/2
  33/20 34/1 34/5 35/3 35/10 35/21
  36/21 37/19 45/14 48/1 48/7 48/17
**go [34]** 5/22 7/18 10/17 11/12 11/19
  12/14 12/14 15/5 15/21 17/5 21/15
  24/3 24/16 24/17 24/20 24/23 25/9
  26/7 27/8 27/14 27/18 27/18 28/17
  36/10 39/8 40/21 42/15 42/21 44/13
  45/1 45/5 46/11 46/15 46/20
**God [1]** 4/19
**God's [1]** 17/12
**goes [3]** 23/16 36/6 41/8
**going [40]** 3/5 3/7 10/6 10/9 10/10
  10/14 12/1 12/13 12/21 13/5 15/21
  16/19 18/21 19/11 20/6 21/24 22/16
  24/7 24/13 24/20 27/21 28/15 28/16
  29/8 31/1 35/23 36/7 36/8 36/10 36/14
  37/4 38/7 38/20 39/6 39/7 40/19 43/11
  44/19 46/17 46/21
**gone [1]** 10/7
**good [2]** 2/2 38/24
**got [15]** 5/8 6/10 11/6 12/15 15/18
  15/18 15/20 16/22 25/6 25/7 35/22
  37/25 39/1 43/18 44/2
**graduated [1]** 8/19
**greater [1]** 13/4
**GREGORY [7]** 1/2 2/8 2/9 2/13 2/15
  3/9 39/25
**ground [2]** 40/19 41/8
**guaranteed [1]** 3/14
**guess [4]** 9/9 12/10 21/3 40/2
**gun [31]** 13/8 13/8 17/11 19/9 19/9
  19/23 19/25 22/12 27/8 29/3 34/16
  34/17 34/19 34/20 36/9 36/19 36/20
  37/5 37/10 37/15 38/6 38/7 38/15 39/8
  39/8 39/17 39/22 42/16 42/16 46/13
  46/14
**guns [2]** 22/9 22/23
**guy [3]** 12/14 14/24 41/3
**guys [1]** 12/22

**H**

**habits [2]** 6/19 6/20
**had [24]** 4/25 6/14 6/15 8/23 9/2 9/4
  15/24 16/20 19/3 19/9 22/6 22/8 22/9
  22/12 22/14 22/23 25/5 37/21 39/12
  41/16 42/4 42/5 42/6 45/15
**half [5]** 27/10 27/11 27/13 30/25 37/17
**halfway [1]** 18/8
**hand [19]** 4/17 18/12 18/15 19/25 25/5
  37/12 37/13 37/22 38/4 38/8 38/9
  38/25 39/1 39/4 39/13 39/14 39/15
  40/2 44/12
**handcuffs [3]** 40/21 41/9 42/14
**handed [5]** 37/25 38/2 38/4 38/10
  38/23
**handle [1]** 9/25
**hands [8]** 6/24 10/23 29/2 30/6 33/22
  34/4 35/2 36/22
**happen [3]** 12/21 21/10 46/17
**happened [7]** 18/24 20/1 20/5 39/18
  46/12 46/18 46/18

**happens [7]** 16/10 33/15 33/19 34/3
  34/21 42/14 43/8
**hard [1]** 29/23
**hardly [1]** 30/11
**has [13]** 6/15 13/8 13/15 13/19 13/22
  13/23 17/1 26/3 26/22 42/11 43/21
  47/22 48/15
**hate [4]** 10/21 46/11 46/12 46/17
**have [51]**
**haven't [1]** 22/6
**having [10]** 12/8 20/16 21/17 30/9
  30/14 31/9 38/10 39/8 45/18 46/2
**he [106]**
**he'd [1]** 6/17
**he's [8]** 5/13 14/10 16/5 16/5 20/3
  45/25 46/4 47/8
**head [3]** 8/9 10/12 19/2
**hear [16]** 16/12 16/13 16/16 19/18
  27/23 28/3 28/5 30/20 32/19 32/23
  33/7 43/18 43/25 44/2 44/2 44/3
**heard [3]** 28/2 29/11 35/3
**hearing [4]** 16/17 43/17 43/21 43/22
**heck [1]** 32/12
**heightened [2]** 12/4 13/4
**help [4]** 4/19 5/23 12/22 42/17
**her [2]** 6/9 6/18
**here [17]** 8/4 8/13 15/9 23/18 24/1
  27/21 30/25 31/1 31/13 31/18 34/10
  36/13 36/13 40/4 41/23 42/1 42/3
**here's [2]** 28/12 28/13
**hereby [1]** 49/4
**Hey [2]** 11/18 30/4
**HH [1]** 49/24
**hide [1]** 36/10
**hides [1]** 20/7
**hiding [3]** 17/10 33/21 42/25
**high [5]** 8/19 11/25 12/10 31/5 31/8
**him [67]**
**himself [1]** 29/12
**his [34]** 5/19 6/19 6/20 6/23 13/13
  14/11 15/2 15/17 16/22 29/16 29/23
  29/25 33/16 34/4 34/15 34/23 34/24
  35/2 35/12 35/12 36/22 37/4 40/2 40/2
  40/9 40/11 40/13 40/16 41/5 42/17
  44/1 47/3 47/6 47/10
**history [4]** 5/19 6/11 6/12 44/20
**hit [1]** 10/14
**hole [2]** 25/18 27/1
**holler [1]** 32/18
**hollering [5]** 31/20 32/9 35/21 35/22
  44/5
**holster [7]** 19/25 37/12 38/1 38/4
  38/10 38/23 38/25
**holstered [1]** 39/11
**holsters [1]** 38/1
**home [8]** 12/15 24/6 26/9 27/16 32/23
  33/7 46/11 46/15
**honest [1]** 17/12
**Honestly [2]** 31/15 41/5
**hopefully [1]** 27/9
**hospital [6]** 6/7 6/9 14/3 44/13 44/19
  45/5
**hours [2]** 21/3 21/13
**house [50]**
**household [1]** 13/6
**how [11]** 5/8 8/11 9/10 13/15 18/20
  21/3 30/19 30/21 33/19 39/18 41/20

**H**

however **[3]**  5/16 46/24 48/2
huh **[1]**  23/10
human **[1]**  44/5
hundred **[1]**  32/15
hurt **[3]**  10/10 22/17 24/20

**I**

I'd **[7]**  5/22 10/21 12/15 21/12 24/16
 24/17 29/10
I'll **[4]**  12/24 12/24 29/18 48/22
I'm **[42]**  2/4 2/4 2/10 3/7 5/2 5/18 10/18
 12/22 16/7 18/23 19/3 19/4 19/4 19/5
 19/5 19/13 19/13 19/16 19/16 19/16
 19/17 20/6 21/8 22/17 24/4 24/22
 24/23 24/24 28/13 28/25 29/18 31/1
 31/11 34/9 34/10 38/20 41/1 41/2
 43/22 48/1 48/7 48/16
I've **[22]**  2/9 2/15 13/13 13/14 15/24
 16/4 22/6 22/7 22/8 22/9 22/12 22/14
 22/17 22/18 22/23 27/6 36/16 37/25
 38/25 42/4 42/6 44/9
identified **[1]**  45/15
identify **[7]**  2/12 23/6 29/12 30/7 33/23
 45/24 46/1
identity **[1]**  40/5
illegal **[1]**  11/22
illuminate **[1]**  18/4
illuminated **[1]**  24/21
illuminating **[1]**  26/25
immediate **[2]**  22/5 23/7
immediately **[1]**  22/2
important **[2]**  43/20 46/9
inaudible **[4]**  19/24 28/17 29/18 42/24
incident **[6]**  2/24 5/1 5/3 6/21 7/1 16/5
include **[1]**  12/20
including **[1]**  3/16
incriminate **[1]**  3/17
individual **[8]**  10/1 22/11 31/4 35/10
 39/14 40/18 45/1 45/15
influence **[11]**  7/1 7/6 9/1 9/6 9/11
 9/13 9/18 9/19 9/23 12/9 36/3
information **[11]**  4/1 6/25 7/8 7/17
 7/18 7/22 7/25 8/5 13/1 13/20 14/23
initially **[1]**  20/22
injury **[2]**  14/14 47/14
inside **[29]**  17/5 17/6 17/20 17/21 19/2
 19/14 19/22 20/3 20/3 20/8 23/9 24/2
 24/12 24/17 24/20 24/23 25/6 26/21
 26/24 27/1 27/19 27/21 35/11 35/12
 36/12 40/21 41/1 42/25 45/13
insisted **[1]**  44/19
instance **[3]**  18/18 44/20 45/5
instantaneous **[1]**  20/11
instead **[1]**  29/15
interested **[1]**  49/14
interior **[1]**  26/9
internal **[1]**  48/16
internet **[1]**  9/16
interpretation **[1]**  10/20
interview **[5]**  2/11 2/17 3/6 6/9 48/23
interviewing **[1]**  14/2
interviews **[1]**  39/9
investigation **[7]**  2/6 2/7 3/10 4/5 44/9
 45/1 48/16
Investigator **[3]**  5/10 5/25 6/8
investigators **[1]**  4/11

involved **[3]**  5/3 5/8 47/17
involving **[2]**  6/17 22/13
irate **[1]**  11/12
is **[85]**
issued **[4]**  13/23 13/24 37/21 38/1
it **[116]**
it's **[19]**  2/14 10/4 11/3 11/4 11/17
 13/18 17/19 21/9 22/3 22/5 23/12
 23/16 27/13 35/22 39/7 41/13 42/7
 42/22 43/2
itty **[1]**  18/10
itty-bitty **[1]**  18/10

**J**

jail **[2]**  41/24 45/3
January **[1]**  49/15
job **[5]**  12/24 18/25 22/7 27/13 48/5
Jr **[16]**  8/6 13/5 13/7 13/16 13/20 14/8
 15/16 17/9 27/21 28/9 31/5 40/23 41/4
 41/4 42/7 42/10
Jr.'s **[2]**  5/12 13/12
judgment **[2]**  22/19 22/24
June **[1]**  47/12
Junior **[5]**  5/18 6/5 40/25 42/25 45/25
just **[42]**  2/11 8/4 8/19 9/9 9/20 11/14
 12/13 16/7 16/20 17/5 17/18 18/4
 18/11 19/19 20/7 21/7 21/8 23/4 23/11
 25/20 27/6 27/8 27/9 28/5 28/25 29/18
 31/2 31/3 31/9 33/2 36/6 37/17 38/17
 38/22 39/25 40/1 40/16 41/5 41/5
 43/16 45/12 46/25
justified **[1]**  47/6

**K**

keep **[2]**  38/8 45/19
kicked **[6]**  37/11 39/16 39/17 39/21
 39/22 39/22
kids **[1]**  46/16
killed **[1]**  26/5
kin **[1]**  49/11
kind **[14]**  5/4 5/24 6/1 6/12 6/22 8/3
 8/3 12/1 12/1 28/14 28/24 37/12 37/25
 38/18
kitchen **[9]**  23/16 23/17 23/17 26/22
 27/15 28/12 28/14 28/14 28/18
knew **[4]**  14/9 15/23 30/23 41/3
knock **[1]**  10/12
knocked **[2]**  29/6 29/7
know **[35]**  5/14 5/19 5/19 13/9 13/10
 13/10 13/10 13/18 14/13 14/14 15/17
 17/2 18/2 18/24 20/14 22/6 22/14
 22/18 22/24 28/5 28/15 29/20 32/16
 35/11 36/12 39/5 40/5 40/6 40/7 41/4
 43/25 44/3 45/25 47/10 48/6
knowing **[1]**  10/22
knowledge **[2]**  7/11 14/15
known **[2]**  32/13 44/6

**L**

Large **[1]**  49/21
last **[1]**  18/21
late **[1]**  5/16
law **[6]**  8/22 9/17 25/12 26/4 44/21
 44/23
laws **[1]**  3/15
lay **[1]**  10/23
laying **[1]**  17/9

leading **[1]**  15/24
least **[5]**  7/23 22/18 27/4 27/7 27/7
left **[14]**  17/1 37/12 37/13 37/25 38/4
 38/4 38/9 38/10 38/23 38/24 39/1
 39/14 39/15 40/2
left-handed **[4]**  37/25 38/4 38/10
 38/23
LEON **[2]**  1/2 49/3
less **[1]**  27/13
let **[8]**  5/20 15/17 30/6 30/25 31/24
 36/24 37/16 42/17
let's **[3]**  5/8 8/3 20/13
level **[2]**  10/17 47/14
Levy **[3]**  8/14 8/23 47/11
Lieutenant **[1]**  2/4
life **[1]**  27/12
light **[2]**  26/8 34/13
lights **[1]**  15/15
like **[36]**  11/4 11/4 11/18 18/14 18/15
 18/24 20/1 20/3 22/13 23/18 25/7
 25/20 29/25 29/25 30/1 30/2 30/17
 30/18 31/17 31/22 34/16 35/22 38/22
 39/6 39/18 40/10 40/10 40/13 41/4
 41/5 41/23 43/15 44/6 44/24 46/3 48/5
line **[1]**  4/14
listen **[1]**  47/1
little **[14]**  5/18 6/10 7/23 8/4 18/10
 18/12 27/5 27/7 29/16 29/19 29/24
 34/6 36/19 38/17
live **[1]**  12/12
lives **[1]**  42/10
living **[5]**  17/10 23/18 26/22 28/12
 28/18
locating **[1]**  5/23
long **[5]**  8/11 13/15 18/20 22/7 41/20
look **[5]**  5/16 29/17 36/12 41/3 46/11
looked **[1]**  34/16
looking **[8]**  16/24 19/4 19/4 19/5 19/13
 21/18 24/22 34/9
looks **[4]**  2/21 33/10 41/4 41/5
lose **[1]**  22/15
lot **[7]**  5/9 15/8 20/23 32/11 32/12
 38/24 43/17
loud **[10]**  29/9 29/18 31/25 32/2 32/4
 32/5 32/6 32/7 32/18 33/20
loudly **[2]**  32/22 33/5
Louisiana **[1]**  20/25
lungs **[1]**  31/21

**M**

mad **[1]**  11/12
made **[9]**  13/22 26/25 38/2 44/10 44/11
 44/14 45/4 47/3 47/8
main **[1]**  44/1
make **[12]**  18/21 23/4 24/4 24/6 31/24
 32/11 32/13 35/23 37/22 42/16 42/24
 43/1
makes **[1]**  33/2
making **[4]**  30/20 30/22 31/11 44/6
male **[14]**  27/18 27/24 28/4 28/5 28/9
 29/8 29/11 29/13 29/15 32/3 34/24
 35/4 36/16 40/11
man **[6]**  32/15 33/17 33/18 33/18 36/17
 41/14
man's **[1]**  40/12
management **[1]**  2/22
many **[5]**  9/10 11/16 17/3 21/3 26/3

## M

**mates [1]** 35/17
**matter [3]** 10/11 10/12 14/17
**may [10]** 4/6 7/1 24/21 31/4 31/5 31/5 36/9 43/4 43/4 44/25
**maybe [2]** 6/1 11/14
**MDMA [2]** 7/6 8/7
**me [43]** 4/17 6/1 6/12 7/7 9/9 14/9 15/12 15/22 19/4 21/18 22/10 23/1 24/18 24/20 24/23 26/23 27/2 27/5 27/7 28/15 30/6 30/20 30/25 31/24 32/17 32/19 33/13 33/22 34/4 34/20 35/16 36/20 36/22 37/16 38/14 38/16 41/22 43/14 46/11 46/15 46/15 47/1 48/19
**mean [10]** 11/3 21/9 22/23 25/4 31/11 32/4 32/5 39/17 39/20 41/2
**means [1]** 23/4
**med [2]** 43/9 44/17
**medically [1]** 44/15
**mentioned [1]** 6/10
**messing [2]** 11/22 11/23
**met [2]** 42/1 42/3
**might [3]** 12/8 13/2 43/22
**mind [10]** 5/5 9/23 9/25 17/1 19/12 19/14 19/18 20/14 21/25 47/6
**minute [1]** 8/4
**minutes [1]** 35/8
**mixing [1]** 11/24
**molly [25]** 7/5 7/6 8/6 9/1 9/7 9/11 9/13 9/18 9/19 9/23 10/7 10/8 10/20 10/24 11/10 11/10 11/17 11/19 11/23 11/24 12/9 14/13 17/2 31/6 31/8
**moment [3]** 19/23 20/2 45/12
**moments [1]** 40/16
**more [10]** 4/11 27/25 29/16 29/25 34/6 35/1 36/19 36/21 36/21 48/20
**morning [8]** 2/2 2/9 5/15 12/11 14/20 17/24 21/6 36/5
**most [8]** 11/8 11/20 26/4 32/19 35/21 38/1 40/12 46/9
**motion [2]** 39/21 39/24
**move [1]** 3/5
**moving [1]** 28/11
**Mr [4]** 42/17 44/12 47/2 47/21
**much [3]** 17/3 17/6 19/11
**muffled [1]** 29/23
**Murphy [4]** 15/7 15/21 16/13 25/4
**my [86]**
**myself [5]** 10/1 12/21 24/21 26/25 27/9

## N

**naked [1]** 11/15
**name [1]** 13/13
**named [1]** 47/23
**narrative [1]** 2/23
**narrowly [1]** 3/12
**nation [1]** 9/17
**nature [1]** 20/25
**near [1]** 37/10
**nearest [1]** 19/10
**necessarily [2]** 22/13 30/18
**need [10]** 21/21 21/22 27/8 32/17 34/22 36/13 38/8 42/13 47/9 48/19
**needed [5]** 27/9 29/12 38/5 39/3 44/15
**needs [2]** 3/2 14/24
**negate [1]** 47/21

**neither [1]** 3/25
**never [4]** 42/4 42/5 42/5 42/19
**new [1]** 3/1
**next [4]** 12/25 15/9 29/5 40/20
**night [1]** 5/16
**no [23]** 1/3 2/6 3/8 7/16 8/2 8/21 13/25 13/25 14/18 17/20 17/20 18/7 18/17 19/24 22/4 23/3 24/11 28/16 30/11 41/3 42/4 42/24 49/24
**nodding [1]** 8/9
**normal [3]** 21/15 36/4 46/3
**normally [3]** 13/7 44/18 45/1
**not [80]**
**Notary [1]** 49/20
**note [3]** 34/22 38/22 43/15
**nothing [5]** 3/1 4/19 18/16 30/12 37/25
**noticed [1]** 47/12
**notifies [1]** 48/15
**November [1]** 49/23
**now [21]** 2/10 4/21 7/8 8/3 9/2 9/3 12/1 12/3 13/10 16/24 25/17 26/1 27/15 30/17 30/18 31/18 34/10 40/17 44/6 46/4 48/17
**nowhere [1]** 37/10
**nutshell [1]** 45/17

## O

**o'clock [4]** 5/17 5/21 12/11 14/19
**obey [1]** 44/22
**obstruct [1]** 4/5
**obviously [1]** 40/11
**occurred [1]** 6/21
**off [3]** 14/12 15/15 22/11
**Offense [1]** 5/1
**offered [1]** 2/15
**office [11]** 1/2 3/13 5/10 15/9 16/14 27/19 27/20 28/8 35/15 36/6 47/11
**officer [7]** 8/23 12/4 12/7 12/9 25/12 44/21 44/24
**officers [1]** 9/17
**official [2]** 3/13 3/21
**Oh [3]** 13/17 32/20 41/21
**okay [88]**
**old [1]** 27/5
**once [2]** 34/25 42/23
**one [20]** 4/11 7/11 9/12 10/20 10/21 11/18 27/25 33/22 36/7 38/8 39/5 39/20 39/24 40/8 40/13 41/19 41/23 42/24 46/8 46/18
**only [3]** 20/14 24/22 46/14
**open [15]** 18/8 18/11 20/5 22/2 23/17 23/17 23/17 23/17 29/9 30/6 33/24 33/25 36/18 39/16 43/24
**opened [20]** 16/18 16/18 16/20 17/5 17/14 17/19 18/5 18/8 23/6 29/10 29/15 29/21 29/24 34/6 34/8 34/12 34/14 34/22 36/1 40/9
**opens [5]** 18/1 18/19 19/20 20/4 23/5
**opinion [1]** 35/11
**opportunity [4]** 2/16 4/25 12/23 12/25
**option [1]** 21/19
**order [5]** 47/12 47/19 48/1 48/8 48/17
**ordinary [2]** 12/14 21/16
**original [1]** 26/7
**other [16]** 9/14 9/16 9/17 11/23 13/1 18/25 20/19 28/17 33/25 37/20 38/19 39/9 42/4 44/8 44/20 48/19

**our [3]** 15/15 15/18 47/23
**out [31]** 5/9 8/25 11/15 12/17 12/22 15/14 15/15 15/18 15/18 16/6 19/6 19/7 19/8 19/13 19/18 19/25 20/6 21/1 21/23 21/24 27/8 27/8 29/13 29/18 36/8 36/21 36/22 39/23 41/18 41/24 48/6
**outcomes [1]** 36/14
**outside [11]** 17/24 17/25 29/16 29/25 32/19 32/23 42/22 43/7 43/8 44/4 46/2
**over [2]** 5/22 26/3

## P

**pages [1]** 49/8
**pain [1]** 10/16
**pants [1]** 42/19
**park [1]** 15/14
**parking [2]** 5/9 15/8
**part [12]** 3/10 11/8 11/20 26/12 26/15 34/10 34/23 35/21 40/9 40/12 40/13 40/16
**partially [1]** 34/23
**particular [4]** 5/3 7/1 18/18 45/4
**parties [2]** 49/12 49/13
**passed [1]** 13/19
**past [5]** 12/18 25/7 26/17 34/15 34/24
**past this [1]** 34/24
**patrol [2]** 8/14 21/15
**Patterson [1]** 6/16
**PD [1]** 8/17
**peek [2]** 30/1 40/10
**peeks [1]** 33/10
**people [11]** 5/21 8/25 9/6 11/16 11/17 11/20 17/3 22/9 35/12 35/14 35/22
**perceive [1]** 32/10
**perceived [1]** 45/20
**performance [2]** 3/12 3/21
**person [17]** 9/23 10/24 17/14 17/15 18/1 18/2 18/4 23/6 30/10 33/9 33/21 37/20 38/2 40/4 41/7 44/22 45/24
**person's [1]** 31/3
**personal [2]** 9/4 9/22
**personally [3]** 7/14 9/10 47/24
**phone [1]** 36/11
**physiological [1]** 10/5
**pick [2]** 12/14 36/11
**picture [1]** 38/15
**pictures [1]** 38/20
**pistol [6]** 34/25 35/1 38/8 38/10 38/11 39/13
**pivot [1]** 33/12
**place [2]** 19/6 42/14
**plan [3]** 15/20 15/20 23/17
**playing [2]** 19/1 19/13
**please [3]** 4/14 23/12 38/14
**point [13]** 31/7 32/13 33/12 35/7 37/22 40/8 40/13 40/24 44/24 45/16 46/23 46/25 47/25
**pointing [1]** 40/2
**police [1]** 20/19
**ponder [1]** 22/3
**portion [1]** 5/1
**position [1]** 16/11
**positioned [1]** 28/14
**possession [1]** 13/8
**possibly [3]** 7/5 9/13 36/3
**power [2]** 17/20 17/20

**practiced [5]** 38/24 39/1 39/2 39/2 39/2
**pregnant [5]** 5/14 6/5 14/4 14/10 14/11
**prepared [1]** 2/10
**presence [1]** 22/10
**present [1]** 3/19
**printout [1]** 2/22
**prior [6]** 2/16 8/15 8/18 15/15 21/6 41/16
**prison [1]** 21/2
**privileges [1]** 3/14
**privy [1]** 14/15
**probable [4]** 6/4 13/22 14/1 15/2
**probably [9]** 5/16 13/18 16/11 16/24 21/12 28/22 31/25 35/7 37/6
**problem [3]** 43/16 43/22 43/22
**problems [1]** 42/5
**proceedings [2]** 4/4 48/24
**process [9]** 16/23 17/1 17/13 18/20 18/20 20/1 20/5 20/12 37/9
**professional [2]** 2/5 48/5
**profusely [1]** 11/13
**properly [1]** 4/22
**provided [2]** 4/6 8/5
**psychological [1]** 10/18
**Public [1]** 49/20
**pull [1]** 15/17
**punt [1]** 30/25
**put [10]** 18/11 21/1 27/2 36/25 38/23 39/22 40/21 42/18 42/19 42/19
**putting [3]** 38/7 41/1 41/9

## Q

**question [4]** 9/2 26/7 30/24 46/9
**questioned [1]** 3/9
**questioning [1]** 3/19
**questions [9]** 3/11 3/20 3/25 4/11 43/17 43/19 44/7 46/5 46/23
**quick [1]** 23/11
**quickly [1]** 29/17
**quite [1]** 20/23

## R

**radar [1]** 12/10
**Raise [1]** 4/16
**raised [1]** 31/9
**raising [1]** 30/22
**ran [1]** 44/17
**rather [3]** 17/6 24/16 24/17
**re [1]** 15/14
**react [2]** 27/9 27/10
**reactions [2]** 11/2 11/6
**reading [1]** 29/18
**ready [1]** 19/24
**real [2]** 23/11 45/20
**realize [1]** 40/24
**realized [1]** 40/23
**really [2]** 30/12 42/4
**rear [1]** 24/5
**reason [7]** 4/2 7/21 7/24 43/23 43/24 47/6 48/20
**reasonable [1]** 36/4
**recall [3]** 5/25 7/16 34/2
**receive [1]** 44/15
**received [1]** 7/11

**recite [1]** 6/1
**record [7]** 2/4 2/11 21/7 33/2 38/20 39/25 46/25
**recorded [1]** 21/9
**recording [2]** 49/5 49/10
**records [1]** 2/22
**reduced [1]** 49/6
**refer [2]** 23/11 23/12
**reference [1]** 33/1
**referenced [1]** 2/6
**reflect [2]** 40/15 48/13
**reflects [1]** 31/23
**refuse [1]** 3/20
**regular [1]** 49/13
**related [4]** 3/12 3/20 13/5 16/4
**relation [1]** 4/7
**relayed [3]** 7/19 13/2 13/21
**remember [10]** 6/6 16/22 19/23 19/24 29/3 37/6 41/12 42/9 43/3 43/6
**remembered [1]** 8/10
**remove [1]** 44/12
**render [1]** 48/11
**Repeat [1]** 9/2
**report [14]** 2/23 5/1 5/1 6/3 16/21 23/12 31/23 40/14 40/15 41/13 42/23 43/2 44/8 48/12
**Reporter [1]** 1/21
**represent [1]** 49/8
**representative [1]** 3/18
**request [2]** 47/4 47/8
**requested [2]** 38/4 48/3
**requests [2]** 47/3 47/10
**required [1]** 48/4
**residence [2]** 16/9 45/13
**resist [1]** 45/10
**resisted [1]** 44/22
**respond [3]** 46/4 48/4 48/5
**responded [1]** 7/14
**response [3]** 27/22 28/2 29/5
**restraints [1]** 44/12
**result [2]** 3/23 49/14
**resulting [1]** 47/14
**review [3]** 2/16 4/25 47/11
**reviews [1]** 23/14
**revolver [1]** 34/16
**right [37]** 2/17 3/4 3/5 3/17 3/18 4/10 4/17 5/9 7/8 12/3 14/19 16/16 18/13 23/18 24/1 27/5 28/21 29/16 29/21 29/25 30/25 31/1 31/18 32/17 33/1 33/9 33/10 34/10 34/24 36/25 37/4 38/2 38/3 38/17 39/13 46/4 46/22
**right-handed [1]** 38/2
**rightfully [1]** 36/10
**rights [2]** 3/14 4/8
**roof [3]** 31/14 31/16 31/20
**room [11]** 17/10 23/18 26/22 27/23 28/4 28/13 28/18 34/14 39/24 40/21 41/8
**rooms [1]** 28/19
**ROTRUCK [2]** 1/20 49/19
**route [1]** 43/9
**run [1]** 19/7
**running [4]** 11/15 20/14 22/15 39/7

## S

**safe [1]** 42/16
**safety [4]** 12/5 12/7 12/9 22/16

**said [11]** 3/5 8/4 19/9 20/3 25/20 28/5 33/22 35/5 44/18 49/13 49/14
**same [6]** 6/23 11/6 11/7 12/2 15/11 20/16
**saw [1]** 34/18
**say [13]** 6/23 11/18 16/20 21/12 23/3 27/25 28/10 30/12 32/17 35/4 35/7 36/11 40/8
**saying [9]** 10/18 22/17 30/12 30/23 41/11 41/12 41/13 43/23 44/4
**says [2]** 6/3 32/1
**scenario [1]** 19/2
**scenarios [2]** 19/14 20/13
**scene [4]** 15/6 15/13 44/14 45/2
**school [2]** 8/19 21/1
**Scott [1]** 2/4
**scream [1]** 32/17
**screaming [7]** 31/10 31/21 32/8 32/8 35/20 35/23 44/5
**searched [1]** 43/1
**second [8]** 27/10 27/11 27/13 31/1 31/2 37/17 47/2 47/8
**seconds [6]** 16/12 16/15 17/8 18/23 19/3 25/21
**Secure [1]** 42/16
**see [38]** 5/13 16/19 17/5 17/14 17/15 17/15 17/19 18/4 18/11 18/14 19/22 20/6 23/19 23/20 23/22 23/24 23/25 24/2 24/3 27/16 28/18 28/18 28/20 28/24 30/6 34/14 34/16 34/20 34/23 34/25 36/19 36/20 40/8 40/10 40/13 40/15 46/7 46/8
**seeing [1]** 17/7
**seek [1]** 48/6
**seen [14]** 18/13 20/2 27/18 27/18 27/24 28/4 29/8 31/4 34/25 36/16 37/1 37/7 39/16 46/20
**send [1]** 5/12
**sense [1]** 35/23
**serious [1]** 39/7
**service [2]** 48/1 48/3
**setup [1]** 38/21
**seven [1]** 8/22
**several [8]** 6/15 9/13 16/14 22/8 29/10 29/24 30/2 41/21
**she [2]** 6/7 14/14
**sheriff [4]** 8/12 47/7 48/12 48/14
**sheriff's [10]** 1/2 5/10 15/9 16/14 27/19 27/20 28/8 35/15 36/6 47/11
**shift [6]** 13/2 13/3 14/20 14/24 35/17 46/11
**shifts [1]** 5/22
**shined [2]** 16/21 16/22
**shines [1]** 24/22
**shining [5]** 24/18 24/19 24/19 27/3 34/13
**shirt [1]** 42/19
**shoot [1]** 26/23
**shooter [1]** 20/24
**shooting [2]** 19/7 27/4
**shootings [1]** 26/4
**shot [3]** 26/23 39/14 47/5
**should [1]** 47/22
**shouldn't [1]** 16/24
**show [5]** 33/22 34/4 35/2 36/22 39/17
**shut [3]** 24/3 36/24 37/1
**shutting [2]** 36/23 36/25

**sick [1]** 44/2
**side [9]** 8/4 16/2 16/3 19/21 19/21 28/23 37/20 38/3 38/18
**sidearm [3]** 37/22 38/18 39/12
**sight [1]** 22/16
**signature [1]** 4/13
**signed [1]** 48/15
**signs [2]** 4/15 48/14
**since [3]** 13/15 13/19 17/1
**single [1]** 19/1
**sir [12]** 4/14 8/2 8/8 12/6 14/22 33/8 33/14 45/6 45/17 46/6 48/10 48/21
**sit [2]** 10/13 22/3
**sitting [4]** 14/10 19/3 19/17 31/18
**situation [5]** 22/25 32/12 39/6 45/18 46/20
**situations [1]** 22/18
**slew [1]** 11/11
**slightly [2]** 29/11 40/9
**so [62]**
**some [6]** 22/7 25/13 36/3 37/22 42/19 44/13
**somebody [24]** 5/12 5/19 9/10 9/12 10/3 10/7 10/21 11/4 12/8 14/12 16/12 16/19 17/5 17/19 24/3 24/19 26/21 27/18 31/8 32/8 32/9 36/2 36/5 46/15
**somebody's [2]** 11/5 36/12
**someone [1]** 29/11
**something [13]** 10/18 10/19 12/20 12/21 12/23 17/11 17/12 20/8 27/23 28/3 35/4 39/7 42/3
**something that [1]** 10/19
**somewhere [1]** 19/10
**Sorry [1]** 33/14
**speak [2]** 20/15 43/18
**speaking [2]** 32/22 33/5
**specifically [2]** 3/11 13/2
**speech [1]** 30/15
**Sr [8]** 41/17 42/10 43/5 44/12 45/25 46/1 47/22 48/2
**stage [1]** 5/4
**stand [2]** 19/6 38/14
**standards [1]** 2/5
**standing [8]** 16/18 18/7 18/9 28/11 28/23 28/23 34/15 37/18
**start [8]** 5/7 5/8 11/22 27/3 27/4 32/8 36/20 37/2
**started [1]** 41/23
**starting [1]** 34/10
**state [4]** 3/15 12/4 49/2 49/21
**statement [2]** 1/2 16/4
**statements [9]** 4/1 4/2 4/4 4/5 4/6 12/3 44/9 46/24 47/3
**States [1]** 3/16
**stayed [1]** 43/5
**stays [2]** 42/11 42/12
**stemmed [1]** 26/16
**step [5]** 18/22 19/20 19/20 24/5 38/15
**stepped [1]** 31/3
**steps [11]** 15/24 16/1 19/5 19/21 19/21 23/19 23/23 23/25 24/8 24/14 25/6
**stern [1]** 32/13
**still [10]** 5/4 10/14 17/24 19/11 26/1 28/11 28/17 28/18 40/4 48/16
**stood [3]** 24/25 28/20 40/1
**stop [8]** 10/6 10/7 10/9 10/11 11/4

**stopped [1]** 16/2
**straight [2]** 23/16 37/4
**strange [1]** 17/4
**street [3]** 6/16 8/4 11/15
**stress [1]** 16/6
**stuck [4]** 22/17 29/16 29/25 33/16
**stuff [3]** 19/11 19/18 41/13
**stupid [1]** 20/8
**subject [8]** 2/7 2/10 3/22 17/7 21/22 21/23 28/9 29/14
**subjects [1]** 9/18
**Subsection [1]** 47/13
**subsequent [2]** 4/3 4/7
**such [1]** 4/2
**suit [1]** 47/22
**supervisor [2]** 13/21 14/24
**sure [9]** 5/2 7/10 24/4 30/20 30/22 31/11 31/24 42/24 43/1
**surrender [1]** 45/16
**suspect [3]** 6/6 8/6 10/24
**suspected [2]** 9/11 9/20
**suspicious [3]** 31/19 36/2 36/15
**sustained [1]** 14/14
**Swear [1]** 4/18
**sweating [1]** 11/13
**switch [1]** 10/8
**sworn [3]** 1/2 4/22 45/9
**swung [1]** 18/9
**symptoms [1]** 11/11
**system [1]** 2/22

**T**

**tactical [3]** 25/8 26/10 26/17
**tactics [6]** 20/19 21/4 21/14 25/13 25/14 25/24
**tail [1]** 12/16
**take [10]** 8/3 21/21 22/11 23/19 23/23 23/24 24/11 38/14 41/22 46/1
**taken [3]** 16/4 44/9 49/5
**taking [1]** 24/1
**talk [7]** 7/13 20/13 32/12 40/14 41/15 44/5 48/6
**talked [3]** 17/2 41/18 41/22
**talking [13]** 6/11 6/12 7/2 17/17 21/8 25/21 31/22 32/5 32/6 32/18 33/11 41/13 44/4
**tape [2]** 49/5 49/10
**tape-recording [2]** 49/5 49/10
**target [3]** 24/24 27/1 27/5
**tased [1]** 44/25
**taser [24]** 37/12 37/13 37/14 37/16 37/25 38/5 38/6 38/7 38/7 38/9 38/23 39/8 39/8 39/12 39/13 39/14 39/23 40/2 40/4 40/17 40/18 41/7 45/19 47/5
**teacher [1]** 32/6
**team [2]** 20/22 25/24
**tell [13]** 4/18 6/12 11/5 13/17 14/7 16/25 30/3 30/3 30/7 33/17 36/19 40/11 43/11
**telling [4]** 7/7 30/5 33/13 33/21
**tells [2]** 14/9 32/6
**term [5]** 25/14 25/17 25/23 26/1 26/3
**terminate [1]** 47/7
**Terry [27]** 5/12 6/11 6/17 8/5 13/5 13/7 13/12 13/16 13/20 14/7 15/16 17/9 27/20 28/9 31/4 40/23 41/3 41/4 41/17

**than [5]** 17/7 20/19 24/18 27/13 42/4
**Thank [2]** 4/16 38/19
**Thankfully [1]** 40/3
**that [300]**
**that's [35]** 2/19 2/23 2/25 3/1 6/8 7/18 9/23 10/15 10/18 10/19 10/21 13/14 14/22 15/4 16/21 18/25 21/7 21/22 21/23 22/1 22/16 26/1 28/15 30/16 31/8 33/4 33/13 33/21 37/20 37/24 38/12 38/13 42/2 45/8 45/11
**their [5]** 10/13 11/1 46/15 46/16 46/16
**them [9]** 10/6 10/7 10/9 10/11 10/11 10/12 11/23 22/10 43/19
**then [20]** 11/24 12/23 13/11 14/23 16/10 17/1 23/7 27/3 28/7 29/17 33/15 34/3 34/21 35/5 36/18 40/22 42/14 42/21 45/23 45/24
**there [49]** 5/9 5/9 5/13 5/23 8/25 10/13 12/22 12/23 13/1 13/25 14/10 15/12 15/16 15/19 15/25 16/12 17/10 17/20 17/22 18/13 19/3 19/3 19/13 19/17 20/7 21/1 22/3 27/6 28/9 32/17 33/18 34/7 34/9 34/13 34/20 35/8 35/8 36/9 36/20 37/1 39/10 42/12 42/15 42/21 43/1 43/2 43/25 44/3 46/18
**there's [6]** 17/20 19/11 25/14 28/16 28/19 32/7
**thereof [1]** 49/6
**these [9]** 4/8 9/21 11/20 19/14 20/13 20/16 21/24 34/5 37/19
**they [31]** 6/22 8/25 10/4 10/7 10/9 10/10 10/10 10/14 11/1 11/10 11/18 11/18 11/22 12/14 18/5 19/9 20/25 22/11 25/14 25/16 25/18 28/13 32/19 32/25 33/8 36/9 38/2 43/5 44/18 44/18 44/25
**They'll [1]** 25/20
**they're [12]** 10/14 10/22 10/24 11/3 11/21 26/6 26/21 26/23 36/7 36/8 36/10 36/13
**they've [1]** 11/5
**thing [7]** 6/23 12/14 23/1 41/10 44/1 46/14 46/19
**things [3]** 20/24 36/8 39/4
**think [16]** 5/11 9/12 10/4 16/2 20/15 25/21 28/3 40/14 42/9 42/11 42/12 42/22 42/23 43/2 46/14 47/9
**thinking [4]** 19/16 19/16 19/17 19/19
**this [96]**
**those [6]** 6/18 11/24 16/17 19/18 36/13 38/20
**though [2]** 31/18 47/20
**thought [14]** 12/13 13/12 16/23 16/25 17/4 17/13 18/19 18/20 20/1 20/5 20/12 30/24 37/9 39/11
**thoughts [2]** 20/16 21/24
**threat [1]** 45/20
**three [1]** 23/19
**through [18]** 6/8 15/12 18/22 19/12 20/14 21/16 21/25 24/5 27/6 27/15 28/16 29/17 31/13 31/15 31/20 33/11 34/13 49/8
**till [1]** 25/6
**time [28]** 2/3 6/18 6/22 9/12 11/6 13/13 15/11 17/23 18/23 22/21 23/1

**T**

**time... [17]** 27/25 30/3 30/3 31/7 32/16 33/22 35/6 36/1 36/5 37/18 40/8 40/13 41/19 41/23 42/6 42/11 42/12

**times [9]** 9/10 16/15 28/3 29/10 29/24 30/2 32/11 35/9 35/11

**tiny [1]** 18/10

**titled [1]** 5/1

**Today's [1]** 2/2

**together [2]** 15/19 15/20

**told [10]** 5/22 6/1 13/7 13/23 13/24 15/3 29/12 29/21 34/4 34/19

**tone [2]** 30/14 46/3

**too [4]** 32/24 34/22 38/22 43/15

**top [4]** 9/15 12/18 31/21 36/17

**torso [1]** 34/23

**totality [3]** 5/2 47/15 47/18

**Toward [1]** 5/22

**track [1]** 12/2

**trailer [1]** 16/3

**train [1]** 31/1

**training [14]** 8/24 9/5 20/18 20/21 20/23 20/24 21/4 21/9 21/17 25/13 26/12 26/15 26/17 26/18

**Transcribed [1]** 1/19

**transcript [2]** 49/4 49/9

**transition [4]** 37/23 37/24 37/24 38/6

**transitioned [1]** 39/11

**treatment [1]** 44/15

**tried [2]** 36/23 36/25

**TRU [1]** 20/22

**true [2]** 22/24 49/9

**trust [1]** 22/19

**truth [4]** 4/18 4/18 4/19 17/12

**try [2]** 5/23 10/14

**trying [7]** 16/6 19/5 19/17 28/25 29/24 32/10 32/10

**Tummond [1]** 2/4

**turn [10]** 15/15 24/6 24/9 24/13 25/6 26/8 27/3 37/2 38/19 46/20

**turned [7]** 18/13 24/11 25/1 37/3 37/3 37/11 46/12

**twin [1]** 41/24

**two [10]** 5/21 8/17 18/23 23/19 24/1 35/7 36/7 36/14 39/4 44/4

**typewriting [1]** 49/6

**U**

**Uh [1]** 23/10

**Uh-huh [1]** 23/10

**ultimately [3]** 40/3 44/11 45/9

**under [13]** 7/1 7/5 9/1 9/6 9/11 9/13 9/18 9/19 9/23 10/24 12/9 36/3 49/7

**undersigned [1]** 49/5

**understand [11]** 4/8 27/25 29/5 29/23 30/13 35/4 44/1 45/7 46/4 47/20 48/10

**understanding [2]** 2/15 24/4

**underwent [1]** 20/23

**unit [2]** 43/9 44/17

**United [1]** 3/16

**University [1]** 20/25

**unless [1]** 41/12

**unload [1]** 42/16

**unloaded [1]** 38/25

**unnecessary [1]** 47/13

**until [3]** 26/8 35/7 48/14

**unusual [1]** 38/21

**up [40]** 11/18 12/6 12/14 13/13 14/10 15/17 15/24 16/18 16/18 18/8 18/8 18/11 19/20 20/4 20/5 24/7 24/13 25/6 29/15 29/21 30/25 34/6 34/10 34/12 34/23 35/6 36/11 37/17 38/7 38/14 39/4 39/11 40/1 40/9 42/3 42/17 43/18 43/24 44/24 45/18

**upset [1]** 46/7

**upside [1]** 10/12

**us [1]** 17/8

**use [4]** 11/10 38/20 45/19 47/14

**used [4]** 4/3 4/6 25/23 26/1

**using [4]** 7/5 8/6 25/17 39/1

**V**

**verbal [1]** 44/23

**verify [1]** 7/10

**version [1]** 41/6

**very [9]** 11/20 11/20 11/21 11/24 11/25 12/24 17/25 45/12 46/2

**victim [2]** 7/3 14/2

**videos [4]** 9/16 9/16 9/22 10/25

**view [1]** 38/18

**violation [1]** 47/15

**violence [2]** 44/22 45/10

**violent [2]** 14/25 15/2

**voice [7]** 28/6 29/23 30/22 31/9 32/13 40/11 45/14

**volume [1]** 45/14

**W**

**waiting [2]** 17/8 26/22

**waive [1]** 4/10

**waived [1]** 2/17

**wake [1]** 11/18

**walk [6]** 15/12 18/12 26/24 27/24 28/4 41/8

**walked [8]** 18/5 18/14 23/15 27/6 28/13 35/5 37/3 46/13

**walking [3]** 17/8 18/23 37/2

**wall [2]** 32/17 33/3

**want [19]** 5/7 5/16 5/20 9/25 10/9 10/10 10/10 10/22 11/12 11/14 11/18 15/16 36/12 38/14 38/17 40/8 46/8 46/25 47/20

**wanted [6]** 5/12 12/20 13/21 23/4 30/23 35/13

**wanting [2]** 11/13 26/23

**wants [3]** 19/6 27/4 47/7

**warning [1]** 35/9

**warnings [2]** 3/8 3/8

**warrant [2]** 13/22 13/24

**was [161]**

**wasn't [13]** 14/15 19/24 22/21 29/22 31/15 31/20 31/21 32/14 32/15 39/18 39/20 40/23 41/3

**watched [1]** 11/1

**way [11]** 11/19 18/8 18/9 23/3 25/9 28/17 28/17 32/9 32/10 32/14 38/19

**ways [2]** 11/17 17/3

**we [31]** 7/3 10/19 13/25 15/14 15/14 15/15 15/16 15/17 15/18 16/11 17/2 20/22 21/5 30/18 31/22 35/6 35/20 35/20 36/20 41/1 42/22 42/23 42/23 43/1 43/9 43/11 43/13 43/19 44/3 44/3 44/4

**we're [7]** 3/5 7/2 12/2 20/8 33/11 33/18

44/6

**we've [1]** 23/7

**wearing [1]** 41/9

**well [3]** 18/24 33/16 43/17

**went [12]** 6/8 12/16 13/10 15/22 16/1 17/6 17/7 19/22 20/2 25/5 29/1 43/16

**were [22]** 5/24 9/18 13/23 15/17 16/7 16/8 21/3 26/8 31/18 31/23 32/22 32/23 34/19 35/16 35/20 35/20 44/4 45/12 45/13 45/13 45/14 49/6

**weren't [1]** 31/17

**what [69]**

**what's [7]** 11/1 13/4 29/2 35/23 41/9 41/11 42/18

**whatever [3]** 6/23 20/7 24/25

**when [28]** 5/10 6/21 16/18 18/13 19/21 20/1 20/5 20/22 20/25 22/2 22/16 23/9 24/2 24/7 25/5 25/13 25/23 29/21 34/14 34/18 36/18 37/3 37/10 39/1 39/21 41/23 46/12 46/20

**whenever [22]** 6/7 6/14 11/4 12/17 16/11 17/4 19/12 22/14 23/15 24/13 25/1 32/8 34/7 34/8 34/12 34/22 36/16 37/7 39/16 40/9 42/1 44/4

**where [26]** 8/15 10/13 16/5 16/6 16/7 17/7 18/7 18/9 19/9 22/9 23/15 28/15 28/20 28/24 34/15 37/1 37/5 37/15 38/2 41/15 42/11 42/14 42/21 44/25 45/18 46/13

**where's [2]** 19/6 19/7

**whether [2]** 21/21 21/22

**which [6]** 3/23 4/2 14/11 39/5 39/5 47/23

**while [5]** 14/2 15/22 28/24 34/5 45/13

**who [31]** 9/18 11/17 11/20 12/17 15/5 17/16 18/2 20/6 20/6 23/6 24/19 29/14 29/14 29/22 29/22 30/6 30/7 31/5 31/5 32/16 32/23 34/7 34/8 34/12 35/10 35/11 36/3 37/8 40/6 40/7 44/22

**Who's [1]** 43/13

**whoever [5]** 18/13 19/22 28/25 32/15 35/25

**whole [5]** 4/18 5/14 10/17 11/11 37/18

**whom [2]** 45/15 47/4

**whomever [1]** 8/25

**whose [2]** 13/9 31/7

**why [11]** 6/8 10/2 22/25 24/15 34/7 34/13 36/12 43/5 43/20 43/23 44/3

**wife [1]** 46/16

**Wilkinson [8]** 5/10 5/25 6/3 6/8 7/4 7/14 8/1 14/2

**will [7]** 21/15 29/17 47/16 48/4 48/6 48/11 48/13

**wind [1]** 45/18

**winding [1]** 14/20

**without [5]** 30/24 30/24 38/10 44/22 45/10

**Witness [2]** 4/15 23/14

**woman [2]** 6/5 14/5

**woman's [1]** 40/12

**women's [1]** 21/1

**word [1]** 16/20

**work [5]** 8/15 11/19 12/12 12/12 12/22

**worked [3]** 6/14 29/14 42/1

**working [1]** 5/13

**workmates [1]** 8/24

**world [2]** 11/21 25/14

**W**

**worried [1]** 16/7
**worse [1]** 32/12
**would [21]** 5/20 6/22 10/3 10/19 12/15
 13/3 14/13 16/2 17/6 28/21 30/1 30/3
 30/3 35/7 35/7 38/22 40/10 43/15 44/5
 46/19 47/23
**wouldn't [4]** 9/25 10/22 24/13 36/24
**written [1]** 47/2

**Y**

**y'all [1]** 15/8
**yeah [12]** 23/12 23/12 24/21 28/2
 31/11 31/11 34/9 39/6 40/6 41/1 42/2
 46/6
**year [1]** 22/8
**years [8]** 6/15 8/13 8/15 8/22 13/18
 13/19 26/4 41/21
**yes [17]** 7/11 8/8 12/6 14/22 25/25
 26/2 26/2 26/11 26/13 32/18 33/8
 33/14 45/6 45/17 46/6 48/10 48/21
**yonder [1]** 41/18
**you [229]**
**you'd [1]** 36/15
**you'll [4]** 3/10 3/22 11/7 38/15
**you're [43]** 3/9 3/13 4/21 6/12 7/7 7/17
 8/9 10/6 10/9 10/10 14/20 15/3 15/13
 18/21 19/1 21/18 21/18 25/17 27/15
 27/17 28/21 30/9 30/14 31/9 31/18
 32/5 32/5 32/9 32/10 33/5 33/12 33/20
 33/21 34/1 36/8 36/14 37/18 37/19
 39/8 41/8 46/2 46/2 46/7
**you've [11]** 2/17 4/25 6/10 8/14 9/10
 11/1 13/15 13/20 31/3 31/4 37/20
**young [1]** 33/18
**younger [1]** 41/5
**your [90]**
**yourself [9]** 2/12 3/17 5/20 16/6 20/15
 30/7 33/23 44/6 44/24

**Z**

**Zone [3]** 6/14 12/12 12/12