UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

    Plaintiff,

v.                                                        CASE NO. 1:23-cv-45-AW/HTC

CHASE GREGORY,

    Defendant.

_____/

## **<u>DEFENDANT'S SUPPLEMENTAL PROPOSED VERDICT FORM</u>**

Defendant preserves his earlier requests regarding the Verdict Form. Recognizing the Court's rulings rejecting those requests, Defendant proposes the following Verdict Form with alternative questions listed for the Court's consideration.

*/s/Gwendolyn P. Adkins*
Gwendolyn P. Adkins, FBN: 0949566
Scott J. Seagle, FBN: 57158
COPPINS MONROE, P.A.
2316 Killearn Center Blvd., Suite 202
Tallahassee, Florida 32309
Telephone: (850) 422-2420
E-Mail: *gadkins@coppinsmonroe.com*
     *sjseagle@coppinsmonroe.com*
     *kflemming@coppinsmonroe.com*

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

    Plaintiff,

v.                                     CASE NO. 1:23-cv-45-AW/HTC

CHASE GREGORY,

    Defendant.

_____/

## VERDICT FORM
### (Defendant's Proposed)

1. Do you find from a preponderance of the evidence that Plaintiff has proved his claim that Defendant violated his constitutional right to be free from an unreasonable entry into his home?

          Answer:       Yes _____       No _____

   *If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.*

   *If your answer is "Yes," go to the next question.*

2. Do you find from a preponderance of the evidence that Plaintiff has proved that no reasonable deputy could have believed under the totality of the circumstances that Mr. Dukes's actions conveyed consent to enter?

   **OR**

   Do you find that, under the totality of the circumstances known to Deputy Gregory, Deputy Gregory reasonably believed Mr. Dukes consented to his entry?

3.    Do you find from a preponderance of the evidence that Plaintiff should be awarded compensatory damages against Deputy Gregory?

   Answer:   Yes _____  No _____

If your answer is "Yes," in what amount?

  Past loss of income or earning potential $_____
  Past physical pain and mental suffering $_____
  Future physical pain and mental suffering $_____

  SO SAY WE ALL.


           _____
           Foreperson's Signature

DATE: _____

3