UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

     Plaintiff,

v.                                                                                      Case No. 1:23-cv-45-AW-HTC

DEPUTY CHASE GREGORY,

     Defendant.

## PLAINTIFF'S SECOND AMENDED EXHIBIT LIST

| Presiding Judge:<br>Allen Winsor | Plaintiff's attorney:<br>James M. Slater<br>Joshua M. Tarjan | Defendant's Attorneys:<br>Gwendolyn P. Adkins<br>Scott J. Seagle |
|---|---|---|
| Trial Date(s)<br>June 8, 2026 | Court Reporter | Courtroom Deputy |
| | | |

| Plf.<br>No. | Def.<br>No. | Date<br>Offered | Marked | Admitted | Description of Document | Def.'s<br>Objection(s)[1] |
|---|---|---|---|---|---|---|
| 1A-I | | | | | Composite scene photographs taken by LCSO (D2932-40) | |
| 2A-D | | | | | Composite photographs of home (PL1670-73) | R |
| 3 | | | | | Dukes tax and wage records (PL33-37, PL1681-1702) | |
| 4 | | | | | Dukes Social Security earnings record (PL1708-09) | |

---

[1]  Objection Code

     A – Authenticity        P – Privileged

     H – Hearsay          R – Relevancy

     I – Contains inadmissible matter     UP – Unduly prejudicial

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Document | Def.'s Objection(s)[1] |
|---|---|---|---|---|---|---|
| 5A | | | | | Redacted transcript of Deputy Gregory's August 13, 2019 recorded sworn statement to LCSO | |
| 5B | | | | | Excerpt of audio recording of Deputy Gregory's August 13, 2019 recorded sworn statement to LCSO | |
| 5C | | | | | Excerpt of audio recording of Deputy Gregory's August 13, 2019 recorded sworn statement to LCSO | |
| 6 | | | | | **WITHDRAWN** | |
| 7 | | | | | Shands Hospital medical records (D6988-7051) | |
| 8 | | | | | Meridian Behavioral records (PL232-65) | |
| 9 | | | | | Levy County BCC and Local 630 Collective Bargaining Agreement | |
| | | | | | All exhibits identified by Defendant | |
| | | | | | Deposition transcripts for all individuals and entities/agencies deposed in this case | |

Dated: June 9, 2026.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
SLATER LEGAL PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

Joshua Tarjan (FBN 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156

(305) 423-8747
(323) 243-3186 (cell)
(786) 842-4430 (fax)
josh@tarjanlawfirm.com

*Attorneys for Plaintiff*