UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

    Petitioner,

v.                                                                    Case No. 1:23-cv-45-AW-HTC

DEPUTY CHASE GREGORY,

    Defendant.

### PLAINTIFF'S NOTICE OF STRIKING ECF NO. 113

Plaintiff Terry Dukes, Sr. provides notice of striking the document filed as

ECF No. 113. Per the Court's order during trial, Mr. Dukes filed a second amended

exhibit list to reflect the transcript and audio recordings of Deputy Gregory's

sworn statement. Counsel inadvertently selected "witness list" when filing it, but

subsequently re-filed the document under the correct selection as ECF No. 114.

Dated: June 9, 2026

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

Joshua Tarjan (FBN 107092)

The Tarjan Law Firm P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747
josh@tarjanlawfirm.com

*Attorneys for Plaintiff*