**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**TERRY DUKES, SR.,**

    **Plaintiff,**

**v.**                                                                          **Case No. 1:23-cv-45-AW-HTC**

**ROBERT McCALLUM, JR., in his
official capacity as Sheriff of Levy
County, et al.,**

    **Defendants.**

_____/

## ORDER FOR JURY MEALS

The clerk shall furnish, at the expense of the United States of America, such

meals as necessary for the comfort and convenience of the jury during deliberation.

SO ORDERED on June 10, 2026.

s/ *Allen Winsor*_____
Chief United States District Judge