# UNITED STATES DISTRICT COURT
## CIVIL MINUTES - TRIAL

**Case No.**   **1:23-cv-45-AW**                          **Date : 06/08/2026 - 06/11/2026**
**Title:**      **Dukes v McCallum et al.**

PROCEEDINGS:          **JURY TRIAL**

PRESENT:   HONORABLE  _ALLEN WINSOR_ ,Presiding Judge

    _TiAnn Stark_          _Dawn Savino (USDC-Tallahassee)_
    Deputy Clerk                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF(S):      ATTORNEYS PRESENT FOR DEFENDANT(S):

  James Slater                                    Gwendolyn Adkins
  Joshua Tarjan                                   Scott Seagle

_____ COURT TRIAL

__X__ JURY TRIAL

SEE SEPARATE LIST FOR JURY

_____ Case continued to _____

__X__ Jury Retires to deliberate at _11:08 a.m._ on _06/10/2026._  Jury returns at _4:23 p.m._ on _06/11/26_

_____ Ordered Jury to be taken to _____; _____ Be lodged for night.

_____ FINDINGS BY COURT

__X__ JURY VERDICT.   See signed verdict.
                                    __X__ Jury Polled _____ Polling waived

JUDGMENT BY COURT for _____ Plaintiff; _____ Defendant;  for $ _____

_____ Findings, Conclusions of Law,  Judgment to be prepared by _____ Plaintiff; _____ Defendant

Initials of Deputy Clerk  _TSS_

## MINUTES
## Case No: 1:23-cv-45-AW

**Terry Dukes, Sr.**                    **Attorneys:  James Slater**
                                        **Joshua Tarjan**

**vs**

**Chase Gregory**                       **Attorneys:  Gwendolyn Adkins**
                                        **Scott Seagle**

**June 8, 2026**
**1st day of trial**
Chief District Judge Allen Winsor
Court Reporter:        Dawn Savino
CRD:                   TiAnn Stark

**8:31 A.M       Court called to order**

8:31 A.M.       Pretrial Conference - Rule of Sequestration invoked; statement of case reviewed; proposed jury instructions and verdict form distributed to parties; witness lists; demonstrative aids; breaks for plaintiff due to medical reasons; plaintiff provided hearing aid for proceedings; ECF No. 106, Motion for Ruling on Applicability of FRE 106 Regarding Excerpts of Sworn Statement of Chase Gregory, withdrawn

**8:49 A.M.      Recess**

9:53 A.M.       Questionnaires distributed to the parties for review

9:16 A.M.       28 potential jurors seated

**9:17 A.M.      Court reconvenes**

9:26 A.M.       28 prospective jurors sworn

9:26 A.M.       Voir dire begins

10:21 A.M.      Sidebar begins

10:29 A.M.      Sidebar ends

10:29 A.M.      Prospective juror 15 excused for cause

10:32 A.M.      Prospective jurors exit courtroom

10:33 A.M.      Court and attorneys meet with prospective jurors, 1, 2, 4, 7, 8, 9, 13, 14, 16, 17, 19, and 21, individually

10:34 A.M.      Prospective juror 1 excused for cause

11:05 A.M.      Prospective juror 14 excused for cause

11:23 A.M.      Cause challenges - juror numbers 2, 7, 9, 19, granted; juror numbers 17, 21, granted with objection

**11:29 A.M.     Recess**

**11:38 A.M.     Court reconvenes**

| | |
|---|---|
| 11:38 A.M. | Peremptory challenges |
| 11:47 A.M. | Prospective jurors return to the courtroom |
| 11:50 A.M. | Eight jurors empaneled and exit for lunch; to return at 1:15 P.M. |
| 11:52 A.M. | Remaining prospective jurors thanked by the Court and excused |
| 11:53 A.M. | Housekeeping matters - afternoon schedule, exhibits - objections to Plaintiff's Exhibit 2 argued; parties instructed to return at 1:05 P.M |
| **11:55 A.M.** | **Recess** |
| 11:56 A.M. | Questionnaires collected |
| **1:07 P.M.** | **Court reconvenes** |
| 1:07 P.M. | Housekeeping matters - preliminary instructions discussed; Plaintiff's Exhibits 1, 3-9 admitted and Defendant's Exhibits 1-4 and 6-16 admitted |
| 1:17 P.M. | Jury enters |
| 1:18 P.M. | Eight jurors sworn |
| 1:18 P.M. | Preliminary Instructions read to jurors |
| 1:29 P.M. | Plaintiff's Opening Statement (Tarjan) |
| 1:41 P.M. | Defendant's Opening Statement (Seagle) |
| 1:59 P.M. | Jury advised exhibits previously admitted |
| *2:00 P.M.* | *Plaintiff's Case Begins* |
| 2:01 P.M. | Plaintiff's Witness, <u>TERRY DUKES, SR.</u>, sworn, direct (Slater) Plaintiff's Exhibit 2A, marked and admitted |
| 3:00 P.M. | Jury exits |
| **3:01 P.M.** | **Recess** |
| **3:15 P.M.** | **Court reconvenes** |
| 3:16 P.M. | Housekeeping matters |
| 3:20 P.M. | Jury enters |
| 3:21 P.M. | Direct continues (Slater) |
| 3:28 P.M. | Cross (Adkins) |
| 4:28 P.M. | Redirect (Slater) |
| 4:41 P.M. | Sidebar begins |
| 4:43 P.M. | Sidebar ends |
| 4:45 P.M. | Plaintiff's Witness, <u>JERRY LEE MONGO</u>, sworn, direct (Tarjan) |
| 5:08 P.M. | Cross (Seagle) |

| | |
|---|---|
| 5:24 P.M. | Redirect (Tarjan) |
| 5:29 P.M. | Jury retires for the evening; to return at 8:30 A.M. on Tuesday, June 9, 2026 |
| 5:30 P.M. | Housekeeping matters - Juror 6 indicates he knows witness - Court addresses issue with juror and attorneys; Defense Exhibit 5 admitted; schedule for second day discussed; jury instructions discussed; one defense witness not available until Wednesday |

**5:57 P.M.    Court Adjourned; to reconvene on Tuesday, June 9, 2026 at 8:15 A.M.**

**June 9, 2026**
**2nd day of trial**
Chief District Judge Allen Winsor
Court Reporter:       Dawn Savino
CRD:                        TiAnn Stark

**8:20 A.M    Court called to order**

| | |
|---|---|
| 8:20 A.M. | Housekeeping matters - instruction to be given to jury on witness and Juror 6; Defense Exhibit 21, admitted; testimony regarding plaintiff's mental state |

**8:32 A.M.    Recess**

**8:37 A.M.    Court reconvenes**

| | |
|---|---|
| 8:37 A.M. | Housekeeping matters - Plaintiff's demonstrative exhibit |
| 8:40 A.M. | Jury enters |
| 8:41 A.M. | Plaintiff's Witness, KRISTI KIRBY, sworn, direct (Tarjan) |
| 9:18 A.M. | Cross (Seagle) |
| 9:34 A.M. | Redirect (Tarjan) |
| 9:40 A.M. | Plaintiff's Witness, PAMELA SMITH, sworn, direct (Tarjan) |
| 9:53 A.M. | Sidebar begins |
| 9:54 A.M. | Sidebar ends |
| 9:54 A.M. | Direct continues |
| 10:09 A.M. | Jury exits |

**10:10 A.M.    Recess**

**10:25 A.M.    Court reconvenes**

| | |
|---|---|
| 10:27 A.M. | Jury enters |
| 10:27 A.M. | Cross (Adkins) |
| 11:04 A.M. | Redirect (Slater) |
| 11:09 A.M. | Plaintiff's Witness recalled, JERRY LEE MONGO, sworn, direct (Tarjan) |
| 11:13 A.M. | Plaintiff's Witness, ALVIN L. ROBINSON, sworn, direct (Tarjan) |
| 11:20 A.M. | Cross (Adkins) |

| | |
|---|---|
| 11:25 A.M. | Jury exits |
| 11:26 A.M. | Housekeeping matters |
| **11:26 A.M.** | **Recess** |
| **11:31 A.M.** | **Court reconvenes** |
| 11:31 A.M. | Housekeeping matters |
| 11:32 A.M. | Jury enters |
| 11:33 A.M. | Plaintiff's Witness, <u>KOULTER CHASE GREGORY</u>, sworn, direct (Slater) |
| 11:44 A.M. | Sidebar begins |
| 11:45 A.M. | Sidebar ends |
| *12:10 P.M.* | *Plaintiff's Case Rests* |
| 12:10 P.M. | Jury exits for lunch; to return at 1:10 P.M. |
| 12:11 P.M. | Plaintiff moves for judgment as a matter of law - arguments presented; Defendant moves for directed verdict - arguments presented - both motions denied |
| 12:16 P.M. | Housekeeping matters - jury instructions and verdict form |
| **12:28 P.M.** | **Recess** |
| **1:10 P.M.** | **Court reconvenes** |
| 1:11 P.M. | Housekeeping matters - internal affairs investigation |
| 1:15 P.M. | Jury enters |
| *1:16 P.M.* | *Defendant's Case Begins* |
| 1:16 P.M. | Defendant's Witness,<u>KOULTER CHASE GREGORY</u>, previously sworn, direct (Seagle) Plaintiff's Exhibit 2C, marked and admitted |
| 2:14 P.M. | Sidebar begins |
| 2:14 P.M. | Sidebar ends |
| 2:14 P.M. | Jury exits |
| **2:14 P.M.** | **Recess** |
| **2:26 P.M.** | **Court reconvenes** |
| 2:26 P.M. | Housekeeping matters |
| 2:28 P.M. | Jury enters |
| 2:28 P.M. | Cross (Slater) |
| 2:32 P.M. | Sidebar begins |
| 2:34 P.M. | Sidebar ends |
| 2:34 P.M. | Cross continues (Slater) |

3:10 P.M.       Redirect (Seagle)

3:17 P.M.       Defendant's Witness, <u>TUCKER GAFFEY</u>, sworn, direct (Seagle)

3:38 P.M.       Cross (Slater)

3:50 P.M.       Defendant's Witness, <u>BLAKE MURPHY</u>, sworn, direct (Adkins)

4:07 P.M.       Cross (Slater)

4:22 P.M.       Redirect (Adkins)

4:27 P.M.       Jury retires for the evening; to return at 8:30 A.M. on Wednesday, June 10, 2026

4:28 P.M.       Housekeeping matters - no rebuttal case anticipated; mask request; jury instructions and verdict

form - discussion draft to be placed on docket; qualified immunity; schedule for Wednesday

**5:14 P.M.       Court Adjourned; to reconvene on Wednesday, June 10, 2026 at 8:15 A.M.**

**June 10, 2026**
**3rd day of trial**
Chief District Judge Allen Winsor
Court Reporter:        Dawn Savino
CRD:                   TiAnn Stark

**8:15 A.M       Court called to order**

8:16 A.M.       Final Charging Conference

**8:26 A.M.      Recess**

**8:32 A.M.      Court reconvenes**

8:34 A.M.       Jury enters

8:35 A.M.       Defendant's Witness, <u>MARK FOWLER</u>, sworn, direct (Adkins)

8:53 A.M.       Cross (Slaters)

8:56 A.M.       Redirect (Adkins)

8:57 *A.M.*     *Defendant's Case Rests*

8:57 A.M.       Sidebar begins

8:57 A.M.       Renewed motions for directed judgment - denied

8:58 A.M.       Sidebar ends

9:00 A.M.       Jury instructions published to the jury in part

9:12 A.M.       Jury exits

9:12 A.M.       Housekeeping matters

**9:15 A.M.      Recess**

**9:33 A.M.      Court reconvenes**

9:33 A.M.       Housekeeping matters - exhibits

9:36 A.M.       Jury enters

| 9:36 A.M. | Plaintiff's Closing Arguments (Tarjan) |
|---|---|
| 10:15 A.M | Defendant's Closing Arguments (Seagle) |
| 10:58 A.M. | Plaintiff's Rebuttal |
| 11:04 A.M. | Final instructions read to the jury |
| 11:08 A.M. | Jury retires to deliberate |
| 11:08 A.M. | Housekeeping matters - renewed motions; parties reviewed and confirmed exhibits and paperwork to be delivered to the jury room |
| **11:12 A.M.** | **Recess** |
| 11:13 A.M. | Exhibits, verdict form and copy of jury instructions delivered to jury |
| 11:44 A.M. | Court notified jury has questions - all parties notified (Jury Note 1) |
| **11:57 A.M.** | **Court reconvenes** |
| 11:57 A.M. | Court addresses questions with parties |
| **12:08 P.M.** | **Recess** |
| 12:09 P.M. | Court's response delivered to jury |
| 1:05 P.M. | Lunch delivered to jury |
| 4:48 P.M. | Court notified jury has questions - all parties notified (Jury Note 2) |
| **4:53 P.M.** | **Court reconvenes** |
| 4:53 P.M. | Court addresses questions with parties |
| **4:55 P.M.** | **Recess** |
| 4:56 P.M. | Court's response delivered to jury |
| 5:15 P.M. | Jury retires for the evening; to return at 9:00 A.M. on Thursday, June 11, 2026 |
| 5:15 P.M. | Court Adjourned |

**June 11, 2026**
**3rd day of trial**
Chief District Judge Allen Winsor
Court Reporter:     Dawn Savino
CRD:                Adelita Tinaya-Miller/TiAnn Stark

| 9:00 A.M. | All jurors present in jury room - deliberations continue |
|---|---|
| **11:44 A.M.** | **Court reconvenes** |
| 11:44 A.M. | Housekeeping matters |
| **11:50 A.M.** | **Recess** |
| 1:05 P.M. | Lunch delivered to jury |
| 4:10 P.M. | Court notified a verdict has been reached - all parties notified |
| **4:22 P.M.** | **Court reconvenes** |

4:23 P.M.        Jury enters

4:24 P.M.        Verdict published - jury found in favor of the plaintiff

4:25 P.M.        Jury polled

4:27 P.M.        Jury thanked and exits the courtroom

**4:30 P.M.        Court Adjourned**