**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

TERRY DUKES, SR.,

    Plaintiff,

v.                                                              Case No. 1:23-cv-45-AW-HTC

CHASE GREGORY,

    Defendant.

_____/

## VERDICT

**Do you unanimously find from a preponderance of the evidence:**

1. That Mr. Dukes has proved his claim?

    Answer Yes or No ____Yes____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date this verdict form. If your answer is "Yes," go to the next question.

2. That Mr. Dukes should be awarded compensatory damages against Deputy Gregory?

    Answer Yes or No ____Yes____

If your answer is "Yes," in what amount should he receive damages for:

| | |
|---|---|
| Past loss of income or earning potential | $ 32,619 |
| Past physical pain and mental suffering | $ 14,875 |
| Future physical pain and mental suffering | $ 12,422 |

SO SAY WE ALL.

Redacted
_____                          06/11/2026
Foreperson                                                        Date

                                 Filed in Open Court
                                  6-11-26
                         Clerk, U.S. District Court
                         Northern District of Florida