**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**TERRY DUKES, SR.,**

     **Plaintiff,**

**v.**                                     **Case No. 1:23-cv-45-AW-HTC**

**ROBERT McCALLUM, JR., in his
official capacity as Sheriff of Levy
County, et al.,**

     **Defendants.**

_____/

## ORDER DIRECTING ENTRY OF JUDGMENT

The case was tried to a jury on the Fourth Amendment claim against Defendant Chase Gregory. The jury returned a verdict in favor of Plaintiff Terry Dukes, Sr. *See* ECF No. 121. Consistent with that verdict, the court directs entry of judgment in favor of Plaintiff Terry Dukes, Sr., and against Defendant Chase Gregory in the total amount of $59,916.00, plus postjudgment interest at the statutory rate. All other claims have previously been dismissed.

SO ORDERED on June 23, 2026.

s/ *Allen Winsor*_____
Chief United States District Judge