AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Florida

| | | |
|---|---|---|
| TERRY DUKES, SR | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:23-cv-00045-AW-HTC |
| ROBERT MCCALLUM, JR., et al., | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)*   TERRY DUKES, SR    recover from the
defendant *(name)*    CHASE GREGORY    the amount of
dollars ($  59,916.00  ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of  3.87  % per annum,

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____ .

☐ other:

_____.

This action was *(check one)*:

☑ tried by a jury with Judge  CHIEF JUDGE ALLEN C WINSOR    presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☐ decided by Judge _____ on a motion for

_____.

Date:   6/23/2026

JESSICA J LYUBLANOVITS
*CLERK OF COURT*

s/ KELLI MALU, Deputy Clerk
*Signature of Clerk or Deputy Clerk*