AO 133 (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | )
|---|---|
| TERRY DUKES SR | ) |
| v. | ) Case No.:  1:23-cv-45-AW-HTC |
| CORPORAL CHASE GREGORY | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __June 23, 2026__ against __Defendant Chase Gregory__ ,
*Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 402.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 554.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 7,920.00 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,027.76 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 262.25 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. § 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 10,166.01 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

| Declaration |
|---|

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid
[ ] Other:

s/ Attorney:  /s/ James M. Slater

Name of Attorney:  James M. Slater

For:  Plaintiff Terry Dukes, Sr.                    Date:  June 30, 2026
*Name of Claiming Party*

| Taxation of Costs |
|---|

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

| *Clerk of Court* | *Deputy Clerk* | *Date* |
|---|---|---|

AO 133  (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| Jerry Mongo<br>Bronson, FL | 1 | 40.00 | | | 48 | 35.00 | $75.00 |
| Alvin Robinson<br>Bronson, FL | 1 | 40.00 | | | 48 | 35.00 | $75.00 |
| Pamela Smith<br>Gainesville, FL | 1 | 40.00 | | | 21 | 15.00 | $55.00 |
| Tessy Korah<br>Gainesville, FL | 1 | 40.00 | | | 24 | 17.25 | $57.25 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $262.25 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## ITEMIZED LIST OF COSTS

*Terry Dukes, Sr. v. Chase Gregory*, Case No. 1:23-cv-45 (N.D. Fla.)

---

**FILING FEE**

| | |
|---|---:|
| Filing fee | $402.00 |

| | |
|---|---:|
| | **Subtotal: $402.00** |

---

**SERVICE OF PROCESS**

| | |
|---|---:|
| Service of process (Chase Gregory) | $89.00 |
| Service of process (Franco Almeida) | $89.00 |
| Service of process (Tucker Gaffey) | $89.00 |
| Service of process (Robert McCallum) | $89.00 |

| | |
|---|---:|
| | **Subtotal: $356.00** |

---

**TRIAL SUBPOENAS**

| | |
|---|---:|
| Trial subpoena fees (Jerry Mongo) | $75.00 |
| Trial subpoena fees (Alvin Robinson) | $75.00 |
| Trial subpoena fees (Pamela Smith) | $55.00 |
| Trial subpoena fees (Tessy Korah) | $57.25 |
| Service of trial subpoena (Tessy Korah) | $99.00 |
| Service of trial subpoena (Pamela Smith) | $99.00 |

| | |
|---|---:|
| | **Subtotal: $460.25** |

---

**FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS**

| | |
|---|---:|
| Milestone Reporting Company (30(b)(6) Deposition, Sheriff's Office) | $1,030.00 |
| Milestone Reporting Company (Det. Michael Wilkinson Deposition) | $510.00 |
| Milestone Reporting Company (Chase Gregory Deposition) | $1,925.00 |
| Milestone Reporting Company (Franco Almeida Deposition) | $1,082.00 |
| Milestone Reporting Company (Tucker Gaffey Deposition) | $580.50 |
| Milestone Reporting Company (Blake Murphy Deposition) | $576.00 |
| Milestone Reporting Company (Scott Tummond Deposition) | $1,123.50 |
| For the Record Reporting Company (Chase Gregory Sworn Statement) | $532.25 |
| Nature Coast Reporting Company (Terry Dukes Deposition) | $561.00 |

| | |
|---|---:|
| | **Subtotal: $7,920.00** |

---

**PRINTING COSTS FOR TRIAL**

| | |
|---|---:|
| FedEx (Order #2010424952359683) (Kirby Demonstrative) | $125.39 |
| FedEx (Order #2010029326506107) (Deposition transcripts and exhibits) | $481.93 |
| FedEx (Order #2010030357110417 (Deposition transcripts and exhibits) | $301.40 |
| FedEx (Order #2010110682549540 (trial exhibits) | $51.79 |
| CVS (Order #RFAWXA9K) (trial exhibit photographs) | $67.25 |

| | |
|---|---:|
| | **Subtotal: $1,027.76** |

**ITEMIZED LIST OF COSTS**

*Terry Dukes, Sr. v. Chase Gregory*, Case No. 1:23-cv-45 (N.D. Fla.)

---

**TOTAL COSTS UNDER § 1920:**                                    **$10,166.01**

**ITEMIZED LIST OF COSTS**

*Terry Dukes, Sr. v. Chase Gregory*, **Case No. 1:23-cv-45 (N.D. Fla.)**

# FILING FEE

```
&%RPCourt Name: District Court
Division: 1
Receipt Number: FLN100004531
Cashier ID: kmalu
Transaction Date: 03/02/2023
Payer Name: James Slater
----------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: Terry Dukes Sr
 Case/Party: D-FLN-1-23-CV-000045-001
 Amount:          $402.00
----------------------------------
CREDIT CARD
 Amt Tendered:   $402.00
----------------------------------
Total Due:        $402.00
Total Tendered:  $402.00
Change Amt:       $0.00


Note: Returned check fee is $53
```

**ITEMIZED LIST OF COSTS**

*Terry Dukes, Sr. v. Chase Gregory*, Case No. 1:23-cv-45 (N.D. Fla.)

# SERVICE OF PROCESS

**ACCURATE SERVE OF TALLAHASSEE**



400 CAPITAL CIRCLE SE STE 18291
Tallahassee, FL  32301
Phone: 850-519-5494    Fax: --

## ALL INVOICES

| Client Info: | Statement Info: |
|---|---|
| Slater Legal PLLC<br><br>113 S. Monroe Street<br>Tallahassee, FL  32301 | Print Date: 3/17/2023<br><br>Client ID: SLP-1 |

| Case # 1:23-cv-00045-AW-HTC     Court Name: USDC FOR THE NORTHERN DISTRICT OF FLORIDA     Division: GAINESVILLE |
|---|
| Plaintiff:<br>TERRY DUKES, SR<br> -versus-<br>Defendant:<br>ROBERT B. MCCALLUM, JR; ET AL. |

| - Serve To: FRANCO ALMEIDA | | | Job # T230691 |
|---|---|---|---|
| **Service Details:** | **Date:** | **Time:** | **Location of Service** |
| Actual Person Served: Morgan Vanasco<br><br>Relation: AUTHORIZED TO ACCEPT<br>Manner of Service: SUBSTITUTE SERVICE | 3/10/2023 | 07:58 PM | 9150 NE 80TH AVE  Bronson, FL 32621 |

| Qty: | Description | Unit Price: | Line Amount: |
|---|---|---|---|
| 1 | **Routine Non Local Service** | **$89.00** | **$89.00** |
| | | Sub Total | **$89.00** |
| | | Amount Paid to Date | **$0.00** |
| | | TOTAL | **$89.00** |

| - Serve To: TUCKER GAFFEY | | | Job # T230692 |
|---|---|---|---|
| **Service Details:** | **Date:** | **Time:** | **Location of Service** |
| Actual Person Served: Morgan Vanasco<br><br>Relation: AUTHORIZED TO ACCEPT<br>Manner of Service: SUBSTITUTE SERVICE | 3/10/2023 | 07:58 PM | 9150 NE 80TH AVE  Bronson, FL 32621 |

| Qty: | Description | Unit Price: | Line Amount: |
|---|---|---|---|
| 1 | **Routine Non Local Service** | **$89.00** | **$89.00** |
| | | Sub Total | **$89.00** |
| | | Amount Paid to Date | **$0.00** |
| | | TOTAL | **$89.00** |

| - Serve To: CHASE GREGORY | | | Job # T230693 |
|---|---|---|---|
| **Service Details:** | **Date:** | **Time:** | **Location of Service** |
| Actual Person Served: Morgan Vanasco<br><br>Relation: AUTHORIZED TO ACCEPT<br>Manner of Service: SUBSTITUTE SERVICE | 3/10/2023 | 07:58 PM | 9150 NE 80TH AVE  Bronson, FL 32621 |

| Qty: | Description | Unit Price: | Line Amount: |
|------|-------------|-------------|--------------|
| 1 | Routine Non Local Service | $89.00 | $89.00 |
| | | Sub Total | $89.00 |
| | | Amount Paid to Date | $0.00 |
| | | TOTAL | $89.00 |

**- Serve To: ROBERT B. MCCALLUM, JR SHERIFF OF LEVY COUNTY...**  **Job # T230694**

| Service Details: | Date: | Time: | Location of Service |
|------------------|-------|-------|---------------------|
| Actual Person Served: Morgan Vanasco<br><br>Relation: AUTHORIZED TO ACCEPT<br>Manner of Service: GOV/LAW ENFORCE EMP | 3/10/2023 | 07:58 PM | 9150 NE 80TH AVE  Bronson, FL 32621 |

| Qty: | Description | Unit Price: | Line Amount: |
|------|-------------|-------------|--------------|
| 1 | Routine Non Local Service | $89.00 | $89.00 |
| | | Sub Total | $89.00 |
| | | Amount Paid to Date | $0.00 |
| | | TOTAL | $89.00 |

**Grand total:    $356.00**

Thank you for Choosing ACCURATE SERVE OF TALLAHASSEE,

All invoices are due upon receipt.

If there are any questions or concerns about your invoice, your firm may reach our office by calling Accounts Receivable (800) 418-1995 , Monday - Friday 9-5pm. Or you can simply reply to this email and we will reply as soon as possible.

An invoice that has not been paid within 30 days is subject to penalty. That penalty comes in the form of an administrative/late fee in the amount of $5 every 30 days until the Invoice has been paid in full. Online payments, checks and money orders are accepted.

Payments can be made directly online using this link.

http://www.accurateservetally.com/payment

Thank you for your cooperation and supporting local small businesses.



**James Slater <james@slater.legal>**

# Approved Transaction

1 message

---

**Transactions@eprocessingnetwork.com** <Transactions@eprocessingnetwork.com>          Fri, Mar 17, 2023 at 12:10 PM
To: james@slater.legal

This message is to confirm your transaction with ACCURATE SERVE OF TALLAHASSEE.
If you have any questions or concerns, please contact ACCURATE SERVE OF TALLAHASSEE at
BRENNAN.FOGARTY@ACCURATESERVETALLY.COM. Please include the body of this message in
any correspondence to ACCURATE SERVE OF TALLAHASSEE regarding this order.
Please do not reply to this message. This is simply a courtesy confirmation for your records and security.

Transaction information is as follows:
**Invoice:**                                                                **2917**
**Process Date:**                                                      **03/17/2023 11:10:21 AM**

1 Dukes v. McCallum - 1:23-cv-00045-AW-HTC at $356.00 each.

Total Amount:                                                          $356.00

**Billing Info**
Name:                                                                    James Slater
Company:                                                             Slater Legal PLLC
Address:                                                               ██████████████

E-Mail:                                                                   james@slater.legal
Phone:                                                                   3055239023
Approved Code:                                                  AUTH/TKT 00651G
Placed From:                                                       217.180.196.2
IP:                                                                            217.180.196.2

**ITEMIZED LIST OF COSTS**

*Terry Dukes, Sr. v. Chase Gregory*, **Case No. 1:23-cv-45 (N.D. Fla.)**

# TRIAL SUBPOENAS

**ACCURATE SERVE OF TALLAHASSEE**



400 CAPITAL CIRCLE SE STE 18291
Tallahassee, FL  32301
Phone: 850-519-5494    Fax: --

**ALL INVOICES**

| Client Info: |
| --- |
| Slater Legal PLLC |
| 113 S. Monroe Street |
| Tallahassee, FL  32301 |

| Statement Info: |
| --- |
| Print Date: 5/4/2026 |
| Client ID:  SLP-1 |

| **Case # 1:23-cv-00045-AW**    Court Name: USDC FOR THE NORTHERN DISTRICT OF FLORIDA    Division: |
| --- |
| Plaintiff:<br>TERRY DUKES, SR.<br> -versus-<br>Defendant:<br>CORPORAL CHASE GREGORY |

**- Serve To: Dr. Tessy Korah**                                                           **Job # T261306**

| Qty: | Description | Unit Price: | Line Amount: |
| --- | --- | --- | --- |
| 1 | **Routine Service FL** | **$99.00** | **$99.00** |
| 1 | **COGS - Witness Check** | **$57.25** | **$57.25** |
| | | Sub Total | $156.25 |
| | | Amount Paid to Date | $0.00 |
| | | TOTAL | $156.25 |

**Grand total:**     **$225.25**

Thank you for Choosing ACCURATE SERVE OF TALLAHASSEE,

All invoices are due upon receipt.

If there are any questions or concerns about your invoice, your firm may reach our office by calling Accounts Receivable (800) 418-1995 , Monday - Friday 9-5pm. Or you can simply reply to this email and we will reply as soon as possible.

An invoice that has not been paid within 30 days is subject to penalty. That penalty comes in the form of an administrative/late fee in the amount of $5 every 30 days until the Invoice has been paid in full. Online payments, checks and money orders are accepted.

Payments can be made directly online using this link.

http://www.accurateservetally.com/payment

Thank you for your cooperation and supporting local small businesses.

# ACCURATE SERVE OF TALLAHASSEE



400 CAPITAL CIRCLE SE STE 18291
Tallahassee, FL  32301
Phone: 850-519-5494    Fax: --

## ALL INVOICES

| Client Info: | Statement Info: |
|---|---|
| Slater Legal PLLC<br><br>113 S. Monroe Street<br>Tallahassee, FL  32301 | Print Date: 5/20/2026<br><br>Client ID:  SLP-1 |

**Case # 1:23-cv-45-AW**     Court Name: USDC FOR THE NORTHERN DISTRICT OF FLORIDA     Division:

Plaintiff:
Terry Dukes, Sr.
 -versus-
Defendant:
Corporal Chase Gregory

**- Serve To: Pamela Smith**                                                     **Job # T261404**

| Qty: | Description | Unit Price: | Line Amount: |
|---|---|---|---|
| 1 | **Routine Service FL** | **$99.00** | **$99.00** |
| 1 | **COGS - Witness Check** | **$55.00** | **$55.00** |
| | | Sub Total | $154.00 |
| | | Amount Paid to Date | $0.00 |
| | | TOTAL | $154.00 |

**Grand total:      $154.00**

Thank you for Choosing ACCURATE SERVE OF TALLAHASSEE,

All invoices are due upon receipt.

If there are any questions or concerns about your invoice, your firm may reach our office by calling Accounts Receivable (800) 418-1995 , Monday - Friday 9-5pm. Or you can simply reply to this email and we will reply as soon as possible.

An invoice that has not been paid within 30 days is subject to penalty. That penalty comes in the form of an administrative/late fee in the amount of $5 every 30 days until the Invoice has been paid in full. Online payments, checks and money orders are accepted.

Payments can be made directly online using this link.

http://www.accurateservetally.com/payment

Thank you for your cooperation and supporting local small businesses.

**From:**         outgoing@safewebservices.com
**Sent:**         Monday, May 4, 2026 1:44 PM
**To:**           james@slater.legal
**Subject:**      ACCURATE SERVE TALLAHASSEE Transaction Receipt

# ACCURATE SERVE TALLAHASSEE



**Your Card Sale is complete! Below is your receipt with all relevant transaction information.**

## Transaction Receipt



**May 4, 2026**
1:44:28 PM EDT
**$161.72**

| | |
|---|---|
| **Type** | Card Sale |
| **Transaction ID** | 12025739309 |
| **Auth Code** | 02868G |
| **Description** | PAY NOW |
| **Order ID** | 12025739309 |
| **Surcharge** | $5.47 |
| **ORDER DESCRIPTION** | T261306 |

**Billing Details**
James Slater

3036 Briarlake Rd
Decatur, GA 30033
US

james@slater.legal
3059007531
**Shipping Details**

1

| From: | outgoing@safewebservices.com |
|---|---|
| Sent: | Thursday, May 21, 2026 2:54 PM |
| To: | james@slater.legal |
| Subject: | ACCURATE SERVE TALLAHASSEE Transaction Receipt |

## ACCURATE SERVE TALLAHASSEE



**Your Card Sale is complete! Below is your receipt with all relevant transaction information.**

## Transaction Receipt



**May 21, 2026**
2:53:50 PM EDT
**$159.39**

| | |
|---|---|
| **Type** | Card Sale |
| **Transaction ID** | 12091147917 |
| **Auth Code** | 00541G |
| **Description** | PAY NOW |
| **Order ID** | 12091147917 |
| **Surcharge** | $5.39 |
| **ORDER DESCRIPTION** | # T261404 |

**Billing Details**
James Slater
Slater Legal PLLC

3036 Briarlake Rd
Decatur, GA 30033
US

james@slater.legal
3059007531
**Shipping Details**

1



Printed from Chase for Business

---

## Check Details

---

Total: **$75.00**

Post date:  Jun 05, 2026

Check #:  189

---

Front     Back



SLATER LEGAL PLLC
P.O. BOX 522
TALLAHASSEE, FL 32302

63-8413/2670                    189

DATE 5/25/26

PAY TO THE
ORDER OF    Jerry Mongo        $ 75.00

Seventy-five — DOLLARS

CHASE
JPMorgan Chase Bank. N.A.
www.Chase.com

MEMO  Dukes - witness fee

---

JPMorgan Chase Bank, N.A. Member FDIC          ©2026 JPMorgan Chase & Co          Equal Opportunity Lender



Printed from Chase for Business

---

## Check Details

---

Total: **$75.00**

Post date: Jun 05, 2026

Check #: 190

---

Front    Back



---

JPMorgan Chase Bank, N.A. Member FDIC          ©2026 JPMorgan Chase & Co          Equal Opportunity Lender

**ITEMIZED LIST OF COSTS**

*Terry Dukes, Sr. v. Chase Gregory*, **Case No. 1:23-cv-45 (N.D. Fla.)**

# COSTS FOR TRANSCRIPTS

# INVOICE

1 of 1

Milestone Reporting Company
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 255309 | 8/4/2023 | 278834 |
| **Job Date** | **Case No.** | |
| 7/24/2023 | 1:23-cv-45 (N.D. Fla.). | |
| **Case Name** | | |
| Terry Dukes Sr. v. Robert B. McCallum, Jr. et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

James Slater, Esquire
Slater Legal PLLC
113 S. Monroe Street

Tallahassee, FL 32301

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Deputy Chase Gregory | 315.00 Pages | @ | 4.500 | 1,417.50 |
| Reporter Attendance - First Hour | 1.00 Hours | @ | 85.000 | 85.00 |
| Reporter Attendance - Additional Hour | 6.50 Hours | @ | 65.000 | 422.50 |
| Zoom/WebEx | 1.00 | @ | 75.000 | 75.00 |
| Etran/PTX Files - Complimentary | 1.00 | @ | 0.000 | 0.00 |
| Exhibits - Copied/Scanned/Hyperlinked | 500.00 Pages | @ | 0.250 | 125.00 |
| No Paper - E-Delivery Only | 1.00 | @ | 0.000 | 0.00 |
| **TOTAL DUE  >>>** | | | | **$2,125.00** |

Location of Job    : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, FL

9:30-4:59 pm

Terms are Net 30 days.  Past due amounts may be charged a 12% finance charge after 90 days.  Where collection is required, debtor will pay all collection costs, attorney fees and court costs.  Debtor consents to jurisdiction of the courts of Orange County, Florida.

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

James Slater, Esquire
Slater Legal PLLC
113 S. Monroe Street

Tallahassee, FL 32301

Invoice No.    : 255309
Invoice Date   : 8/4/2023
**Total Due**     : **$2,125.00**

Remit To:  **Milestone Reporting Company**
**P.O. Box 3426**
**Orlando, FL 32802**

Job No.       : 278834
BU ID         : MRC
Case No.      : 1:23-cv-45 (N.D. Fla.).
Case Name     : Terry Dukes Sr. v. Robert B. McCallum, Jr. et al.

# I N V O I C E

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 255497 | 8/7/2023 | 278836 |
| **Job Date** | **Case No.** | |
| 7/25/2023 | 1:23-cv-45 (N.D. Fla.). | |
| **Case Name** | | |
| Terry Dukes Sr. v. Robert B. McCallum, Jr. et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Milestone Reporting Company
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

James Slater, Esquire
Slater Legal PLLC
113 S. Monroe Street

Tallahassee, FL 32301

| | | | | | |
|---|---|---|---|---|---|
| ORIGINAL AND 1 COPY OF TRANSCRIPT OF: | | | | | |
| Corporal Franco Almeida | 135.00 | Pages | @ | 4.500 | 607.50 |
| Reporter Attendance - First Hour | 1.00 | Hours | @ | 85.000 | 85.00 |
| Reporter Attendance - Additional Hour | 6.00 | Hours | @ | 65.000 | 390.00 |
| Zoom/WebEx | 1.00 | | @ | 75.000 | 75.00 |
| Etran/PTX Files - Complimentary | 1.00 | | @ | 0.000 | 0.00 |
| No Paper - E-Delivery Only | 1.00 | | @ | 0.000 | 0.00 |
| ORIGINAL AND 1 COPY OF TRANSCRIPT OF: | | | | | |
| Deputy Tucker Gaffey | 129.00 | Pages | @ | 4.500 | 580.50 |
| Etran/PTX Files - Complimentary | 1.00 | | @ | 0.000 | 0.00 |
| No Paper - E-Delivery Only | 1.00 | | @ | 0.000 | 0.00 |
| **TOTAL DUE   >>>** | | | | | **$1,738.00** |

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, FL

9:30AM-4:25PM

Terms are Net 30 days.  Past due amounts may be charged a 12% finance charge after 90 days.  Where collection is required, debtor will pay all collection costs, attorney fees and court costs.  Debtor consents to jurisdiction of the courts of Orange

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

James Slater, Esquire
Slater Legal PLLC
113 S. Monroe Street

Tallahassee, FL 32301

Invoice No.     : 255497
Invoice Date    : 8/7/2023
**Total Due**       : **$1,738.00**

Remit To:  **Milestone Reporting Company**
**P.O. Box 3426**
**Orlando, FL 32802**

Job No.     : 278836
BU ID       : MRC
Case No.    : 1:23-cv-45 (N.D. Fla.).
Case Name   : Terry Dukes Sr. v. Robert B. McCallum, Jr.
et al.

# INVOICE

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 255497 | 8/7/2023 | 278836 |
| **Job Date** | **Case No.** | |
| 7/25/2023 | 1:23-cv-45 (N.D. Fla.). | |
| **Case Name** | | |
| Terry Dukes Sr. v. Robert B. McCallum, Jr. et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Milestone Reporting Company
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

James Slater, Esquire
Slater Legal PLLC
113 S. Monroe Street

Tallahassee, FL 32301

County, Florida.

| | |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$1,738.00** |

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

James Slater, Esquire
Slater Legal PLLC
113 S. Monroe Street

Tallahassee, FL 32301

| | |
|---|---|
| Invoice No. | : 255497 |
| Invoice Date | : 8/7/2023 |
| **Total Due** | : **$1,738.00** |

Remit To: **Milestone Reporting Company**
**P.O. Box 3426**
**Orlando, FL 32802**

| | |
|---|---|
| Job No. | : 278836 |
| BU ID | : MRC |
| Case No. | : 1:23-cv-45 (N.D. Fla.). |
| Case Name | : Terry Dukes Sr. v. Robert B. McCallum, Jr. et al. |

# I N V O I C E

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 255714 | 8/8/2023 | 278841 |
| **Job Date** | **Case No.** | |
| 7/26/2023 | 1:23-cv-45 (N.D. Fla.). | |
| **Case Name** | | |
| Terry Dukes Sr. v. Robert B. McCallum, Jr. et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

**Milestone Reporting Company**
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

James Slater, Esquire
Slater Legal PLLC
113 S. Monroe Street

Tallahassee, FL 32301

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Lieutenant Scott Tummond | 137.00 | Pages | @ | 4.500 | 616.50 |
| Reporter Attendance - First Hour | 1.00 | Hours | @ | 85.000 | 85.00 |
| Reporter Attendance - Additional Hour | 6.50 | Hours | @ | 65.000 | 422.50 |
| Zoom/WebEx | 1.00 | | @ | 75.000 | 75.00 |
| Etran/PTX Files - Complimentary | 1.00 | | @ | 0.000 | 0.00 |
| No Paper - E-Delivery Only | 1.00 | | @ | 0.000 | 0.00 |

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Deputy Blake Murphy | 128.00 | Pages | @ | 4.500 | 576.00 |
| Etran/PTX Files - Complimentary | 1.00 | | @ | 0.000 | 0.00 |
| No Paper - E-Delivery Only | 1.00 | | @ | 0.000 | 0.00 |
| **TOTAL DUE  >>>** | | | | | **$1,775.00** |

Location of Job    : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, FL

9:30-4:43PM

Terms are Net 30 days.  Past due amounts may be charged a 12% finance charge after 90 days.  Where collection is required, debtor will pay all collection costs, attorney fees and court costs.  Debtor consents to jurisdiction of the courts of Orange

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

James Slater, Esquire
Slater Legal PLLC
113 S. Monroe Street

Tallahassee, FL 32301

Invoice No.    : 255714
Invoice Date  : 8/8/2023
**Total Due**    : **$1,775.00**

Remit To:  **Milestone Reporting Company**
**P.O. Box 3426**
**Orlando, FL 32802**

Job No.     : 278841
BU ID       : MRC
Case No.    : 1:23-cv-45 (N.D. Fla.).
Case Name   : Terry Dukes Sr. v. Robert B. McCallum, Jr. et al.

# I N V O I C E

2 of 2

Milestone Reporting Company
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 255714 | 8/8/2023 | 278841 |
| Job Date | Case No. | |
| 7/26/2023 | 1:23-cv-45 (N.D. Fla.). | |
| Case Name | | |
| Terry Dukes Sr. v. Robert B. McCallum, Jr. et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

James Slater, Esquire
Slater Legal PLLC
113 S. Monroe Street

Tallahassee, FL 32301

County, Florida.

| | | |
|---|---|---|
| (-) Payments/Credits: | | 0.00 |
| (+) Finance Charges/Debits: | | 0.00 |
| (=) New Balance: | | **$1,775.00** |

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

James Slater, Esquire
Slater Legal PLLC
113 S. Monroe Street

Tallahassee, FL 32301

Invoice No.    : 255714
Invoice Date  : 8/8/2023
**Total Due**    : **$1,775.00**

Remit To: **Milestone Reporting Company**
           **P.O. Box 3426**
           **Orlando, FL 32802**

Job No.      : 278841
BU ID        : MRC
Case No.     : 1:23-cv-45 (N.D. Fla.).
Case Name    : Terry Dukes Sr. v. Robert B. McCallum, Jr.
               et al.

# I N V O I C E

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 258284 | 8/29/2023 | 280277 |
| **Job Date** | **Case No.** | |
| 8/14/2023 | 1:23-cv-45 (N.D. Fla.). | |
| **Case Name** | | |
| Terry Dukes Sr. v. Robert B. McCallum, Jr. et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Milestone Reporting Company
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

James Slater, Esquire
Slater Legal PLLC
113 S. Monroe Street

Tallahassee, FL 32301

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| 30(b)(6) for the Levy County Sheriff's Office | 145.00 | Pages | @ | 4.500 | 652.50 |
| Reporter Attendance - First Hour | 1.00 | Hours | @ | 85.000 | 85.00 |
| Reporter Attendance - Additional Hour | 4.50 | Hours | @ | 65.000 | 292.50 |
| Zoom/WebEx | 1.00 | | @ | 75.000 | 75.00 |
| Etran/PTX Files - Complimentary | 1.00 | | @ | 0.000 | 0.00 |
| Exhibits - Copied/Scanned/Hyperlinked | 257.00 | Pages | @ | 0.250 | 64.25 |
| No Paper - E-Delivery Only | 1.00 | | @ | 0.000 | 0.00 |
| **TOTAL DUE   >>>** | | | | | **$1,169.25** |

Location of Job    : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, FL

Terms are Net 30 days.  Past due amounts may be charged a 12% finance charge after 90 days.  Where collection is required, debtor will pay all collection costs, attorney fees and court costs.  Debtor consents to jurisdiction of the courts of Orange County, Florida.

|  |  |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

James Slater, Esquire
Slater Legal PLLC
113 S. Monroe Street

Tallahassee, FL 32301

Invoice No.    : 258284
Invoice Date   : 8/29/2023
**Total Due**    : **$1,169.25**

Remit To:  **Milestone Reporting Company**
          **P.O. Box 3426**
          **Orlando, FL 32802**

Job No.     : 280277
BU ID       : MRC
Case No.    : 1:23-cv-45 (N.D. Fla.).
Case Name   : Terry Dukes Sr. v. Robert B. McCallum, Jr. et al.

# I N V O I C E

2 of 2

Milestone Reporting Company
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 258284 | 8/29/2023 | 280277 |
| **Job Date** | **Case No.** | |
| 8/14/2023 | 1:23-cv-45 (N.D. Fla.). | |
| **Case Name** | | |
| Terry Dukes Sr. v. Robert B. McCallum, Jr. et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

James Slater, Esquire
Slater Legal PLLC
113 S. Monroe Street

Tallahassee, FL 32301

**(=) New Balance:**               **$1,169.25**

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

James Slater, Esquire
Slater Legal PLLC
113 S. Monroe Street

Tallahassee, FL 32301

Invoice No.    : 258284
Invoice Date  : 8/29/2023
**Total Due**      : **$1,169.25**

Remit To:  **Milestone Reporting Company**
              **P.O. Box 3426**
              **Orlando, FL 32802**

Job No.      : 280277
BU ID        : MRC
Case No.     : 1:23-cv-45 (N.D. Fla.).
Case Name    : Terry Dukes Sr. v. Robert B. McCallum, Jr.
               et al.

# I N V O I C E

1 of 2

Milestone Reporting Company
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 258483 | 8/30/2023 | 281974 |
| **Job Date** | **Case No.** | |
| 8/17/2023 | 1:23-cv-45 (N.D. Fla.). | |
| **Case Name** | | |
| Terry Dukes Sr. v. Robert B. McCallum, Jr. et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

James Slater, Esquire
Slater Legal PLLC
113 S. Monroe Street

Tallahassee, FL 32301

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Det. Michael Wilkinson (RC) | 80.00 | Pages | @ | 4.500 | 360.00 |
| Reporter Attendance - First Hour | 1.00 | Hours | @ | 85.000 | 85.00 |
| Reporter Attendance - Additional Hour | 1.00 | Hours | @ | 65.000 | 65.00 |
| Zoom/WebEx | 1.00 | | @ | 75.000 | 75.00 |
| Etran/PTX Files - Complimentary | 1.00 | | @ | 0.000 | 0.00 |
| Exhibits - Copied/Scanned/Hyperlinked | 128.00 | Pages | @ | 0.250 | 32.00 |
| No Paper - E-Delivery Only | 1.00 | | @ | 0.000 | 0.00 |
| **TOTAL DUE  >>>** | | | | | **$617.00** |

Location of Job    : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, FL

Terms are Net 30 days.  Past due amounts may be charged a 12% finance charge after 90 days.  Where collection is required, debtor will pay all collection costs, attorney fees and court costs.  Debtor consents to jurisdiction of the courts of Orange County, Florida.

|  | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

James Slater, Esquire
Slater Legal PLLC
113 S. Monroe Street

Tallahassee, FL 32301

Invoice No.    : 258483
Invoice Date   : 8/30/2023
**Total Due**    : **$617.00**

Remit To:  **Milestone Reporting Company**
       **P.O. Box 3426**
       **Orlando, FL 32802**

Job No.      : 281974
BU ID        : MRC
Case No.     : 1:23-cv-45 (N.D. Fla.).
Case Name   : Terry Dukes Sr. v. Robert B. McCallum, Jr. et al.

# I N V O I C E

2 of 2

Milestone Reporting Company
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 258483 | 8/30/2023 | 281974 |
| **Job Date** | **Case No.** | |
| 8/17/2023 | 1:23-cv-45 (N.D. Fla.). | |
| **Case Name** | | |
| Terry Dukes Sr. v. Robert B. McCallum, Jr. et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

James Slater, Esquire
Slater Legal PLLC
113 S. Monroe Street

Tallahassee, FL 32301

**(=) New Balance:**                    **$617.00**

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

James Slater, Esquire
Slater Legal PLLC
113 S. Monroe Street

Tallahassee, FL 32301

Invoice No.    : 258483
Invoice Date  : 8/30/2023
**Total Due**    : **$617.00**

Remit To:  **Milestone Reporting Company**
           **P.O. Box 3426**
           **Orlando, FL 32802**

Job No.      : 281974
BU ID        : MRC
Case No.     : 1:23-cv-45 (N.D. Fla.).
Case Name   : Terry Dukes Sr. v. Robert B. McCallum, Jr.
              et al.



James Slater <james@slater.legal>

# Payment Receipt for Milestone Reporting

1 message

**Milestone Reporting** <info@milestonereporting.com>    Wed, Aug 9, 2023 at 10:48 AM
Reply-To: minal@milestonereporting.com
To: james@slater.legal

**Thank you for your payment! Below is information for your records.**

| Name | |
|------|--|
| | James Slater |
| **Email** | |
| | james@slater.legal |
| **Phone** | |
| | (305) 523-9023 |
| **Invoice Number** | |
| | 255714, 255309, 255497 |
| **Notes** | |
| | Dukes depositions for invoice numbers: 255714 255309 255497 |
| **Credit Card** | |
| | Visa ██████████████████ |
| **Billing Zip Code** | |
| | 32301 Map It |

**Order**

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| **Input Payment Amount** | 1 | $5,638.00 | $5,638.00 |
| | | Sub Total | $5,638.00 |
| | | Total | $5,638.00 |

| From: | info=milestonereporting.com@mg.milestonereporting.com on behalf of Milestone Reporting <info@milestonereporting.com> |
|---|---|
| Sent: | Thursday, September 14, 2023 10:21 PM |
| To: | james@slater.legal |
| Subject: | Payment Receipt for Milestone Reporting |

## Thank you for your payment! Below is information for your records.

**Name**

James Slater

**Email**

james@slater.legal

**Phone**

(305) 523-9023

**Invoice Number**

258283, 258483

**Notes**

Invoices for Dukes v. McCallum - Wilkinson ($617) and 30(b)(6) ($1169.25).

**Credit Card**

Visa

██████████████████████

**Billing Zip Code**

32301
Map It

**Order**

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| **Input Payment Amount** | 1 | $1,786.25 | $1,786.25 |
| | | Sub Total | $1,786.25 |
| | | Total | $1,786.25 |

1



Payment receipt

# You paid $577.00

to Nature Coast Reporters on 7/19/2023

| | |
|---|---|
| Invoice no. | 5740 |
| Invoice amount | $577.00 |
| Total | $577.00 |

No additional transfer fees or taxes apply.

| | |
|---|---|
| Status | Paid |
| Payment method | Credit Card |
| Authorization ID | ARYYPDKR89995480 |

Thank you

## Nature Coast Reporters

386-256-1457

www.NatureCoastReporters.com |
Billing@NatureCoastReporters.com
PO Box 2392, Chiefland, FL 32644

**Payment services brought by:**
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819

For more information about Intuit Payments' money transmission licenses, please visit
https://www.intuit.com/legal/licenses/payment-licenses/.



**Nature Coast Reporters**
PO Box 2392
Chiefland, FL  32644
386-256-1457
Billing@NatureCoastReporters.com
www.NatureCoastReporters.com

**BILL TO**
Slater Legal PLLC
113 S Monroe St.
Tallahassee, FL  32301

## INVOICE 5740

**DATE** 07/19/2023    **TERMS** Net 30

**DUE DATE** 08/18/2023

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 06/26/2023 | Transcript copy of deposition of Terry Dukes, Sr. | 204 | 2.75 | 561.00 |
| | Exhibit Scanning | 32 | 0.50 | 16.00 |

Terry Dukes Sr. v. Robert McCaullum, et al.
US District Court Case 1:23-cv-45-AW-HTC

| | |
|---|---|
| TOTAL DUE | **$577.00** |

Thank you for choosing Nature Coast Reporters.  Your business is appreciated!

Tax ID:  26-1987689

TERMS:  Not billed on contingency basis. Any amounts not received within 45 days of receipt are subject to a 2% late fee and any collection costs incurred

# Invoice

For the Record Reporting, Inc.
PO Box 12042
Tallahassee, FL 32317-2042
850-222-5491
Tax ID: 59-3616998

| Date | Invoice # |
|------|-----------|
| 1/27/2026 | 22902 |

| Bill To |
|---------|
| Slater Legal, PLLC<br>James Slater, Esq.<br>113 South Monroe Street<br>Tallahassee, Florida 32301<br>james@slater.legal |

| Job No. | |
|---------|--|

| Job Description |
|-----------------|
| Sworn Statement of Deputy Chase Gregory<br>No 19-FI-08 |

| Reporter | L |
|----------|---|

| Quantity / Hours | Item | Description | Rate | Amount |
|---|---|---|---|---|
| 1.5 | Audio Writing Time | Sworn Statement of Deputy Chase Gregory - 8/13/19 | 95.00 | 142.50 |
| 49 | Audio 0+1 | | 7.75 | 379.75 |
| 10 | Word Index | | 1.00 | 10.00 |

| | |
|---|---|
| **Total** | $532.25 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $532.25 |

Payment is not contingent upon client reimbursement. Invoices past 60 days will be subject to payment of 1.5% monthly accruing interest and agreement to pay all collection effort costs, including attorney's fees.



**For the Record Reporting, Inc.**
fortherecord@tallahasseecourtreporting.com | (850) 222-5491

**Invoice #L22902**

**Issue date**
Jan 28, 2026

# L22902

Sworn Statement of Deputy Chase Gregory - 8/13/19

| **Customer** | **Invoice Details** | **Payment** |
|---|---|---|
| James Slater | PDF created January 28, 2026 | Due January 28, 2026 |
| fortherecord@tallahasseecourtreporting.com | $550.88 | $550.88 |
| (850) 321-6932 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| L22902 | 1 | $550.88 | $550.88 |
| Subtotal | | | $550.88 |

## Total Paid                                                    $550.88

**Payments**
Jan 28, 2026 (Visa ▮▮▮▮)                                        $550.88



**View online**

To view your invoice go to https://squareup.com/u/zu70vZW8
Or open the camera on your mobile device and place the QR code in the camera's view.

Page 1 of 1

**ITEMIZED LIST OF COSTS**

*Terry Dukes, Sr. v. Chase Gregory*, **Case No. 1:23-cv-45 (N.D. Fla.)**

# PRINTING COSTS FOR TRIAL



4805 Briarcliff Rd NE
Ste A
Atlanta, GA 30345-2737
770.270.1544

Receipt #: **MULK86B6A1EFFEB02X**                                June 2, 2026 12:08 PM
Account #: **XXXXXX9943**

## Print Orders

**Order: 2010030357110417**                                          **$279.07**

| Item | SKU | QTY | Unit Price | Price |
|------|-----|-----|-----------|-------|
| **Custom Multi Sheet** | | **3** | **$13.8234** | **$41.47** |
| Reg. Price $46.08<br>Savings $4.61 | | | | |
| BW 1S on 24# Wht<br>  Reg. Price $0.2400 | 0330 | 192 | $0.2160 | $41.47 T |
| **Custom Multi Sheet** | | **1** | **$9.2900** | **$9.29** |
| Reg. Price $10.32<br>Savings $1.03 | | | | |
| BW 1S on 24# Wht<br>  Reg. Price $0.2400 | 0330 | 43 | $0.2160 | $9.29 T |
| **Custom Multi Sheet** | | **3** | **$7.3434** | **$22.03** |
| Reg. Price $24.48<br>Savings $2.45 | | | | |
| BW 1S on 24# Wht<br>  Reg. Price $0.2400 | 0330 | 102 | $0.2160 | $22.03 T |
| **Custom Multi Sheet** | | **3** | **$39.3134** | **$117.94** |
| Reg. Price $131.04<br>Savings $13.10 | | | | |
| BW 1S on 24# Wht<br>  Reg. Price $0.2400 | 0330 | 546 | $0.2160 | $117.94 T |

By submitting your project to FedEx Office or by making a purchase in the FedEx Office store, you agree to all the FedEx Office terms and conditions, including limitations of liability, located at fedex.com/officeserviceterms or you may request a copy of our terms and conditions, which will be made available to you upon request.



MULK86B6A1EFFEB02X



4805 Briarcliff Rd NE
Ste A
Atlanta, GA 30345-2737
770.270.1544

Receipt #: **MULK86B6A1EFFEB02X**                                       June 2, 2026 12:08 PM
Account #: **XXXXXX9943**

| Custom Multi Sheet | | 3 | $15.9834 | $47.95 |
|---|---|---|---|---|
| Reg. Price $53.28 Savings $5.33 | | | | |
| BW 1S on 24# Wht Reg. Price $0.2400 | 0330 | 222 | $0.2160 | $47.95 T |
| **Custom Multi Sheet** | | **1** | **$18.1400** | **$18.14** |
| Reg. Price $20.16 Savings $2.02 | | | | |
| BW 1S on 24# Wht Reg. Price $0.2400 | 0330 | 84 | $0.2160 | $18.14 T |
| **Custom Multi Sheet** | | **1** | **$22.2500** | **$22.25** |
| Reg. Price $24.72 Savings $2.47 | | | | |
| BW 1S on 24# Wht Reg. Price $0.2400 | 0330 | 103 | $0.2160 | $22.25 T |

**In-Store Pickup Location**
James Slater
4805 Briarcliff Rd NE
Ste A
Atlanta, GA 30345-2737, US
4044587283
james@slater.legal

By submitting your project to FedEx Office or by making a purchase in the FedEx Office store, you agree to all the FedEx Office terms and conditions, including limitations of liability, located at
fedex.com/officeserviceterms or you may request a copy of our terms and conditions, which will be made available to you upon request.



4805 Briarcliff Rd NE
Ste A
Atlanta, GA 30345-2737
770.270.1544

Receipt #: **MULK86B6A1EFFEB02X**                                                      June 2, 2026 12:08 PM
Account #: **XXXXXX9943**

| | |
|---|---:|
| Print Order Subtotal | $279.07 |
| Tax | $22.33 |
| **Total** | **$301.40** |

Purchase APPROVED

| | |
|---|---:|
| VISA | $301.40 |
| Acct # | |
| Expiration Date | |
| Authorization | |
| Total Tender | $301.40 |
| Total Savings | $31.01 |

Tell us how we're doing: **fedex.com/welisten**

By submitting your project to FedEx Office or by making a purchase in the FedEx Office store, you agree to all the FedEx Office terms and conditions, including limitations of liability, located at
fedex.com/officeserviceterms or you may request a copy of our terms and conditions, which will be made available to you upon request.



4805 Briarcliff Rd NE
Ste A
Atlanta, GA 30345-2737
770.270.1544

Receipt #: **MULK7986A20AF300CX**
Account #: **XXXXXX9943**

June 3, 2026 6:48 PM

# Print Orders

**Order:** 2010110682549540                                                                **$47.95**

| Item | SKU | QTY | Unit Price | Price |
|---|---|---|---|---|
| **Custom Multi Sheet** | | **3** | **$15.9834** | **$47.95** |
| Reg. Price $53.28<br>Savings $5.33 | | | | |
| BW 1S on 24# Wht<br>  Reg. Price $0.2400 | 0330 | 222 | $0.2160 | $47.95 т |

**In-Store Pickup Location**
James Slater
4805 Briarcliff Rd NE
Ste A
Atlanta, GA 30345-2737, US
4044587283
james@slater.legal

| | |
|---|---|
| Print Order Subtotal | $47.95 |
| Tax | $3.84 |
| **Total** | **$51.79** |

Purchase APPROVED

| | |
|---|---|
| VISA | $51.79 |
| Acct # | |
| Expiration Date | |
| Authorization | |

| | |
|---|---|
| Total Tender | $51.79 |
| Total Savings | $5.33 |

Tell us how we're doing: **fedex.com/welisten**

By submitting your project to FedEx Office or by making a purchase in the FedEx Office store, you agree to all the FedEx Office terms and conditions, including limitations of liability, located at fedex.com/officeserviceterms or you may request a copy of our terms and conditions, which will be made available to you upon request.



MULK7986A20AF300CX

**PAGE 1/1**



4805 Briarcliff Rd NE
Ste A
Atlanta, GA 30345-2737
770.270.1544

Receipt #: **MULKB996A21BBB408X**                                           June 4, 2026 1:53 PM
Account #: **XXXXXX9943**

## Print Orders

### Order: 2010424952359683                                          **$116.10**

| Item | SKU | QTY | Unit Price | Price |
|---|---|---|---|---|
| **Posters** | | **1** | **$116.1000** | **$116.10** |
| Reg. Price $129.00 Savings $12.90 | | | | |
| 36x48 Foam Mount  Reg. Price $60.0000 | 0402 | 1 | $54.0000 | $54.00 T |
| Matte Paper/SqFt HWC  Reg. Price $5.7500 | 1450 | 12 | $5.1750 | $62.10 T |

**In-Store Pickup Location**
James Slater
4805 Briarcliff Rd NE
Ste A
Atlanta, GA 30345-2737, US
4044587283
james@slater.legal

| | |
|---|---|
| Print Order Subtotal | $116.10 |
| Tax | $9.29 |
| **Total** | **$125.39** |

Purchase APPROVED

| | |
|---|---|
| VISA | $125.39 |
| Acct # | |
| Expiration Date | |
| Authorization | ██████████ |
| Total Tender | $125.39 |
| Total Savings | $12.90 |

Tell us how we're doing: **fedex.com/welisten**

By submitting your project to FedEx Office or by making a purchase in the FedEx Office store, you agree to all the FedEx Office terms and conditions, including limitations of liability, located at fedex.com/officeserviceterms or you may request a copy of our terms and conditions, which will be made available to you upon request.



MULKB996A21BBB408X

**PAGE 1/1**



4805 Briarcliff Rd NE
Ste A
Atlanta, GA 30345-2737
770.270.1544

Receipt #: **MULKE9C6A1DD03D0CX**
Account #: **XXXXXX9943**

June 1, 2026 2:32 PM

## Print Orders

**Order: 2010029326506107**                                                              **$446.23**

| Item | SKU | QTY | Unit Price | Price |
|---|---|---|---|---|
| **Custom Multi Sheet** | | **2** | **$30.1850** | **$60.37** |
| Reg. Price $67.08<br>Savings $6.71 | | | | |
| BW 1S on 32# Wht<br>  Reg. Price $0.2600 | 0218 | 258 | $0.2340 | $60.37 T |
| **Custom Multi Sheet** | | **2** | **$25.5050** | **$51.01** |
| Reg. Price $56.68<br>Savings $5.67 | | | | |
| BW 1S on 32# Wht<br>  Reg. Price $0.2600 | 0218 | 218 | $0.2340 | $51.01 T |
| **Custom Multi Sheet** | | **2** | **$14.7400** | **$29.48** |
| Reg. Price $32.76<br>Savings $3.28 | | | | |
| BW 1S on 32# Wht<br>  Reg. Price $0.2600 | 0218 | 126 | $0.2340 | $29.48 T |
| **Custom Multi Sheet** | | **1** | **$26.6800** | **$26.68** |
| Reg. Price $29.64<br>Savings $2.96 | | | | |
| BW 1S on 32# Wht<br>  Reg. Price $0.2600 | 0218 | 114 | $0.2340 | $26.68 T |

By submitting your project to FedEx Office or by making a purchase in the FedEx Office store, you agree to all the FedEx Office terms and conditions, including limitations of liability, located at fedex.com/officeserviceterms or you may request a copy of our terms and conditions, which will be made available to you upon request.



MULKE9C6A1DD03D0CX

**PAGE 1/3**



4805 Briarcliff Rd NE
Ste A
Atlanta, GA 30345-2737
770.270.1544

Receipt #: **MULKE9C6A1DD03D0CX**                                    June 1, 2026 2:32 PM
Account #: **XXXXXX9943**

| | | | | |
|---|---|---|---|---|
| **Custom Multi Sheet** | | **2** | **$73.7100** | **$147.42** |
| Reg. Price $163.80 Savings $16.38 | | | | |
| BW 1S on 32# Wht Reg. Price $0.2600 | 0218 | 630 | $0.2340 | $147.42 T |
| **Custom Multi Sheet** | | **2** | **$31.5900** | **$63.18** |
| Reg. Price $70.20 Savings $7.02 | | | | |
| BW 1S on 32# Wht Reg. Price $0.2600 | 0218 | 270 | $0.2340 | $63.18 T |
| **Custom Multi Sheet** | | **1** | **$19.4200** | **$19.42** |
| Reg. Price $21.58 Savings $2.16 | | | | |
| BW 1S on 32# Wht Reg. Price $0.2600 | 0218 | 83 | $0.2340 | $19.42 T |
| **Custom Multi Sheet** | | **2** | **$24.3350** | **$48.67** |
| Reg. Price $54.08 Savings $5.41 | | | | |
| BW 1S on 32# Wht Reg. Price $0.2600 | 0218 | 208 | $0.2340 | $48.67 T |

**In-Store Pickup Location**
Carlos Lopez
4805 Briarcliff Rd NE
Ste A
Atlanta, GA 30345-2737, US
3059007531
james@slater.legal

By submitting your project to FedEx Office or by making a purchase in the FedEx Office store, you agree to all the FedEx Office terms and conditions, including limitations of liability, located at fedex.com/officeserviceterms or you may request a copy of our terms and conditions, which will be made available to you upon request.



4805 Briarcliff Rd NE
Ste A
Atlanta, GA 30345-2737
770.270.1544

Receipt #: **MULKE9C6A1DD03D0CX**                                                                        June 1, 2026 2:32 PM
Account #: **XXXXXX9943**

| | |
|---|---:|
| Print Order Subtotal | $446.23 |
| Tax | $35.70 |
| **Total** | **$481.93** |

Purchase APPROVED

| | |
|---|---:|
| VISA | $481.93 |
| Acct # | |
| Expiration Date | |
| Authorization | |
| Total Tender | $481.93 |
| Total Savings | $49.59 |

Tell us how we're doing: **fedex.com/welisten**

By submitting your project to FedEx Office or by making a purchase in the FedEx Office store, you agree to all the FedEx Office terms and conditions, including limitations of liability, located at fedex.com/officeserviceterms or you may request a copy of our terms and conditions, which will be made available to you upon request.

**CVS Photo**

S

Store ID: 02504                    Last Name: Slater
Order ID: 14-2842                   First Name: James
Order Date: 2026/06/01             Phone: 3059007531
WBID: 052842                        Order #: RFAWXA9K

Online order with pickup and pay at store.

**Order Total: $62.27**

Prices do not include sales tax.

| | | |
|---|---|---|
| 13 | 8x10 Print-Glossy | $62.27 |

 

Always scan the QR Code at the register to
update customer pick-up status



1 of 1

# ♥CVS pharmacy®

2586 LAWRENCEVILLE HWY.
DECATUR, GA 30033
770-491-8616
REG#02 TRN#6764   CSHR#1814238   STR#02504
June 1, 2026                          03:58 PM

---

15 ITEMS
13 702730 8X10 PRINT OL 8X10       62.27T
 1 702726 4X6 SUMMARY PRIN 4X6      0.00N
 1 726130 ONLINE ORDER 26 EACH      0.00N

---

Survey ID #
**5457 8654 1143 974 65**
SUBTOTAL                            62.27
GA TAX 8.00%                         4.98
**TOTAL                              67.25**

---

CHARGE                              67.25
                                      RE

VISA CREDIT
APPROVED# 05190D
TRAN TYPE: SALE
AID: A0000000031010
TC: FE400E77654984FF
NO SIGNATURE REQUIRED    CVM: 06