EXHIBIT 1

## ITEMIZATION AND DOCUMENTATION FOR REQUESTED COSTS OF ALL CATEGORIES

| FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS | | |
|---|---|---|
| **EXHIBIT** | **DESCRIPTION** | **AMOUNT** |
| 1-A | Deposition of Corporal Franco Almeida; Milestone Reporting Company, Invoice No. 255499 | $ 438.75 |
| | Deposition Deputy Tuckey Gaffey; Milestone Reporting Company, Invoice No. 255499 | $ 419.25 |
| 1-B | Deposition of Lieutenant Scott Tummond; Milestone Reporting Company, Invoice No. 255715 | $ 465.25 |
| | Deposition of Deputy Blake Murphy; Milestone Reporting Company, Invoice No. 255715 | $ 436.00 |
| 1-C | Deposition of 30(b)(6) for the Levy County Sheriff's Office; Milestone Reporting Company, Invoice No. 258286 | $ 555.50 |
| 1-D | Deposition of Detective Michael Wilkinson (RC); Milestone Reporting Company, Invoice No. 258484 | $ 292.00 |
| 1-E | Deposition of Deputy Chase Gregory; Milestone Reporting Company, Invoice No. 255310 | $ 1,168.75 |
| 1-F | Deposition of Terry Dukes, Sr.; Nature Coast Reporters, Invoice No. 5739 | $ 1,567.00 |
| 1-G | Taped Interview of Terry Dukes Sr.; For the Record Reporting, Inc., Invoice No. 16798 | $ 217.30 |
| | **TOTAL:** | **$ 5,559.80** |

# EXHIBIT 1-A

SF-Dukes, T. (4300)

PAID
25416
9/21

# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 255499 | 8/7/2023 | 278836 |

| Job Date | Case No. |
|---|---|
| 7/25/2023 | 1:23-cv-45 (N.D. Fla.). |

**Milestone Reporting Company**
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900 Toll Free (855) MY-DEPOS

Gwendolyn Adkins, Esquire
Coppins Monroe, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308

| Case Name |
|---|
| Terry Dukes Sr. v. Robert B. McCallum, Jr. et al. |

| Payment Terms |
|---|
| Due upon receipt |

| | | | | |
|---|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | | |
| Corporal Franco Almeida | 135.00 Pages | @ | 3.250 | 438.75 |
| Etran/PTX Files - Complimentary | 1.00 | @ | 0.000 | 0.00 |
| No Paper – E-Delivery Only | 1.00 | @ | 0.000 | 0.00 |
| 1 COPY OF TRANSCRIPT OF: | | | | |
| Deputy Tucker Gaffey | 129.00 Pages | @ | 3.250 | 419.25 |
| Etran/PTX Files - Complimentary | 1.00 | @ | 0.000 | 0.00 |
| No Paper - E-Delivery Only | 1.00 | @ | 0.000 | 0.00 |
| | **TOTAL DUE >>>** | | | **$858.00** |

Location of Job    : ALL PARTIES TO APPEAR REMOTELY
                    No set address
                    Remote Location, FL

Terms are Net 30 days.  Past due amounts may be charged a 12% finance charge after 90 days.  Where collection is required, debtor will pay all collection costs, attorney fees and court costs.  Debtor consents to jurisdiction of the courts of Orange County, Florida.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

Gwendolyn Adkins, Esquire
Coppins Monroe, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308

| | |
|---|---|
| Invoice No. | : 255499 |
| Invoice Date | : 8/7/2023 |
| **Total Due** | : **$858.00** |

Remit To: **Milestone Reporting Company**
          **P.O. Box 3426**
          **Orlando, FL 32802**

| | |
|---|---|
| Job No. | : 278836 |
| BU ID | : MRC |
| Case No. | : 1:23-cv-45 (N.D. Fla.). |
| Case Name | : Terry Dukes Sr. v. Robert B. McCallum, Jr. et al. |

# EXHIBIT 1-A

# INVOICE

2 of 2

Milestone Reporting Company
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 255499 | 8/7/2023 | 278836 |
| **Job Date** | **Case No.** | |
| 7/25/2023 | 1:23-cv-45 (N.D. Fla.). | |
| **Case Name** | | |
| Terry Dukes Sr. v. Robert B. McCallum, Jr. et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Gwendolyn Adkins, Esquire
Coppins Monroe, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308

(=) **New Balance:** **$858.00**

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

Gwendolyn Adkins, Esquire
Coppins Monroe, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308

Invoice No.   : 255499
Invoice Date  : 8/7/2023
**Total Due**   : **$858.00**

Remit To: **Milestone Reporting Company**
         **P.O. Box 3426**
         **Orlando, FL 32802**

Job No.    : 278836
BU ID      : MRC
Case No.   : 1:23-cv-45 (N.D. Fla.).
Case Name  : Terry Dukes Sr. v. Robert B. McCallum, Jr.
             et al.

# EXHIBIT 1-B

SF-Dukes (4300)

# INVOICE

1 of 2

PAID 35346 8/9



**Milestone Reporting Company**
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 255715 | 8/8/2023 | 278841 |
| **Job Date** | **Case No.** | |
| 7/26/2023 | 1:23-cv-45 (N.D. Fla.). | |
| | **Case Name** | |
| Terry Dukes Sr. v. Robert B. McCallum, Jr. et al. | | |
| | **Payment Terms** | |
| Due upon receipt | | |

Gwendolyn Adkins, Esquire
Coppins Monroe, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308

| | | | | | |
|---|---:|---|---|---:|---:|
| 1 COPY OF TRANSCRIPT OF: | | | | | |
| Lieutenant Scott Tummond | 137.00 | Pages | @ | 3.250 | 445.25 |
| Etran/PTX Files - Complimentary | 1.00 | | @ | 0.000 | 0.00 |
| Read & Sign | 1.00 | | @ | 20.000 | 20.00 |
| No Paper - E-Delivery Only | 1.00 | | @ | 0.000 | 0.00 |
| 1 COPY OF TRANSCRIPT OF: | | | | | |
| Deputy Blake Murphy | 128.00 | Pages | @ | 3.250 | 416.00 |
| Etran/PTX Files - Complimentary | 1.00 | | @ | 0.000 | 0.00 |
| Read & Sign | 1.00 | | @ | 20.000 | 20.00 |
| No Paper - E-Delivery Only | 1.00 | | @ | 0.000 | 0.00 |
| **TOTAL DUE >>>** | | | | | **$901.25** |

Location of Job    : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, FL

Terms are Net 30 days.  Past due amounts may be charged a 12% finance charge after 90 days.  Where collection is required, debtor will pay all collection costs, attorney fees and court costs.  Debtor consents to jurisdiction of the courts of Orange County, Florida.

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

Gwendolyn Adkins, Esquire
Coppins Monroe, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308

Invoice No.   : 255715
Invoice Date  : 8/8/2023
**Total Due**    : **$901.25**

Remit To:  **Milestone Reporting Company**
**P.O. Box 3426**
**Orlando, FL 32802**

Job No.     : 278841
BU ID       : MRC
Case No.    : 1:23-cv-45 (N.D. Fla.).
Case Name   : Terry Dukes Sr. v. Robert B. McCallum, Jr. et al.

# EXHIBIT 1-B

**Milestone Reporting Company**
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

# INVOICE

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 255715 | 8/8/2023 | 278841 |

| Job Date | Case No. |
|---|---|
| 7/26/2023 | 1:23-cv-45 (N.D. Fla.). |

| Case Name |
|---|
| Terry Dukes Sr. v. Robert B. McCallum, Jr. et al. |

| Payment Terms |
|---|
| Due upon receipt |

Gwendolyn Adkins, Esquire
Coppins Monroe, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$901.25** |

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

Gwendolyn Adkins, Esquire
Coppins Monroe, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308

Invoice No.    : 255715
Invoice Date   : 8/8/2023
**Total Due**    : **$901.25**

Remit To: **Milestone Reporting Company**
**P.O. Box 3426**
**Orlando, FL 32802**

Job No.       : 278841
BU ID         : MRC
Case No.      : 1:23-cv-45 (N.D. Fla.).
Case Name     : Terry Dukes Sr. v. Robert B. McCallum, Jr.
                et al.

SF-Dukes(4300)

# INVOICE

1 of 1

**PAID**
35378
9/6

Milestone Reporting Company
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 258286 | 8/29/2023 | 280277 |

| Job Date | Case No. |
|---|---|
| 8/14/2023 | 1:23-cv-45 (N.D. Fla.). |

| Case Name |
|---|
| Terry Dukes Sr. v. Robert B. McCallum, Jr. et al. |

| Payment Terms |
|---|
| Due upon receipt |

Gwendolyn Adkins, Esquire
Coppins Monroe, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308

1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| 30(b)(6) for the Levy County Sheriff's Office | 145.00 | Pages | @ | 3.250 | 471.25 |
| Etran/PTX Files - Complimentary | 1.00 | | @ | 0.000 | 0.00 |
| Exhibits - Copied/Scanned/Hyperlinked | 257.00 | Pages | @ | 0.250 | 64.25 |
| Read & Sign | 1.00 | | @ | 20.000 | 20.00 |
| No Paper - E-Delivery Only | 1.00 | | @ | 0.000 | 0.00 |
| **TOTAL DUE  >>>** | | | | | **$555.50** |

Location of Job    : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, FL

Terms are Net 30 days.  Past due amounts may be charged a 12% finance charge after 90 days.  Where collection is required, debtor will pay all collection costs, attorney fees and court costs.  Debtor consents to jurisdiction of the courts of Orange County, Florida.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$555.50** |

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

Gwendolyn Adkins, Esquire
Coppins Monroe, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308

| | |
|---|---|
| Invoice No. | : 258286 |
| Invoice Date | : 8/29/2023 |
| **Total Due** | : **$555.50** |

Remit To: **Milestone Reporting Company**
**P.O. Box 3426**
**Orlando, FL 32802**

| | |
|---|---|
| Job No. | : 280277 |
| BU ID | : MRC |
| Case No. | : 1:23-cv-45 (N.D. Fla.). |
| Case Name | : Terry Dukes Sr. v. Robert B. McCallum, Jr. et al. |

# EXHIBIT 1-D

SF~Dukes (4300)

# INVOICE

1 of 1

**PAID** 35378 9/6

III Milestone Reporting Company
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 258484 | 8/30/2023 | 281974 |
| **Job Date** | **Case No.** | |
| 8/17/2023 | 1:23-cv-45 (N.D. Fla.). | |
| **Case Name** | | |
| Terry Dukes Sr. v. Robert B. McCallum, Jr. et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Gwendolyn Adkins, Esquire
Coppins Monroe, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308

1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Det. Michael Wilkinson (RC) | 80.00 | Pages | @ | 3.250 | 260.00 |
| Etran/PTX Files - Complimentary | 1.00 | | @ | 0.000 | 0.00 |
| Exhibits - Copied/Scanned/Hyperlinked | 128.00 | Pages | @ | 0.250 | 32.00 |
| No Paper - E-Delivery Only | 1.00 | | @ | 0.000 | 0.00 |
| | **TOTAL DUE   >>>** | | | | **$292.00** |

Location of Job    : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, FL

Terms are Net 30 days.  Past due amounts may be charged a 12% finance charge after 90 days.  Where collection is required, debtor will pay all collection costs, attorney fees and court costs.  Debtor consents to jurisdiction of the courts of Orange County, Florida.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$292.00** |

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

Gwendolyn Adkins, Esquire
Coppins Monroe, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308

| | |
|---|---|
| Invoice No. | : 258484 |
| Invoice Date | : 8/30/2023 |
| **Total Due** | **: $292.00** |

Remit To:  **Milestone Reporting Company**
**P.O. Box 3426**
**Orlando, FL 32802**

| | |
|---|---|
| Job No. | : 281974 |
| BU ID | : MRC |
| Case No. | : 1:23-cv-45 (N.D. Fla.). |
| Case Name | : Terry Dukes Sr. v. Robert B. McCallum, Jr. et al. |

## EXHIBIT 1-E

SF-Dukes (4300)

PAID 35346 8/4

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 255310 | 8/4/2023 | 278834 |
| **Job Date** | **Case No.** | |
| 7/24/2023 | 1:23-cv-45 (N.D. Fla.). | |
| **Case Name** | | |
| Terry Dukes Sr. v. Robert B. McCallum, Jr. et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

**Milestone Reporting Company**
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

Gwendolyn Adkins, Esquire
Coppins Monroe, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308

1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Deputy Chase Gregory | 315.00 Pages | @ | 3.250 | 1,023.75 |
| Etran/PTX Files - Complimentary | 1.00 | @ | 0.000 | 0.00 |
| Exhibits - Copied/Scanned/Hyperlinked | 500.00 Pages | @ | 0.250 | 125.00 |
| Read & Sign | 1.00 | @ | 20.000 | 20.00 |
| No Paper - E-Delivery Only | 1.00 | @ | 0.000 | 0.00 |
| | **TOTAL DUE  >>>** | | | **$1,168.75** |

Location of Job    : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, FL

Terms are Net 30 days.  Past due amounts may be charged a 12% finance charge after 90 days.  Where collection is required, debtor will pay all collection costs, attorney fees and court costs.  Debtor consents to jurisdiction of the courts of Orange County, Florida.

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

Gwendolyn Adkins, Esquire
Coppins Monroe, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308

Invoice No.    : 255310
Invoice Date   : 8/4/2023
**Total Due**     : **$1,168.75**

Remit To:  **Milestone Reporting Company**
**P.O. Box 3426**
**Orlando, FL 32802**

Job No.      : 278834
BU ID        : MRC
Case No.     : 1:23-cv-45 (N.D. Fla.).
Case Name    : Terry Dukes Sr. v. Robert B. McCallum, Jr. et al.

# EXHIBIT 1-F



*SF-Dukes (4300)*

**Nature Coast Reporters**
PO Box 2392
Chiefland, FL  32644
386-256-1457
Billing@NatureCoastReporters.com
www.NatureCoastReporters.com



PAID
35304
7/19

**BILL TO**
Coppins Monroe
1319 Thomaswood Drive
Tallahassee, FL  32308

## INVOICE 5739

**DATE** 07/18/2023    **TERMS** Net 30

**DUE DATE** 08/17/2023

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 06/26/2023 | Attendance of Reporter at Deposition of Terry Dukes | 6 | 80.00 | 480.00 |
| | Transcript Original of Deposition | 204 | 5.25 | 1,071.00 |
| | Exhibit Scanning | 32 | 0.50 | 16.00 |

Terry Dukes, Sr. vs. Robert McCallum, et al.
US District Court Case 1:23-cv-45-AW-HTC

Ordering attorney:  Gwen Adkins

| TOTAL DUE | $1,567.00 |
|---|---|

Thank you for choosing Nature Coast Reporters.  Your business is appreciated!

Tax ID:  26-1987689

TERMS:  Not billed on contingency basis. Any amounts not received within 45 days of receipt are subject to a 2% late fee and any collection costs incurred

# EXHIBIT 1-G

SF-Dukes (4300)

**For the Record Reporting, Inc.**
1500 Mahan Drive, Suite 140
Tallahassee, FL 32308
P.O. Box 12042
Tallahassee, FL 32317
850-222-5491
Tax ID 59-3616998

PAID 35189
5/17
PAST DUE

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/16/2023 | 16298 |

| Bill To |
|---------|
| Amy Delk<br>1319 Thomaswood Drive<br>Tallahassee, FL 32308 |

| Job Description |
|-----------------|
| Terry Dukes, Sr. v. Robert McCallum<br>Case No: 19-FI-08 |

| Job No. | |
|---------|--|
| | |

| Reporter | L |
|----------|---|

| Quantity / Hours | Item | Description | Rate | Amount |
|---|---|---|---|---|
| 7.5 | Audio Writing Time | | 68.98 | 517.35 |
| 13 | Audio- O+1 Transcript | Taped Interview of Corporal Franco Almedia 6/18 | 6.18 | 80.34 |
| 53 | Audio- O+1 Transcript | Taped Interview of Corporal Franco Almedia 6/17 | 6.18 | 327.54 |
| 41 | Audio- O+1 Transcript | Taped Interview of Deputy Tucker Gaffey 6/18 | 6.18 | 253.38 |
| 37 | Audio- O+1 Transcript | Taped Interview of Deputy Murphy 6/17 | 6.18 | 228.66 |
| 56 | Audio- O+1 Transcript | Taped Interview of Deputy Gaffey 8/13 | 6.18 | 346.08 |
| 23 | Audio- O+1 Transcript | Taped Interview of Detective Wilkinson 6/19 | 6.18 | 142.14 |
| 17 | Audio- O+1 Transcript | Taped Interview of Paramedic Mark Fowler 6/21 | 6.18 | 105.06 |
| 24 | Audio- O+1 Transcript | Terry Dukes, SR. | 6.18 | 148.32 |

Payment is not contingent upon client reinbursement. Invoices past 60 days will be subject to payment of 1.5% monthly accruing interest and agreement to pay all collection effort costs, including attorney's fees.

| **Total** | $2,148.87 |
|-----------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,148.87 |