EXHIBIT 2

### AFFIDAVIT OF GWENDOLYN P. ADKINS
### IN SUPPORT OF DEFENDANTS' BILL OF COSTS

STATE OF FLORIDA
COUNTY OF LEON

BEFORE ME, the undersigned authority personally appeared GWENDOLYN P. ADKINS, who, after being duly sworn by me, deposes and says:

1.     My name is Gwendolyn P. Adkins. I am a partner with the law firm of Coppins Monroe, P.A., and am counsel of record for Defendants in the above-styled case.

2.     The taxable costs itemized above in Exhibit 1 – including Fees For Printed or Electronically Recorded Transcripts – are true and correct, are reasonable, and were necessarily incurred in the defense of this action. Each is supported with the corresponding invoice, receipt, and/or proof of payment which are true and accurate copies of business records maintained by this firm.

FURTHER AFFIANT SAYETH NOT.

# EXHIBIT 2

_Gwendolyn P. Adkins_
Gwendolyn P. Adkins


SWORN TO AND SUBSCRIBED before me this _____day of July 2026

by Gwendolyn P. Adkins, who is personally known to me.


_Janice Marie Clark_
Notary Public
(SEAL)                                State of Florida at Large
My Commission Expires


Personally known:_____✓_____
OR Produced Identification:_____
Type of Identification Produced:_____



JANICE M. CLARK
MY COMMISSION # HH 350881
EXPIRES: February 22, 2027

2