EXHIBIT 1

## Gwen Adkins

| | |
|---|---|
| **From:** | Janice Clark |
| **Sent:** | Friday, September 22, 2023 5:38 PM |
| **To:** | james@slater.legal; andrew@slater.legal; eservice@slaterlegal.com |
| **Cc:** | Gwen Adkins; Kelsey Willis; Janice Clark |
| **Subject:** | WARNING: SERVICE OF COURT DOCUMENT - Activity in Case 1:23-cv-00045-AW-HTC DUKES v. MCCALLUM et al Notice (Other) - DEFENDANT GREGORY PROPOSAL OF SETTLEMENT |
| **Attachments:** | PFS Gregory-Count I,II,V  (State Claims).pdf |

| WARNING – SERVICE OF COURT DOCUMENTS | | |
|---|---|---|
|  | COPPINS MONROE, P.A.<br>1319 Thomaswood Dr.<br>Tallahassee, FL 32308<br>www.CoppinsMonroe.com | *Gwendolyn P. Adkins, Esq., FBN:0949566*<br>*gadkins@coppinsmonroe.com*<br>*kwillis@coppinsmonroe.com*<br>*jclark@coppinsmonroe.com*<br>Office: 850-422-2420<br>Fax: 850-422-2730 |
| Court: | United States District Court Northern District of Florida Gainesville Division | |
| Case No: | 1:23-CV-00045-AW-HTC | |
| Plaintiff(s): | TERRY DUKES, SR. | |
| Defendant(s): | ROBERT B. MCCALLUM, JR., CHASE GREGORY, TUCKER GAFFEY, FRANCO ALMEIDA | |
| Document(s): | **Defendant CHASE GREGORY Proposal for Settlement** | |
| Date: | September 22, 2023 | |
| Electronic Filing ID: | N/A | |
| Notes: | The attached document(s) are being electronically served on you, service by mail ***will not*** follow. | |

*Janice Clark*
Legal Assistant
jclark@coppinsmonroe.com
WWW.COPPINSMONROE.COM

---

**From:** flnd_flncmecf@flnd.uscourts.gov <flnd_flncmecf@flnd.uscourts.gov>
**Sent:** Friday, September 22, 2023 5:21 PM
**To:** flnd_clerk@flnd.uscourts.gov
**Subject:** Activity in Case 1:23-cv-00045-AW-HTC DUKES v. MCCALLUM et al Notice (Other)

EXHIBIT 1

**EXTERNAL**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Northern District of Florida

## Notice of Electronic Filing

The following transaction was entered by ADKINS, GWENDOLYN on 9/22/2023 at 4:20 PM CDT and filed on 9/22/2023

**Case Name:**          DUKES v. MCCALLUM et al
**Case Number:**        1:23-cv-00045-AW-HTC
**Filer:**              CHASE GREGORY
**Document Number:** 18

**Docket Text:**
**NOTICE *OF PROPOSAL OF SETTLEMENT* by CHASE GREGORY (ADKINS, GWENDOLYN)**

**1:23-cv-00045-AW-HTC Notice has been electronically mailed to:**

GWENDOLYN PALMER ADKINS      gadkins@coppinsmonroe.com, jclark@coppinsmonroe.com, kwillis@coppinsmonroe.com

JAMES MURRAY SLATER      james@slater.legal, andrew@slater.legal, eservice@slaterlegal.com, jslater@recap.email

**1:23-cv-00045-AW-HTC Notice will be mailed via USPS and will NOT be electronically mailed to:**

The following document(s) are associated with this transaction:

 **Document description:**Main Document
 **Original filename:**n/a
 **Electronic document Stamp:**
 [STAMP dcecfStamp_ID=1047052653 [Date=9/22/2023] [FileNumber=10314266-
 0] [413461406ee97162346d17df8a433124bcd02a6002d90e603071edb13462ed46c2
 1c195f9f5635a547440999709590d56dfc51ed56f1f751bb92b1ec8f32e5fd]]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

     Plaintiff,

v.                           CASE NO. 1:23-cv-45-AW-HTC

ROBERT B. MCCALLUM JR., ET AL.,

     Defendants.

_____/

## PROPOSAL FOR SETTLEMENT
## BY DEFENDANT CHASE GREGORY
## AS TO COUNTS I, II, V OF COMPLAINT

Pursuant to section 768.79, Fla. Stat. and Rule 1.442, Fla. R. Civ. P., Defendant CHASE GREGORY, hereby proposes or offers to settle Count I, Invasion of Privacy Under Florida Law; Count II, Trespass Under Florida Law; Count V, False Arrest/False Imprisonment Under Florida Law that Plaintiff TERRY DUKES, SR. has against Gregory in this litigation described in Plaintiff's Complaint [Doc. 1], on the following basis:

a.     The party making the proposal is Chase Gregory, and the party to whom the proposal is being made is Plaintiff Terry Dukes, Sr.

b.     This proposal or offer is attempting to resolve only Plaintiff's state law claims against Defendant Chase Gregory in Count I, II, and V of the Complaint, and all damages that would otherwise be awarded in a final judgment

in this action and all claims against Chase Gregory, associated with Count I, II, and V of the Complaint, as well as any other claims which Plaintiff might otherwise have or assert against Defendant Chase Gregory, including punitive damages, relating in any manner to the claims made in Count I, II and V of the Complaint against Defendant Chase Gregory.

c. The condition of this settlement proposal is that Plaintiff will dismiss all pending claims for Invasion of Privacy Under Florida Law (Count I), Trespass Under Florida Law (Count II), and False Arrest/False Imprisonment Under Florida Law (Count V) of his Complaint against Defendant Chase Gregory, with prejudice and without the imposition of costs or attorneys' fees, on his acceptance of this proposal or offer for settlement. No other claims will be affected by the acceptance of this Proposal for Settlement.

d. The total amount of the proposal or offer to Plaintiff is One Hundred and NO/100 dollars ($100.00).

e. There are alleged claims for punitive damages in this proceeding. This offer includes payment of any amount for such claims.

f. The proposal herein is inclusive of all attorneys' fees and recoverable costs, taxable or otherwise, allowed by law. The Plaintiff is making a claim for the recovery of fees in his complaint.

2

g.      This proposal or offer shall be deemed rejected unless accepted by delivery of a written notice of acceptance within thirty days after service of the proposal. If not accepted within that time frame, then Defendant Chase Gregory, shall apply to the Court for the imposition of costs and attorneys' fees pursuant to applicable Florida law if successful in this proceeding.

h.      If Plaintiff or his counsel is in need of clarification with respect to the Proposal for Settlement/Offer of Judgment, such requested clarification should be made in writing. If none is made, Defendant Gregory shall conclude that no clarification is necessary and that all terms and conditions required by §768.79, Florida Statutes and Rule 1.442, Florida Rules of Civil Procedure, and all subsections thereunder have been clearly set forth above.

Respectfully submitted this 22nd day of September 2023.

*/s/ Gwendolyn P. Adkins*

 Gwendolyn P. Adkins, (FBN: 0949566)
gadkins@coppinsmonroe.com
jclark@coppinsmonroe.com
kwillis@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Blvd., Suite 202
Tallahassee, FL 32309
Office: 850-422-2420 ∣ Fax: 850-422-2730
ATTORNEYS FOR DEFENDANT
CHASE GREGORY

3

EXHIBIT 1

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been furnished to all counsel of

record this 22nd day of September 2023 via electronic mail as follows:

James M. Slater, Esq.
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301
james@slater.legal

*ATTORNEY FOR PLAINTIFF*

/s/ Gwendolyn P. Adkins
Attorney

4