**Outlook**

---

**Re: Dukes: Deposition of Det. Wilkinson**

---

**From**  James M. Slater <james@slater.legal>

**Date**  Wed 8/9/2023 2:52 PM

**To**    Gwen Adkins <gadkins@coppinsmonroe.com>

**Cc**    Kelsey Willis <kwillis@coppinsmonroe.com>; Janice Clark <jclark@coppinsmonroe.com>

Hi Gwen,

Following up on this. I'd like to make sure that some of the documents that Lt. Tummond said he could obtain--the updated report--and the radio traffic logs are produced as promptly as possible.

Further, as I previewed, our deadline to amend is coming up and we'd like to amend the complaint. Our goal is to drop Gaffey and Almeida and add some additional facts gleaned from discovery. No new claims would be added. I plan to get something on file on Friday, so it'd be great to have your position on whether (1) you'd consent to the amendment, and if not, (2) whether you oppose a motion for leave to amend.

James


**James Slater**

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

[slater.legal](slater.legal)





On Tue, Aug 8, 2023 at 9:53 PM James M. Slater <james@slater.legal> wrote:

> Gwen,
>
> I have a rule 26 conference on 8/17 in the afternoon, but we could do Det. Wilkinson in the am if that works for you and him.

I didn't want to bother you while you were on vacation, but I'd like to confer when you have a chance on what documents are outstanding and on a forthcoming amendment to the complaint. I'm in court tomorrow early morning, but perhaps we could talk before or after.

James

**James Slater**

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

slater.legal



On Tue, Aug 8, 2023 at 1:39 PM James M. Slater <james@slater.legal> wrote:
> Gwen, I'm on the road today but will look at my calendar when I'm home later. If 8/17 doesn't work we can look for something else.
>
> James
>
> On Tue, Aug 8, 2023, 11:45 Gwen Adkins <gadkins@coppinsmonroe.com> wrote:
>
>> James –
>>
>> I just spoke with Detective Wilkinson and the start of school is impacting his availability for Monday, 8/14. Is it possible to move his to Thursday, 8/17?
>>
>> logo        **CM4300**
>>
>> ***Gwendolyn P. Adkins, Esq.***
>>
>> Attorney at Law
>>
>> gadkins@coppinsmonroe.com
>>
>> Office: 850-422-2420

Fax: 850-422-2730

Coppins Monroe, P.A.

2316 Killearn Center Boulevard

Suite 202

Tallahassee, FL 32309

www.CoppinsMonroe.com

The information transmitted herewith may be confidential and protected from disclosure by law. If you are not the named or intended recipient, the use, copying, disclosure, or distribution of this message may be subject to legal restriction or sanction. Please notify the sender immediately to confirm the error and the destruction of this message. Thank you.