UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY DUKES, SR.,

     Plaintiff,

v.                                      Case No. 1:23-cv-45-AW-HTC

ROBERT McCALLUM, JR., *et al.*,

     Defendants.

**PLAINTIFF'S NOTICE OF TAKING RULE 30(B)(6) DEPOSITION**

     PLEASE TAKE NOTICE that the undersigned counsel will take the remote deposition of:

| | |
|---|---|
| DEPONENT: | Levy County Sheriff's Office<br>Through its designee(s) per to Rule 30(b)(6)<br>c/o Gwendolyn P. Adkins |
| DATE: | August 14, 2023 |
| TIME: | 9:00 a.m. eastern time |
| PLACE: | Via Zoom at: |

https://us06web.zoom.us/j/82948098601?pwd=UEpqZnpWZmo4WVdsSzdITmI3TU05dz09

Meeting ID: 829 4809 8601

Passcode: 396380

EXHIBIT 1

upon oral examination before a Notary Public or other officer not affiliated with any of the parties or their attorneys authorized by law to take depositions pursuant to Rule 28 on the following matters:

1.      The rules, regulations, guidelines, policies, procedures, and training of Levy County Sheriff's Office (LCSO) regarding use of force;

2.      The rules, regulations, guidelines, policies, procedures, and training of LCSO regarding warrantless entry into a residence or occupied dwelling;

3.      The rules, regulations, guidelines, policies, procedures, and training of LCSO regarding applications for warrants;

4.      The training provided to the individual defendants in this case on warrantless entry into a residence or occupied dwelling;

5.      The training provided to the individual defendants in this case on use of force, including use of Tasers;

6.      The training provided to the individual defendants in this case on implicit bias;

7.      The training provided to the individual defendants in reporting use of force incidents;

8.      LCSO's internal reporting and investigation regarding the incident involving Plaintiff as described in the Complaint;

EXHIBIT 1

9. LCSO's investigation styled 2019-FI-08;

10. LCSO's records concerning Plaintiff;

11. LCSO's records concerning Terry Dukes, Jr.;

12. LCSO's internal policies, including, without limitation, the directives and general orders produced in this case;

13. LCSO's records involving use and maintenance of Tasers and less lethal weapons, including logs and data produced in connection with its officers' deployment of Tasers and similar less lethal weapons;

14. LCSO's determinations involving any discipline, corrective action, or lack thereof, against or involving the individual defendants, or others, relating to the incident involving Plaintiff as described in the Complaint;

15. The document search procedures and protocols, including search terms utilized, in relation to Plaintiff's written discovery requests to LCSO; and

16. The documents requested by Plaintiff from LCSO in this case, the documents produced by LCSO in this case, and its discovery responses to Plaintiff.

The oral examination will continue from day to day until completed. This remote deposition is being taken for the purposes of discovery, for use

3

at trial, or for other purposes as are permitted under the applicable Federal Rules of Civil Procedure. Please take further notice that LCSO has a duty to designate a representative or representatives to testify on its behalf on the matters identified above.

Dated: July 31, 2023.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
SLATER LEGAL PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

*Attorneys for Plaintiff*

### Certificate of Service

I hereby certify that on July 31, 2023, I served a copy of this notice on Gwendolyn P. Adkins, counsel for Sheriff McCallum of the Levy County Sheriff's Office, by email.

By: */s/ James M. Slater*
James M. Slater